JOSEPH E. MINNOCK, NO. 6281
ALLISON S. FLETCHER, NO. 12509
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone No.: (801) 531-7888
Facsimile No.: (801) 531-9732

Attorneys for Defendant National Feeds, Inc.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KEITH JONSSON, an individual; MICHAEL JONSSON, an individual; CEDAR VALLEY FUR FARM, LLC, a Utah limited liability company; | **DEFENDANT NATIONAL FEEDS, INC.'S DESIGNATION OF EXPERT WITNESSES** |
| Plaintiffs, | |
| vs. | |
| NATIONAL FEEDS, INC., an Ohio corporation; and RANGEN, INC., an Idaho corporation, | Civil No. 2:11-CV-00140 Honorable David Nuffer |
| Defendants. | |

Defendant National Feeds, Inc., by and through its counsel of record, hereby designates expert witnesses as follows:

1.  Kerrie Beckett, PhD, Stantec Consulting Services Inc., 30 Park Drive, Topsham ME 04086; (207) 877-4462. Dr. Beckett will testify to the facts and opinions contained in her expert report. A copy of her expert report, curriculum vitae, and fee schedule are attached as

Exhibit "A." Dr. Beckett has not testified as an expert at trial or by deposition during the previous 4 years.

2. Richard S. Hoffman, CPA/ABV, Lone Peak Valuation Group, 36 South State Street, Suite 500, Salt Lake City, Utah, 84111; (801) 321-6334. Mr. Hoffman will testify to the facts and opinions contained in his expert report. A copy of his expert report, curriculum vitae, testimony history, and fee schedule are attached as Exhibit "B."

3. Cathy A. Brown, VMD, PhD, Dipl ACVP; 855 Double Bridges Road Winterville, GA 30683; (706) 338-8052. Dr. Brown will testify to the facts and opinions contained in her expert report. A copy of her expert report, curriculum vitae, and fee schedule are attached as Exhibit "C." Dr. Brown has not testified as an expert at trial or by deposition during the previous 4 years.

4. Scott A. Brown, VMD, PhD; 855 Double Bridges Road Winterville, GA 30683; (706) 542-8162. Dr. Brown will testify to the facts and opinions contained in his expert report. A copy of his expert report, curriculum vitae, and fee schedule are attached as Exhibit "D." Dr. Brown has not testified as an expert at trial or by deposition during the previous 4 years.

5. Any expert witness designated Plaintiffs.

6. Any expert witness designated by Defendants.

7. Any expert witness necessary for rebuttal who cannot reasonably be anticipated at this time. Defendant National Feeds, Inc. reserves the right to designate any rebuttal and impeachment witnesses.

DATED this 31st day of January, 2013.

                            MORGAN, MINNOCK, RICE & JAMES, L.C.

                            S/ Allison S. Fletcher
                            Joseph E. Minnock
                            Allison S. Fletcher
                            Attorneys for Defendant National Feeds, Inc.

JOSEPH E. MINNOCK, NO. 6281
ALLISON S. FLETCHER, NO. 12509
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone No.: (801) 531-7888
Facsimile No.: (801) 531-9732

Attorneys for Defendant National Feeds, Inc.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KEITH JONSSON, an individual; <br> MICHAEL JONSSON, an individual; <br> CEDAR VALLEY FUR FARM, LLC, a <br> Utah limited liability company; <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL FEEDS, INC., an Ohio <br> corporation; and RANGEN, INC., an <br> Idaho corporation, <br><br> Defendants. | **CERTIFICATE OF SERVICE** <br> (DEFENDANT NATIONAL FEEDS, <br> INC.'S DESIGNATION OF EXPERT <br> WITNESSES) <br><br><br><br><br> Civil No. 2:11-CV-00140 <br> Honorable David Nuffer |

I hereby certify that on this 31st day of January, 2013, I caused a true and correct copy of the foregoing DEFENDANT NATIONAL FEEDS, INC.'S DESIGNATION OF EXPERT WITNESSES to be distributed via this Court's e-filing system, to the following:

Joseph C. Rust
Scott S. Bridge
KESLER & RUST
68 South Main Street, 2nd Floor
Salt Lake City, UT 84101

Philip D. Dracht
FABIAN & CLENDENIN
215 S. State St. Ste. 1200
Salt Lake City, UT 84111-2323

Hans A. Mitchell
CAREY PERKINS, LLP
101 S. Capitol Blvd. 16th Fl.
Boise, ID 83701

          MORGAN, MINNOCK, RICE & JAMES, L.C.

           S/ Allison S. Fletcher
          Joseph E. Minnock
          Allison S. Fletcher
          Attorneys for Defendant National Feeds, Inc.