## IN MATTERS BEFORE THE UNITED STATES DISTRICT COURT

## RELATED TO NATIONAL FEEDS AND VARIOUS MINK PRODUCERS

**Including but not necessarily limited to the following two matters:**

**KEITH JONSSON, MICHAEL JONSSON, CEDAR VALLEY FUR FARM, LLC, KENT GRIFFETH, MOUNT SMART ENTERPRISES, LLC, and ROGER GRIFFETH.**
Plaintiffs

v.

**NATIONAL FEEDS, INC.**

Defendant

-and-

**KOLBY STEMBRIDGE, KOLBY STEMBRIDGE MINK RANCH, GLAYDE W. STEMBRIDGE, GLAYDE'S MINK RANCH, GWS HOLDINGS, LLC, WENDELL STEMBRIDGE, GW FUR FARM, LLC.**
Plaintiffs

v.

**NATIONAL FEEDS, INC, RANGEN, INC, RALCO NUTRITION, INC, ZINPRO CORPORATION, and DOES 1-V.**

Defendant

\*    \*    \*    \*    \*    \*    \*

TABLE OF CONTENTS:

Report ..... Pages 1-5

CV............ Pages 6-30

### Report of Scott A. Brown, VMD, PhD

I am a Josiah Meigs Distinguished Teaching Professor of Physiology & Pharmacology and Edward H. Gunst Professor of Small Animal Studies in the Department of Small Animal Medicine of the College of Veterinary Medicine at the University of Georgia with special emphasis in internal medicine, nephrology, and the impact of nutrition on the kidneys. I am board-certified in Small Animal Internal Medicine by the American College of Veterinary Internal Medicine and am the former Head of the Department of Small Animal Medicine & Surgery at the University of Georgia College of Veterinary Medicine. I am a member of the American Society of Veterinary Nephrology and Urology and the current President of the International Renal Interest Society, an international panel of experts in animal kidney diseases. I also teach physiology, pharmacology, and nephrology to veterinary students. I have published extensively in the scientific literature on the role of nutrition in kidney disease in general, and on the impact of dietary fat and antioxidants on the kidney in particular. In my roles, I consult on clinical cases related to diseases of the kidney and participate in the training of internal medicine residents and graduate students. Through my education, training, review of the medical literature and other

1

professional activities, I am familiar with causes and consequence of kidney diseases, the impacts of nutrition on the kidneys of animals, and pathologic and pathophysiologic changes in diseased kidneys.

I have reviewed documents provided by National Feeds via Morgan, Minnock, Rice, and James, LLC which included transcripts of depositions as well as other documents produced by defendants, plaintiffs, and other individuals (complete list available upon request) as well as pertinent scientific literature. I intend to render opinions in the area of renal lesions and diseases and cause of death, specifically addressing the question as to whether vitamin E and/or selenium deficiency was a contributor to death and illness in mink upon which these legal matters focus. My opinions are in part based on my review of the above documents, pathology reports from Wisconsin Veterinary Diagnostic Laboratory (28 mink; Table 1) and laboratory reports from the Utah Diagnostic Laboratory(Table 2), and the pathology findings of Dr. C. Brown's review of microscopic slides provided by the Wisconsin Veterinary Diagnostic Laboratory for accessions related to this case and my opinions are also based on my education and training, on my knowledge of the relevant literature, on my understanding of the facts in this particular case, and on my experience and expertise in the field of veterinary medicine and veterinary nephrology.

On this basis, I offer the following opinions in this matter:

1. Few, if any, mink died of nutritional myopathy from vitamin E and/or selenium deficiency with associated muscle, cardiac, and renal lesions. In the cases for which I reviewed the pathologist's findings, the expected histologic findings of this deficiency (cardiac and skeletal muscle necrosis and frank myoglobinuric nephropathy) were not confirmed.

2. Vitamin E and/or selenium deficiency was not an important cause of kidney disease in these mink. Myoglobin released from damaged muscle occurs in vitamin E and/or selenium deficiency and can produce kidney failure, referred to as myoglobinuric renal failure. While pigment was observed in the kidneys of some mink, it is not possible to confirm the nature of the pigment in these cases. The pigment may be hemoglobin, myoglobin, or protein, for example. Furthermore, the changes in the muscle and hearts in these mink are typically described as mild, making it unlikely that substantial myoglobin has been deposited intrarenally. While vitamin E and/or selenium deficiency does not appear to be an important contributor to kidney disease in these mink, classic and sometimes severe, renal lesions characteristic of Aleutian Mink Disease were observed in many mink.

3. Reduced hepatic Vitamin E and/or selenium levels developed in at least some affected mink. In several mink, hepatic vitamin E levels were reported as below normal. Unfortunately, this is a difficult assay to perform and is not reliable in autolyzed tissue (tissue which has degraded after death). In at least one mink, the Utah Diagnostic Laboratory reported reduced vitamin E levels in a non-autolyzed ("fresh") liver. In other mink, however, the vitamin E levels in the liver were normal. Furthermore, the effect of various diseases on vitamin E levels in the liver of mink is

2

unknown to me. That is, perhaps malnutrition, Aleutian Mink Disease, or gastrointestinal disease caused by some other agent could secondarily alter hepatic vitamin E and/or selenium content. If so, a change in the vitamin E level would be an effect of the disease, not the cause. This was noted by the pathologist at the Utah Diagnostic Laboratory who noted that hepatic lipidosis secondarily lowers the measured value for hepatic selenium content. This pathologist indicated that the low hepatic selenium content in these cases could have been caused by the liver disease, not vice versa.

4. To be clear, I cannot rule out some role for vitamin E and/or selenium deficiency for problems observed on these mink ranches. It would have been strongly preferable to perform immediate post mortem examinations and tissue analyses on a larger number of mink, including both healthy and unthrifty mink. Unfortunately, in the absence of such information it is my opinion that there is insufficient evidence to conclude that vitamin E and/or selenium deficiency was a major cause of illness or mortality in these mink.

I hold all of my opinions with a reasonable degree of medical probability.

This report is not intended to be a complete or final statement of my opinions, and I reserve the right to expand, modify or otherwise amend my opinions as the discovery process proceeds.

My compensation for offering this expert evaluation is $250 per hour plus any associated travel fees and expenses. This is the first case in which I have served as an expert witness in a legal matter.

| Table 1: Microscopic slides of tissues, accession records, and pathology reports for the following accessions were provided in December 2011 by Dr. Peter Vanderloo of Wisconsin Veterinary Diagnostic Laboratory | | | |
|---|---|---|---|
| **Accession Date** | **Listed Owner** | **Accession #** | **Animal** |
| 12/9/10 10:15am | Kent Griffeth | M10-35539 | Mink 1 |
|  |  |  | Mink 2 |
| 12/9/10 10:17 am | Keith Jonsson | M10-33540 | Mink 1 |
|  |  |  | Mink 2 |
|  |  |  | Mink 3 |
|  |  |  | Mink 4 |
|  |  |  | Mink 5 |
|  |  |  | Mink 6 |
| 12/21/10 9:16am | Kent Griffeth | M10-36416 | Mink 1 |
|  |  |  | Mink 2 |
| 2/1/11 3:29 pm | Colby Stembridge | M11-03166 | Mink 1 |
|  |  |  | Mink 2 |
|  |  |  | Mink 3 |
|  |  |  | Mink 4 |
|  |  |  | Mink 5 |
|  |  |  | Mink 6 |
| 2/1/11 3:31pm | Roger Griffeth | M11-03167 | Mink 1 |
|  |  |  | Mink 2 |
|  |  |  | Mink 3 |
|  |  |  | Mink 4 |
| 2/23/11 9:44am | Roger Griffeth | M11-07992 | Mink 1 |
|  |  |  | Mink 2 |
|  |  |  | Mink 3 |
|  |  |  | Mink 4 |
|  | Kent Griffeth | M11-07992 | Mink 5 |
|  |  |  | Mink 6 |
|  |  |  | Mink 7 |
|  |  |  | Mink 8 |

| Table 2: Copies of laboratory reports from the Utah Veterinary Diagnostic Laboratory, Main Laboratory, Logan, Utah for the following accessions were provided by National Feeds via Morgan, Minnock, Rice, and James, LLC | | |
|---|---|---|
| Accession Date | Listed Owner | Accession # |
| 8/17/10 | Kolby Stembridge | 10-L1783 |
| 8/19/10 | Kolby Stembridge | 10-L1830 |
| 10/6/10 | Kolby Stembridge | 10-L2204 |
| 11/15/10 | Kolby Stembridge | 10-L2466 |
| 9/13/11 | Kolby Stembridge | 11-L2419 |
| 4/23/12 | Kolby Stembridge | 12-L1239 |
| 8/25/10 | Wendell Stembridge | 10-L1891 |
| 7/29/10 | Jeff Hobbs | 10-L1658 |
| 10/5/10 | Jeff Hobbs | 10-L2200 |
| 4/14/11 | Jeff Hobbs | 11-L984 |
| 6/6/11 | Jeff Hobbs | 11-L1534 |
| 6/9/11 | Jeff Hobbs | 11-L1589 |
| 2/2/09 | Kent Beckstead | 09-L231 |
| 2/4/09 | Kent Beckstead | 09-L253 |
| 2/23/09 | Kent Beckstead | 09-L419 |
| 3/10/09 | Kent Beckstead | 09-L572 |
| 4/3/09 | Kent Beckstead | 09-L797 |
| 4/9/09 | Kent Beckstead | 09-L846 |
| 9/9/09 | Kent Beckstead | 09-L2069 |
| 11/27/09 | Kent Beckstead | 09-L2677 |
| 1/5/10 | Kent Beckstead | 10-L24 |
| 1/7/10 | Kent Beckstead | 10-L48 |
| 9/22/09 | Keith Jonsson | 09-L2149 |
| 8/23/10 | Keith Jonsson | 10-L1844 |
| 9/8/10 | Keith Jonsson | 10-L1977 |
| 9/13/10 | Keith Jonsson | 10-L2021 |
| 11/16/11 | Dwain Weeks | 11-L3025 |
| 11/3/10 | Kent Griffeth | 10-L2441 |
| 12/3/10 | Kent Griffeth | 10-L2706 |
| 10/26/11 | Kent Griffeth | 11-L2829 |
| 11/3/10 | Roger Griffeth | 10-L2442 |

12-3-12

Scott A. Brown, VMD, PhD, Diplomate (Internal Medicine, ACVIM)

**ADDENDUM TO REPORT**

**IN MATTERS BEFORE THE UNITED STATES DISTRICT COURT
RELATED TO NATIONAL FEEDS AND VARIOUS MINK PRODUCERS**

Mink are susceptible to acute N-nitrosamine toxicity, indeed they are more sensitive than many mammalian species to acute toxicity from these compounds. While multiple organs can be acutely affected by this intoxicant, death of mink from acute intoxication with N-nitrosamines would be expected to produce histologically apparent hepatotoxicity; evidence of hepatotoxicosis was not a characteristic feature of animals in this matter. Therefore, death in adult animals cannot be attributed to the reported acute effects of N-nitrosamine toxicosis.

