JOSEPH E. MINNOCK, NO. 6281
ALLISON S. FLETCHER, NO. 12509
MORGAN, MINNOCK, RICE & JAMES, L.C.
Kearns Building, Eighth Floor
136 South Main Street
Salt Lake City, Utah 84101
Telephone No.: (801) 531-7888
Facsimile No.: (801) 531-9732

Attorneys for Defendant National Feeds, Inc.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KEITH JONSSON, an individual; MICHAEL JONSSON, an individual; CEDAR VALLEY FUR FARM, LLC, a Utah limited liability company;<br><br>        Plaintiffs,<br><br>vs.<br><br>NATIONAL FEEDS, INC., an Ohio corporation; and RANGEN, INC., an Idaho corporation,<br><br>        Defendants. | **DEFENDANT NATIONAL FEEDS, INC.'S JOINDER IN RANGEN'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM**<br><br><br>Civil No. 2:11-CV-00140<br><br>Honorable David Nuffer |

Defendant National Feeds, Inc. ("National Feeds"), by and through its counsel of record, hereby joins in the Motion for Summary Judgment filed by Defendant Rangen, Inc. on or about May 1, 2013. National Feeds joins Defendant Rangen's Motion for Summary Judgment for the

same reasons identified in Rangen, Inc.'s Motion for Summary Judgment and Supporting Memorandum.

DATED this <u>3rd</u> day of May, 2013.

MORGAN, MINNOCK, RICE & JAMES, L.C.


 S/ Allison S. Fletcher
Joseph E. Minnock
Allison S. Fletcher
Attorneys for Defendant National Feeds, Inc.

## CERTIFICATE OF MAILING

I hereby certify that on this 3rd day of May, 2013, I caused a true and correct copy of the foregoing **DEFENDANT NATIONAL FEEDS, INC.'S JOINDER IN RANGEN'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM** to be mailed via first-class mail, postage prepaid, to the following:

Joseph C. Rust
Scott S. Bridge
KESLER & RUST
68 South Main Street, 2nd Floor
Salt Lake City, UT 84101

Hans A. Mitchell
CAREY PERKINS, LLP
101 S. Capitol Blvd. 16th Fl.
Boise, ID 83701

          MORGAN, MINNOCK, RICE & JAMES, L.C.

          S/ Allison S. Fletcher
          Joseph E. Minnock
          Allison S. Fletcher
          Attorneys for Defendant National Feeds, Inc.