IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| KEITH JONSSON, an individual; | ) |
| MICHAEL JONSSON, an individual; | ) |
| CEDAR VALLEY FUR FARM, LLC, a | ) |
| Utah limited liability company, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )Case No. 2:11-CV-140BSJ |
| | ) |
| NATIONAL FEEDS, INC., an Ohio | ) |
| corporation, RANGEN, INC., an | ) |
| Idaho corporation, | ) |
| | ) |
| Defendants. | ) |

Transcript of Jury Trial Testimony
of Dr. Jeffrey Hall

BEFORE THE HONORABLE BRUCE S. JENKINS

January 14, 2014

Karen Murakami, CSR, RPR
144 U.S. Courthouse
350 South Main Street
Salt Lake City, Utah 84101
Telephone: 801-328-4800

1

APPEARANCES OF COUNSEL:

For the Plaintiffs:        KESLER & RUST
                           By Ryan B. Hancey
                              Scott O. Mercer
                              Attorneys at Law
                           Second Floor
                           68 South Main Street
                           Salt Lake City, Utah 84101


For Defendant National MORGAN MINNOCK RICE & JAMES
Feeds:                     By Joseph E. Minnock
                              Allison S. Fletcher
                              Attorneys at Law
                           Suite 800
                           136 South Main Street
                           Salt Lake City, Utah 84101

For Defendant Rangen:      CAREY PERKINS LLP
                           By Hans A. Mitchell
                              Attorney at Law
                           Suite 200
                           P.O. Box 519
                           Boise, Idaho 83701

<u>I N D E X</u>

| WITNESS | EXAMINATION | PAGE |
|---|---|---|
| Dr. Jeffery Hall | Direct By<br>Mr. Hancey | 4 |
| | Cross By<br>Mr. Minnock | 62 |
| | Cross By<br>Mr. Mitchell | 75 |

<u>EXHIBITS RECEIVED INTO EVIDENCE</u>

<u>EXHIBIT</u>                                    <u>PAGE</u>

1          Salt Lake City, Utah, Tuesday, January 14, 2014

2                              *   *   *

3          (Preceding proceedings not transcribed.)

4     witness Dr. Jeffery Hall.

5               THE COURT:  Sir, if you'll come forward to

6     be sworn.  If you'll be sworn, please.

7                          **JEFFERY HALL,**

8       called as a witness at the request of the Plaintiff,

9           having been first duly sworn, was examined

10                     and testified as follows:

11              THE CLERK:  Please take a seat.  State your

12    name and spell your name for the record, please.

13              THE WITNESS:  My name is Dr. Jeffery,

14    J-e-f-f-e-r-y, middle name Owen, O-w-e-n, last name

15    Hall, H-a-l-l.

16                     **DIRECT EXAMINATION**

17    **BY MR. HANCEY:**

18      Q.  Good afternoon Dr. Hall.  Can you tell the jury

19    where you grew up?

20      A.  I grew up on a cattle ranch in southern Oklahoma,

21    a little town called Cement, Oklahoma.

22      Q.  Where do you currently reside?

23      A.  I reside in Wellsville, Utah.

24      Q.  What brought you to Utah?

25      A.  In a roundabout trip I continued my education,

1    and upon looking for a full-time job was offered three

2    different jobs, one of which included a teaching, a

3    research, and a diagnostic component, and since that's

4    what I was looking for, I opted to take the job at Utah

5    State.

6        Q.   How long have you lived in Utah?

7        A.   I took the job at the university in October of

8    '96.

9        Q.   Are you married?

10       A.   Yes, I am.

11       Q.   Do you have children?

12       A.   I have three stepchildren.

13       Q.   And what are their ages?

14       A.   Let me see, Monica is 30, Justin's 34, and I

15   think Beth Anne and is 37.

16       Q.   Who is your current employer, Dr. Hall?

17       A.   Utah State University.

18       Q.   What is your occupation or job title there?

19       A.   I'm the head of Veterinary Diagnostic Toxicology

20   at the Utah Veterinary Diagnostic Lab and a full

21   professor with Utah State University.

22       Q.   What is veterinary toxicology?

23       A.   Veterinary toxicology is just a veterinary branch

24   of the overall occupation of toxicology, and toxicology

25   is the study and treatment of poisons.

1    Q.  So is a veterinary toxicology dealing with the

2    way that toxic substances affect animals?

3    A.  Yes, it is.

4    Q.  How long have you worked at Utah State?  You

5    might have already answered that.

6    A.  Since October of 1996.

7    Q.  And how long have you been a full professor

8    there?

9    A.  For five years now.

10   Q.  What are you a professor in, or a professor of?

11   A.  I'm a full professor in the Animal Dairy and

12   Veterinary Sciences Department of Utah State University.

13   Q.  What do your jobs responsibilities at Utah State

14   currently consist of?

15   A.  I have a three-way split appointment.  My

16   appointment is 55 percent as the head of diagnostic

17   toxicology at the state veterinary lab, I have a 25

18   percent research appointment, and a 15 percent teaching

19   appointment, and then my last 5 percent is what they

20   call university service for all the committees that I

21   sit on.

22   Q.  Just briefly describe your responsibilities in

23   each one of those three categories you mentioned.

24   A.  I'll start with the smallest percentage.  My

25   university service, I sit on a number of committees,

1    promotion and tenure committees, I sit on the entire

2    University Animal Use and Care Committee, I also serve

3    on a variety of post-tenure review committees for the

4    university, I serve as a reviewer for a number of

5    research journals, both national and international, I

6    serve as -- occasionally serve as officer in some of the

7    scientific organizations that I belong to as well.  That

8    covers my 5 percent university service.

9            My teaching component is 15 percent.  I am

10   the instructor of record for the ADVS 5350/6350 class,

11   which is introductory pharmacology and pharmacokinetics

12   class.  I also assist teaching the toxicology seminar

13   series.

14   Q.  What about the other two components of your work

15   there?

16   A.  My 25 percent research appointment, I'm a

17   collaborative scientist with a wide variety of

18   researchers at Utah State University, at other

19   universities.  I am -- I obtain grant money to perform

20   the research.  I have graduate students that help me

21   conduct research.  Before the economy crashed I had a

22   full-time technician that helped me with the research as

23   well, but that went away when the budget got cut.  I am

24   asked and required by the university to produce output

25   from the research, which includes publications, speaking

1    engagements at scientific meetings.

2            And then my 55 percent diagnostic

3    appointment I am in charge of all samples that come into

4    the diagnostic lab that require some type of analytical

5    testing for toxicology.  I handle a lot of phone calls

6    from producers, from veterinarians, from regulatory

7    officials on these types of cases.  I have to

8    coordinate.  My two analytical chemists actually do the

9    testing that is required that we have the capability of

10   doing within our laboratory, then I have to write

11   summary reports on every case that comes through the

12   lab.

13       Q.  What was your prior place of employment?

14       A.  Actually I've held three positions at Utah State

15   University.  I came in as an assistant professor, was

16   then advanced to an associate professor, and then

17   advanced to a full professor five years ago.

18           Prior to that I was at the University of

19   Illinois.  I was the assistant director of the Animal

20   Poison Control Center at the University of Illinois

21   College of Veterinary Medicine and held an assistantship

22   as well as the full-time position at the Poison Control

23   Center at the same time I was working on my PhD.

24       Q.  Give the jury a little bit of an idea of what

25   your responsibilities entailed at the Animal Poison

 1   Control Center in Illinois.

 2       A.   When I first started there basically it's a

 3   matter of answering phone calls.  We would get calls

 4   from all over the United States, from the general

 5   public, from veterinarians, from regulatory officials.

 6   We would even get calls from human poison control

 7   centers to see if we had any data that they didn't have.

 8   We would deal with cases, we would have to be able to

 9   take history to find out what type of animals were

10   involved, what potential exposures may have occurred.

11   In some cases there was no known exposure and you had to

12   deal with the clinical signs the animal is showing and

13   things that the veterinarians had been able to test and

14   get you some information on to try to paint a picture of

15   what exactly was going on.

16              As I progressed through the system I

17   actually became the lead resident at the Poison Control

18   Center and trained all the new incoming toxicologists on

19   handling calls, progressed to the point to where I was

20   actually a full-time employee at the same time I was

21   working on my PhD, and I did training, supervised phone

22   calls, reviewed cases on an everyday basis.  When I

23   would get done at 5:00, then I would go back to my

24   research lab and work until midnight or 1:00 in the

25   morning on my PhD work.

```
 1              The last year that I was there we had just
 2    shy of 50,000 cases come through the Poison Control
 3    Center in a single year.
 4        Q.  Do you believe your work experience is helpful in
 5    a case like this?
 6        A.  All background and work experience in the
 7    veterinary sciences helps you with a case like this
 8    because you have to be able to weed out what is
 9    important, what is not important, and look at the facts
10    that are presented to you and be able to come to a
11    reasonable conclusion as to what was happening.
12        Q.  What is your educational background, Dr. Hall?
13        A.  I received my undergraduate degree from Oklahoma
14    State University in farm and ranch management under
15    agricultural economics, then went on to veterinary
16    school at Oklahoma State University, finished my
17    veterinary degree in 1987.  Then I went to the
18    University of Illinois, did a one-year internship, then
19    a three-year residency, passed the international
20    toxicology board exams -- veterinary toxicology board
21    exams, and then finished my PhD at the University of
22    Illinois.
23        Q.  Your PhD is in what?
24        A.  Investigational forensic toxicology.
25        Q.  What certificates or licenses do you hold?
```

1    A.  I am currently a licensed veterinarian in the

2    State of Oklahoma, maintained my Oklahoma veterinary

3    license after graduation, and I'm also board certified

4    in veterinary toxicology.

5    Q.  Has your background in diagnostic toxicology ever

6    led you to reach a novel finding?

7    A.  Well, my background and experience I've worked on

8    a lot of different things.  When I was actually at the

9    Poison Control Center I was actually the first person in

10   the world to ever investigate and then subsequently

11   prove and publish that Easter Lily is a toxic plant

12   because all the literature at that time said that it was

13   not.  And that has since been established as a well

14   known fact in the veterinary profession that that

15   particular plant is exquisitely dangerous to cats.

16   Q.  I'm almost done with your background here.  Have

17   you done any teaching or lecturing in the field of

18   veterinary toxicology?

19   A.  I do teaching and lecturing every year.  Just as

20   an example, last year I did 26 invited speaking

21   engagements across the United States.  Probably

22   20 percent, maybe 25 percent of those were at veterinary

23   institutions or other associations where I was actually

24   training veterinarians and doing continuing education

25   meetings.

1    Q.   Have you published any articles in the fields of

2    veterinary medicine, toxicology, or veterinary

3    toxicology?

4    A.   I have published in excess of 80 peer reviewed

5    journal articles in my career.  I have published, I

6    don't know exact numbers, but probably in excess of 30

7    book chapters.  Some of those are directly related to

8    toxicology, some of those are related to other fields.

9    Q.   Now, Dr. Hall, are you familiar with the facts of

10   this case?

11   A.   Yes, sir, I am.

12   Q.   Okay.  Please explain to the jury what you were

13   asked to do in this case.

14   A.   When I was originally contacted in this case I

15   was asked if I would serve as a consultant to review

16   documents to try to help determine what was happening

17   with an issue of some mink health and mink mortality.

18   Q.   Mink belonging to who?

19   A.   Actually when I was first contacted it was -- I

20   was contacted and asked to serve as a consultant for

21   four different individuals, Kent Griffeth, Mr. Jonsson,

22   Mr. Jonsson, and the other Mr. Griffeth, and I forget

23   his first name at this point.

24   Q.   What information did you review to try to

25   accomplish what you were asked to do?

1     A.   I asked that I be provided with all documents

2     available.  I was provided a trove of testing reports, I

3     was provided a number of different depositions from a

4     number of different individuals, and I think that was

5     mostly what I was provided initially.

6     Q.   Did you interview the Jonssons during your

7     investigation?

8     A.   I visited with the Jonssons I believe one time.

9     I think it was just one time that we actually visited.

10    Q.   Did you make any recommendations during your

11    investigative period?

12    A.   I did.  I felt like there was some additional

13    testing that needed to be done because at the time I did

14    not believe that what had been initially identified as

15    the potential problem was the true cause.

16    Q.   Now, are the kinds of things that you've just

17    talked about the types of materials information that

18    experts in your field normally rely on?

19    A.   Actually that's only a part of what you have to

20    rely on.  You have to rely on the pertinent facts that

21    are presented to you, but you also have to rely on the

22    scientific literature, investigations that have been

23    done regarding various toxic substances to try to

24    determine whether that fits with what's being seen on a

25    clinical basis, see if that fits with what's being seen

1    as far as an exposure.  And so you have to rely on a lot

2    of literature as well as the pertinent facts that are

3    presented to you.

4        Q.  After you had the chance to look over all the

5    information that you were presented in this case were

6    you able to reach a conclusion as to what happened to

7    the Jonssons' mink?

8        A.  Yes, sir, I was.

9        Q.  Do you have an opinion, sir, with a reasonable

10   degree of scientific certainty, about what caused the

11   Jonssons' mink at the Lehi Ranch to get sick and die?

12       A.  Yes, sir, I do.

13       Q.  What is your opinion?

14       A.  It is my opinion, within a reasonable degree of

15   scientific certainty, that the lactation crumlets that

16   were fed to the Jonssons' mink contained toxic substance

17   and substances that potentially adversely affected the

18   health of the mink resulting in increased neonatal

19   mortality within the mink kits.

20       Q.  Do you have any other facts upon which you relied

21   to reach that conclusion?