Chronic N-nitrosamine exposure could alter immune function but there is no direct evidence of immunosuppression in these animals. Further, the renal complications of Aleutian Disease contributed to the death of a significant proportion of the adult mink. In other mammalian species, immunosuppressive agents are used as treatment to control this particular kind of kidney disease. While little direct information is available about this approach in mink, extrapolation from other species would suggest that immunosuppression from chronic nitrosamine ingestion could make renal complications less likely, not more as was the case in this matter. Further, nitrosamines are potent carcinogens and chronic toxicity would be expected to result in increased incidence of cancer in adult mink, which to my knowledge was not observed.

There is clear evidence that disease processes not caused by N-nitrosamine are present in the affected mink. Assessing the possibility of a potential contributory role of N-nitrosamine is very difficult. Identifying N-nitrosamine in the diet and/or in mink does not establish causation. It is theoretically possible that N-nitrosamines contributed in some way to this matter, but there are not sufficient data to establish this conclusion and it is not the proximate cause of death in necropsied animals.

25 Jan 13

Scott A. Brown, VMD, PhD, Diplomate (Internal Medicine, ACVIM)
Josiah Meigs Distinguished Teaching Professor of Physiology & Pharmacology
Edward H. Gunst Professor of Small Animal Studies
College of Veterinary Medicine
University of Georgia

1

## CURRICULUM VITAE – SCOTT A. BROWN

**Scott A. Brown, VMD, PhD, Diplomate (ACVIM)**
Josiah Meigs Distinguished Professor
Edward H. Gunst Professor of Smal Animal Studies
Departments of Physiology & Pharmacology and Small Animal Medicine
College of Veterinary Medicine
University of Georgia
Athens, GA 30602
706-542-3015 (Fax); 706-542-3014 (Office)
SBrown01@uga.edu

### Academic Positions in Chronological Order:

| | |
|---|---|
| 1989-1993 | Assistant Professor, Department of Physiology & Pharmacology, College of Veterinary Medicine, Athens, GA |
| 1993- 1999 | Associate Professor, Department of Physiology & Pharmacology, College of Veterinary Medicine, Athens, GA |
| 1999- 2006 | Professor, Department of Physiology & Pharmacology, College of Veterinary Medicine, Athens, GA |
| 2003- 2006 | Josiah Meigs Distinguished Teaching Professor, Department of Physiology & Pharmacology, College of Veterinary Medicine, Athens, GA |
| 2005- 2006 | Acting Associate Dean for Academic Affairs, College of Veterinary Medicine, Athens, GA (served for 20 months) |
| 2006- 2011 | Head, Department of Small Animal Medicine & Surgery, College of Veterinary Medicine, Athens, GA (served for 4.5 years) |
| 2011-present | Edward H. Gunst Professor of Small Animal Studies and Josiah Meigs Distinguished Teaching Professor, Departments of Physiology & Pharmacology and Small Animal Medicine and Surgery, College of Veterinary Medicine, Athens, GA |

**Educational Qualifications:**

College:  Allegheny College
    Meadville, PA
    BS - Mathematics - 1977
    Summa cum laude - Valedictorian

Veterinary School:
    University of Pennsylvania
    VMD - 1982
    Summa cum laude - Valedictorian

Graduate School:
    Department of Physiology and Pharmacology
    University of Georgia College of Veterinary Medicine
    Allen Predoctoral Fellow
    American Veterinary Medical Foundation Fellowship
    PhD - Renal Physiology - June 1989
    Graduate Advisor: Delmar R. Finco, DVM, PhD

Post-doctoral Fellowship:
    Nephrology Research and Training Center
    University of Alabama School of Medicine
    May 1987 - November 1988
    Research Mentor: L. Gabriel Navar, PhD

Clinical Internship:
    Department of Small Animal Medicine and Surgery:
    University of Georgia College of Veterinary Medicine
    June 1982 - August 1983

Small Animal Internal Medicine Residency:
    Department of Small Animal Internal Medicine:
    University of Georgia College of Veterinary Medicine
    September 1983 - August 1987
    Board Certified, Specialty of Internal Medicine,
      Am Coll of Veterinary Internal Medicine (Internal Medicine) - 1987

**Professional Organizations:**

| | |
|---|---|
| 1982-present | Member, American Veterinary Medical Association |
| 1987-present | Member, American Society of Veterinary Nephrology and Urology |
| 1997-present | Diplomate, American College of Veterinary Internal Medicine |
| 1999-present | Member, International Renal Interest Society (Chair, 1999-2001; Pres 2012-14) |

## SUMMARY OF ACCOMPLISHMENTS RELATED TO RESEARCH

### Research awards

Research Abstract Award, American College of Veterinary Internal Medicine Scientific Program, San Diego, Ca (1986)

President's Research Award, American College of Veterinary Internal Medicine Scientific Program, San Diego, Ca (1987)

Beecham Award for Research Excellence, The University of Georgia (1987)

SmithKline-Beecham Award for Research Excellence, The University of Georgia (1992)

Creative Research Medal, The University of Georgia (1997)

Erin Holder (Mentee of Dr. Brown): Received first place national award for manuscript and abstract presentation from the American Association of Zoo Animal Veterinarians in 2001: Holder E, Citino S, Businga N, Cartier L, Brown S. Measurement of glomerular filtration rate, renal plasma flow, and endogenous creatinine clearance in cheetahs (Acinonyx jubatus jubatus). *J Zoo Wildl Med* 35: 175-8, 2004.

American Veterinary Medical Research Excellence Award (National Award – 2002)

Association of Veterinary Diagnosticians Publication Award for most significant veterinary diagnostic publication for 2008: Brown C, et al. Outbreaks of renal failure associated with melamine and cyanuric acid in dogs and cats in 2004 and 2007. *J Vet Diagn Invest* 19: 525-531, 2007.

Royal Canin Award (National Career Achievement Award – 2009)

Chair, Science of Veterinary Medicine Symposium, UGACVM, 2011; 2012.

### Administrative work related to research

1. President, International Renal Interest Society (IRIS), 1998-2000; 2012-2014.
    *Group of International Experts in the field of veterinary nephrology devoted to the advancement of field and dissemination of knowledge (www.RenalHealth.org). Founding Chairperson of IRIS, 1998 – 2000. President for 2012-2014.*
2. Director, Georgia Veterinary Scholar Program, College of Veterinary Medicine, University of Georgia, Athens, GA, 1999-2002 (www.VeterinaryScholar.org).
    *The Georgia Veterinary Scholar Program is a summer program for veterinary students funded by support from the Merck Foundation and the state of Georgia. The primary goal of this program is to attract our graduates to careers in academia and biomedical research. Served as program director, authored the program website (www.VeterinaryScholar.org), and led the initiative to establish a national meeting of scholar programs. Our proposal to establish the National Symposium was funded by The Merck Foundation in 2000-2001. Our program hosted the First National Symposium here at UGA in 2001.*
4. Chair, Ad Hoc Committee on Clinical Research, College of Veterinary Medicine, UGA, 2001-2.
    *Led initiative to enhance clinical research at the College of Veterinary Medicine. This effort led to the establishment of the Clinical Research Program at the University of Georgia College of Veterinary Medicine.*

8

5. Chair, ACVIM Foundation Research Committee, 2001-2005.

   *As founding chair, I was responsible for facilitating the development of the granting mechanism and for directing the first two annual cycles of funding.*

6. Head, Department of Small Animal Medicine and Surgery, 2006-2011.

   *Responsible for development and support of departmental research infrastructure and mentoring of young faculty in the development of research programs.*

### Grants (Total of $5.5 million)

1. Brown S: The Mechanism of Vasodilation in Response to Amino Acid Infusions. Funded for $10,000 by the Pharmaceutical Manufacturer's Association Foundation, 1990. Role: PI.

2. Brown S: Potential Benefits of N-Methyl Arginine Therapy in Cats with Experimental Renal Failure. Funded for $9925.00 by The R.H.Winn Foundation, 1990. Role: PI.

3. Brown S and Finco D: Evaluation of Calcitriol as a suppressant of hyperparathyroidism in dogs with experimental renal failure - Hoffman-La Roche Pharmaceuticals, $231,000; 1990-1991. Role: PI.

4. Sims MH, Brown SA: Utilization of a self-test/self-evaluation format in the professional curriculum, Pew Educational Foundation, $3500, 1990-1991. Role: Co-I.

Brown S: Role of dietary lipids in the progression of renal disease in the dog. Morris Animal Foundation. Funded for $103,000; 1991-1993. Role: PI.

5. Brown S: Glomerular Capillary Hypertension: Role of Intrarenal Mechanisms. Georgia Affiliate of The American Heart Association. Funded for $32,495; 1991. Role: PI.

6. Brown S and Finco D: Evaluation of Calcitriol as a suppressant of hyperparathyroidism in dogs with experimental renal failure - Hoffman-La Roche Pharmaceuticals, $81,000; 1991-1992. Role: PI.

7. Brown S, Crowell W. The role of endothelially derived nitric oxide in progressive renal injury. Funded for $6471 by the University of Georgia Research Foundation, 1992. Role: PI.

8. Schnellmann R and Brown S: Summer Student Fellowship, American Heart Association, $2750, 1992. Role: Co-I.

9. Brown S and Finco D: Evaluation of the effects of the use of Calcitriol as a suppressant of hyperparathyroidism in dogs with experimental renal failure - Hoffman-La Roche Pharmaceuticals; $34,000; 1992. Role: PI.

10. Brown S: Treatment of systemic and intrarenal hypertension in cats with renal disease. The R.H.Winn Foundation, $14,850; 1992. Role: PI.

11. Brown S: Canine mesangial cells in culture. University of Georgia Veterinary Medical Experiment Station, $15,575; 1992-1994. Role: PI.

12. Brown S and Finco D: Summer Student Fellowship, American Heart Association (Kimberly Langford), $2750, 1994. Role: PI.

13. Brown S: Role of dietary lipids in cats with chronic renal disease. Morris Animal Foundation, $49,939; 1993-1995. Role: PI.