22       A.  Well, the clinical picture that was described to

23   me, you have to take that into consideration, but there

24   was another very important fact that was presented to me

25   that I think is very crucial.  Me, as a researcher, when

1    I set up a research study, I want to have controls, I

2    want to have a population of animals that are not

3    exposed to something as a direct comparison to a group

4    of animals that are exposed to something.  That's the

5    only way you can truly compare and determine whether a

6    population is affected or not.  The fact that the

7    Jonssons had two properties, only one of which were fed

8    the lactation crumlets, and then the other parties that

9    also were feeding the lactation crumlets from the same

10   supply, we had three locations where the lactation

11   crumlets in question were being fed and one location

12   where they were not, and the clinical syndrome that was

13   described to me was described as only occurring at the

14   three locations where the lactation crumlets occurred,

15   which basically provided a true control just like you

16   would set up in a research study.

17       Q.  Now, you mentioned as part of your opinion that

18   there are toxic substances in the lactation crumlets

19   that caused the mink to get sick and die.  What are

20   those substances you were referring to?

21       A.  The substance that were identified is -- in the

22   documentation of the analytical testing there was

23   identified concentrations of histamine in the lactation

24   crumlets that were at concentrations high enough to

25   adversely affect mink.  Also within the lactation

1   crumlets there was identified nitrosamines, a toxic

2   substance that mink are exquisitely sensitive to, and

3   those concentrations were deemed to be of a

4   concentration high enough to produce adverse health

5   effects in the mink as well.

6        Q.   When you were first asked to investigate the

7   facts of this particular case, Dr. Hall, were

8   nitrosamines one of the substances that had been tested

9   for in the crumlets?

10       A.   No, sir.

11       Q.   Who made that suggestion to test for

12  nitrosamines?

13       A.   I did, sir.

14       Q.   Why did you make that suggestion?

15       A.   There was some testing that had been done that

16  had identified high concentrations of nitrites in the

17  lactation crumlets and a fish meal that was tested at

18  the same time.  Nitrites in the presence of biogenic

19  amine compounds which occur readily in fish can be

20  chemically converted into nitrosamines, and that's one

21  of the reasons nitrites are typically not used as

22  preserving agents for feeds, foods, and things of that

23  nature anymore is because of the potential for this

24  development of toxic substances.

25       Q.   Okay.  Now, can you describe for the jury what

1    nitrosamines are.

2       A.   Nitrosamines are a very large chemical class of

3    compounds that contain generally one or two side chain

4    nitrogens as well as side chain small carbon groups.   It

5    is a large class.   There are well over 200 different

6    nitrosamines that have been identified to date.   The big

7    reason that they are of concern is because they have a

8    high potential for development of cancer.

9       Q.   How do nitrosamines form from nitrites?

10      A.   Biogenic amines in foods materials in the

11   presence of nitrites and in an acid environment

12   basically can spontaneously, to some degree, but

13   increased with temperature, so as you heat or cook, that

14   combination, that it results in the formation of

15   nitrosamines.   A good example of that is bacons used to

16   be preserved with nitrites and it was found that bacon

17   preserved with nitrites in the cooking process form

18   concentrations of nitrosamines that are potentially

19   dangerous.   And so that heating process, as well as the

20   chemicals being present that heat provides the energy

21   necessary for the chemical reaction for the formation.

22      Q.   You might have already answered this, but for

23   clarity sake, what exactly are nitrites that form into

24   nitrosamines?

25      A.   Nitrites are just a nitrogen molecule with oxygen

1    components that is a chemical form of nitrogen.

2    Nitrites, and one of the reasons nitrites are used -- or

3    historically have been used as preserving agents is

4    because they can inhibit bacterial growth to a degree,

5    and so nitrites are basically a very small molecule that

6    happen to have the benefit of inhibiting bacterial

7    growth, so they started using it as a preserving agent

8    long ago.

9        Q.  You may have just answered my next question, but

10   my question is what commercial uses do nitrites have?

11       A.   Nitrites -- there's a variety of commercial uses.

12   Nitrites are used -- historically have been used as

13   preserving agents, much less today than they once were.

14   Nitrites in some chemical forms are applied as

15   fertilizers to soil.  Nitrites are used in a variety of

16   chemical synthetic reactions.  And so nitrites can be

17   used for a lot of different things.

18       Q.  Are you aware of nitrites being used in the

19   commercial context as a preservative in fish meal

20   products?

21       A.   Historically nitrites and formaldehyde were

22   probably the two most common preservative agents used in

23   fish meal.  That's not true today, but historically

24   that's true.

25       Q.  When can nitrites be added as a preservative to

1    something like fish or fish meal?

2        A.   Nitrites can be added to fish or fish meal

3    anywhere along the process from the time of harvest,

4    i.e., when the fish are caught.  You know, as -- because

5    of the potential of bacteria to affect the integrity of

6    fish it was not uncommon no use a nitrite salt

7    immediately upon gutting and cleaning the fish onboard

8    the ship right after they were caught.  It can be used

9    anywhere along the process, including during the

10   grinding and processing, cooking and preparing of the

11   fish meal itself, it can be used any anywhere along that

12   stream.

13       Q.   What risks, Dr. Hall, if any, are there

14   associated with using nitrites to preserve fish or fish

15   meal for use in an animal feed?

16       A.   The risk has come back to the potential for

17   formation of nitrosamines.  In the early '60s there were

18   a number of cases of livestock and mink that were being

19   fed a diet that contained a high fish meal component

20   that subsequently died, and that was tracked back and

21   traced back to nitrosamines as being the causative

22   agent.

23       Q.   Now, are there different types of nitrosamines?

24       A.   I mentioned earlier there's in excess of 200

25   different known nitrosamine compounds.

1    Q.   What are the most common types of nitrites that

2    are used as preservatives in ingredients?

3    A.   I don't know that I can say specifically the most

4    common type.  The one I'm familiar with, that I'm

5    familiar with its use, is basically it's just a sodium

6    nitrite salt.

7    Q.   Okay.  Are you aware of whether nitrosamines have

8    any kind of a health effect on mink?

9    A.   Mink have been reported to be one of the most

10   sensitive mammalian species to nitrosamines.

11   Q.   What effect do nitrosamines have, Dr. Hall, on

12   mink?

13   A.   Okay.  The effect is -- that's a broad question

14   because the answer is it depends on the dose.  At very

15   high doses, or relatively high doses comparatively, of

16   several part per million in the diet, the animals can

17   die of liver failure within a matter of days.  At lower

18   concentrations the animals can develop liver damage that

19   results in fibrosis and scarring of the liver to where

20   they die of liver failure, you know, weeks after

21   exposure starts.  At even lower concentrations they can

22   develop cancer that can kill them months to a year or

23   more after exposure starts.  So what you see in mink

24   depends upon the rate of exposure.  With lower

25   concentrations seeing more effect on some scarring and

1    cancer; moderate concentrations a more direct liver

2    damage effect; and with the highest concentration

3    basically it wipes the liver out so fast that it kills

4    the animal pretty quickly.

5        Q.   Are nitrosamines known to have any kind of

6    reproductive effect on mink as a species?

7        A.   When you deal with toxicants it's not uncommon

8    that an individual species may not have been tested for

9    a specific entity.  I am unaware that specific studies

10   have been established to look specifically at the

11   reproductive indices in mink associated with nitrosamine

12   exposures.

13       Q.   We'll get back to that in a second.

14             How does the effect of nitrosamines on mink

15   broadly speaking compare to its effect on other animals

16   based on your review of the literature?

17       A.   It's fairly similar across species, but it

18   depends somewhat on the specific nitrosamine of

19   interest, and it also depends somewhat on the overall

20   exposure.  With ingested nitrosamines some of them, in

21   fact, most of them are more predominantly damaging to

22   the liver.  There are some that have some damage to the

23   kidney effects as well.  There are some that have mixed

24   effects.  There are some that when inhaled produce lung

25   tumors.  Nitrosamines in cigarette smoke are one of the

1    reported causes of lung tumors from cigarettes.

2       Q.   Do you have an opinion on the commercial use of

3    nitrites as a preservative for ingredients used in mink

4    feed?

5       A.   Since mink are exquisitely sensitive to the

6    nitrosamines, that's been fairly well documented, the

7    lethality dose at acute, subacute, and even chronic is

8    lower, it takes much less of it to actually cause those

9    effects than it does in other species, I consider it a

10   danger to use nitrite-preserved fish products in any

11   mink type feed.

12      Q.   Should nitrites be used as a preservative for

13   ingredients in a facility that manufactures mink feed?

14           MR. MITCHELL:  Objection, lacks foundation,

15   Your Honor.  He's not a feed maker.

16           THE COURT:  Overruled.

17      Q.   (By Mr. Hancey) You can answer.

18      A.   And the answer to that is in a controlled

19   environment if they're separated in such a way that

20   there's no way they can come in contact with each other,

21   then there wouldn't be any harm in having nitrites in

22   the same facility as a facility that's making mink feed.

23   If there is any potential for cross-contamination or

24   exposure, then, yes, that would pose a risk.

25      Q.   What if the same mixing unit is being used to

1   manufacture different kinds of feeds, would that be a

2   possible cause of cross-contamination?

3       A.  And that comes back to the -- I am somewhat

4   familiar with feed mixing operations because I deal with

5   that through my work.  If the plant had standard

6   operating procedures in place to where they had adequate

7   clean out between batches and that they tested to prove

8   that that adequate clean out was effective and sound,

9   then it still poses a risk, but a lesser risk.

10      Q.  Okay.  Now, Dr. Hall, is any amount of

11  nitrosamine poisonous if ingested by a mink?

12      A.  You can't say any amount, no, sir.

13      Q.  Are you aware of any studies that analyzed the

14  concentration of nitrosamines that would be harmful if

15  ingested by a mink?

16      A.  Yes, sir.

17      Q.  And what do those studies say?

18      A.  The studies show that concentrations as low as

19  .1 milligram per kilogram of body weight per day is

20  toxic to mink.  And the studies -- there's other studies

21  that show as low as .3, there's studies that show as low

22  as .13, there's -- it depends upon the way the

23  individual study was set up.  With a lot of these

24  studies what they refer to is a minimum toxic level

25  observed within the study.  Well, is that minimum toxic

1    level observed within the study the lowest dose they

2    tested?  In several of these studies that's what it came

3    down to.  So there's a gray zone between that lowest

4    dose that's known to cause and effect and zero.  Just

5    because they didn't test the doses in-between, they know

6    that this dose is toxic but they don't know if anything

7    lower is.

8         Q.  Now, you mentioned that the known toxic

9    concentration of nitrosamines, I think, is one -- I'm

10   not good with the metric system, but I think you said 1

11   milligram per kilogram of body weight; is that correct?

12        A.  As low as 0.1.

13        Q.  0.1.  Can that metric equation be translated into

14   a parts per million context?

15        A.  Okay.  Milligram per kilogram of feed is the same

16   thing as a part per million.  When you are talking

17   milligram per kilogram of body weight exposure, that's

18   not a part per million.  So you have to be careful in

19   your interchangement of those units.

20        Q.  Are you aware of any studies that talk about the

21   parts per million of nitrosamines in feed that can be

22   harmful if ingested by mink?

23        A.  I have seen those studies.  Most of those studies

24   I look at it based on milligram per kilogram of body

25   weight, so I go through all the math to calculate what

1    the true exposure rate to the animal was, rather than

2    looking at the concentration in the feed.

3        Q.   Now, do the studies that you've referenced, the

4    ones that you've looked at over your career, do they --

5    were those studies done on mink that were pregnant or

6    not pregnant, do you know?

7        A.   The majority of them were done on mink that were

8    nonpregnant.  There was one study that had an overlap to

9    where -- it was a cancer study to where they

10   specifically were looking at the effects of nitrosamines

11   at causing cancer initially in a full population, and

12   then they had a subpopulation that they bred and

13   followed the babies out to follow the cancer rate out up

14   to a few hundred days.  Actually in that study their

15   statement was that nitrosamines basically for a long

16   enough period of time at a concentration that is

17   effective will produce cancer in 100 percent of the

18   animals.

19       Q.   Okay.  What would be a poisonous concentration of

20   nitrosamines to a pregnant mink?

21       A.   The exact answer to that is unknown.  We can do a

22   certain amount of extrapolation based on what we know in

23   other species.  That's a thing that's done in

24   toxicology.  It's actually done in medicine quite

25   commonly.  As an example, you know, looking at a new

1   drug you're not going to take that new drug and dose a

2   few hundred people to find out how toxic it is.  You

3   have to do it in animals to determine how safe the drug

4   is.  The same thing is done in toxicology, you're not

5   going to go in and determine the toxic dose of an

6   individual compound in every species known to man just

7   so you have that answer.  You do it in a subset

8   population, and then you do a certain amount of

9   extrapolation between the different species to determine

10  what the potential risk is.

11     Q.  How do you use interspecies extrapolation to

12  resolve the issue of what concentration of nitrosamines

13  would be harmful to a pregnant mink?

14     A.   Okay.  There are studies in mice, in pregnant

15  mice and pregnant rats.  You have to be very careful

16  when you do the extrapolation because a number of the

17  studies in pregnant rats they gave as a single very

18  large dose sometime during pregnancy and then looked at

19  the cancer risks in the offspring.  That does not fit

20  well with the scenario we're dealing with here where

21  it's being ingested over a several day to week period of

22  time.  So you have to be careful in the studies that you

23  evaluate in order to do interspecies extrapolation.

24          The first thing I generally do is I look

25  back at what is known, what is the toxic dose acutely,

1    subacutely, and chronically in each individual species

2    where it has been tested.  So in this particular case I

3    look back, there is a lot of data on acute, subacute,

4    and chronic toxicity in rats, in mice, and there is some

5    data available on acute, subacute, and chronic toxicity

6    in mink.  And across the board mink are more sensitive

7    than rats and mice.