14. Brown S, Finco D, Barsanti J, Brown C. The use of plasma iohexol clearance to estimate GFR in cats. The R.H. Winn Foundations, $3,940; 1994-1995. PI.

15. Brown S. A canine model of anaphylaxis, American Cyanamid $27,000; 1994-1995. Role: PI.

16. Brown S, Finco D, Barsanti J, Crowell W, Brown C. Dietary potassium and feline renal disease, Morris Animal Foundation, $27,200; 1994-1996. Role: PI.

17. Brown S, Finco D, Barsanti J, Crowell W, Brown C. Potential benefits of angiotensin converting enzyme inhibition in dogs with renal disease, Merck and Co., $79,250; 1994-1996. Role: PI.

18. Brown S, Finco D, Barsanti J, Crowell W, Brown C. Dietary lipids and canine renal disease, The Iams Co.; $128,800; 1994-1996. Role: PI.

19. Finco D, Brown S, Barsanti J, Crowell W, Brown C. Effects of dietary protein and energy on cats with chronic renal disease, The Iams Co., $118,800; 1994-1996. Role: Co-PI.

20. Brown S, Finco D, Barsanti J, Crowell W, Brown C. Dietary lipids and feline renal function, Ralston-Purina Co., $43,800; 1994-1996. Role: PI.

21. Brown S, Finco D, Brown, C, Crowell W. Antihypertensive therapy in cats with renal disease, The Winn Feline Foundation, $9,625; 1996 - 1998. Role: PI.

22. Brown S. Effects of dietary fermentable fiber on uremia in dogs with chronic renal insufficiency, The Iams Co., $28,260; 1996-1998. Role: PI.

23. Brown S, Finco D, Barsanti J, Crowell W, Brown C. Obesity, systemic hypertension, and canine renal disease, Morris Animal Foundation, $98,500; 1994-1998. Role: PI.

24. Brown S, Stiles J, Jacobs G, Crowell W, Brown C. Efficacy of antihypertensive agents in renal failure, Novartis Animal Health, $212,000; 1997-1999. Role: PI.

25. Brown S. Effects of antioxidants and omega-3 polyunsaturated fatty acids on renal and immune function in dogs, Brown S (PI), 10%, The Iams Co., $174,356; 1999-2003. Role: PI.

26. Brown S, Finco D, Barsanti J, Crowell W, Brown C. Choice of antihypertensives in cats with renal disease, Morris Animal Foundation, $64,746; 1997-1999. Role: PI.

27. Moore J, Brown S, Trim C, Nute D, Coleman T: Development of Virtual Animals for Case Simulation in Veterinary Medicine, USG Teaching and Learning Grants Program, $13,833, 1999-2000. Role: Co-I.

28. Dickerson H, Brown S, Little S: Georgia Veterinary Scholar Program, The Merck Foundation, $30,000, 1999-2000. Role: Co-PI.

29. Brown S. Efficacy of antihypertensive agents in canine renal failure, Pfizer, $102,000, 1999-2002. Role: PI.

30. Brown S. Efficacy of antihypertensive agents in feline renal failure, Pfizer, $1,037,000; 1999-2002. Role: PI.

10

31. Evaluation the efficacy of spirapril hydrochloride in a model of feline renal insufficiency. Brown S (PI), 20%, Schering, $74,300, 2000-2002. Role: PI.

32. Dickerson H, Brown S, Little S: Georgia Symposium of Veterinary Student Research Scholars, The Merck Foundation, $12,000, 2000. Role: Co-PI.

33. Dickerson H, Brown S, Little S: The Georgia National Symposium of Veterinary Student Research Scholars, The Merck Foundation, $105,000, 2001. Role: Co-PI.

34. Buranakarl C and Brown S: Continuing Education Workshop, Sponsored by Royal Thai Government, 15 hour lecture and laboratory training for veterinarians, Bangkok, Thailand, $10,000, September 2002. Role: Co-PI.

35. Brown S. Role of urotensin II in systemic hypertension. GlaxoSmithKline, $135,000, 2003-2005. Role: PI.

36. Effects of two diets on spontaneous canine renal insufficiency, Sanderson S and Brown S, The Iams Co, $25,431, 2002-2006. Role: PI.

37. Brown S. NSAIDs and renal disease. Boehringer-Ingelheim, $8,500, 2005-2006. Role: PI.

38. Brown S. Dietary phosphorus binding agent in cats with hyperphosphatemic renal disease. Vetoquinol, $94,000, 2003-2008. Role: PI.

39. Sanderson S, Brown S. Comparison of Two Dietary Approaches to Managing Chronic Renal Failure (A Multicenter Study)--The Iams Company, $27,949.00, 2005-2007.      Role: Co-I.

40 . Allen S, Brown S, Carmichael K, and Lee M: Enhancing diversity in the veterinary workforce. Multicultural Scholar Grant Program, USDA, $120,000, 2005-2010. Role: Co-PI.

41. Schmiedt C, McAnulty J, Brown C, Brown S. Creation of a model for hypertension following cold ischemic injury and renal transplant in the rat. University of Georgia Faculty Research Grants Program, $15,000, 2008-2009. Role: Co-I.

42. Schmiedt C, Hurley D, Brown C, Brown S. Aldosterone inhibition and the severity of chronic allograft nephropathy. University of Georgia Veterinary Medical Experiment Station, $8,750, 2008-2009. Role: Co-I.

43. Oliver S, Brown S, Cohen A, Moore J, Robertson T, Ward C: Learning biological processes through animations: An inquiry based approach. NIH-SEPA, 2008-2013 ($1,300,000). The major goals of this project are to create, implement and evaluate the incorporation of 3-D models and animations in the teaching of basic biological processes to high school students. Role: Co-PI.

44. Robertson T, Brown S, Ward C: Synapse. NIH-SBIR, 2011-2013 ($540,000). The goal of this support is to develop a strategy for producing, distributing, and marketing educational software. Role: Co-PI and IS3D Board Member.

45. Murphy H, Dindo M, McManamon R, Dennis P, Lowenstine L, Brown C, Brown S, Ellis A, Rapoport G, Brainard B, Terio K, Murray S: The Great Ape Heart Project: Developing new strategies for disease investigation. IMLS 045428-01, 2012-2015 ($485,000).

11

**Pending research support ($1,010,000 pending)**
Brown S, Cohen A, Moore J, Robertson T: Engaging students in NIDDK-related research: An interactive, inquiry-based approach. NIH-NIDDK, 2012-2017 (R25: $535,000). The major goals of this project are to create, implement and evaluate 3-D models and animations in physiology education.
Role: PI.

## Publications (Peer Reviewed)

1.   Brown S, Barsanti J, Crowell W: Gentamicin-associated acute renal failure in the dog. *J Am Vet Med Assoc* 186:686-690, 1985.

2.   Spyridakis L, Brown S, Barsanti J: Amyloidosis in a dog: Treatment with dimethylsulfoxide. *J Am Vet Med Assoc* 189:690-691, 1986.

3.   Brown S, Rakich P, Barsanti J, Finco D: Fanconi syndrome and acute renal failure associated with gentamicin therapy in a dog. *J Am Anim Hosp Assoc* 22:634-640, 1986.

4.   Bacia J, Spyridakis L, Barsanti J, Brown S: Ibuprofen toxicosis in a dog. *J Am Vet Med Assoc* 188:918-919, 1986.

5.   Brown S, Spyridakis L, Crowell W: Distal renal tubular acidosis associated with hepatic lipidosis in a cat. *J Am Vet Med Assoc* 189: 1350-1352, 1986.

6.   Finco D, Barsanti J, Brown S: Ammonium chloride as a urinary acidifier in cats: efficacy, safety, and rationale for its use. *Modern Veterinary Practice* 67:537-541, 1986.

7.   Brown S, Crowell-Davis S, Malcolm T, Edwards P: Naloxone responsive compulsive behavior in a dog. *J Am Vet Med Assoc* 190: 884-888, 1987.

8.   Finco D, Adams D, Crowell D, Stattelman A, Brown S, Barsanti J: Influence of continuous versus intermittent feeding of cats on oral intake and urinary excretion of minerals. Am J Vet Res 47:1638-1642, 1987.

9.   Finco D, Rawlings C, Crowell W, Brown S, Barsanti J: Efficacy of azathioprine versus cyclosporine on kidney graft survival in transfused and nontransfused unmatched mongrel dogs. *J Vet Int Med* 1:61-66, 1987.

10.   Mahaffey E, Brown T, Duncan J, Latimer K, Brown S: Basophilic leukemia in a dog. *J Comp Path* 97:393-399, 1987.

11.   Medleau L, Brown C, Brown S, Jones C: Feline demodicosis: Report of 4 new cases and review of the literature. *J Am Anim Hosp Assoc* 24:85-91, 1988.

12.   Brown S, Barsanti J: Quantitative buffy coat analysis for hematologic measurements of canine, feline, and equine blood samples and for detection of canine microfilaremia. *Am J Vet Res* 49:321-324, 1988.

13.   Finco D, Barsanti J, Brown S: Influence of dietary source of phosphorus on fecal and urinary excretion of phosphorus and other minerals by male cats. *Am J Vet Res* 50:263-266, 1989.

12

14.    Brown S, Groves C, Barsanti J, Finco D: Determination of excretion of inulin, creatinine, sodium sulfanilate, and phenolsulfonphthalein to assess renal function in goats. *Am J Vet Res* 51:581-586,1990.

15.    Brown S, Barsanti J, and Finco DR.  Glucose conservation and effect of systemic glucose infusion on inulin clearance in female goats. *Am J Vet Res* 51,587-590, 1990.

16.    Brown C, Crowell W, Brown S, Finco D, Barsanti J: Suspected familial renal disease in Chow Chows. *J Am Vet Med Assoc* 196:1279-1284, 1990.

17.    Brown S, Finco D, Choat D, and Navar L: Single nephron adaptations to partial renal ablation in dogs. *Am J Physiol* 258 (Renal Fluid Electrolyte Physiol. 27):F495-F503, 1990.

18.    Brown SA, Navar LG: Single nephron responses to parenteral administration of amino acids in dogs. *Am J Physiol* 259 (Renal Fluid Electrolyte Physiol. 28):F739-F746, 1990.

19.    White JV, Finco DR, Crowell WA, Brown SA, Hirakawa DA: Effect of dietary protein on kidney function, morphology, and histopathology during compensatory renal growth in dogs. *Am J Vet Res* 52:1357-1365, 1991.