8              Then you actually take the studies that are

9    applicable, that are oral exposure.  I don't want to

10   obviously look at studies that are inhalation exposure

11   because that doesn't fit with this case.  But with oral

12   exposure you look at studies to where they have truly

13   monitored reproduction.  That's difficult because

14   there's not a lot of them.  Most of the studies done

15   with nitrosamines, because it is highly carcinogenic,

16   have been set up to specifically look at cancer effects.

17   And when you specifically set studies up to look at

18   cancer effects, you often don't have appropriate

19   controls or appropriate mechanisms for interpreting what

20   it's doing in a pregnancy situation that may affect the

21   viability or the survivability of a neonate or a fetus.

22   And so some of the studies are difficult to interpret,

23   but there are good studies in mice that were very

24   rigorously designed to specifically look at neonatal

25   health and neonatal mortality with the nitrosamines.

1    Q.   Describe those studies briefly and how you

2    applied them to the facts of this case.

3    A.   Okay.   There's two very good studies in mice.

4    One of them the mice were dosed with 0.1 parts per

5    million dimethylnitrosamine, which is one specific class

6    of nitrosamine, or one specific compound of that entire

7    class, at 0.1 parts per million in the water.   They

8    started the mice on the dimethylnitrosamine in the

9    water.   I don't remember the exact number of days, but

10   it was I think 40 or 60 days prior to breeding,

11   continued them on that material in the water throughout

12   gestation and in the post-gestational period.   They

13   monitored the animals for pup numbers per litter, pup

14   survival, number of pups born dead, number of pups that

15   died in that early postpartum period, and found that

16   there was over a 10 percent increase in the number of

17   neonatal mortality.   That was statistically significant

18   comparing between the treatment group that got no

19   nitrosamines and the group that got nitrosamines in that

20   particular study.

21   Q.   When you reference neonatal mortality, what do

22   you mean?

23   A.   Neonatal mortality, death in a time period very

24   close to birth.

25   Q.   To the young or to the offspring of the parent?

1     A.   Correct, to the offspring of the parent.

2           There was another study where they actually

3     dosed mice with 0.01 parts per million

4     dimethylnitrosamine in the water, and looked at the

5     effect.  In that particular study they found increased

6     amount of cancer in the offspring.  So we do know that

7     at least in pregnant mice that the effect on the

8     offspring can be as low as 0.01 parts per million in

9     water, and since mice consume approximately the same

10    amount of water as they do dry matter food intake per

11    day that can then be cross-correlated with an

12    approximately identical concentration in food, and since

13    we know that mink are more susceptible than mice at all

14    the other parameters that have ever been measured as far

15    as acute, subacute, and chronic fatality, you can make

16    the -- within a reasonable degree of scientific

17    certainty, you can make the jump that mink would be

18    equally more sensitive to the effects on reproduction.

19    Q.   In other words, pregnant mink would be harmed by

20    concentrations of nitrosamine at less than .01 parts per

21    million.

22    A.   Yes.

23    Q.   How do you know that the lactation crumlets that

24    were fed to the Jonssons' mink contained nitrosamines?

25    A.   There was analytical testing done on the crumlets

1    from the same shipment that contained nitrosamines.

2        Q.   Now, who ordered the lab reports that you

3    reviewed in your investigation in this case?

4        A.   There were a lot of lab reports in what I

5    reviewed.  They were odored by just about everybody

6    involved at one point or time if you look at the total

7    breadth of what I reviewed.  Some of the lab reports

8    were ordered by the Jonssons.  There were other lab

9    reports that were ordered by Kent Griffeth.

10       Q.   Did you order some?

11       A.   There were lab reports that I ordered as well.

12       Q.   There's an exhibit book in front of you, sir,

13   that rather large binder there, could I have your

14   attention directed to tab number 16 please.

15       A.   You said 16, sir?

16       Q.   Yes, sir.  I want to direct your attention

17   specifically -- that exhibit contains four pages.

18       A.   Excuse me, sir, just for clarification is it the

19   pages in front of the tab or the pages after the tab?

20       Q.   Following the tab, yes.

21       A.   Thank you, sir.

22       Q.   Yes, sir.  Now, there are four pages there.  If

23   you'll focus your attention for a minute on the last

24   three pages in that exhibit, do you recognize those

25   three pages?

1     A.   Yes, sir.

2     Q.   Okay.   And what are they?

3     A.   Okay.   They are three different samples that I

4   requested analysis at Adamson Analytical Labs for

5   nitrosamines.

6     Q.   You sent these samples in yourself.

7     A.   Yes, sir.

8     Q.   Now, for these particular reports in question,

9   what samples did you use?

10    A.   I obtained samples from Mr. Kent Griffeth.   He

11  actually drove down to the lab.   On one of the samples,

12  it would be on page 2 --

13    Q.   Just for the record, there's a number in the

14  bottom right-hand corner that would be 2243?

15    A.   Yes, sir.

16    Q.   Okay.   Go ahead.

17    A.   On 2243 the sample name is Mink Lactation

18  Feed-Kent 11/29/11.   The sample was brought to me on

19  November 29, 2011, and it was in a bag that had already

20  been sampled by Mr. Kent Griffeth.

21    Q.   Okay.

22    A.   The next page, 2244, it says, Bag Number 2

23  Unopened Bag Mink Lactation Feed-JOH-11/29/11.   That

24  sample was brought on November 29, 2011.   It was an

25  unopened bag of crumlets that I personally opened in

1    order to sub-sample.

2        Q.   Okay.  And the next one?

3        A.   The next one says Bag Number 4 Fish Meal-Kent

4    11/29/11.  That was a sub-sample of fish meal that

5    Mr. Griffeth brought me on that same November 29, 2011

6    date.

7        Q.   Now, are you familiar with the method by which

8    Kent Griffeth sub-sampled the samples he gave to you?

9        A.   Mr. Griffeth explained to me that he had a bag of

10   the lactation crumlets, that he just went in and scooped

11   some of it out was the way he described it to me.

12       Q.   Did he describe to you any special care or

13   precaution he took to ensure the sample he was giving

14   you was sterile or intact?

15       A.   He indicated to me that he -- the sample had been

16   retained since the initial incident with the mink mother

17   and kits, that it had been retained on a pallet in a

18   cool room at a controlled environmental temperature, and

19   that he had just sub-sampled one of the bags out of that

20   controlled environment.

21       Q.   How did you come to receive an unopened bag of

22   lactation crumlets for sampling purposes?

23       A.   I specifically told Mr. Griffeth when he asked me

24   that he wanted -- when I suggested that the nitrosamines

25   be tested for, I told him that the best thing was if I

1    had an unopened bag that I could sample from.

2        Q.  Why?

3        A.  Because that provides the utmost in chain of

4    custody.  If the bag is unopened, then the likelihood of

5    any type of adulteration to that bag is minimized.

6        Q.  Do you understand that bag to have been taken

7    from the same refrigerated cooler you discussed earlier?

8        A.  That's the way I was instructed, yes, sir.

9        Q.  Please just briefly describe for the jury your

10   methodology for extracting the simple you took from the

11   unopened bag.

12       A.  I cut the top of the bag open.  I have a sterile

13   clean plastic sampling bag that I then sub-sampled

14   directly out of the intact bag into.  After I obtained

15   the sample and took the samples that Kent had already

16   sub-sampled out of another bag for me, I placed them in

17   a controlled environment freezer at the veterinary

18   diagnostic lab until I had the analyses performed.

19       Q.  Until you mailed the samples to the labs?

20       A.  That's correct.

21       Q.  Did you mention whether or not you wore gloves

22   when you personally sub-sampled from the unopened bag?

23       A.  I didn't mention, but yes, I do.

24       Q.  Now, on what date did you actually send these

25   samples that you say you put in the freezer at the Utah

1    State lab in for testing at the independent

2    laboratories?

3        A.   They were actually sent in in March of 2012.

4        Q.   Why the time delay between when you received the

5    samples and the time you sent them in for testing?

6        A.   I began a search for a lab that would test feed

7    material for nitrosamines.  I found numerous labs

8    throughout the United States that test water on an

9    everyday basis, but none of them had a methodology

10   established and certified for testing feeds.  I had

11   several tell me that they would try, but in a case like

12   this you don't want somebody that's going to try, you

13   want somebody that has experience doing it that you can

14   trust the results.  And it took me a period of time to

15   find a lab that met those qualifications.

16       Q.   What significance, if any, do you attach to the

17   period of time that lapsed between when you obtained the

18   samples, froze them, and sent them off to the

19   independent laboratories?

20       A.   That timeframe would have had no bearing because

21   the samples were frozen.

22       Q.   What bearing, if any, would any time lapse

23   between the time the -- well, from -- well, let me

24   strike that question and ask it this way.

25            Do you know, or have an idea of when the

1    lactation crumlets were processed by Rangen?

2        A.   I don't remember the exact date.  I know I've

3    seen it.  I know it was in the late spring of 2010.

4        Q.   Kent Griffeth and Keith Jonsson have testified in

5    this case that they received their order of crumlets in

6    about the latter part of April, does that sound about

7    right to you?

8        A.   That sounds familiar, yes, sir.

9        Q.   If that is true, Dr. Hall, do you attach any

10   significance to the time lapse between when the Jonssons

11   and Griffeths received their order of lactation crumlets

12   and the time you received the samples that you

13   ultimately sent in for testing?

14       A.   Could you clarify the question please.

15       Q.   Do you attach any significance to any time lapse

16   there was between the time the parties in this case

17   first obtained their order of lactation crumlets and the

18   time you received the samples that you sent in for

19   testing?

20       A.   Because the samples were stored under a

21   refrigerated condition I don't feel that the time has

22   any bearing on the analytical results.

23       Q.   Why not?  What does that have to do with, I don't

24   know, quashing any of your concerns?

25       A.   Nitrosamines typically are formed at higher

1    temperatures, during cooking processes and things of

2    that nature.  In a refrigerated storage unit you're not

3    going to have the heat necessary for that chemical

4    conversion to actively cause that chemical reaction.

5        Q.  Is the methodology you described by which you

6    obtained the sub-samples from the unopened bag, froze

7    them, and then sent them into the laboratories something

8    that is an acceptable practice in the field of

9    toxicology?

10       A.  I deal with sub-sampling materials all the time

11   in sending it to outside labs.  I took the same natural

12   precautions that I do.  Any time I do that I try to

13   prevent any contamination.  I sample with clean gloves,

14   put into clean sterile bags, maintain it in a controlled

15   environment during any holding time, anything necessary

16   to just verify that the sample integrity is retained.

17       Q.  Do you have any concerns about any of the lab

18   reports, the Adamson Lab reports, that are contained in

19   Exhibit 16?

20       A.  I don't have any concerns about any of them, no,

21   sir.

22       Q.  Okay.  Did you receive the second, third, and

23   fourth pages of Exhibit 16 back from the Adamson Lab?

24       A.  I received those back directly from the

25   laboratory, yes, sir.

1    Q.  Now, let's focus on the first of those lab

2    reports for a minute, Dr. Hall, that's again page 2243,

3    do you have that?

4    A.  Yes, sir.

5    Q.  What does this first lab report from Adamson tell

6    us about the lactation crumlets?

7    A.  Okay.  You said 2243?

8    Q.  That's correct.

9    A.  There was actually three different nitrosamines

10   analyzed for.  All three of them were detected by gas

11   chromatography, the nitrosodiethylamine,

12   nitrosodimethylamine, and nitrosodibutylamine at

13   concentrations of 0.28, 0.12, and 0.39 parts per

14   million.

15   Q.  What about the second lab report, that would be

16   2244, what does that tell us?

17   A.  The same three nitrosamines were detected at

18   concentrations of 0.4, 0.22, and 0.74 parts per million.

19   Q.  And the third lab report, page 2245?

20   A.  And the third lab report is the one that deals

21   with the fish meal, and it had nitrosamines at -- let's

22   see, nitrosodiethylamine at 0.63, nitrosodimethylamine

23   at 0.34, and nitrosodibutylamine at 0.46 parts per

24   million.

25   Q.  What is the difference between the three kinds of

1   nitrosamines being tested for in these lab reports?

2       A.   These are three common nitrosamines.

3   N-nitrosodimethylamine is actually one of the most toxic

4   of the nitrosamines.  It is the one that has had a vast

5   amount of research done on it.  The nitrosodiethylamine

6   is slightly less toxic, and n-nitrosodibutylamine is the

7   least toxic of these three, but all three of them are

8   still toxic.

9       Q.   What significance do you attach to the fact that

10  all three of these lab reports show that there are

11  nitrosamines in three different types in the lactation

12  crumlets?

13      A.   That gives me confidence that the results are

14  real, that the lactation crumlets were contaminated with

15  nitrosamines.

16      Q.   What possible explanations are there for the

17  presence of nitrosamines in the lactation crumlets?

18      A.   The most common source of nitrosamines in feeds

19  and forages is associated with fish meal inclusion in

20  diets, although it's not exclusive because you can get

21  small amounts of nitrosamines from other sources, other

22  contaminations, but the most common is associated with

23  fish meal inclusion in diet formulations and that fish

24  meal having been preserved with nitrites.

25      Q.   Are you familiar with the ingredients that went

1    into the lactation crumlets?

2        A.   I have reviewed that document.   I don't know it

3    by heart, but I have reviewed it.

4        Q.   Do you know whether or not fish meal is one of

5    the ingredients in that product?

6        A.   As I remember, fish meal is one of the

7    predominant ingredients in that product.

8        Q.   Based on your experience and knowledge, what

9    ingredients do you believe are most likely to have been

10   contaminated or preserved with nitrites that make up the

11   lactation crumlets?

12       A.   The fish meal.

13       Q.   Did you determine at what point the nitrites were

14   introduced into the crumlet ingredients?