20.    Finco D, Brown S, Barsanti J, and White JV: Exogenous creatinine clearance as a measure of glomerular filtration rate in dogs with reduced renal mass. *Am J Vet Res* 52:1029-1032, 1991.

21.    Brown S, Crowell WA, Barsanti JA, White JV, and Finco DR: Beneficial effects of dietary mineral restriction in dogs with marked reduction in functional renal mass. *J Am Soc Nephr* 1:1169-1179, 1991.

22.    Brown SA, Finco DR, Crowell WA, Navar LG: Dietary protein intake and the glomerular adaptations to partial nephrectomy in dogs. *J Nutr* 121:S125-S127, 1991.

23.    Finco D, Brown S, Crowell W, Groves C, and Barsanti J: Effects of phosphorus-calcium restricted and phosphorus-calcium replete 32% protein diets on dogs with chronic renal failure. *Am J Vet Res* 53:157-163, 1992.

24.    Brown S, Finco D:  Characterization of the renal response to protein ingestion in dogs with experimentally induced chronic renal failure. *Am J Vet Res* 53:569-573, 1992.

25.    Finco D, Brown S, Crowell W, Groves C, and Barsanti J: Effects of dietary phosphorus and protein on dogs with chronic renal failure. *Am J Vet Res* 53:2264-2271, 1992.

26.    Thomas LA and Brown SA: Relationship between colloid osmotic pressure and plasma protein concentration in the dog, cat, horse, and cow. *Am J Vet Res* 53:2241-2244, 1992.

27.    Brown SA: The determinants of glomerular ultrafiltration in domestic cats. *Am J Vet Res* 54:970-975, 1993.

28.    Brown SA, Walton C. Crawford M, Bakris G: Long-term effects of antihypertensive regimens on renal hemodynamics and proteinuria. *Kidney Int* 43:1210-1218, 1993.

29.    Finco DR, Tabaru H, Brown SA, Barsanti JA: Endogenous creatinine clearance measurements of glomerular filtration rate in dogs. *Am J Vet Res* 54:1575-1578, 1993.

13

30.   Tabaru H, Finco DR, Brown SA, Cooper T: Influence of hydration state on renal function of dogs. *Am J Vet Res* 54:1758-1764, 1993.

31.   Brown SA: Endothelium-derived nitric oxide in the regulation of systemic arterial pressure and renal vascular resistance in cats. *Res Vet Sci* 55:398-400, 1993.

32.   Finco DR, Brown SA, Ferguson DC, Crowell WA: Selective parathyroidectomy of the dog. *Can J Vet Res* 57:288-292, 1993.

33.   Gaber L, Walton C, Brown S, Bakris G: Effects of different antihypertensive treatments on morphologic progression of diabetic nephropathy in uninephrectomized dogs. *Kidney Int* 46:161-169, 1994.

34.   Brown SA: Evaluation of a single injection method for estimating glomerular filtration rate in dogs with reduced renal function. *Am J Vet Res* 55:1470-1473, 1994.

35.   Finco DR, Brown SA, Cooper TA, Crowell WA, Hoenig M, Barsanti JA: Effects of parathyroid hormone depletion on dogs with induced renal failure. *Am J Vet Res* 55:867-873, 1994.

36.   Finco DR, Brown SA, Crowell WA, Brown CA, Barsanti JA, Carey DP, Hirakawa DA: Effects of aging and dietary protein intake on uninephrectomized geriatric dogs. *Am J Vet Res* 55:1282-1290, 1994.

37.   Brown SA, Dusza K, Boehmer J: Comparison of measured and calculated values for colloid osmotic pressure in hospitalized animals. *Am J Vet Res* 55:910-915, 1994.

38.   Finco DR, Brown SA, Vaden S: Relationship between plasma creatinine concentration and glomerular filtration rate in dogs. *J Vet Pharm Therapeutics* 18:418-421, 1995.

39.   Ennulat DE and Brown SA: Canine and equine mesangial cells *in vitro*. *In vitro: Cellular and Developmental Biology* 31:574-578, 1995.

40.   Brown SA and Brown CA: Single nephron adaptations to partial renal ablation in cats. *Am J Physiol* 269:R1002-R1008, 1995.

41.   Brown SA, Finco DR, Navar LG: Impaired renal autoregulatory ability in dogs with reduced renal mass. *J Am Soc Nephr* 5:1768-1774, 1995.

42.   Brown SA, Finco DR, and Boudinot D: Evaluation of a single injection method, using iohexol, for estimating glomerular filtration rate in dogs and cats. *Am J Vet Res* 57:105-110, 1996.

43.   Brown SA, Haberman C, Finco DR: Evaluation of a single injection method for estimating glomerular filtration rate in cats with reduced renal function. *Am J Vet Res* 57:1702-1705, 1996.

44.   Brown SA, Barsanti J, Finco DR: Pathophysiology and management of progressive renal disease in dogs. *Brit Vet J* 152:1-24, 1996.

14

45. Brown Cathy, Roberts AW, Miller M, Davis D, Brown S, Bolin C, Jarecki-Black J, Greene C, Miller-Liebl D: Leptospira interrogans serovar grippotyphosa infection in dogs. *J Am Vet Med Assoc* 209:1265-1267, 1996.

46. Brown S, Langford K, Tarver S: Measurement of blood pressure, heart rate, and physical activity by radiotelemetry in conscious, unrestrained cats. *Am J Vet Res* 58:647-651, 1997.

47. Finco, D. R., S. A. Brown, et al. Reliability of using random urine samples for "spot" determination of fractional excretion of electrolytes in cats. *Am J Vet Res* 58: 1184-7, 1997.

48. Finco, D. R., S. A. Brown, et al. Effects of parathyroidectomy on induced renal failure in dogs. *Am J Vet Res* 58: 188-95, 1997.

49. Ennulat D, Brown SA: Effects of growth factors on canine and equine mesangial cell proliferation. *Am J Vet Res* 58:1308-1313, 1997.

50. Cowan LA, McLaughlin R, Toll PW, Brown SA, Moore TI, Butine MD, Milliken G: The effects of stanozolol on body composition in dogs with renal failure. *J Am Vet Med Assoc* 211:719-22, 1997.

51. Brown SA, Brown C, Crowell W, Barsanti J, Finco DR: Effects of dietary fatty acid composition on the course of chronic renal disease in dogs. *J Lab Clin Med* 131:447-455, 1998.

52. Ennulat DE and Brown SA: Use of desmin as a marker for canine and equine mesangial cells *in vitro*. *In vitro: Cellular and Developmental Biology* 34:450-454, 1998.

53. Belew A, Brown SA: Blood pressure measurement in cats and the white coat effect. *J Vet Int Med* 13:134-142, 1999.

54. Brown SA: Evaluation of chronic renal disease: A staged approach. *Compendium on Continuing Education* 21:752-763, 1999.

55. Finco DR, Brown SA, Brown C, Crowell W, Copper T, Barsanti J: Progression of chronic renal disease in the dog. *J Vet Int Med* 13:516-528, 1999.

56. Brown SA, Brown C, Crowell W, Barsanti J, Finco DR: Effect of dietary fatty acid supplementation in early renal insufficiency in dogs. *J Lab Clin Med* 135:275-286, 2000.

57. Miller RHG, Smeak DD, Lehmkujl LB, Brown SA and DiBarola SP. Radiotelemetry catheter implantation: surgical technique and results in cats. *Contemp Top Lab Anim Sci* 2000 39:34-39.

58. Brown S, Finco D, Brown C, Crowell W. Effects of angiotensin converting enzyme inhibition in feline chronic renal insufficiency. *Am J Vet Res* 62:375-384, 2001.

59. McCarthy R, Steffens W, Brown C, Brown S, Ard M, Finco D. "Effects of dietary protein on glomerular mesangial area and basement membrane thickness in aged uninephrectomized dogs." *Can J Vet Res* 65: 125-30, 2001.

60. Mathur, S, Syme H, Brown, C. Elliot J, Moore A. Newell T, Munday J, Cartier L, Sheldon S. Brown S. Effects of the calcium channel antagonist amlodipine in cats with surgically induced hypertensive renal insufficiency. *Am J Vet Res* 63: 833-9, 2002.

61. King, J, Strehlau G, Wernsing J, Brown S. Effect of renal insufficiency on the pharmacokinetics and pharmacodynamics of benazepril in cats. *J Vet Pharmacol Ther* 25: 371-8, 2002.

62. Almy, F, Christopher M, King D, Brown S. Evaluation of cystatin C as an endogenous marker of glomerular filtration rate in dogs. *J Vet Intern Med* 16: 45-51, 2002.

63. Brown S, Finco D, Brown C, Crowell W. Effects of angiotensin converting enzyme inhibition in canine chronic renal insufficiency. *Am J Vet Res* 64:321-327, 2003.

64. Holder E, Citino S, Businga N, Cartier L, Brown S. Measurement of glomerular filtration rate, renal plasma flow, and endogenous creatinine clearance in cheetahs (Acinonyx jubatus jubatus). *J Zoo Wildl Med* 35: 175-8, 2004.

65. Mathur S, Brown C, Dietrich U, Munday J, Newell M, Sheldon S, Cartier L, Brown S. Evaluation of a technique of inducing hypertensive renal insufficiency in cats. *Am J Vet Res* 65: 1006-13, 2004.

66. Buranakarl C, Mathur S, Brown S. Effects of dietary sodium chloride intake on renal function and blood pressure in cats with normal and reduced renal function. *Am J Vet Res* 65: 620-7, 2004.

67. Haberman C, Morgan J, Kang C, Brown S. Evaluation of indirect blood pressure measurement techniques in cats. *Int J of Appl Res in Vet Med* 2:279-290, 2004.

68. Lees G, Brown S, Elliott J, Grauer G, Vaden S. Assessment and management of proteinuria in dogs and cats: 2004 ACVIM Forum Consensus Statement." *J Vet Intern Med* 19: 377-85, 2005.

69. Brown, C. J. Munday J, Mathur S, Brown, S. "Hypertensive encephalopathy in cats with reduced renal function." *Veterinary Pathology* 42: 642-649, 2005.

70. Haberman C, Morgan J, Brown S. Evaluation of Doppler ultrasonic and oscillometric methods of indirect blood pressure estimation in conscious dogs. *Can J Vet Res* 70:211-217, 2006.

71. Brown S, Atkins C, Bagley R, Carr A, Cowgill L, Davidson M, Egner B, Elliott J, Henik R, Labato M, Littman M, Polzin D, Ross L, Snyder P, and Stepien R. Guidelines for the identification, evaluation, and management of systemic hypertension in dogs and cats. *J Vet Intern Med* 21: 542–558, 2007.