15       A.   No, sir.

16       Q.   Let me direct your attention now, Dr. Hall, to

17   what's been marked as Exhibit 17.   Do you have that?

18       A.   Yes, sir.

19       Q.   I want to focus your attention on the first page,

20   which again down at the bottom is 1118, do you see that?

21       A.   Yes, sir.

22       Q.   Now, is this one of the lab reports that you

23   reviewed as part of your investigation into this case?

24       A.   Yes, sir, it is.

25       Q.   Okay.   And this is a lab report from a laboratory

1    called NSF Surefish, correct?

2        A.   That is correct.

3        Q.   Tell us what this report indicates as far as the

4    case is concerned.

5        A.   There was a sample sent by Mr. Kent Griffeth to

6    the NSF Surefish laboratory, requested sampling to be

7    tested for formaldehyde and sodium nitrite.  It

8    contained formaldehyde at 45 parts per million and

9    sodium nitrite at 1.57 percent.

10       Q.   What is the significance of this finding of

11   sodium nitrite in the fish meal that was tested here?

12       A.   It's not so much the significance of the fact

13   that it was found, it was the fact that it was found at

14   1.57 percent.  That's an extremely high occurrence, and

15   the only way you would ever see that amount of sodium

16   nitrite in a fish meal sample would be if that fish was

17   preserved with sodium nitrite.

18       Q.   Let me direct your attention to the second page

19   in that exhibit, page 1119, do you see that?

20       A.   Yes, sir.

21       Q.   Is this a lab report that made up part of your

22   investigation in this case?

23       A.   Yes, sir.

24       Q.   Okay.  What is its significance?

25       A.   It is another sample.  It is a lactation feed

1    sample, it says Fish Meal Lactation Feed, that was sent

2    in for testing for formaldehyde and sodium nitrite.  It

3    contained formaldehyde at 110 parts per million and

4    sodium nitrite at 1.5 milligrams.

5        Q.  What's the significance again of this lab report?

6        A.  The fact that the sodium nitrite is present in

7    the final feed.

8        Q.  In the lactation crumlets.

9        A.  In the lactation crumlets, indicates that there

10   was a contamination of an ingredient that went into that

11   lactation crumlets.  There again, since the fish meal

12   that was tested was identified to me as being obtained

13   from Rangen at the same time period as the lactation

14   crumlets, that would indicate that the fish meal onsite

15   at the time the lactation crumlets was made had the

16   potential to be contaminated with sodium nitrite or

17   preserved with sodium nitrite, the fact that sodium

18   nitrite is in the final product indicates that a fish

19   meal that had been preserved with sodium nitrite was

20   used in the lactation crumlets.

21       Q.  Now, what do the nitrosamine concentrations

22   identified in the lab reports we've looked at so far

23   tell you about the nitrosamine concentrations that were

24   present in the feed at the time it was eaten by the

25   Jonssons' mink?

1    A.  Since the nitrosamines are typically formed at an

2  acid environment at higher temperatures and since the

3  material had been stored under refrigerated conditions,

4  the nitrosamine concentration at the time of feeding

5  should be similar, if not identical, to the

6  concentration that was present at the time of testing

7  and feeding both.  Because nitrosamines have some

8  volatile characteristics, there is the possibility that

9  some of the nitrosamines present in the lactation

10  crumlets volatilized off over time, and so the

11  concentration in what was tested may have actually been

12  lower than what was actually in the feed at the time of

13  feeding.

14    Q.  Now, the Jonssons have testified over the last

15  couple of days that when they fed their mink in the

16  spring of 2010 they mixed bags of lactation crumlets in

17  with feed, regular mink feed they got from their co-op;

18  are you familiar with that testimony?

19    A.  Yes, sir, I am.

20    Q.  What bearing does that fact have on your analysis

21  of how much nitrosamine was in the mink diet at the time

22  they ate the lactation crumlets?

23    A.  When you have multiple ingredients in a feeding

24  situation you have to take into effect dilutional

25  calculations, and so you have to actually calculate what

1    the final concentration was.  I do it on a dry-matter

2    basis because doing it on a dry-matter basis makes it

3    much easier to convert between species, especially when

4    you're doing interspecies extrapolation.  When looking

5    at the mice and the rat studies when it's fed to them

6    it's fed in a pelleted feed that is relatively a

7    dry-matter basis at the time of feeding.  So in order to

8    do a direct one-to-one comparison you need to actually

9    evaluate the mink feed on a dry-matter basis as well.

10   That way you're comparing apples and apples instead of

11   apples and oranges.

12       Q.  When you talk about a dry-matter basis what are

13   you referring to?

14       A.  Any dietary ingredient can have a certain amount

15   of water.  An apple, for example, may be 50 percent

16   water if you actually dried it and weighed it before you

17   dried it and weighed it and after you dried it.  So the

18   dry-matter basis is the dried apple, the wet matter

19   basis is the apple intact is a good way to describe it.

20       Q.  Okay.  And what is your understanding of the

21   composition of the co-op feed the Jonssons were

22   including in this mixture in the spring of 2010?

23       A.  When the co-op feed was originally described to

24   me the actual characteristics of the co-op feed was not

25   adequately described to me.  I found out during the

 1   process of the investigation towards the latter end of

 2   preparing for this trial, that the co-op feed actually

 3   contained a significant amount of water.

 4        Q.   What percentage of water?

 5        A.   It varied.  It was in some cases as much as 66,

 6   67 percent.  In some cases it was as little as

 7   50 percent.  But there was a wide variability in the

 8   amount of water.

 9        Q.   Is there water content to some extent in the

10   lactation crumlets that were fed in 2010?

11        A.   It's very small.  I had one sample that I did dry

12   just for curiosity and it was about 6 percent moisture

13   was all.

14        Q.   What is your understanding, Dr. Hall, of the

15   ratio of co-op feed, water, and lactation crumlets that

16   the Jonssons fed to their mink in the spring of 2010?

17        A.   The way it was described to me was that the ratio

18   of mixing was roughly 20 to 25 percent lactation

19   crumlets, 75 to 80 percent co-op feed, and that's the

20   way it was originally described to me.  In review of

21   depositions there was also some water added to that

22   mixture, but that is not the way it was originally

23   described to me because I told them that I just wanted

24   to know how the feed itself was mixed.

25        Q.   Once you eliminate all of the moisture or water

1    from the co-op feed and the crumlets and the water that

2    the Jonssons added to that mixture, what concentration

3    of nitrosamines was in the mixture at the time it was

4    fed to the Jonssons' mink in Lehi?

5        A.   If I remember the calculations correctly, I

6    provided those documents to you, it was up to .1 part

7    per million in the final dry matter diet.

8        Q.   Up to what, I'm sorry?

9        A.   0.1 part per million in the diet, or milligram

10   per kilogram of diet, either way.

11       Q.   Does that 0.1 number have any significance to

12   you?

13       A.   Yes, because at concentrations that are identical

14   there were reproductive issues, neonatal mortally,

15   neonatal deaths, and stillborns in the mice study that

16   was dosed in water at the same concentration, and since

17   mice drink approximately the same amount of water as

18   they eat feed, that would be directly correlated to a

19   food intake, so the mink were ingesting an equal

20   concentration to what was toxic in mice, and we know

21   that mink are more sensitive than mice.

22       Q.   Now, when you say at .1 percent, are you

23   referring to one type of nitrosamine or all of the

24   nitrosamines that were tested for?

25       A.   Okay.   It was not .1 percent, it was .1

1    milligrams per kilogram of feed, and that was just in

2    nitrosodimethylamine.  That did not account for any of

3    the other nitrosamines tested.

4        Q.  What bearing do those other kinds of nitrosamines

5    that were found in the lactation crumlets have on your

6    analysis?

7        A.  The other nitrosamines are toxic as well, they're

8    just not as toxic.  As an example, the

9    n-dibutylnitrosamine has been referenced to be less than

10   one tenth of the toxicity of the dimethylnitrosamine,

11   and diethylnitrosamine falls between those two.  So

12   they're not as toxic, but they are still toxic.  You

13   can't add them together and look at a total number

14   because they vary in toxicity and there's not as much

15   data available to evaluate for the dibutyl or the

16   diethylnitrosamines as there is the dimethylnitrosamine.

17   But they have the potential of causing additive effects

18   to what has been described for the dimethylnitrosamine.

19       Q.  I believe you stated earlier, correct me if I'm

20   wrong, that in your opinion the nitrosamine

21   concentration that was in the feed at the time it was

22   tested is the same as the nitrosamine concentration in

23   the crumlets at the time they were manufactured or fed

24   to the Jonssons' mink; is that a fair characterization

25   of your testimony?

1    A.   From a science standpoint you can't say it's the

2   same.  You can say that within a reasonable degree of

3   scientific certainty the concentration identified at the

4   time of testing should be nearly identical to that which

5   was present at the time of feeding.

6    Q.   What are the clinical symptoms for nitrosamine

7   poisoning, Dr. Hall?

8    A.   Nitrosamine poisoning, it can vary.  And there

9   again it comes back to dose.  The more acute higher

10   doses that cause very sudden disease and very sudden

11   onset of illness, animals become very depressed, they

12   will actually back away from feed, quit eating, become

13   reclusive.  One of the reports described them as

14   basically hiding behind cages.  You know, they just

15   don't feel good.  I mean they don't act or behave

16   normally.  As you get later into the syndrome in those

17   doses the animals are dying of liver failure.  So

18   there's also the possibility of them developing icterus

19   or jaundice, or a yellow-green discoloration to the

20   whites of the eyes, things of that nature.

21    Q.   How would nitrosamine poisoning manifest itself

22   in a pregnant mink?

23    A.   I would expect that it would manifest itself in a

24   similar way to what has been described in mice and in

25   rats with some other nitrosamines in that you'll see a

1    decrease in birth weights, you'll see a decrease in

2    viable offspring, in other words, you'll have some

3    stillbirths and a decrease in the viability of the

4    offspring that are born live.

5        Q.   What is your understanding of the symptoms

6    exhibited by the Jonssons' mink after they began

7    consuming the lactation crumlets?

8        A.   As it was described to me, the mink began

9    exhibiting signs of some reluctance to eat the feed, not

10   necessarily complete anorexia, but some reluctance to

11   eat the feed, which was described to me as not being

12   unusual at the time of the mink having kits.  It wasn't

13   unusual for mink to back away from feed a little bit,

14   you know, the day before or the day that they have their

15   kits, but usually they come right back on to feed is the

16   way it was described to me.  But these mink did not tend

17   to come back on to feed as they normally would, that

18   they had an abnormally large number of kits that were

19   born dead or died within a few days of birth was the

20   predominant manifestation that was described to me.

21       Q.   You mentioned that you reviewed a lot of

22   information while you performed your analysis of this

23   case, correct?

24       A.   Yes, sir.

25       Q.   Have you come across any information, Dr. Hall,

1    that would lead you to believe that disease played any

2    part in the death of the Jonssons' mink in 2010?

3        A.  No, sir, I have not.

4        Q.  Are you familiar with a compound known as

5    histamine?

6        A.  Yes, sir, I am.

7        Q.  What is histamine?

8        A.  Histamine is basically a nitrogenous molecular

9    substance that has a wide variety of effects on a body

10   or tissues.  It can affect a lot of different organ

11   symptoms.

12       Q.  What effect does histamine have on mink?

13       A.  Histamine has been studied in mink, it is known

14   that it can affect their food intake, it can cause them

15   to have digestive disturbances, they can have vomiting

16   and diarrhea, they can have decreased weight gain, they

17   can have decreased feed efficiency, they can actually

18   have some damage to the lining of the digestive tract

19   where they end up with swollen stomachs.

20       Q.  At what concentration can histamine be toxic to a

21   mink?

22       A.  The predominant study that I utilized I believe

23   the lowest concentration they fed was 110 or 118 parts

24   per million in the final diet.  They did have adverse

25   effects.  That was actually the lowest amount that they

 1    fed.  But in that same paper they referenced other -- a

 2    study article saying that concentrations of above 50

 3    parts per million has been reported to be -- to

 4    potentially cause adverse effects.

 5       Q.  What concentration of histamine would be toxic to

 6    a pregnant mink?

 7       A.  That's a difficult question because the true

 8    answer is we don't know.  I've never seen any studies

 9    where they actually dosed histamine to pregnant mink to

10    look at the effect.  Looking at a variety of other

11    studies, it is known that at least in some species

12    during pregnancy there are enzymes that help break down

13    histamines where it may not be as much of a problem.

14    But that effect in mink is not known.

15                THE COURT:  Are you about through with him,

16    counselor?

17                MR. HANCEY:  I'm sorry?

18                THE COURT:  Have you got a few more minutes

19    with him?

20                MR. HANCEY:  I do, Your Honor, and this

21    might be a good point to break.

22                THE COURT:  Why don't we give these folks a

23    15-minute break.  Remember what I told you.  Let's be in

24    recess for 15 minutes.  Quarter to.

25                MR. HANCEY:  Thank you.

1              (Recess.)

2              THE CLERK:  Court resumes session.

3              THE COURT:  We're all here, and you go

4    ahead, counselor.  Let's bring in the jury.

5              (Jury present in open court.)

6              THE COURT:  Again, thanks, folks, sit down,

7    relax.

8              Let's continue, counselor.

9              MR. HANCEY:  Thank you, Your Honor.

10   Q.  (By Mr. Hancey) Okay.  Dr. Hall, when we left off

11   we were talking about histamine.  Let me direct your

12   attention, sir, to Exhibit 17, and specifically the

13   third page in that exhibit, and the number down at the

14   bottom is 1120.  Are you with me?

15   A.  Yes, sir, I am.

16   Q.  Have you seen that document before?

17   A.  Yes, sir, I have.

18   Q.  Is that something that you've relied on in this

19   case?