72. Lefebvre H, Brown S, Chetboul V, King J, Pouchelon J, Toutain, P. Angiotensin-converting enzyme inhibitors in veterinary medicine" *Current Pharmaceutical Design* 13:1347-6, 2007.

73. Brown C, Jeong K, Poppenga R, Puschner B, Miller D, Ellis A, Kang K, Sum S, Cistola A, and Brown S. Outbreaks of renal failure associated with melamine and cyanuric acid in dogs and cats in 2004 and 2007. *J Vet Diagn Invest* 19: 525-531, 2007. (Manuscript received award from Association of Veterinary Diagnosticians as most significant veterinary diagnostic publication for 2008.)

74. Brown S, Rickertsen M, Sheldon S. Effects of an Intestinal Phosphorus Binder on Serum Phosphorus and Parathyroid Hormone Concentration in Cats With Reduced Renal Function. *Int J Appl Res Vet Med* 6:155-160, 2008.

75.Goodman L, Brown S, Torres BT, Reynolds LR, Budsberg SC. Effects of meloxicam on plasma iohexol clearance as a marker of glomerular filtration rate in conscious, normal cats. *Am J Vet Res* 2009;70:826-830.

16

76. Schmiedt CW, Mercurio AD, Glassman MM, McAnulty JF, Brown CA, **Brown SA**. Effects of renal autograft ischemia and reperfusion associated with renal transplantation on arterial blood pressure variables in clinically normal cats. *Am J Vet Res* 70:1426-1432, 2009.

78. Brown CA and **Brown, SA**. Food and Pharmaceuticals: Lessons Learned From Global Contaminations With Melamine/Cyanuric Acid and Diethylene Glycol. *Vet Pathol* 47: 45-52, 2010.

79. Sum SO, Hensel P, Rios L, Brown CA, Howerth EW, Driskel EA, Moussy A, Hermine O, **Brown S**. Drug-induced minimal change nephropathy in a dog. *J Vet Intern Med* 2010; 24:431-435.

80. Vogt A, Rodan I, Brown M, **Brown S**, Buffington T, Forman M, Neilson J, and Sparkes A. Feline Life Stage Guidelines. *Journal of Feline Medicine and Surgery* 2010;12:43–54.

81. Surdyk K, Sloan D, and **Brown, SA**. Effects of ibuprofen and carprofen on renal function in normal and volume-depleted dogs. *Intern J Appl Res Vet Med* 2011;9:129-136.

82. Gowan RA, Lingard AE, Johnston L, Stansen W, Brown SA, Malik R. Retrospective case-control study of the effects of long-term dosing with meloxicam on renal function in aged cats with degenerative joint disease. *J Feline Med Surg* 2011;13:752-761.

84. Dixon-Jimenez A, Rapoport G, **Brown S**. Systemic hypertension in dogs and cats, *Veterinary Practice* 2011;1:2.

83. Surdyk K, Sloan D, and **Brown SA**. Evaluation of the renal effects of carprofen and etodolac in euvolemic and volume-depleted dogs. *Am J Vet Res* 2012;73:1485-1490.

## Publications (Nonrefereed Manuscripts)

1. **Brown S**. Dietary protein and the course of chronic renal disease: Some unanswered questions. *Sem Vet Med Surg* 7:237-243, 1992.

2. **Brown S**. Hypokalemic-Azotemic cat: A chicken and egg question? *Veterinary Forum*, December 1993, 42-44.

3. **Brown S**. Commentary: Voiding urohydropropulsion. *Advances in Small Animal Medicine and Surgery* 7:1-2, 1994

4. **Brown S**. Commentary: Endogenous nitric oxide. *Advances in Small Animal Medicine and Surgery* 7:6-7, 1994.

5. **Brown S**. Medical management of chronic renal failure. *Vet Forum*, October 1995, 37-41.

6. **Brown S**. Dietary management of canine renal disease. *DVM Newsmagazine*, June 1995.

7. **Brown SA**, Finco DR, Jo YW. Fatty acid supplementation and chronic renal disease. *J Korean Vet Med Assoc* 32:627-632, 1996.

8. **Brown S**. Aging and the Kidney. *Jpn J Mod Vet Med* 28:67-69, 1997.

9. **Brown S**, DiBartola S, Grauer G. Current understanding of renal disease in dogs. Compendium 24: 3-12 (Supplement), 2002.

## Research Abstracts – Oral and Poster Communications

1.   Bovee K, Anderson T, **Brown S**: Bicarbonate reabsorption in dogs with Fanconi syndrome. Proceedings, International Society of Nephrology, Athens, Greece, 1981.

2.   Bovee K, Anderson T, **Brown S**, Segal S: Renal tubular defect in dogs with a syndrome resembling Fanconi syndrome in man. Symposium, Animal Models of Human Disease, Washington, DC, 1981.

3.   Prestwood A, **Brown S**, Roberson E, Rawlings C: Giant kidney worm, Dioctophyma renale, in 3 dogs from Piedmont, North Carolina.  Proceedings, Canadian Society of Zoologists, Nova Scotia, Canada, 1984.

4.   Finco D, Rawlings C, Barsanti J, Crowell W, **Brown S**: Pretransplant transfusion effect on renal transplants in related and non-related dogs treated with prednisolone and either azathioprine or cyclosporine.  Proceedings, American College of Veterinary Internal  Medicine Scientific Forum, San Diego, CA, 1986.

5.   **Brown S**, Finco D, Barsanti J: Natural history of gentamicin nephrotoxicosis and effects of dietary calcium and thyroid hormone supplementation. Proceedings, American College of Veterinary Internal Medicine Scientific Forum, San Diego, CA, 1986.

6.   **Brown S**, Barsanti J: Reliability of a method of buffy coat analysis for hematologic measurements. Proceedings, American College of Veterinary Internal Medicine Scientific Forum, San Diego, CA, 1986.

7.   **Brown S**: Advances in the use of the canine renal allograft model. Proceedings, Clinichem 86 Scientific Program, New York, NY, 1986.

8.   **Brown S**, Finco D, Barsanti J, Crowell W: Beneficial effect of moderate phosphate restriction in partially nephrectomized dogs on a low protein diet. Kidney International 31:380(A), 1987.

9.   **Brown S**, Finco D, Groves C: Investigations of caprine renal function. Proceedings, American College of Veterinary Internal Medicine Scientific Forum, San Diego, CA, 1987.

10.   **Brown S**, Finco D, Crowell W, Barsanti J: Effects of dietary mineral restriction on dogs with chronic renal failure. Proceedings, American College of Veterinary Internal Medicine Scientific Forum, San Diego, CA, 1987.

11.   **Brown S**: Recent advances in our understanding of renal physiology and their clinical significance. Proceedings, Research Section of American Veterinary Medical Association Annual Meeting, Chicago, IL, 1987.

12.   **Brown S**, Crowell W, Finco D: Renal lesions in partially nephrectomized dogs. Proceedings, American College of Veterinary Pathology, Kansas City, 1988.

13.   **Brown S**, Navar L, Finco D: Renal and glomerular hemodynamics in 3/4 nephrectomized dogs. Kidney International 33:259(A), 1989.

18

14.   Brown S, Navar L: A tubuloglomerular feedback independent mechanism contributes to amino acid induced renal vasodilation in the dog. FASEB Journal 3:A541, 1989.

15.   Brown S, Navar L, Finco D, White J: Adaptation to progressive renal ablation in dogs on a high protein diet. Am J Kidney Dis 14:438, 1989.

16.   Finco D, Brown S, White J: Protein restriction does not influence progression of renal failure in remnant kidney dogs. Am J Kidney Dis 14:444, 1989.

17.   White JV, Finco DR, and Brown SA. Role of dietary protein intake in the compensatory response to renal ablation in the dog. Proceedings, American College of Veterinary Internal Medicine Scientific Forum, San Diego, CA, 1989.

18.   Brown SA and Navar LG. Investigations of the mechanism of renal vasodilation during amino acid infusion. Proceedings, FASEB Summer Research Conference, Saxtons River, VT, 1989.

19.   Brown SA, Finco DR, Navar LG. The nature and consequences of glomerular enlargement in the adult dog. Proceedings, NIH/NIDDK Renal Conference on the Biology of the Renal Microvasculature, Bethesda, MD, 1989.

20.   Brown S and Navar L. Effect of intravenous infusion of amino acids on canine glomerular capillary pressure and ultrafiltration dynamics. Proceedings, American College of Veterinary Internal Medicine Scientific Forum, Washington, DC 1990.

21.   Brown S and Finco D. The chronic course of renal function following 15/16 nephrectomy in dogs. Proceedings, American College of Veterinary Internal Medicine Scientific Forum, Washington, DC 1990.

22.   Finco D and Brown S. Exogenous creatinine clearance reliably measures glomerular filtration rate in dogs with reduced renal mass. Proceedings, American College of Veterinary Internal Medicine Scientific Forum, Washington, DC 1990.

23.   Brown S, Finco D, Barsanti J. The role of diet in the progression of renal disease. Proceedings, Waltham International Symposium on Nutrition, University of California, Davis, CA, 1990.

24.   Brown S, Walton C, Crawford P, Bakris G. The mechanism of glomerular hyperfiltration in dogs with diabetes mellitus. FASEB J 5:A379, 1991.

25.   Brown Scott A, Walton C, Crawford P, Bakris G. Renal response to angiotensin converting enzyme inhibition or calcium channel blockade in diabetic beagles. J Am Soc Nephr 2:286 (abstract), 1991.

26.   Finco DR and Brown Scott A. Fluctuation in canine parathyroid hormone concentration. J Vet Int Med 6:112(A), 1992.

27.   Finco DR, Brown Scott A, Barsanti JA. Measurement of GFR in dogs using endogenous creatinine clearance. J Vet Int Med 6:120(A), 1992.

28.   Brown Scott A, Walton C, Crawford P, Bakris G. Effects of angiotensin converting enzyme inhibition and calcium channel blockade on renovascular resistance in diabetic beagles. J Vet Int Med 6:121(A), 1992.

19

29.   Gaber L, Walton C, Crawford P, Brown S, Bakris G. The effects of converting enzyme inhibition
      (CEI) of calcium antagonism, alone or combined, on histologic progression of diabetic nephropathy.
      J Am Soc Nephr 3, 332(A), 1992.

30.   Brown S. Effects of endothelium-derived nitric oxide blockade on renal and glomerular
      hemodynamics in normal and partially nephrectomized dogs. J Am Soc Nephr 3, 541(A), 1992.