20   A.  Yes, sir.

21   Q.  Now, let me just keep your finger there and turn

22   over to tab 18 and look at the first page of that

23   exhibit, number 1116, do you recognize that document?

24   A.  Yes, sir.

25   Q.  Is that something that you've relied on in this

1    case?

2       A.   Yes, sir.

3       Q.   What do these two lab reports, Dr. Hall, one from

4    Surefish and one from eurofins, a different lab, tell

5    you about this case?

6       A.   Both of them had concentrations of histamine that

7    were high.  The lactation crumlets, 25 percent fish meal

8    in the Surefish analytical testing sample was 442.2

9    parts per million, which is the same thing as 442.2

10   milligrams per kilogram of feed.  The other sample on

11   the eurofin certificate of analysis was histamine at 206

12   micrograms per gram.  And micrograms per gram is the

13   same thing as milligrams per kilogram, which is the same

14   thing as parts per million.  So one of the reports had

15   442.2 and the other report had 206.

16      Q.   Are the numbers in these lab reports

17   representative, Dr. Hall, of the histamine

18   concentrations that were actually consumed by the

19   plaintiffs' mink?

20      A.   Actually there's no way to know for sure, but

21   they are likely less than what was present at the time

22   of food consumption.

23      Q.   Are you saying that the concentrations of

24   histamine in the feed -- in the crumlets at the time of

25   feeding was less than what we're seeing in these test

1    results some months later?

2       A.   I'm saying that there is the potential for them

3    to be less.  There was actually a number of different

4    tests, and concentrations were, I guess a good way to

5    describe it, all over the board, ranging from fairly low

6    concentrations to fairly high concentrations.  The

7    concentrations in each of those samples tested were all

8    likely higher at the time that the feed was manufactured

9    than they were at the date of testing.

10      Q.   Why is that?

11      A.   Because most of the histamine that's produced in

12   fish is produced from histidine, an amino acid.  That

13   histidine conversion to histamine occurs fairly readily.

14   That's one of the reasons fish are preserved fairly

15   quickly after harvest, either put on ice or treated with

16   some type of preserving agent to prevent the degradation

17   of the fish tissue.  During that degradation process is

18   when you get that histamine production.  A number of

19   studies have been done that looked at histamine

20   concentrations across time and found that at a variety

21   of temperatures, at a variety of humidity conditions,

22   that the histamine significantly drops across time.

23      Q.   Can you say with a degree of scientific certainty

24   whether or not the histamine concentrations in the

25   lactation crumlets at the time the Jonssons' mink were

1   fed were at toxic levels?

2       A.   Because of the high variability, there is, with a

3   reasonable degree of scientific certainty, at least some

4   of the bags that contained histamine concentrations at

5   toxic concentrations.

6       Q.   At the time of feeding?

7       A.   At the time of feeding.

8       Q.   What significance, if any, do you place on the

9   fact that there were histamine concentrations found in

10  some of these lab reports that you described as being

11  all over the map?

12      A.   I've seen that in a number of cases I've been

13  involved with around the country.  One example that I

14  had on a case in Virginia there was a feed mixing error.

15  In that particular case there was an ionophore feed

16  additive in a horse feed which was toxic.  We tested --

17  I think when we finish tested we tested 28 separate bags

18  from one production lot, and we had concentrations that

19  ranged from zero to concentrations up as high as 1800

20  milligrams per kilogram of feed just because the feed

21  was not uniformly mixed.  It came all out of the same

22  batch, but there was some disparity within that batch

23  because it was not completely homogenous.

24      Q.   How would histamine poisoning manifest itself

25  clinically in a mink?

1    A.   It can cause some gastric irritation.  It has the

2    potential of causing some vomiting and diarrhea at --

3    even in concentrations that are high that cause vomiting

4    and diarrhea in some studies it's reported that over

5    time the animals acclimate to it, they still have the

6    potential of a loose stool, even though it may not be

7    complete profuse watery diarrhea, but the stool may

8    still be loose and they still have the potential of

9    causing decreased feed intake, decreased feed

10   efficiency, decreased gain, the animals don't grow as

11   fast, and they can have some lesions in the stomach as

12   well.

13   Q.   What symptoms would we find for histamine

14   poisoning in pregnant mink?

15   A.   The potential is that animals that have gastric

16   distress don't eat as much.  Animals that are pregnant

17   have a higher metabolic demand, and so if animals are

18   forced to restrain from eating during a time of high

19   metabolic demand, it can put them into a negative energy

20   situation to where they may not have appropriate body

21   nutrients to adequately supply the fetus to adequately

22   produce milk after having the kits to provide for kit

23   survival.  Because there is minimal, very, very minimal

24   data on histamine and pregnancy, it becomes a very

25   difficult question to answer and you have to -- you have

1    to answer it knowing what histamine causes in a

2    nonpregnant animal and use some degree of scientific

3    reason from that point.

4        Q.  Is that something that's acceptable in your -- in

5    what you do?

6        A.  In many cases you have to extrapolate because

7    there may not be studies done in the individual species

8    or at the individual age or at the individual subset

9    population for every compound, and so there are times

10   that you have to extrapolate between species the same

11   way as you do when you extrapolate from animal studies

12   to humans.  At human poison control centers, obviously

13   you're not going to dose people to determine how you

14   want to treat a poison.  You have to do it based on what

15   we know in animals, and you have to do that same

16   extrapolation between animal species.

17       Q.  Now, you testified earlier, Dr. Hall, that it was

18   your scientific opinion that nitrosamines have a

19   neonatal -- or are toxic to the offspring or to the

20   young of adult animals, including mink; is that a far

21   characterization?  I think you said it was neotoxic to

22   mink.

23       A.  It is neotoxic to mice.

24       Q.  To mice.  And you used extrapolation to bring

25   those studies over into the realm of mink; is that

1    correct?

2       A.   That is correct.

3       Q.   Now, the Jonssons testified earlier in this trial

4    that in 2010 they also lost about 400 adult mink.  Do

5    you have an opinion on how nitrosamines could have

6    impacted the adult mink, or the adult pregnant mink that

7    consumed the lactation crumlets during that period of

8    time?

9       A.   The concentrations of nitrosamine would not have

10   been high enough to where I would have expected to see a

11   direct effect of the nitrosamines causing mortality in

12   the mothers.  The concentrations to where that does

13   happen on an acute basis are much higher than what we've

14   identified in this particular case.  However, because it

15   has the potential, based on my studies and based on

16   things that have been seen in rats and other species

17   associated with decreased offspring survival and the

18   production of stillbirths, if an animal had stillbirths

19   or had a fetus that had died that, for example, got

20   retained within the uterus, then you can see

21   complications from the dead fetus beyond the dead fetus

22   itself if it's not properly expelled, and sometimes that

23   occurs.

24      Q.   Do you have an opinion on whether or not the

25   Jonssons could expect to see continued health effects in

1  their mink heard at the Lehi Ranch following the 2010

2  calendar year?

3      A.   There is a potential yes, sir.

4      Q.   Based on what?

5      A.   In studies at lower concentrations very

6  long-term, in fact -- I can't quote it directly, but

7  this is close, they stated that mink provided

8  nitrosamines for a long enough duration there's the

9  potential for production of cancers in 100 percent of

10  the animals.  Now, in this particular situation, the

11  contaminated lactation crumlets were fed for a window of

12  time, not continuously.  You have the potential, even

13  with the window of time exposure, when you're dealing

14  with a cancer producing agent to cause DNA damage that

15  can result in those animals developing tumors months or

16  even a year after the fact.  So, yes, there is the

17  potential.

18      Q.   Now, we have discussed nitrosamines and we've

19  discussed histamines.  Is there anything else you

20  considered, Dr. Hall, in formulating your opinions in

21  this case?

22      A.   In evaluating a case of this nature you have to

23  evaluate everything, you know, not just individual

24  compounds.  There were a number of things that were

25  brought to my attention that were initially thought to

 1    be issues with the mink.  There was investigations done

 2    along the lines of ionophores in the feed, and I quickly

 3    instructed the Jonssons and the Griffeths both that

 4    that, at the concentrations that were identified, was

 5    not a problem.  You know, it was obviously a low enough

 6    concentration that it was of no concern whatsoever to

 7    me.  There was discussion of vitamin E deficiencies

 8    potentially being a problem.  The indications were,

 9    based on feed testing and things of that nature, that

10    there was adequate vitamin E in the feed, that some of

11    the animals that tested, the low vitamin E may have been

12    secondary to something else causing the vitamin E to go

13    away, which you can see with oxidative stress and

14    diseases, chemical reactions, things of that nature.

15            The key that I kept coming back to, there

16    has been some suggestion of infectious ideologies, and

17    for various reasons those infectious ideologies were in

18    my mind ruled out based on circumstances and facts

19    associated with the case.  And so I look at that in a

20    broad umbrella in order to focus myself down to a final

21    diagnosis and final conclusion.

22            One of the key things for me comes back to

23    what I described early on.  This was a very nice case

24    control study where we have four separate locations,

25    three of which received the feed in question and one of

1     which did not.  The three locations that received the

2     feed in question had what was described to me as almost

3     identical clinical manifestations within the animals.

4     As it was described to me, two of the locations -- or

5     one of the locations had a slightly higher mortality.

6     That same location was one that include the crumlets at

7     a higher rate of inclusion.  And so in some ways looking

8     at that it was almost like a dosed case controlled study

9     as well.  The one location where the feed was not fed,

10    there was not the problem.  That points to the feed as

11    being a causative source.

12            There was indication of infectious

13    ideologies potentially being a problem.  For various

14    reasons I ruled that out.

15    Q.  By that you mean disease?

16    A.  Correct.

17    Q.  Okay.

18    A.  There were some animals that had tested positive

19    for Aleutian disease on the Jonssons' ranch.  Actually

20    that didn't surprise me because I was told upfront that

21    Aleutian disease was endemic on that ranch.

22    Interestingly enough, at the location of Mr. Griffeth

23    his mink were Aleutian disease free and they showed the

24    same clinical signs.  So if you see a population where

25    everything's showing the same signs and one group has X

1    and one group doesn't have X, then X is likely not the

2    cause in all locations.

3              The thing that was common in all locations

4    was the lactation crumlets.  We identified toxic

5    concentrations of histamines and nitrosamines in those

6    lactation crumlets, and so that's what narrowed the

7    field.

8       Q.  What is your understanding of the husbandry, or

9    the ranching practices that exist among the Jonssons'

10   two ranches?

11      A.  I am not a mink ranching expert.  I have been on

12   a mink ranch once in my life, and so my understanding is

13   there was no indication they were outside of an industry

14   norm, at least nothing that I read in any of the

15   depositions and anything else indicated that they were

16   outside of the industry norm.

17      Q.  Dr. Hall, can you summarize your findings and

18   opinion in this case for the jury.

19      A.  Based on the evaluation of the data provided to

20   me, on the scientific literature, the research, and the

21   analytical testing that I've evaluated, it is my

22   professional opinion, within a reasonable degree of

23   scientific certainty, that the lactation crumlets was

24   the causative entity associated with the increased

25   neonatal mortalities that occurred in the May-June time

1    period 2010 at the Jonssons' ranch.

2        Q.   What about the mink that died on the Jonsson

3    ranch later in the year?

4        A.   Any time you have a ranch operation where you

5    have thousands of animals you're going to have deaths.

6    Being able to attribute it back to the original feed is

7    very difficult because you're going to have natural

8    disease entities that occur.  Is it possible that some

9    of those animals had tumors and died and they weren't

10   identified?  Yes, it's possible.  But to what degree I

11   cannot, with a reasonable degree of scientific

12   certainty, say.

13           MR. HANCEY:  No further questions, Your

14   Honor.

15           MR. MINNOCK:  Thank you, Your Honor.  It's

16   just going to take me a minute.  I need my board again,

17   of course.

18           THE WITNESS:  I like using a board.

19                     **CROSS-EXAMINATION**

20   **BY MR. MINNOCK:**

21       Q.   You know, I talked with Mr. Mitchell at the

22   break, and you caught a break, Dr. Hall, that I'm going

23   to let him talk to you about the numbers because the

24   concentration numbers and stuff he has a far better

25   understanding of that, so you won't have to educate me

1   on that.

2           Okay.  When you get an assignment like this

3   in your profession you generally look at three different

4   things, and those are the clinical data, the

5   histological results, and then the feed tests, right?

6       A.  Actually, I personally, when I investigate a case

7   like this, I look at a lot more than that.

8       Q.  Well, I know you do, but those are the three

9   broad characterizations that you look at.  You added

10  scientific literature and then you look at -- but you

11  look at a lot of things, right?

12      A.  I look at a lot of things.  I also do interviews

13  with the parties involved to try to get all the facts

14  possible.

15      Q.  Now, in this case, all of the data that you have

16  regarding the symptoms and events that were going on on

17  those ranches come from the parties themselves, right,

18  Mr. Jonsson --

19      A.  Yes.

20      Q.   -- and Mr. Griffeth?

21      A.  That is correct.

22      Q.  All right.  But you don't have any data from any

23  veterinarian.

24      A.  No, sir.

25      Q.  Because no veterinarian was ever called, right?

1    A.   That is my understanding.

2    Q.   And when I -- and if this was you and you were

3  suffering this kind of loss, you would have counseled

4  them to call a veterinarian, correct?

5    A.   Had they called me early on that would have been

6  my recommendation.

7    Q.   And had they called you, what you would have done

8  is you would have examined these mink yourself as an

9  expert to determine what the symptoms and signs that

10  they were exhibiting were.

11    A.   That is correct.

12    Q.   And you would have done necropsies on the

13  deceased mink to determine whether the disease profile

14  fit what you were seeing on the farm.