31.   Brown SA, Finco DR, Navar LG. Effects of variations in systemic arterial pressure on renal
      function in dogs with chronic renal failure. J Vet Int Med 7:124(A), 1993.

32.   Brown SA, Boehmer J, Katakam PVG. The use of a single injection method to estimate
      glomerular filtration rate in dogs with reduced renal function. J Vet Int Med 7:125(A), 1993.

33.   Finco DR, Brown SA, Barsanti J. Diet effects on renal mineral concentration in geriatric dogs. J
      Vet Int Med 7:122(A), 1993.

34.   Ennulat, Brown SA. Mesangial cell culture as a model for the study of renal pathophysiology in
      dogs and horses. Proceedings , Animal Disease Research Workers in Southern States Conference,
      1993.

35.   Cowan LA, McVey S, Brown SA, McLaughlin R. Alterations of T-lymphocytes in dogs with
      chronic renal failure treated with stanozolol. J Vet Int Med 8:165(A),1994.

36.   Finco DR, Brown SA. Single injection iohexol measurement of glomerular filtration rate in dogs.
      J Vet Int Med 8:165(A), 1994.

37.   Brown SA, Finco DR.. The use of plasma iohexol clearance to estimate glomerular filtration rate
      in cats. J Vet Int Med 8:167(A), 1994.

38.   Ennulat, Brown SA. Characterization of canine and equine mesangial cells in culture. J Vet Int
      Med 8:189(A),1994.

39.   Ennulat, Brown SA. Desmin expression as a marker for the exclusion of fibroblasts in cell
      cultures. Proceedings, Animal Disease Research Workers in Southern States Conference, 1994.

40.   Bakris G, Walton C, Brown S, Gaber L. The association between albuminuria, glomerular
      pressure, and mesangial volume in hypertensive diabetic dogs. Proceedings, American Heart
      Association (Hypertension), 1994.

41.   Finco DR, Brown SA, Crowell W, Barsanti J. Hypocalcemia has beneficial effects in
      dogs with chronic renal failure.   J Vet Int Med 9:209(A),1995.

42.   Cowan LA, Toll P, McLaughlin R, Brown SA, Butine M, Milliken G. The effects of stanozolol
      on body composition, nitrogen balance, and food intake in dogs with chronic renal failure. J Vet Int
      Med 9:214(A),1995.

43.   Brown SA, Finco DR, Brown C, Crowell W, Barsanti J. Effects of dietary lipid composition on
      glomerular hemodynamics in dogs with renal insufficiency. J Vet Int Med 10:168(A), 1996.

44.   Brown SA, Finco DR, Brown C, Crowell W, Barsanti J. Effects of dietary lipid composition on
      the course of chronic renal disease in dogs. J Vet Int Med 10:168(A), 1996.

45.   Brown SA, Finco DR, Brown C, Crowell W, Reinhart G. Dietary fatty acid composition affects the course of chronic renal disease in dogs. Proceedings, Am Coll of Vet Int Med Forum, San Diego, CA, 1998.

46.   Brown SA, Pazak H, Finco DR, Brown C, LaFlamme D. . Dietary fatty acid composition affects renal function in cats. Proceedings, Am Coll of Vet Int Med Forum, San Diego, CA, 1998.

47.   Brown SA, Brown C, Jacobs G, Stiles J. . Effect of converting enzyme inhibition in cats with renal insufficiency. Proceedings, American College of Veterinary Internal Medicine Forum, Chicago, CA, 1999.

48.   Elliott DA, Backus RC, Brown SA. Increased plasma leptin concentrations in cats with chronic renal failure. J Vet Int Med 1999;13:279.

49.   Brown SA, Brown C. Does systemic hypertension cause progressive renal injury in dogs? Proceedings, Am Coll of Vet Int Med Forum, Seattle, WA, 2000.

50.   Brown SA, Brown C. Evaluation of blood pressure recording devices in cats. Proceedings, Am Coll of Vet Int Med Forum, 2001.

51.   Brown SA, Brown C. Evaluation of blood pressure recording devices in dogs. Proceedings, Am Coll of Vet Int Med Forum, 2001.

52.   Mathur SM, Syme H, Brown C, Elliott J, Cartier L, Sheldon S, Brown C, and Brown SA. Effects of amlodipine in hypertensive feline renal insufficiency. Am Coll of Vet Int Med Forum, Dallas, TX, 2002.

53.   Reynolds V, Mathur SM, Brown C, Cartier L, Sheldon S, Brown C, and Brown SA. Lack of efficacy of losartan as an antihypertensive in cats. Am Coll of Vet Int Med Forum, Dallas, TX, 2002.

54.   Boozer L, Mathur SM, Brown C, Cartier L, Sheldon S, Brown C, and Brown SA. Failure of serum creatinine normal ranges in defining feline renal failure. Am Coll of Vet Int Med Forum, Dallas, TX, 2002.

55.   Brown SA, Mathur SM, Brown C, Cartier L, Sheldon S. A new model of hypertensive renal insufficiency in cats. Am Coll of Vet Int Med Forum, Dallas, TX, 2002.

56.   Sanderson SL, Tetrick M, Brown SA, Adams LA, Kruger JM, Vaden SL, Moore LE. Relationship between serum iohexol clearance and reciprocal of serum creatinine in dogs with naturally-occurring chronic renal failure. J Vet Int Med, 19:433, 2005.

57.   Surdyk K, Brown S. Effects of meloxicam and aspirin on glomerular filtration and renal blood flow in cats with renal insufficiency, NSAID Interest Panel, Key West, FL, 2006.

58.   Goodman L, Brown S, Budsberg S. Effects of nonsteroidal anti-inflammatory drugs on renal function in normal cats. NSAID Interest Panel, Key West, FL, 2007.

69. Sung, S., Stanger-Hall, K., Wiegert, C., Li, W., Moore, J., Oliver, S., Brown, S. Robertson, T., & Shen, J. Concept mapping for clarifying big ideas across disciplines: An example on osmosis. Poster presented at the first national annual meeting of the Society for the Advancement of Biology Education Research (SABER). University of Minnesota- Twin Cities, 2011.

21

70. Shen, J. Wiegert, C., Sung, S., Stanger-Hall, K., Li, W., Moore, J., Oliver, S., Brown, S. & Tom Robertson. Concept Mapping to Clarify Interdisciplinary Themes: An Example Using Osmosis. Poster presented at the annual summer meeting of the American Association of Physics Teachers (AAPT), 2011.

## Invited Book Chapters - 68 total (1982-present)
### Representative examples (14)

1.   Brown S. Physiology of the Urinary Tract. In Slatter D (ed): Textbook of Small Animal Surgery, WB Saunders, Philadelphia, 1993, pp. 1384-1393.

2.   Brown S. Primary diseases of glomeruli. Canine and Feline Urology, Williams and Wilkins, Philadelphia, 1996, pp. 368-385.

3. Brown S. Chronic renal failure: Recent developments in medical management. Manual of Canine and Feline Urology and Nephrology, British Small Animal Veterinary Association, London, 195-208, 1996.

4. Brown S. Influence of dietary fatty acids on intrarenal hypertension. Recent advances in canine and feline nutrition (Volume II), Orange Frazer Press, Wilmington, OH, 1998, pp. 413-424.

5. Brown, S. A. (2005). Noninfectious diseases of the urinary tract of small animals. The Merck Veterinary Manual. C. M. Kahn. Whitehouse Station, N.J., Merck & Co: 1267-1270.

6. Brown, S and Grauer G. Diseases of the kidney, Handbook of Small Animal Practice, Morgan R, Bright R, Swartout M, eds., W. B. Saunders, 2003, pp. 500-527.

7. Brown, S. Hypertension, Heat Failure, and Shock., Duke's Physiology of Domestic Animals *(12th Edition)*, Cornell University Press, 2004 pp. 343-355.

8.   Brown, S. Pathophysiology of systemic hypertension, Textbook of Veterinary Internal Medicine *(6th Edition)*, Elsevier Saunders, Ettinger S and Feldman E, eds., 2005, pp. 472-476.

9.   Brown S. Hypertensive crisis, *Small Animal Critical Care Medicine*, Silverstein DC and Hopper KA (eds), Elsevier, St. Louis, MO, 2008; 176-179.

10.   Brown S, Henik R. Systemic hypertension in dogs and cats. Manual of Canine and Feline Cardiology, WB Saunders, Philadelphia, 2008.

11.  Brown S.  Staged management of kidney disease. *Consultations in Feline Internal Medicine*, August J (ed), Elsevier, St. Louis, 2010.

12. Brown S. Chapter 68: Systemic arterial hypertension, Nephrology and urology of small animals, J. Bartges and D. Polzin (eds), Wiley-Blackwell, 2011.

13. Brown S. Chapter 2: Physiology of the kidneys, The Kidney, D. Polzin and J. Bartges (eds), Wiley-Blackwell, 2011.

14. Brown S. The use of NSAIDs in chronic kidney disease, Current Veterinary Therapy XV, J. Bonagura and D. Twedt (eds), In press, 2012.

22

**Research – Other accomplishments**

Member of Research Committee and Scientific Advisory Committee, National Kidney Foundation, Georgia Affiliate, Atlanta, GA, 1991-1993.

Consultant, Cardiovascular Dynamics and Their Control (NIH Program Project Grant: John E. Hall, et al), University of Mississippi Medical Center, Jackson, MS; 1992.

Manuscript Reviewer: Hypertension, Journal of the American Veterinary Medical Assoc, Journal of Clinical Investigation, American Journal of Veterinary Research, American Journal of Physiology, Journal of Veterinary Internal Medicine, Journal of Veterinary Critical Care.

Participant, Great Ape Heart Project (GAHP), 2011-2012. Project funded by Federal Institute of Museum and Library Services (IMLS) for $90,000. Goal is to identify and develop plans for addressing issues related to great ape cardiac health. Dr. Brown participates as a member of the etiology working group.


## SUMMARY OF ACCOMPLISHMENTS RELATED TO TEACHING

**Teaching Awards**

Class of 2006 Faculty Recognition Award, 2003.
Class of 2004 Faculty Recognition Award, 2001.
Class of 2007 Faculty Recognition Award, 2004.
David Tyler Award for Teaching Innovation, 2002.
Class of 2005 Faculty Recognition Award, 2002.
UGA Coll Vet Med Norden Distinguished Teacher Award, 2002.
Class of 2001 Individual Career Impact Award, 2002.
National Norden Distinguished Teacher Award, 2003.
Josiah Meigs Distinguished Teaching Award and Meigs Distinguished Professorship, 2004.