15    A.   That is correct.

16    Q.   Okay.  But none of that occurred.

17    A.   That is correct.

18    Q.   Now, you talked about what you called a control,

19  and let's make sure we understand what we mean by a

20  control.  A control means that you have everything

21  essentially identical, but you change one variable to

22  determine whether or not it affects the outcome; is that

23  fair to say?

24    A.   That is the most theoretically pure control.

25    Q.   Okay.  And I understand that's very difficult to

1    obtain, either scientifically or in the field or

2    anything, but that's sort of what you're trying to do is

3    search for commonality and then separate out one

4    particular variable, right?

5        A.   That is correct.

6        Q.   Okay.  Now, here you said that the control, I

7    take it, would be in your mind the Cedar Valley Ranch,

8    right?

9        A.   That is correct.

10       Q.   And the other four would be -- or the other three

11   that you would be talking about would be Roger Griffeth,

12   Kent Griffeth, and the Jonssons' Lehi farm, right?

13       A.   That is correct.

14       Q.   Okay.  All of which claim losses against National

15   Feeds, right?

16       A.   Yes.

17       Q.   Okay.  In your investigation you were given a

18   copy of the deposition of Scott Harris, right?

19       A.   I recognize that name, yes, sir.

20       Q.   And Scott Harris also received the lactation

21   crumlets from the identical batch as the Griffeths and

22   the Jonssons, right?

23       A.   If -- I do not recollect seeing a deposition from

24   somebody else that received the lactation crumlets.

25       Q.   Well, it was Mr. Harris who was in this group.

1  Do you remember reading his deposition where he said he

2  suffered no adverse losses in 2010?

3     A.   Actually I'm not sure that I read that

4  deposition, I have to go back and check, because I do

5  not recollect reading any deposition where somebody said

6  they did not see any losses.

7     Q.   But it would obviously be an important

8  consideration to take into account whether or not

9  somebody else who was not a party to this litigation or

10  to other litigation suffered a similar loss, right?

11     A.   That would be important to me, yes.

12     Q.   All right.  Now, the other thing is when you

13  talked about your control, there's no documentation that

14  supports -- that you've been able to see that supports

15  what they've told you in terms of the fact that the

16  Cedar Valley farm suffered no losses and Lehi did,

17  right?

18     A.   I'm not saying they didn't suffer any losses.

19  You always have a small number of losses any time you

20  have a production environment.

21     Q.   Well, I guess I should have stated it to you this

22  way:  You haven't seen any documentation regarding the

23  production on the Lehi farm versus the Cedar Valley farm

24  to determine whether or not your control -- the data

25  meshed with your control.

1    A.   That is correct.  I took that from the

2    information that was provided to me.

3    Q.   All right.  And you understood that on the Lehi

4    Ranch -- well, you understood that with respect to

5    mahoganies, okay, that we don't know whether any

6    particular mahogany owned by the Jonssons ate the

7    lactation crumlets or not, right, because they had half

8    in Lehi and half in Cedar Valley, right?

9    A.   Okay.  You lost me in the middle of that

10   somewhere in the description.

11   Q.   Was it your understanding that the Jonssons kept

12   half their mahoganies in Lehi and half their -- well,

13   it's actually more than half their mahoganies in Cedar

14   Valley?

15   A.   My understanding was they were split, I didn't

16   know to what ratio.

17   Q.   But you understood they were split.

18   A.   Yes.

19   Q.   You understood also that they kept all of their

20   blacks in Lehi.

21   A.   I was told that, yes.

22   Q.   So if you wanted to determine whether or not

23   there was -- your control experiment was correct you

24   would look at the production values on the black mink

25   because you know that they ate the lactation crumlets,

1    right?

2        A.   Yes.

3        Q.   And if the production for black mink actually

4    rose the year that the Jonssons fed the lactation

5    crumlets as opposed to falling, that would cause you

6    some concern about your opinions and about your control.

7        A.   I would want to look and make sure numbers were

8    equal year to year to see whether it truly rose or

9    whether they had an increased number of females to where

10   they had a higher number of babies.  If it truly did

11   rise, then, yes, that would concern me.

12       Q.   Okay.  All right.  Well, we've seen this chart,

13   and I'm not trying to hide it from you, but our jury's

14   seen it a million times, and we'll deal with that issue

15   later.  I know we're short on time here today.

16            Okay.  Now, let's talk about some nitrosamines.

17   The reason that you pointed to the one nitrosamine

18   sample that had .22 of the NDMA, which is the -- I can

19   never pronounce it, but you referenced it, the

20   dimethylamine, the reason you relied on that as the most

21   credible is because you oversaw that sampling yourself.

22       A.   I actually opened the bag and took the sample

23   myself.

24       Q.   All right.  But, nevertheless, you're not able to

25   extrapolate that level back to when the mink actually

1    ate the feed.

2        A.   I cannot extrapolate it, but with a reasonable

3    degree of scientific certainty I can say it should be

4    similar, if not equal, to the concentrations that were

5    present at the time that they were fed.

6        Q.   Let me show your deposition because I asked you

7    that question in your deposition.  Let me hand you that.

8    If you'll turn to page 52, line 22, to 53, line 6, and I

9    think I asked you the question.  Okay.  All right.  Have

10   you done any -- made any determination as to what the

11   rates of these nitrosamines would be back when it was

12   being fed in March, April, May of 2010, some, what is

13   that, 18 months earlier than when you did your

14   sub-sample?

15            Without having data from that exact time

16   point you can't make an extrapolation.

17            My question was, If you can't make an

18   extrapolation, could that be as low as zero at that

19   point?

20            And you said, It's possible.

21       A.   It is possible.

22       Q.   Okay.  All right.  Now, let's talk a little bit

23   about dose, because you talked about that term with

24   Mr. Hancey, dose versus concentration.  The testing

25   results that you went through with Mr. Hancey are the

1  concentrations in the feed, right?

2      A.  That is correct.

3      Q.  Okay.  So that would be similar to me if I pick

4  up a bottle of Tylenol and it says 500 milligrams.

5      A.  That is correct.

6      Q.  Each one of those pills has 500 milligrams.

7      A.  That is correct.

8      Q.  Okay.  What's the difference between that and

9  dose?

10     A.  A dose is taking the concentration in a feed, for

11 example, multiplying it by the amount of feed that was

12 ingested, and then dividing it by the body weight of the

13 animal to get an actual number of milligrams per

14 kilogram of an individual compound that was ingested on

15 a daily, weekly, monthly, or lifetime basis.

16     Q.  And that's how you take into account the fact

17 that I can take 500 milligrams of Tylenol but my 7 year

18 old can't take 500 milligrams of Tylenol.

19     A.  That is correct.

20     Q.  Because even though it's the same concentration,

21 it would be more harmful to him because of his smaller

22 body weight, right?

23     A.  Extremely higher dose.

24     Q.  Extremely higher dose because of his smaller body

25 weight.

1      A.  Correct.

2      Q.  Okay.  What I want to understand is what do you

3   believe could be the dose of NDMA per day per mink given

4   the .22.

5      A.  When you calculate the dilution ratios on a

6   dry-weight basis, you are looking at approximately

7   0.1.  Not 0.01.  You've got your point in the wrong

8   place.

9      Q.  Oh, 0.1?

10     A.  Milligrams per kilogram of feed.

11     Q.  Now, that's our concentration.

12     A.  Right.

13     Q.  Okay.  What's our dose?

14     A.  Okay.  If you have a 1 kilogram mink and they're

15  eating 10 percent of their body weight, then you have --

16  so --

17     Q.  Hans, where is your calculator?

18     A.  You end up with an exposure of 0.01 milligram per

19  kilogram per day.

20     Q.  0.01.

21     A.  Right.

22     Q.  Milligram per kilogram of body weight, BW.

23     A.  Per day.

24     Q.  Per day.  Per day.  Okay.  And then if you want

25  the total exposure you times this by the number of days

1    that they consume the feed.

2        A.   That's correct.

3        Q.   All right.  Do you take into factor any

4    elimination?

5        A.   Actually what you're doing there is you're

6    calculating total exposure, and total exposure may or

7    may not have any validity on whether they have a toxic

8    reaction or not.  It may be the individual time point of

9    exposure.

10       Q.   All right.  Now, let's talk then about the

11   histamines.  What did you -- what is your calculation of

12   the dose of histamines that you believe these mink

13   ingested?

14       A.   I did not calculate dose of histamines.  On the

15   studies within NDMA, the studies that I was comparing to

16   was comparing against dose.  So the studies with the

17   histamine I was comparing to studies that were based on

18   concentration in the feed.

19       Q.   So we don't have a dose on histamines.

20       A.   I did not calculate a dose on histamines, no,

21   sir.

22       Q.   Now, you went through with Mr. Hancey some

23   discussion about the -- let me move this out of the way

24   so we can see each other.  I apologize.  You went

25   through with Mr. Hancey the fact that there was a

1   variability in the histamine testing over time, right?

2       A.   That is correct.

3       Q.   Okay.  And you posited that one potential cause

4   of that may be either incomplete or uneven mixing of the

5   feed.

6       A.   That is correct.

7       Q.   Okay.  Another possibility could be that the test

8   samples were not done properly.

9       A.   That's a possibility as well.

10      Q.   And, in fact, the first test that was ever done

11  for histamines did you ever see that test, Exhibit

12  Number 40, if you want to look in that book at Exhibit

13  Number 40?

14      A.   I've actually seen pages and pages and pages

15  worth of testing, so let me look to make sure I've seen

16  this specific one.  You said Exhibit 40, sir?

17      Q.   Yes, Exhibit 40.  It's the first test that was

18  done in December of 2010, and it indicated that

19  histamines were in fact not detected, right?

20      A.   That is what the report says, yes, sir.

21      Q.   All right.  And that was the only test that was

22  done prior to litigation being filed in this case.

23      A.   I'll take your word for that.  Like I say, I've

24  looked a lot of tests with a lot of dates on them.

25      Q.   With the nitrosamines you sent out a test of your

1  own to make sure that it would be accurate, but you did

2  not do a similar thing with respect to the histamines.

3     A.  That is correct.

4     Q.  Okay.  You said -- you were asked a question by

5  Mr. Hancey, and this is my final question, then I'll let

6  Mr. Mitchell ask you some questions, that when you

7  talked about the potential future a year from then that

8  in mink that had been given long-term doses of

9  nitrosamines that they in fact had developed tumors in

10  some of these studies.

11     A.  That is correct.

12     Q.  Okay.  Those were over a period of almost

13  500 days.  The one study you were talking about, which I

14  think is the Koppang article, they were exposed to a

15  dose for 500 days before they developed --

16     A.  Some animals were, some animals developed tumors

17  prior to that time point.

18     Q.  Here we're talking about a period of about

19  40 days, right?

20     A.  That's correct.

21     Q.  None of the data that you've seen from any

22  necropsies show any tumors.

23     A.  I have not seen any necropsy data with tumor

24  information on it, no, sir.

25     Q.  Okay.  So at this point you cannot say that there

1  were any losses in 2011 or beyond that would be

2  attributable to the ingestion of the lactation crumlets.

3      A.  All I said was that it was possible.

4      Q.  Right.  But you're not willing to say that that

5  is probable to a degree of scientific certainty.

6      A.  I have not seen any data to support it, no, sir.

7            MR. MINNOCK:  All right.  Thank you very

8  much.

9  **CROSS-EXAMINATION**

10  **BY MR. MITCHELL:**

11      Q.  Dr. Hall, you haven't done anything to actually

12  confirm that the Jonssons suffered an increased neonatal

13  mortality rate in 2010, did you?

14      A.  I took that information directly from them.  I

15  did not go visit the farm, no, sir.

16      Q.  Didn't go visit the farm, you didn't look at any

17  of their production records, anything like that that you

18  could use to verify whether they actually suffered an

19  increased death rate.

20      A.  I did not do an economic analysis in this

21  situation, no, sir.

22      Q.  Okay.  I think you've also mentioned really a

23  number of things that are associated with both

24  nitrosamines and histamines.  For example, you've

25  mentioned at the acutely high doses you can see liver

1  failure and jaundice of the eyes, things like that, and

2  we haven't seen any of that in this case, correct?

3      A.  And I wouldn't.  No, sir, we haven't.

4      Q.  Okay.  And now have we seen anything that falls

5  into the lower range of exposure that you discussed, for

6  example, a reluctance to eat food?

7      A.  The concentrations that were determined were not

8  concentrations that previously had been reported to

9  cause them to back away from feed.

10     Q.  So you wouldn't have associated any backing away

11  from feed with levels of nitrosamines that may or may

12  not have been present in the feed in 2010.

13     A.  If these were nonpregnant mink I could make that

14  statement based on the science that's been done to date,

15  but since those studies have not been done adequately in

16  mink that are pregnant, I cannot say one way or the

17  other.

18     Q.  Okay.

19             THE COURT:  You might pull that mic a little

20  towards you to make sure everybody hears you.

21             THE WITNESS:  I'm sorry.

22     Q.  (By Mr. Mitchell) Were you provided with the feed

23  data from the Jonssons for -- say, for example, the year

24  2010?

25     A.  What do you mean by the feed data?

1       Q.   Well, you understand that they received periodic

2   deliveries of feed from the Fur Breeders Ag Co-op,

3   correct?

4       A.   That is correct.

5       Q.   Now, did they share with you the quantities of

6   feed that they had delivered and fed their mink in the

7   time period say April, May, and June of 2010?

8       A.   I do not remember seeing delivery records.

9       Q.   Okay.  And so you wouldn't have seen delivery

10  records then for 2009 either, correct?

11      A.   I do not believe so, sir.

12      Q.   So at that point, you wouldn't be aware, for

13  example, that they actually consumed more feed during

14  that period in 2010 than they did in 2009.

15      A.   I do not have that data, no, sir.

16      Q.   Okay.  Let's see, you've already talked about

17  tumors, so I won't touch on that.