**Five principle teaching innovations**

Participated in design and implementation of a major veterinary curricular revision

Developed Case-Based Pathophysiology Course for Professional Students and Problem-Based Learning Course for Professional Students

Directed the Georgia Veterinary Scholar Program, facilitating the elevation of our program to national prominence and led a successful initiative to establish a recurring National Veterinary Summer Scholar Symposium

Played role in successful initiative to develop a collaborative university-wide team, funded by NIH, to develop and evaluate software for science education

Participated in development and teaching of physiology curriculum for UGA-MCG Medical School


## Administrative work related to teaching

1. Chair, Interdepartmental Ad hoc Curriculum Committee on Cardiovascular and Respiratory Systems, College of Veterinary Medicine, University of Georgia, 1998-9.
2. Chair, Curriculum Committee, College of Veterinary Medicine, University of Georgia, 1998-1999 and 2001-2002. (Member 1998 – present)
   *As Chair in 1998-9, facilitated efforts that prepared, revised, advocated, revised, defended, and revised a blueprint for curricular revision adopted by College faculty in 1999. As Chair in 2001-2, facilitated the first year of the implementation of new curriculum.*

23

3. Admissions Committee – Academic Credentials Evaluation – South Carolina and Georgia Applicants, College of Veterinary Medicine, UGA, 1999, 2000, 2002, 2004.  Member of UGA-CVM Admissions Standing Committee 2004.

4. Acting Associate Dean for Academic Affairs, 2005-2006.

> *Identified, researched, and purchased software solution for Academic Affairs Office (NetKeva). Initial key phase of implementation completed Fall 2006.*
>
> *Initiative to enhance nontechnical skills for professional students: Practice Management Seminar (Fritz Wood); SKA exposure for Admissions and Curriculum Committees and College in general (Dr. Jim Lloyd); UGA-CVM students participated in Veterinary Learning Experience in summer 2005; Incorporated related experiences for First Year Orientation.*
>
> *Admissions:*
>
>> *Supported initiative for novel admissions process in collaboration with Animal Science (FAHMP Food Animal Program).*
>>
>> *Participated in efforts to advance College's Minority Recruitment Efforts:*
>>
>>> *Successful grant application (Co-I) to USDA's Multicultural Scholar Program. ($120,000 for 2005-2010).*
>>>
>>> *Supported development of ONE (Student Diversity Committee)*
>>>
>>> *Participated in organization of Southeast CVM Diversity Meeting*
>>
>> *Participated in initiatives to develop DVM/MPH and DVM/PhD Programs*
>>
>> *Participated in conferences and business committees as normal part of Associate Dean Responsibilities: AAVMC Meeting 2005 and 2006; University Curriculum Committee; College Admissions Committee; College Curriculum Committee; College Scholarship & Appeals Committee; UGA Honors Council.*

6. Head, Department of Small Animal Medicine and Surgery, 2006-2011.

> *Responsible for directing departmental didactic and clinical teaching program.*

## Teaching Publication

Brown S. Learning basic science alongside veterinary students: Creating an interactive classroom. J Vet Med Educ 2004;31:295-300.

## Electronic Teaching materials prepared

1. Brown S: EKG Primer, Hypercard-Based Software for instruction of Cardiac Physiology, 1990.

2. On-line instruction, Veterinary Information Network, Developed and delivered on-line lectures, 1991-1996.

3. Website for Georgia Veterinary Scholar Program (www.VeterinaryScholar.org), Organized, authored, and administered Website devoted to the advancement of veterinary nephrology (1999-2002).

4. Xiu Y, Nute D, Coleman T, and Brown S. "K9ER Virtual Animal" and "Physio-Chart", Interactive computer programs for teaching veterinary physiology based on QCP Differential Equation Modeling, 2000-2004.

## PRE-VETERINARY STUDENT EDUCATION:

### Mentoring of Undergraduate Students

Lindsay Boozer, September 2001 – 2003.
Presentations: Boozer L and Brown SA. Use of serum creatinine normal ranges in defining feline renal failure. Center for Undergraduate Research (CURO) Symposium, UGA, 2002. Boozer L, Mathur SM, Brown C, Cartier L, Sheldon S, and Brown SA. Lack of utility of laboratory "normal" ranges for serum creatinine. Oral presentation, Am Coll of Vet Int Med Forum, Dallas, TX, 2002. Published abstract: *J Vet Int Med* 16:354, 2002.

Vanessa Reynolds, October 2001 – 2003.
Presentations: Reynolds V and Brown SA. Use of losartan as an antihypertensive agent in cats. CURO Symposium, UGA, 2002.
Reynolds V and Brown SA. Losartan fails to block angiotensin in cats. Oral presentation, Am Coll of Vet Int Med Forum, Dallas, TX, 2002. Published abstract: *J Vet Int Med* 16:341, 2002.

### Advisor, Mentor and/or Instructor to Undergraduate Students

Mentor, Young Scholars' Program for undergraduate students, University of Georgia, 2007-2008.

Chris Hale, Interdisciplinary Studies Program, September 2001 – 2004. Facilitated the development of the first undergraduate major in Physiology at the University of Georgia.

Mentor for Undergraduate Students enrolled in University Honors Program (2001-present). Chris Hale, Susan Bennet, Laura Byrum, Melissa Cabinian, Rahul Desai, Reid Bowen, Jason King

Mentor for Undergraduate Students enrolled in NIH Minority Summer or Howard Hughes Research Fellowship Research Programs (1996-2001). Glenda Alvarez, Amita Baman, Tiffani Barlett

Undergraduate student teaching (1989 – 1993). Lectures (16 per year) - Elements of Physiology (VPHY 3100), The University of Georgia, Athens, GA.

Faculty Advisor, Pre-Veterinary Club, University of Georgia, 1993-1995.

## PROFESSIONAL STUDENT EDUCATION:

### Professional Student Teaching (Have contributed 15-92 lecture-contact hrs/year to veterinary students – 1989 - present):

1. Endocrinology. Lecture-Applied Quiz Session 3-6 lectures/year. Polyuria and Polydipsia, Antidiuretic Hormone, Calcium Regulating Hormones. VPHY 5150, College of Veterinary Medicine, University of Georgia, Athens, GA, 1989-present.
*Description: Lecture and case-based illustration of the importance of endocrine and metabolic influences on calcium homeostasis and hypothalamic function.*

2. Cardiovascular Physiology. Lecture - 14-22 lectures/year. VPHY 5120, College of Veterinary Medicine, University of Georgia, Athens, GA, 1990-2006; 2011-present.
   *Description: Classic integrative cardiac and vascular physiology taught with a goal of serving as a foundation for understanding physiology, pathophysiology, and clinical diseases of this system. Techniques utilized include a mixture of classic chalkboard lectures, PowerPoint presentations, a daily case to illustrate physiological concepts, in-class impromptu oral Q & A, and interactive computer programs. "Physio-Chart" and "K9ER Virtual Animal" are interactive computer programs developed thru cooperative, funded effort among S. Brown, T.Coleman (Miss State Sch Med) and D. Nute (Dept of Artificial Intelligence, UGA).*

3. Renal and Electrolyte Physiology. Lecture – 20-22 lecture hours/year . VPHY 5160, College of Veterinary Medicine, University of Georgia, Athens, GA, 2000-2007.

4. The Physiological Basis of Clinical Disease and Therapy. Lecture - 15 lectures/year (Course developer and instructor). VPHY 5115, College of Veterinary Medicine, University of Georgia, Athens, GA, 2002-2005.
   *Description: This course utilizes a case-based approach with a mixture of minilectures and interactive class sessions to teach concepts of pathophysiology. The goal is to integrate all of the students' first year courses in anatomy, physiology, histology, and embryology to allow them to gain an appreciation for the mechanistic basis of veterinary diseases and therapy.*

5. Problem-Based Medical Pathophysiology. Problem-based course - 30 contact hours/year (Course developer, coordinator and tutor). VPHY 5216, College of Veterinary Medicine, University of Georgia, Athens, GA, 2002-2005.
   *Description: This course utilizes a problem-based approach and small groups to teach concepts of pathophysiology. The format is a classic Problem-Based Learning format with students working on case packets in small groups with a tutor. Students assume responsibility for their own learning.*

6. Urology. 15- 30 contact hours/year (Course coordinator ). SAMS 5230, College of Veterinary Medicine, University of Georgia, Athens, GA, 2007-present.
   *Description: This course utilizes a lecture- and case-based approach to teaching principles of medicine and surgery in the urinary tract for second year veterinary students.*

7. Medical Renal Physiology. 8 contact hours. UGA-MCG School of Medicine, University of Georgia, Athens, GA, 2011- present. *Description: This course utilizes a lecture- and case-based approach to teaching principles of physiology to first year medical students. Dr. Brown participated in development of learning objectives for the course and is responsible for 4 lectures renal physiology lectures and for assistance with development of integrative cases with renal disease and for participation in case discussions.*

## Professional Student Mentoring:

Scholastic and Career Mentor to Professional Students (Voluntary Univ Ga Coll Vet Med Program):
   31 University of Georgia College of Veterinary Medicine Students, 2002 – present.

## Mentored Professional Student Participating in Senior Project at Univ of Florida Coll Vet Med
   Erin Holder, University of Florida Coll Vet Med, 2000-2001.
   Presentation: Holder E, Citino S, and Brown S. Use of creatinine clearance to study renal function in captive cheetahs. American Association of Zoo Animal Veterinarians, Orlando, FL, 2001. Oral research abstract presentation.
   Award: First Place, National Manuscript Competition, American Association of Zoo Animal Veterinarians, Orlando, FL, 2001.
   Publication: Holder E, Citino S, and Brown S. Measurement of glomerular filtration rate, renal plasma flow, and creatinine clearance in cheetahs (*Acinonyx jubatus jubatus*). J Zoo Wildlife Med 35:175-178, 2004.

**Faculty Mentor, Georgia Veterinary Scholar Program**
Summer Research Scholars Working in Laboratory – 1996-present (all but 2 made local and/or National oral/poster
    abstract research presentations as part of their program):
    Laura Thomas, Jefferson Morgan, Amy Belew, Jeff Johannson, Kimberly Langford, Jennifer
    Wernsing, Elizabeth Sanders, Carrie Jurney, Lauren Reid, Tiffany Jenkins

Visiting International Veterinary Student Working in Laboratory:
    Edith Fontaine, Toulouse University, France, 1999


**Departmental Seminars – Professional - 27 total (1989-present) – Local, national, and international**
    Representative examples (5)
    1. Insights in the study of progressive renal disease, Department of Small Animal Medicine
        and Surgery, University of Zurich School of Veterinary Medicine, Zurich, Switzerland,
        1995.