18           Were you provided with any data about birth

19  weights for the kits?

20      A.   My understanding was they tried to leave the kits

21  alone when they were born because you most times don't

22  want to disturb very young neonates because sometimes

23  that can cause the mothers to abandon them.

24      Q.   So your answer is no.

25      A.   The answer is no.

1    Q.   Okay.  You mentioned in moderate doses that we

2  can see liver damage and fibrosis in the liver as well,

3  and we haven't seen any necropsies with liver damage or

4  fibrosis, correct?

5    A.   Correct.

6    Q.   Okay.  Now, in histamines, there seems to be some

7  overlap in potential signs that one could see with

8  nitrosamines and then some that didn't necessarily

9  overlap.  You mentioned the potential for a decreased

10  food intake, and we've already gone over the fact that

11  you weren't given any data on food intake.

12            Vomiting, you mentioned that there's the

13  potential for vomiting.  And you received Keith

14  Jonsson's deposition and Michael Jonsson's deposition,

15  correct?

16    A.   That's correct.

17    Q.   And you've looked at both of those depositions?

18    A.   Yes, sir.

19    Q.   That was part of your investigation?

20    A.   Yes, sir.

21    Q.   And you're aware that they've testified that they

22  didn't see any vomiting?

23    A.   Yes, sir.

24    Q.   And the same is true for diarrhea.

25    A.   That is true.

1    Q.   Okay.  Now, another symptom that you are -- it's

2   really more of a sign that you mentioned is possible to

3   see in a histamine poisoning setting is a swollen

4   stomach, they can get bloated.  Distended stomachs.

5    A.   They can get distended stomachs.  It never has

6   been truly described as a bloat, it's just the stomach

7   is enlarged when the animals were killed and the

8   stomachs taken out.

9    Q.   Okay.

10    A.   It was not described as a bloat.

11    Q.   An enlarged stomach or a distended stomach is the

12   way you would describe it.

13    A.   Yes.

14    Q.   So we haven't seen any necropsies with either

15   enlarged or distended stomachs.

16    A.   To my understanding there was no necropsies done

17   for an extended period of time after the feed was

18   stopped.  But, no, I have not seen any necropsies with

19   those results.

20    Q.   And since you looked at Keith Jonsson's

21   deposition you're also aware of the fact that when Keith

22   Jonsson cut open some of the mink on his ranch that he

23   didn't see any distended stomach either.

24    A.   That was not described, that's correct.

25    Q.   Right.  He --

1    A.   I don't remember that that question was ever

2  asked specifically did he see that, but I -- that was

3  not something he described.

4    Q.   Okay.  So let's take a look then at some numbers.

5  Now, how much -- what is your going rate as an expert in

6  this case?

7    A.   My charge is $200 an hour.

8    Q.   Okay.  Before we get going on that, you went

9  through a fairly impressive recitation of the things

10  that you've done throughout your career.  In looking at

11  your CV and then listening to your recitation, I didn't

12  hear where you've, for example, actually engaged any

13  research projects with regard to nitrosamines outside of

14  this case.

15    A.   Not with respect to nitrosamines, but with in

16  respect to cancer compounds, yes, I have.

17    Q.   Okay.  But nothing to do with nitrosamines

18  outside this case.

19    A.   That's correct.

20    Q.   So that would be true that you haven't published

21  any papers with regard to nitrosamines.

22    A.   That is correct.

23    Q.   Okay.  And the same is true for histamines as

24  well, correct?

25    A.   That is correct.

1      Q.   No papers and no research outside this case.

2      A.   Correct, sir.

3      Q.   Okay.  Now, you did mention when you got going

4    that it's important to look at the facts that are

5    presented to you.  Now, somebody who's going through and

6    doing an investigation to reach some conclusions you

7    want to take a look at all of those facts and you want

8    to have all of those facts presented to you so you can

9    incorporate all of them into your analysis and come to a

10   sound conclusion, correct?

11     A.   That is correct.

12     Q.   Okay.  So you've talked about how you've gone

13   about and done some calculations, and you mentioned that

14   you -- the Jonssons told you that they tried to get an

15   incorporation rate, I think you said, of 20 percent.

16     A.   20 to 25 percent.

17     Q.   20 to 25 percent.  So now you've had Keith

18   Jonsson's deposition, like we've talked about, and so

19   you would have gone through then and looked at the way

20   that they actually incorporated the feed, the lactation

21   crumlets into the wet feed, to make sure that they

22   actually reached a 20 percent inclusion rate, didn't

23   you?

24     A.   I remember reading those documents.  I did not

25   sit down and do the calculations at that point.  I had

1    already been told that they were including it at

2    approximately 20 to 25 percent.

3        Q.   Okay.  So let's go through and do those

4    calculations then.  As you've -- you've sent out a

5    revised report, or a supplemental report, late November

6    of last year.  I think you've kind of referenced it

7    where you received some additional information

8    concerning the moisture levels in the co-op feed and so

9    you kind of incorporated that into your analysis and you

10   went through and issued this initial report -- or, I'm

11   sorry, this supplemental report.  And so if we look at

12   what the Jonssons actually did, how they describe the

13   process of mixing the feed, you understand, don't you,

14   that they were mixing up about 750-pound batches of feed

15   at a time?

16       A.   In that general neighborhood.  I think at one

17   time they described to me as mixing up between 650 and

18   700 pounds, at one time they said something close to 700

19   pounds, so in that general vicinity.

20       Q.   Let's assume that they've testified before you

21   and that they've testified that it's been between

22   somewhere around 750 to 760 pounds for each batch of

23   feed that they mix up, okay?

24       A.   Okay.

25       Q.   Okay.  So for a little bit easier number say,

 1    we'll deal with a 750-pound batch.  Now, is it your

 2    understanding then that for each 750-pound batch they go

 3    through and add in 100 pounds of lactation crumlets?

 4        A.  That was my understanding.

 5        Q.  Okay.  So out of this 750-pound batch we've got

 6    100 pounds of lactation crumlets, and if we do the math

 7    that -- and I'm happy to give you a calculator because I

 8    don't want you to take my word for it, but it ends up

 9    being about 13.3 percent.

10        A.  Of total weight, not of dry matter intake.

11        Q.  We haven't moved on to dry matter yet.  I'm

12    starting where you started.  I'm starting where you

13    started in your report.  You assumed a 20 percent or

14    25 percent inclusion weight by -- inclusion rate by

15    weight, correct?

16        A.  Right.

17        Q.  Okay.  So if we assume 100 pounds in a 750-pound

18    batch it works out to about 13.3 percent.

19        A.  Actually when I did it originally, my

20    understanding was there was over 100 pounds of water

21    added to that.  I did not account for that water because

22    the water was to be taken out, and so my original

23    calculations did not include any of that water either.

24    The numbers are not the 650 pounds, no.

25        Q.  The 750 pounds is the total batch, which includes

1  wet feed, water, and lactation crumlets.

2      A.   And I did not include the 100 pounds of

3  additional water that they added, which is something

4  that I had been told.

5      Q.   Let's make sure we're on the same page.

6  750 pounds total mixed ration.

7      A.   Total mixed ration, yes, sir.

8      Q.   Which includes wet feed from the co-op.

9      A.   Okay.  When I was originally described this it

10 was not described to me as wet feed.  It was described

11 as co-op feed.  So I assumed it was a dry feed, the same

12 as the lactation crumlets.  So I ignored the 100 pounds

13 of water and only included the co-op portion, the feed,

14 thought to be a dry-weight feed, and the crumlet feed

15 when I did my original calculations.

16     Q.   I understand.  But what we're talking about here

17 is 100 pounds out of a 750-pound batch, 13 percent and

18 change, okay?  That's just the starting inclusion rate

19 for the lactation crumlets for purposes of the

20 calculations that we're going to do, okay?

21     A.   Okay.  We'll go with your math.

22     Q.   Okay.  Well, it's your math as well.  We've -- we

23 can mark in your report, but that's the starting point.

24     A.   If you include the -- and like I say, in my

25 original math and in my original description I did not

1    include that 100 pounds of water, which means I was

2    looking at a 650-pound batch.

3        Q.   Sure.

4        A.   Not 750.

5        Q.   Okay.  All right.  So this is where we're at.

6    Okay.  Now, out of the 100 pounds in there of lactation

7    crumlets, let's just assume that we have the

8    concentration of NDMA of .22 milligrams per kilogram

9    parts per million.

10       A.   Right.

11       Q.   Okay?  That means that we also had .1 kilograms

12   per pound of the lactation crumlets, correct?

13       A.   That is correct.

14       Q.   Because we've got 2.2 pounds --

15       A.   2.205 pounds per kilogram.

16       Q.   Per kilogram.  Divide that into -- divide that by

17   the -- when you do the math it ends up being .1.

18       A.   That is correct.

19       Q.   Okay.  Now, that would mean then that the mixed

20   ration at 750 pounds is going to have 10 milligrams

21   total of NDMA.

22       A.   That is correct.

23       Q.   Okay.  Now, if we look at what that pencils out

24   to be, we're going to divide for just one batch of feed,

25   we're going to divide 10 milligrams by the 750.

1    A.  And that would give you milligrams per pound, not

2    milligrams per kilogram.

3    Q.  Correct.  So let's do that math, if you would

4    please.

5    A.  0.0133333 milligrams per pound.

6    Q.  0.01 --

7    A.  -- 333333.

8    Q.  Okay.  Shall we round it off to 0.013?

9    A.  That will work.

10   Q.  Okay.  0.013 milligrams per pound of mixed

11   ration.

12   A.  That is correct.

13   Q.  Are you with me so far?

14   A.  Yep.

15   Q.  Mink don't generally eat a pound of feed per day,

16   do they?

17   A.  A mink will eat, depending upon the water

18   content, will eat somewhere between 8 percent and about

19   15 percent of their body weight per day in the material

20   fed to them, but it depends upon the water content.  And

21   the higher the water content the larger amount that they

22   eat per day.

23   Q.  Sure.  On average, though, we're looking at a

24   mink that's going to eat somewhere around about a third

25   of a pound of feed per day, if you do it just on

1   average.

2       A.   That would be close.

3       Q.   Okay.  So let's do the math then.  And in order

4   to figure out what the daily exposure rate is in the

5   feed as fed to these mink we're going to divide this by

6   3, a third of a pound, because we've got .013 milligrams

7   per pound, if they eat a third of a pound, we're going

8   to divide this by 3.  So let's go ahead and do that and

9   see what that comes up to be.

10      A.   0.004.

11      Q.   0.004 milligrams per pound.

12      A.   Actually, that's 0.004 milligrams.

13      Q.   You're right.  The daily exposure rate for the

14  mink in this case, assuming the level of .22 NDMA in the

15  mixed ration in the lactation crumlets, was 0.004

16  milligrams per day, correct?

17      A.   Assuming a third of a pound of ingestion per day.

18      Q.   Okay.

19      A.   That's the reason I like doing it on a dry-weight

20  basis because you remove the water factor and you can

21  get more accurate with the intake.

22      Q.   Sure.  But we're looking at the ration as mixed

23  and fed to the plaintiffs' animals, and this, assuming

24  the .22 level in the lactation crumlets, is what their

25  exposure rate was, and that's the important factor from

1    a toxicological standpoint, correct?

2        A.   Actually, no, sir.  You're still accounting --

3    you cannot be as accurate with intake if you include the

4    water.  You would be more accurate doing it on a

5    dry-matter basis because dry matter intake is more

6    constant.  A wet feed material intake is more variable

7    depending upon the moisture content, and so you can't be

8    as precise with your daily exposure rates.

9        Q.   But we're going to have dry matter vary with the

10   water.  The more water you have, the less dry matter you

11   have and vice-versa.

12       A.   And the more water you have the more they eat per

13   day to make up for the fact that it's diluted.

14       Q.   Sure.

15       A.   And so --

16       Q.   But the problem is --

17               THE COURT:  Don't overlap.  Put your

18   question, let him respond.  Put your next question.

19       Q.   (By Mr. Mitchell) I didn't mean to cut you off.

20   I apologize.

21       A.   What I was trying to explain is as you increase

22   the amount of water, you increase the total amount of

23   ingestion and decrease the amount of water standalone

24   that the animals are going to drink on a daily basis.

25   So you change exposure amounts.  That's the reason doing

1    it on a dry-matter basis is much more scientifically

2    accurate.

3        Q.  Okay.  So then if we look at this from a

4    dry-matter standpoint -- let's come back to the dry

5    matter and let's look at histamines.

6                Oh, also the -- I think the Koppang study is

7    one of the studies that you relied upon in forming your

8    opinions.  Are you familiar with when I say the Koppang

9    study what we're talking about?

10       A.  I believe Koppang had a couple of different

11   studies.

12       Q.  I'm specifically talking about the study of toxic

13   and carcinogenic effects of nitrosodimethylamine in

14   mink.

15       A.  Yes, sir.

16       Q.  So when we look at the Koppang study does it give

17   any indication in there of the dry matter concentration?

18   I'm happy to present you with the article.

19       A.  I would love to see it.  Actually, they do not

20   describe dry matter content in their dosings, no, sir.

21       Q.  Okay.  The doses that they do describe, though,

22   concentrations in the feed they had actually four

23   different concentration levels, 2.4 milligrams per

24   kilogram of NDMA, 3.5 milligrams per kilogram of NDMA,

25   and 2.2 milligrams per kilogram of NDMA, and the fourth

1    one was 7.2 milligrams per kilogram of NDMA.  Is that

2    your understanding of the concentrations in the feed?

3        A.  Actually if I could see the study again.  I'm not

4    sure whether that's the concentrations in the final feed

5    or whether that's the concentrations in the fish meal

6    that they used to make the feed that was then further

7    diluted.