    2. The role of hemodynamics in the progression of canine renal disease. Grand Rounds, Department
        of Medicine and Epidemiology, School of Veterinary Medicine, University of California, Davis,
        California, 1997.

    3. Recent advances in the measurement of blood pressure in cats. Department of Clinical Sciences,
        Ohio State University, Columbus, Ohio, 1997.

    4. Systemic hypertension and the kidney. Department of Small Animal Medicine, College of
        Veterinary Medicine, University of Georgia, 2000.

    5. Progression of chronic kidney disease. Grand Rounds, Department of Clinical Sciences, College of
        Veterinary Medicine, Kansas State University, 2011.

**GRADUATE STUDENT EDUCATION:**
**Graduate Student Mentoring:**
Graduate Student Committees (*=major professor):
Master of Science Degree: Tianlun Wang, Mark Dorfman, Rachel Counts, Roc McCarthy,
    *Christopher Haberman, *Trey Newell, Yunxiu Xu, Jason Schlachter
Doctor of Philosophy Degree: Eric Mueller, *Daniela Ennulat, Wendy Anderson, Peggy McCann,
    Helene Pazak, *Katie Surdyk, Joy Owen, Chris Wildman, Maleka Hashmi

**Graduate Student Teaching (Contributed an average of 35 lecture hours/year to graduate students –
    1989-present):**
1. Cardiovascular Physiology. Lecture - 20-30 hours/year. VPHY 6090, College of Veterinary Medicine,
    University of Georgia, Athens, GA, 1990-2004.
2. Renal Physiology. Lecture - 15 hours/year. VPHY 6100, College of Veterinary Medicine, University of
    Georgia, Athens, GA, 2000-2005.
3. Molecular Mechanisms of Renal Disease. Lecture - 30 hours every other year. VPHY 8060, College of
    Veterinary Medicine, University of Georgia, Athens, GA, 2003 – present (every other year).
4. Cardiovascular Physiology. Lecture & Course Coordinator - 6 hours/year. VPHY 8000, College of
    Veterinary Medicine, University of Georgia, Athens, GA, 1991-2004.
5. Cell Physiology. Lecture – 2-4 hours/year. VPHY 8010, College of Veterinary Medicine, University of
    Georgia, Athens, GA, 1998-2006.

**Graduate DVM Mentoring**

Visiting Scientists:
Chang won Kang, DVM, PhD, Chonbuk National University,
Chonju, South Korea, March 1996 - June 1997

Chollada Buranakarl, DVM, PhD, Royal College of Veterinary Medicine,
Thailand, February – March 2002

Visiting DVM Graduate Student:
Dr. India Lane, Colorado State University, March - April 1992.

**Departmental Seminars – Graduate - 19 total (1989-present) – Local, national, and international**

Representative examples (5):
1. The mechanism of protein and amino acid induced renal vasodilation. Department of Physiology
   Research Conference, Tulane Medical School, New Orleans, LA, 1989.
2. Glomerular hypertension in dogs. Department of Small Animal Medicine, College of Veterinary
   Medicine, University of Georgia, 1991.
3. Glomerular hyperfiltration in the dog. University of Mississippi Medical Center, Jackson, MS, 1992.
4. Can nutrients influence the course of chronic renal disease? Department of Foods and
   Nutrition, University of Georgia, Athens, GA, 1995.
5. Research approaches to chronic renal disease. Department of Medical Microbiology, College of
   Veterinary Medicine, University of Georgia, 2001.

## SUMMARY OF ACCOMPLISHMENTS RELATED TO CLINICAL SERVICE

### Service Duties:

Clinical Internship:
   Department of Small Animal Medicine and Surgery:
   University of Georgia College of Veterinary Medicine
   June 1982 - August 1983

Clinical Residency:
   Department of Small Animal Internal Medicine:
   University of Georgia College of Veterinary Medicine
   September 1983 - August 1987
   Board Certified, Specialty of Internal Medicine,
      Am Coll of Veterinary Internal Medicine - 1987

Clinical Rotations as Primary or Secondary Clinician in Internal Medicine (3-6 weeks/year) – 1989 - 1995

### Administrative work related to service

1. ACVIM Hypertension Consensus Panel. *Chair and Organizer: Organized group of 15 veterinary
   experts in the field of systemic hypertension to develop recommendations for practicing veterinarians.
   Presented consensus statement at ACVIM in Denver in 2001. Received educational grant from Pfizer
   Animal Health ($19,500) to fund a 2nd panel meeting in Dallas, TX in 2002. The Veterinary High
   Blood Pressure Society was formed in Dallas in 2002 as a result of this initiative.*

2. ACVIM Proteinuria Consensus Panel. *Member: Panel developed recommendations for practicing veterinarians. Panel presented consensus statement at ACVIM in 2004. Results published as Lees, G, Brown S, Elliott J, Grauer G, Vaden S. (2005). Assessment and management of proteinuria in dogs and cats: 2004 ACVIM Forum Consensus Statement. J Vet Intern Med 19: 377-385, 2005.*

3. Chair, International Renal Interest Society. *Presided over meetings in Lyon, France at World Veterinary Congress and Chicago, IL at Scientific Forum of American College of Veterinary Internal Medicine). Chair-elect for 2011-2012.*
   - *a. Spearheaded development of IRIS Staging system for Chronic Kidney Disease (Reported in 2005 Merck Manual and Ettinger's Sixth Edition of Textbook of Veterinary Internal Medicine).*
   - *b. Website for International Renal Interest Society (www.RenalHealth.org), Organized, authored, and administered Website devoted to the advancement of veterinary nephrology (1998-2001).*

4. Head, Department of Small Animal Medicine and Surgery, 2006-2008. *Responsible for oversight of departmental clinical service programs.*

## Books authored that are related to clinical medicine

Renal Disease in the Dog and Cat. Elliott J and Brown S. Nova Professional Media, Oxon, UK, 2004, ISBN 1-904565-00-3.

Essential Facts of Blood Pressure in Dogs and Cats. Egner B, Carr A, Brown S. Blackwell, Berlin, Germany, Oxon, UK, 2004, ISBN 3-00-011096-8. [2nd edition: Essential Facts of Blood Pressure in Dogs and Cats. Egner B, Carr A, Brown S (eds). Blackwell, Berlin, Germany, Oxon, UK, 2007].

## Graduate DVM Lectures (Continuing Education Lectures)
Topics related to Nephrology, Urology, and Veterinary Internal Medicine:
   263 Hours of International and National Presentations (1989-present)
   102 International and National Proceedings Chapters (1989-present)

Representative examples (10) of continuing education presentations:
   1. Dietary Fatty Acid Supplementation and Veterinary Medicine, Organized and Moderated Full Day Symposium; Delivered address entitled: Dietary fatty acid supplementation and chronic renal disease. American College of Veterinary Internal Medicine Scientific Forum, Washington, DC, 1995.
   2. Diet and Renal Disease: Concepts and controversies, World Veterinary Congress, Yokohama, Japan, 1995.
   3. ACE Inhibitors in chronic renal disease. Royal Society of Medicine, London, 1999.
   4. Role of converting enzyme inhibition in the management of chronic renal disease. European Society of Veterinary Internal Medicine, Vienna, Austria, 1999.
   5. New treatments in the management of chronic renal failure in cats. World Veterinary Congress, Lyon, France, 1999.
   6. Systemic hypertension in cats. State of the Art Address, Annual Meeting of the British Small Animal Veterinary Association, Birmingham, UK, 2000.
   7. Roles of cytokines and growth factors in the progression of canine and feline renal failure. European College of Veterinary Internal Medicine, Neuchatel, Switzerland, 2000.
   8. Diagnosis and Treatment of Systemic Hypertension. Annual Meeting of the American College of Veterinary Internal Medicine, 2001.

9. Proteinuria and Chronic Kidney Disease. North American Veterinary Conference, 2005.
10. Role of hypertension and metabolic factors in the progression of chronic kidney disease, European College of Veterinary Internal Medicine, Porto, Portugal, 2000.

**Miscellaneous Recent Campus and College Service**
Member and Chair, University-wide Promotion and Tenure Committee, University of Georgia, 2004-2007.
Member, University Council, University of Georgia, 2003-2005; 2008.
Member, Academic Affairs Committee, University Council, University of Georgia, 2002-2003.
Member, University of Georgia Dean Search Committee, 2005
Member and Chair, UGA-CVM Animal Care Committee, 2002-2005
Member and Chair, Meigs Professorship Selection Committee, University of Georgia, 2005-2007.
Member, University Curriculum Committee, 2012-present.

## ADDENDUM TO REPORT

## IN MATTERS BEFORE THE UNITED STATES DISTRICT COURT
## RELATED TO NATIONAL FEEDS AND VARIOUS MINK PRODUCERS

Mink are susceptible to acute N-nitrosamine toxicity, indeed they are more sensitive than many mammalian species to acute toxicity from these compounds. While multiple organs can be acutely affected by this intoxicant, death of mink from acute intoxication with N-nitrosamines would be expected to produce histologically apparent hepatotoxicity; evidence of hepatotoxicosis was not a characteristic feature of animals in this matter. Therefore, death in adult animals cannot be attributed to the reported acute effects of N-nitrosamine toxicosis.

Chronic N-nitrosamine exposure could alter immune function but there is no direct evidence of immunosuppression in these animals. Further, the renal complications of Aleutian Disease contributed to the death of a significant proportion of the adult mink. In other mammalian species, immunosuppressive agents are used as treatment to control this particular kind of kidney disease. While little direct information is available about this approach in mink, extrapolation from other species would suggest that immunosuppression from chronic nitrosamine ingestion could make renal complications less likely, not more as was the case in this matter. Further, nitrosamines are potent carcinogens and chronic toxicity would be expected to result in increased incidence of cancer in adult mink, which to my knowledge was not observed.

There is clear evidence that disease processes not caused by N-nitrosamine are present in the affected mink. Assessing the possibility of a potential contributory role of N-nitrosamine is very difficult. Identifying N-nitrosamine in the diet and/or in mink does not establish causation. It is theoretically possible that N-nitrosamines contributed in some way to this matter, but there are not sufficient data to establish this conclusion and it is not the proximate cause of death in necropsied animals.

_____  25 Jan 13

Scott A. Brown, VMD, PhD, Diplomate (Internal Medicine, ACVIM)
Josiah Meigs Distinguished Teaching Professor of Physiology & Pharmacology
Edward H. Gunst Professor of Small Animal Studies
College of Veterinary Medicine
University of Georgia