8        Q.  I think you are correct, I think you are correct,

9    it is milligrams per kilogram of the fish meal.

10       A.  Actually that's in the fish meal, which is only a

11   small percentage of the total diet.

12       Q.  Okay.  And then it got diluted down.

13       A.  Where they were actually feeding 0.04 to 0.07, I

14   believe, in most of the groups.

15       Q.  That was what was being consumed on a daily basis

16   by those mink, correct?

17       A.  Correct.

18       Q.  And for those mink that were consuming 0.04 all

19   the way up to 0.08, they had no pathoanatomical changes

20   at the end of the study, correct?

21       A.  That was not my understanding from the study, no,

22   sir.

23       Q.  Okay.  So let me show you the study again.  Just

24   talking about the animals that consumed at the rate of

25   0.04 all the way up to 0.08.

1      A.   Okay.   Yes, sir, that is correct, and as

2    extremely low exposures.

3      Q.   Okay.   How long did that study last?

4      A.   There were differing time points in that study.

5    I mean that particular research project there were some

6    animals that were fed shorter periods of time, there

7    were some animals that were fed an extremely long period

8    of time.   And without having the article sitting right

9    here at my hands to where I can make sure we're

10   comparing apples and apples, those specific three dosing

11   groups, or four dosing groups, I need to see the study

12   to be able to tell you exactly how many days they were

13   dosed.

14     Q.   So if we look at this study right here, so we're

15   looking at the portion that's embodied in table 2, it

16   looks to me like they were fed 122 days at those rates.

17   Is that how you read that able?

18     A.   That is correct.

19     Q.   So for the three groups that were fed for 122

20   days levels from .04 to .08 milligrams per kilogram of

21   body weight per day of NDMA we had no changes in their

22   system.

23     A.   There was no pathologic lesions described,

24   correct.

25     Q.   Okay.   And it's only when we get up to the lowest

1    level where we find changes being a .13.

2        A.   That is correct.

3        Q.   Within that study.  Okay.

4        A.   Your original question was how long were they

5    fed, that was a 122-day study.

6        Q.   Correct.  So all of those were fed for 122 days.

7    How many days were the mink in this case exposed to

8    NDMA?

9        A.   Less than 60 days was my understanding.

10       Q.   If we count, let's assume, April 25th to

11   June 7th, by my count that's 44 days.

12       A.   44, 45 days, yeah.

13       Q.   So roughly a third of the time that the mink in

14   the Koppang study were exposed.

15       A.   That's correct.

16       Q.   Okay.  This is the description of how the

17   plaintiffs prepared their mixture every day once they

18   got it fully incorporated.  Have you done anything to

19   look at what their actual incorporation rate was, what

20   it averaged over the entire time that they fed the

21   lactation crumlets to their mink?

22       A.   The answer to my question is the same as I

23   answered earlier, I was not provided information on

24   their delivery load, so there was no way for me to

25   calculate from that data.  The inclusion rate was

 1    calculated based on information provided to me by the

 2    Jonssons.

 3       Q.   Okay.  And so that answers that question.

 4            Now, when we look at the concentrations of

 5    histamines, have you been able to -- let me back up a

 6    minute.  Is it correct, or am I correct in my

 7    understanding that histamines are formed by the

 8    conversion of histidine through a bacterial process?

 9       A.   It's usually through a bacterial process, yes,

10    sir.

11       Q.   Now, have you done -- and that's normally why you

12    would expect to see histamine levels fall off over time

13    because that bacteria that would normally convert the

14    histidine gets cooked out when you make fish meal.

15       A.   That is true to some degree, but there are

16    studies showing that the histamine concentrations

17    decrease across time even in significantly contaminated

18    samples.

19       Q.   Right.  And so have you done anything to look at

20    the sampling techniques that were employed by the

21    Griffeths in this case to rule out the potential for

22    cross-contamination and the reintroduction of the

23    bacteria that would lead to the creation of additional

24    histamine levels over time?

25       A.   I have not looked at that, no, sir.  I was not

1   there when they sampled it, and so there's no way I can

2   control for that.

3       Q.  Okay.  You are unable to tell us with any

4   certainty what the level of histamines would have been

5   in the lactation crumlets at the time that it was fed to

6   the Jonssons' mink, correct?

7       A.  I am not able to say with certainty.  I can say

8   that the concentrations were, within a reasonable degree

9   of scientific certainty, higher than various

10  concentrations that were identified during the analyses.

11      Q.  So let's take a look at your deposition page

12  110 --

13              THE COURT:  Are you about through with him?

14              MR. MITCHELL:  I can be.  I mean I could

15  be -- I've got a little bit more I think, but this is a

16  good stopping place.

17              THE COURT:  Let's see if you can finish him.

18  Let's finish.

19              MR. MITCHELL:  Okay.

20              THE WITNESS:  You said page 110, sir?

21      Q.  (By Mr. Mitchell) Page 110.  Page 110, starting

22  on line 10.  Okay.  And so are you able to tell us with

23  any certainty what the level of histamines would have

24  been in the feed at the time it was fed to the Jonssons

25  mink?

1              Answer, No, sir.

2              Did I read that correctly?

3       A.   With certainty I cannot.

4       Q.   Did I read the deposition correctly?

5       A.   Yes, you read the deposition correctly.

6       Q.   Okay.  Thank you.

7              Now, when you calculated the histamine

8    concentrations in the studies that you looked at in the

9    histamines -- for histamines are those studies done on

10   an as fed or on a dry-matter basis?

11      A.   Actually when I went back and looked at those,

12   those studies were done on an as-fed basis, so they did

13   not need to be converted to a dry weight.

14      Q.   So let's do the math again.  So which study did

15   you look at and rely upon principally for reaching your

16   conclusion with regard to the histamine levels present

17   in the lactation crumlets?

18      A.   I don't remember the author's name.  It was the

19   one that I provided to you.

20      Q.   No.  I mean when I say study, I mean the analysis

21   that was done in this case.

22      A.   What I like to do is I like to look at all

23   possibilities, but then you always want to calculate

24   worst case scenario.

25      Q.   So we can run the gamut.  We have the very first

1    test that was done that didn't detect any.  If you don't

2    detect any, there's nothing there to go from.

3         A.  Right.

4         Q.  So let's look then at the worst case scenario,

5    what's the worst case scenario?

6         A.  That was a concentration that determined to be

7    400 and --

8         Q.  I believe it was 442?

9         A.  Yes, sir.

10        Q.  So for every, let's assume worst case scenario,

11   every 750-pound batch of feed has 100 pounds of

12   lactation crumlets with 442 parts per million of

13   histamines in it.

14        A.  That's correct.

15        Q.  Okay.  It's my understanding that if we take --

16   it's going to dilute this number down by the same

17   percentage that we're looking at here.  So I didn't

18   answer that -- walk me through -- I didn't ask that

19   question very well.  It's the end of the day.  Walk me

20   through the math then to figure out what the

21   concentration level is assuming -- in the mixed ration

22   assuming the 442 million -- parts per million level.

23        A.  Okay.  The easiest way to do it is to take 100

24   and divide it by 750.

25        Q.  And that's going to give us 13 -- roughly

1    13.3 percent I believe.

2        A.   Then multiply that by the 442.

3        Q.   So if we go 442 -- in fact do you still have --

4    nope.   Let's be precise, figure out exactly what the

5    percentage is first.   What does 100 divided by 750 work

6    out to be?

7        A.   0.1 -- 0.1333.

8        Q.   Okay.   So we were -- I was right, so

9    13.3 percent.   So then let's multiply that by that.

10       A.   Is 58.933.

11       Q.   58.933 parts per million worst case scenario,

12   assuming a 750-pound batch of feed.

13       A.   As fed.

14       Q.   As fed.

15       A.   Correct.

16       Q.   So just a whisker above the level that your

17   studies -- that the studies that you reviewed looked at

18   found might cause some harm to mink.

19       A.   There again those were in nonpregnant mink, and

20   we don't know the relative sensitivity of pregnant mink

21   as a comparison.

22       Q.   Right, we don't know.

23       A.   Right.

24       Q.   Could be the same, could be more, we don't know.

25       A.   Correct.

1    Q.   The studies you've looked at 50 parts per million

2   is where you start seeing effects in the mink?

3    A.   That is correct.

4    Q.   Okay.  We're just a whisker above that, worst

5   case scenario, in the total mixed ration.  And what are

6   the kinds of signs that you would expect to see at that

7   low level?

8    A.   You wouldn't necessarily see the vomiting and

9   diarrhea.  You would see a slight decrease in feed

10  intake, a decrease in weight gain, a decrease in growth

11  rate.

12   Q.   Have you seen any evidence of decreased weight

13  gain in these mink?

14   A.   The animals weren't weighed, so there's no

15  documentation.

16   Q.   What was the other one that you mentioned?

17   A.   Decreased feed intake.

18   Q.   Decreased feed intake.  We've talked about --

19   A.   That was not measured as well.

20   Q.   And then there was a third one I think.

21   A.   Decreased feed intake, decreased rate of gain,

22  and decreased growth rate.  And where you're talking

23  adult animals, they're already grown, and so that

24  becomes a nonvariable.

25   Q.   Is there a difference between growth rate and

1   rate of gain?

2      A.   Not really.

3      Q.   Okay.  All right.

4              From the studies that you have seen, from

5   the studies that are out there, would you expect to see

6   any deaths resulting from histamines at that level?

7      A.   Not with histamines by themselves, no.

8      Q.   All right.

9              MR. MITCHELL:  I believe those are all the

10  questions I have for you right now.  Thank you,

11  Dr. Hall.

12             MR. HANCEY:  Your Honor, I've got redirect.

13  It's 5:05.  Should I start on that?

14             THE COURT:  Well, give me your estimate, how

15  long?

16             MR. HANCEY:  It could be as much as a half

17  an hour, Your Honor.

18             THE COURT:  9:30 tomorrow, ladies and

19  gentlemen, come in at 20 minutes after 9:00, and we'll

20  get started right at 9:30.  Remember what I told you,

21  don't talk to anybody about the case.  I appreciate your

22  help.  You may be excused.

23             (Whereupon, the following proceedings were

24              held in open court outside the presence of

25              the jury.)

```
 1              THE COURT:  After this witness, who else
 2    have we got?
 3              MR. HANCEY:  Well, Your Honor, we've got two
 4    representatives of Rangen, who I understand will be
 5    available tomorrow, they will be very short witnesses.
 6    We have two National representatives we wanted to take
 7    tomorrow, but we've been informed they're not going to
 8    be available until later on.
 9              THE COURT:  Tomorrow's the time.  Why aren't
10    they here tomorrow?
11              MR. MINNOCK:  Your Honor, there is another
12    case dealing with feed going on in the Federal District
13    Court of Wisconsin in the Eastern District, those two
14    are there tomorrow to start that trial, and then they
15    will end -- one of them is the witness we talked about
16    that is going to be here next Tuesday, but the other one
17    will be here Thursday morning.
18              MR. HANCEY:  And our last witness is going
19    to be the economist, Dr. Roberts.  If all goes as
20    planned, we'll probably run out of witnesses tomorrow.
21              THE COURT:  Well, we won't run out of
22    witnesses.  You get your witnesses here.  We're going to
23    plow ahead.  That's what we planned for.
24              MR. HANCEY:  Well, Your Honor, what I mean
25    is we'll have accounted for all of the witnesses except
```

 1    for the National Feeds representatives that are --

 2              THE COURT:  Are you bringing them in as a

 3    part of your defense?

 4              MR. MINNOCK:  Yes.

 5              THE COURT:  And when are you going to have

 6    them here as part of your defense if they finish up

 7    tomorrow?

 8              MR. MINNOCK:  Well, assuming that the

 9    Wisconsin one goes as scheduled, then Ed Buschur will be

10    here first thing Thursday morning and then Dre Sanders

11    will be here first thing Tuesday.  We do anticipate

12    calling witnesses in the interim, this is something we

13    had talked about, so we will have witnesses ready

14    Thursday.

15              THE COURT:  Well, let's plow ahead, do the

16    best we can.

17              MR. HANCEY:  Very good, Your Honor.

18              THE COURT:  As a matter of curiosity, is it

19    the same kind of case in Wisconsin?

20              MR. MINNOCK:  It deals with a different

21    issue dealing with some feed that came out of a company

22    called United Pet Food in Indiana, but it was under the

23    name of National Feeds and so it deals with --

24              THE COURT:  A different product?

25              MR. MINNOCK:  Yes, it's a different product.

1    It's 100 percent diet thing, different product,

2    different manufacturer, and it's back in Wisconsin.

3                    THE COURT:  Okay.

4                    MR. MINNOCK:  Oh, I'm sorry, Your Honor, I

5    just got a text from these two witnesses, they just

6    texted me that that case has settled, so we'll keep you

7    up-to-date.  We'll get them here as fast as we can.

8                    THE COURT:  You'll have them here?

9                    MR. MINNOCK:  I hope.

10                   THE COURT:  I hope so too.

11                   (Whereupon, the matter was continued to

12                    Wednesday, January 15, 2014, at 9:30 a.m.)

13                            *   *   *

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

3    State of Utah

4    County of Salt Lake

5

6         I, Karen Murakami, a Certified Shorthand Reporter

7    for the State of Utah, do hereby certify that the

8    foregoing transcript of proceedings was taken before me

9    at the time and place set forth herein and was taken

10   down by me in shorthand and thereafter transcribed into

11   typewriting under my direction and supervision;

12        That the foregoing pages contain a true and

13   correct transcription of my said shorthand notes so

14   taken.

15        IN WITNESS WHEREOF, I have hereunto set my hand

16   this 20th day of January , 2014.

17

18

19                                 Karen Murakami

20                         Karen Murakami, CSR, RPR

21

22

23

24

25