IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| KEITH JONSSON, an individual; | ) |
| MICHAEL JONSSON, an individual; | ) |
| CEDAR VALLEY FUR FARM, LLC, | ) |
| a Utah limited liability | ) |
| company, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:11-CV-140BSJ |
| | ) |
| NATIONAL FEEDS, INC., an Ohio | ) |
| corporation; and RANGEN, INC., | ) |
| an Idaho corporation, | ) |
| | ) |
| Defendants. | ) |

Transcript of Jury Trial

BEFORE THE HONORABLE BRUCE S. JENKINS

January 14, 2014

Karen Murakami, CSR, RPR
144 U.S. Courthouse
350 South Main Street
Salt Lake City, Utah 84101
Telephone: 801-328-4800

APPEARANCES OF COUNSEL:


For the Plaintiffs:    KESLER & RUST
                       By Scott O. Mercer
                          Ryan B. Hancey
                          Attorneys at Law
                       Second Floor
                       68 South Main Street
                       Salt Lake City, Utah 84101



For Defendant          MORGAN MINNOCK RICE & JAMES
National Feeds:        By Joseph E. Minnock
                          Allison S. Fletcher
                          Attorneys at Law
                       Suite 800
                       136 South Main Street
                       Salt Lake City, Utah 84111


For Defendant          CAREY PERKINS LLP
Rangen:                By Hans A. Mitchell
                          Attorney at Law
                       Suite 200
                       300 North 6th street
                       P.O. Box 519
                       Boise, Idaho 83701

I N D E X

| WITNESS | EXAMINATION | PAGE |
|---|---|---|
| Keith Jonsson | Cross(Cont.) By Mr. Mitchell | 143 |
| | Redirect By Mr. Mercer | 146 |
| | Recross By Mr. Mitchell | 158 |
| Michael Jonsson | Direct By Mr. Mercer | 160 |
| | Cross By Mr. Minnock | 179 |
| | Cross By Mr. Mitchell | 187 |
| | Redirect By Mr. Mercer | 192 |
| | Recross By Mr. Minnock | 195 |
| Kent Griffeth | Direct By Mr. Mercer | 197 |
| | Cross By Mr. Mitchell | 199 |
| Kent Griffeth | Direct By Mr. Mercer | 212 |
| | Cross By Mr. Minnock | 230 |
| | Cross By Mr. Mitchell | 237 |
| | Redirect By Mr. Mercer | 259 |
| Roger Griffeth | Direct By Mr. Mercer | 260 |
| | Cross By Mr. Minnock | 266 |
| | Cross By Mr. Mitchell | 268 |

| WITNESS | EXAMINATION | PAGE |
|---------|-------------|------|
| Dr. Jeffery Hall | Direct By Mr. Hancey | 270 |
|  | Cross By Mr. Minnock | 328 |
|  | Cross By Mr. Mitchell | 341 |

### EXHIBITS RECEIVED INTO EVIDENCE

| EXHIBIT | PAGE |
|---------|------|
| Exhibits 1-4 | 141 |
| Exhibits 6-9 | 141 |
| Exhibits 10-13 | 141 |
| Exhibit 15 | 141 |
| Exhibit 21 | 141 |
| Exhibit 31 | 141 |
| Exhibit 32 | 141 |
| Exhibit 34 | 141 |
| Exhibit 36 | 141 |
| Exhibit 37 | 141 |
| Exhibit 40 | 141 |
| Exhibit 48 | 141 |
| Exhibit 16 | 224 |
| Exhibit 17 | 227 |
| Exhibit 18 | 227 |

1      Salt Lake City, Utah, Tuesday, January 14, 2014

2                        *   *   *

3           THE COURT:  Good morning.  And why don't we

4      turn to Jonsson and others v. National Feeds and others.

5      It looks like counsel are present.  And tell me how

6      we're doing on exhibits.

7           MR. HANCEY:  Your Honor, we spent some time

8      last night agreeing on what exhibits we could pull out

9      of the exhibit book.  We came in this morning and we

10     pulled those out of all of the exhibit books and are

11     hoping now that what's left there are documents and

12     pages that we're actually going to be asking questions

13     about, so I think it reduced the overall length by more

14     than half.

15          THE COURT:  Uh-huh (affirmative).  Okay.

16     And in reference to exhibits, I think it would make

17     sense if we made a record as to the numbers of your

18     common exhibits.  We had a Stipulated Pretrial Order,

19     you may recall, and counsel reserved objections as to

20     all of the exhibits, those stipulating as to

21     authenticity, and then you switched signals contrary to

22     the Pretrial Order, if I remember correctly.  So I think

23     it would make sense if we took a few moments, if you're

24     able at this point, calling your attention to page 18 of

25     the Pretrial Order, are the common exhibits 1 through 9

1    to be received?

2              MR. HANCEY:  Your Honor, those have been

3    modified.  We have taken some of those out, and I can go

4    through that with you if the court wants or --

5              THE COURT:  No.  We can make a record down

6    the road, but somebody's going to have to make a record

7    sometime as to what indeed is received.

8              MR. HANCEY:  Okay.

9              MR. MINNOCK:  1 through 9, the revised

10   version that's in your book, 1 through 9 may be

11   received.

12             MR. HANCEY:  Yes, true, as in the new book;

13   is that correct?

14             MR. MINNOCK:  Right.  These are pared

15   down -- what's in your book now has been pared down, but

16   what's in there are portions of what's in the Pretrial

17   Order.

18             THE COURT:  I understand that, looking at

19   the Pretrial Order, you talk about 26 through 35, for

20   example, are we dealing with 26 through 35?

21             MR. HANCEY:  No, Your Honor.  Some of those

22   pages have now been removed, but, yes.  And then some of

23   the exhibits, for example, Exhibit Number 4 has been

24   removed in it's entirety.

25             MR. MINNOCK:  5.

 1              MR. HANCEY:  Sorry, Exhibit 5.

 2              THE COURT:  Okay.  And then on plaintiff's

 3   exhibits you've got similar problems.

 4              MR. HANCEY:  Yes, Your Honor.  And on those,

 5   several of them have been removed completely.  Others

 6   have been reduced by a number of pages.

 7              THE COURT:  Then on defendants' proposed

 8   exhibits the same thing.

 9              MR. HANCEY:  Same thing, correct.

10              THE COURT:  Okay.  And would you be in a

11   position say this afternoon to walk through what it is

12   that people are offering and agreed upon?

13              MR. HANCEY:  Yes, Your Honor.

14              THE COURT:  So that we can make a record as

15   to what indeed has come in.

16              MR. MINNOCK:  I think we can do that now.  I

17   think that there are only a small subset that still have

18   problems that -- and those problems will likely be

19   resolved through the testimony of a couple of witnesses

20   this morning.

21              THE COURT:  Are we in a position to identify

22   specifically what we're talking about?

23              MR. MINNOCK:  Yes.  I can walk through these

24   with you.  Okay.  1 through 9 in your new book --

25              THE COURT:  4 is omitted.  I thought 4 was

1    omitted.

2              MR. MINNOCK:  4 is not omitted.  5 is

3    omitted.

4              THE COURT:  5 is omitted?

5              MR. MINNOCK:  5 is omitted.

6              THE COURT:  So it's 1 through 4 and then 6

7    through 9?

8              MR. MINNOCK:  Yes, those may be admitted.

9    As I understand it, 10 can be admitted.  10 may be

10   admitted, 11 may be admitted, 12 may be admitted.

11             THE COURT:  Okay.  And how are they going to

12   help us?

13             MR. MINNOCK:  Well, these are exhibits from

14   the plaintiffs standpoint, so I'll let them maybe

15   address what they're for.  And 13 may be.  So 10 through

16   13 may all be admitted.  We don't have an objection to

17   them.

18             THE COURT:  Okay.  Well, maybe plaintiffs

19   can tell me how 10 through 13 are going to help us.

20             MR. HANCEY:  Yes, Your Honor.  Exhibit

21   Number 10 is the contract between the two defendants

22   that sets out the terms and the representations that

23   were made by those parties.  I'm going to be asking

24   National Feeds' president, Ed Buschur, about that

25   contract.

1                   Exhibit Number 11 is a one-page document

2     that shows the ingredients that make up the crumlets.

3     I'm only reserving this, depending on how Mr. Buschur

4     answers a question.  I want to establish that fish meal

5     was an ingredient in that product.

6                   THE COURT:  What about 12?

7                   MR. HANCEY:  12 consists, Your Honor --

8                   MR. MINNOCK:  I'll stipulate that fish meal

9     is an ingredient in that product.

10                  MR. HANCEY:  Right.  I mean it's no big

11    secret.

12                  Exhibit 12, Your Honor, are the marketing

13    materials, advertising materials, that National used to

14    promote the crumlet product which contains some of the

15    express warranties concerning it.

16                  THE COURT:  And 13?

17                  MR. HANCEY:  And 13 is a one-page document,

18    it's an invoice document from Rangen to National Feeds

19    that shows not only that they were working with National

20    but also that they knew that Keith Jonsson was going to

21    be the ultimate enduser of the product.

22                  THE COURT:  How about 14?

23                  MR. MINNOCK:  14 is going to be the first of

24    the ones that we're going to need some attention from

25    the court on.

```
 1                    THE COURT:  Say that again.

 2                    MR. MINNOCK:  14 is objected to is what I'm

 3   telling you.

 4                    THE COURT:  That's a new objection?

 5                    MR. MINNOCK:  No.  It's noted in the

 6   Pretrial Order.

 7                    THE COURT:  Okay.

 8                    MR. MINNOCK:  Well, that's your opposition

 9   on 14, so I don't want to speak to that.

10                    15 may be admitted.

11                    THE COURT:  Now, there's something in there

12   that relates to insurance that somebody was --

13                    MR. MINNOCK:  That portion has been removed.

14                    THE COURT:  What?

15                    MR. MINNOCK:  In your new book it's a

16   one-page exhibit.  All of the objectionable material has

17   been removed.

18                    THE COURT:  Well, let's identify the

19   particular exhibits.  We can call them 15A or 15B, but

20   we need to identify them on an item-specific basis.

21   That's one thing people need to understand.

22                    MR. MINNOCK:  15 is now a one-page exhibit.

23   Everything else has been removed.

24                    THE COURT:  Which does it refer to?

25                    MR. MINNOCK:  It is PL000006.  It's the
```

```
 1    letter from Keith and Michael Jonsson to National Feeds,
 2    dated November 5th, 2010.
 3              THE COURT:  Give me your Bates number again.
 4              MR. MINNOCK:  PL000006, one-page letter.
 5              THE COURT:  Is that in item 15?
 6              MR. MINNOCK:  It is in item 15.  If you'll
 7    look -- your book that we --
 8              THE COURT:  I'm looking at the Pretrial
 9    Order.
10              MR. MINNOCK:  I understand that, but the
11    letter that we're talking about is actually in your
12    book.  We've culled the --
13              THE COURT:  Where is it listed on item 15 in
14    the Pretrial Order?
15              MR. MINNOCK:  That's just listed as a set of
16    documents, so there was only one --
17              THE COURT:  So it has a different
18    identifying number.
19              MR. HANCEY:  Well, Your Honor, if you look
20    at the Pretrial Order at the bottom of page 19 the first
21    item in that big long parenthetical there is a range of
22    pages from PL3 to 7, so this document would fall within
23    that range.
24              THE COURT:  So we've got one item --
25              MR. MINNOCK:  Right.
```

135

1              THE COURT:  15, it's a letter.

2              MR. MINNOCK:  Right.

3              THE COURT:  And people have agreed upon

4    that.

5              MR. MINNOCK:  Yes.

6              MR. HANCEY:  Yes, Your Honor.

7              THE COURT:  Okay.

8              MR. MINNOCK:  16, 17, 18, and 19 are all

9    test results of the feed, and there's some questions

10   about the sampling procedures between the defendants and

11   the plaintiffs, so those exhibits have not been

12   stipulated to, pending some examination of the

13   witnesses.

14             THE COURT:  Okay.

15             MR. MINNOCK:  20 was removed.

16             THE COURT:  I'm sorry, 20?

17             MR. MINNOCK:  20 was removed.

18             THE COURT:  Okay.

19             MR. MINNOCK:  21, I guess 21 will remain?

20             MR. HANCEY:  Well, 21 is identified as a

21   plaintiffs exhibit, but we have no intention of using

22   it.  The defendants wanted that to remain.

23             MR. MINNOCK:  Okay.  So it can be stipulated

24   to its admission.

25             MR. HANCEY:  Yes.

```
 1                MR. MINNOCK:  So 21 can come in, it's a
 2  one-page document.
 3                THE COURT:  Okay.
 4                MR. MINNOCK:  22 and 23 are simply documents
 5  from these testing companies.  These are not stipulated
 6  to and they -- again, these go back to those tests that
 7  I mentioned, and so they may or may not be needed
 8  depending on the testimony of some of the witnesses this
 9  morning.
10                THE COURT:  22 and 23.
11                MR. MINNOCK:  Yes.
12                THE COURT:  Okay.
13                MR. MINNOCK:  24, 25, 26, 27, 28, 29, 30
14  were all withdrawn.  31 was withdrawn -- oh, wait, no.
15  31 was kept and may be admitted, right?
16                MR. HANCEY:  Yes.
17                MR. MINNOCK:  31 may be admitted.
18                THE COURT:  Okay.  How is that going to help
19  us?
20                MR. MINNOCK:  That shows the vaccine
21  purchases over the various years, and by looking at the
22  vaccine purchases it gives you some indication of how
23  many kits you have because that's who you're
24  vaccinating.  So it's more of an issue -- it's probative
25  as to the amount of kits on the farm.
```

1             32 has already been introduced to the jury

2    and may be admitted.

3             MR. HANCEY:  Yes.

4             MR. MINNOCK:  Okay.  33 has been withdrawn.

5             34 can be admitted.  It's a one-page letter

6    from Michael Jonsson to Wade Roberts, that's the one the

7    jury has already seen.

8             THE COURT:  Okay.

9             MR. MINNOCK:  35 has been withdrawn.

10            THE COURT:  Yes, that's a duplicate.

11            MR. MINNOCK:  That was a duplicate.

12            36, what 36 is -- I think it can be

13   admitted -- what 36 is is this is actually the sheet

14   that Rangen uses and checks off when they put each one

15   of the ingredients in.

16            THE COURT:  A contemporary kind of document

17   when the mixer's running?

18            MR. MINNOCK:  Yes.  So 36 can come in

19   without objection, and that's what that is.

20            THE COURT:  Okay.

21            MR. MINNOCK:  37 basically can be admitted.

22   And what it is is a two-page document that is simply the

23   transmission from National Feeds to Rangen saying mix us

24   up a batch of this.  It's something the plaintiffs

25   wanted, and we have no objection to it.

```
 1                    THE COURT:  38?

 2                    MR. MINNOCK:  38 has been withdrawn.  It was

 3       duplicative.

 4                    THE COURT:  39?

 5                    MR. MINNOCK:  39.  39 may or may not come

 6       in.  At this point the parties stipulate to its

 7       admission, but it may not ultimately need to come in.  I

 8       think both parties were interested in perhaps something

 9       in there.

10                    40, 40 has been narrowed.  The only page

11       that the parties are using is PL00023, it's the first

12       page.  It is a test result.

13                    MR. HANCEY:  I think that was just the

14       original exhibit too, Joe, according to the Pretrial

15       Order, there was only one page.

16                    MR. MINNOCK:  Oh, there was only one page.

17                    MR. HANCEY:  Yeah.

18                    MR. MINNOCK:  Okay.  41, 42, 43, 44, 45, and

19       46 are all withdrawn.  They dealt with an issue about

20       rancidity that didn't arise in this case.

21                    47 was withdrawn as well before we came to

22       trial.

23                    48, the pages that remain on 48 is one page,

24       which is PL001095, and, Hans, is this one we're

25       reserving on?
```

1           MR. MITCHELL:  Which number?

2           MR. MINNOCK:  PL00 --

3           MR. MITCHELL:  What exhibit number?

4           MR. MINNOCK:  48.

5           MR. HANCEY:  Well, that's your exhibit.

6    We're not introducing that, so you wouldn't have an

7    objection to it, I don't think.

8           THE COURT:  001095?

9           MR. MINNOCK:  Yeah.

10          THE COURT:  And that's the only one?

11          MR. MITCHELL:  Right.

12          MR. MINNOCK:  We want that?

13          MR. MITCHELL:  Yes.

14          MR. MINNOCK:  So, yeah, that one can come

15   in.

16          Then 49 may or may not come in, depending on

17   an issue that Mr. Mitchell is going to raise with you in

18   a minute.  This one may also deal with some of the

19   issues involving the Griffeths.  Once we know what the

20   Griffeths situation is 49 may or may not come in.

21          So with that, all those exhibits can be

22   admitted as far as we're concerned, except for those

23   test results that we have some issues with and that

24   warning letter.

25          THE COURT:  All right.  As identified by

 1    counsel, they are received.

 2              (Whereupon, Exhibits 1-4, 6-9, 10-13, 15,

 3                 21, 31, 32, 34, 36, 37, 40, and 48 were

 4                 received into evidence.)

 5              THE COURT:  Okay.  Mr. Jonsson, if you would

 6    like to resume the witness chair.

 7              MR. MITCHELL:  Your Honor, there's a couple

 8    of matters that we would like to take up outside the

 9    presence of the jury this morning.

10              THE COURT:  Okay.

11              MR. MINNOCK:  Are you able to hear me?

12              THE COURT:  Sure, I'm able to hear you.  I

13    always worry about my court reporter, but she's very

14    alert, so....

15              MR. MITCHELL:  Some of this was touched on a

16    little bit when we were going through the exhibits and

17    some of it was not, but there are two areas of inquiry

18    that we expect to come up either today or tomorrow that

19    we would like to have addressed outside the presence of

20    the jury.  The first area that we anticipate coming up

21    will arise in the area of Kent Griffeth and Roger

22    Griffeth.  We expect the plaintiffs to attempt to elicit

23    testimony from them concerning problems that they claim

24    to have experienced on their ranches in 2010.  The issue

25    we have with that, Your Honor, is that I don't think

1    that they can show that the experience on one ranch is

2    relevant to the experience on --

3              THE COURT:  Well, that depends.  Griffeth

4    currently isn't in the witness stand, though, and you

5    anticipate somebody is going to call him.

6              MR. MINNOCK:  Correct.  We expect them to be

7    called this morning.

8              THE COURT:  Okay.  Well, we'll listen to him

9    outside the presence of the jury to begin with.

10             MR. MITCHELL:  And the other issue that we

11   expect to come up likely tomorrow is going to be in

12   dealing with Exhibit Number 14, a letter that the FDA

13   sent to Rangen in 2010 following an inspection that was

14   performed in July of 2009, and we're going to have

15   significant relevance objections to that letter.

16             THE COURT:  Well, you may have.  And it's

17   number 14?

18             MR. MITCHELL:  14.

19             THE COURT:  Okay.  All right.  Well, call

20   that to my attention before we get to it and we'll deal

21   with it.

22             MR. MITCHELL:  Thank you, Your Honor.

23             THE COURT:  There's no question you got the

24   letter.

25             MR. MITCHELL:  No, not an issue of that,

1    Your Honor.

2              MR. HANCEY:  And I'll just note, Your Honor,

3    that there's no -- there were no objections reserved in

4    the Pretrial Order on that exhibit.

5              THE COURT:  You shift grounds all the time

6    in this particular case, so let's try to be as

7    consistent as we can be.

8              Bring the jury in, let's get started.

9              (Jury present in open court.)

10             THE COURT:  Good morning folks.  It's good

11   to see you.  Sit down, relax, and we'll continue on.  We

12   appreciate your help as this matter progresses.

13             Counselor, you may proceed.

14             MR. MITCHELL:  Thank you, Your Honor.

15             MR. MERCER:  Your Honor, I have a pending

16   objection.  When we broke there was a pending objection

17   to the line of questioning about the tax returns.

18             THE COURT:  Well, I haven't heard his

19   question this morning, and we're not going to worry

20   about the pending question.  We're going to listen to

21   today's question.

22             MR. MITCHELL:  Thank you, Your Honor.

23                  **CROSS-EXAMINATION (Cont.)**

24   **BY MR. MITCHELL:**

25      Q.  Mr. Jonsson, when you select the breeders that

```
 1    you're going to keep for your coming year you select
 2    them based on a number of factors, correct?
 3        A.  Yes.
 4        Q.  That includes size?
 5        A.  Yes.
 6        Q.  And quality of the coat?
 7        A.  Yes.
 8        Q.  Color?
 9        A.  Yes.
10        Q.  Depth?
11        A.  Yes.
12        Q.  Length?
13        A.  Yes.
14        Q.  And litter size?
15        A.  Yes, and nap.
16        Q.  Okay.  And you use the same methodology when you
17    go out and purchase breeders from other ranchers,
18    correct?
19        A.  No.
20        Q.  No.  Okay.  Can I have you take a look at your
21    deposition, page 140, please.
22        A.  Okay.  To clarify that, I already know the
23    herd --
24        Q.  Mr. Jonsson --
25        A.  Okay.
```

1     Q.  -- I haven't asked you a question.  Let me know

2   when you get to page 140 of your deposition.

3     A.  Which one was it?

4     Q.  You're in your exhibit book.  Your deposition is

5   sitting right there on the --

6     A.  I understand that, but which one?

7     Q.  Your deposition.

8              THE COURT:  He's interested in the page and

9   line.

10             MR. MITCHELL:  He's not in his deposition.

11  He's in the exhibit book.

12             THE WITNESS:  Okay.

13             MR. MITCHELL:  Page 140 please.

14             THE COURT:  Does the exhibit have a number?

15             MR. MITCHELL:  He's in his deposition, Your

16  Honor, page 140.

17             THE COURT:  I thought you were referring to

18  an exhibit.

19    Q.  (By Mr. Mitchell) We're at 140 now, okay?

20    A.  Okay.

21    Q.  Page 140 starting at line 8.

22    A.  Okay.

23    Q.  Question, Now, if you have to replace a breeder,

24  okay, how do you go about doing that?

25             Answer, First you raise them, which this

1   sounds funny, but you raise them, and you pick them for

2   confirmation size, quality, color, depth, length, and on

3   litter size.

4           Question, Okay.

5           Answer, I purchase them the same way.

6           Did I read that correctly?

7   A.   Yes.

8   Q.   Let's turn for just a minute to how you've done

9   in the years following 2010.  We've seen that in 2010

10  you reported sales revenue of $1,427,826.  Do you recall

11  that in 2011 you reported sales revenue of $2,520,439?

12  A.   Okay.

13  Q.   And in 2012 you did even better, reporting

14  $2,682,750.

15  A.   Okay.

16  Q.   Now, one, hopefully one final question for you,

17  when you vaccinate your animals, how much of the vaccine

18  do you administer to each animal?

19  A.   1cc per vaccination.

20                **REDIRECT EXAMINATION**

21  **BY MR. MERCER:**

22  Q.   Good morning Mr. Jonsson.  What is your normal

23  practice on breeder cards?

24  A.   On breeder cards you make 'em out just before you

25  start breeding and you put new cards on every mink on

1    your ranch.  It's to pick up the data that you need

2    through breeding, like, for instance, if a mink starts

3    breeding on the 1st of March, then you'll wait eight

4    days and write it -- or wait eight days and then you

5    breed 'em a second time, then you back 'em up with a

6    different male the third time.  So you've cycled the

7    mink, they've rebred, and hopefully new eggs come on.

8    And then you use two males to breed 'em with in case one

9    male ain't up to snuff, and that's the data that's on

10   the card.

11       Q.  Do you use that same card to enter kit size --

12   litter size?

13       A.  Yes and no.

14       Q.  Explain.

15       A.  Okay.  When we move 'em to Cedar Valley we

16   massive move over 4,000 out there now, and we do not

17   take any cards with them.

18       Q.  Why not?

19       A.  You can't -- the confusion of moving cards and

20   moving mink on a pregnant mink at a critical time we

21   just line 'em up by dates bred and year, years of

22   females.  We keep all of the same year females together

23   so we know which ones are getting too old.

24       Q.  Why don't you keep these cards?

25       A.  There's no purpose after you move the mink

147

1   because, like in Cedar Valley you just -- there's no

2   purpose because they're already bred, they're going to

3   have the kits that they're going to have, and the

4   confusion of trying to move 4,000 mink that are bred are

5   at a delicate time and move the cards and hopefully keep

6   'em straight is just too stressful to try to do it.

7       Q.   Would you please turn to Exhibit 39.  I would

8   like to draw your attention to page 058, can you read

9   that first entry on that page PL0058.

10      A.   Baytril 100 250cc 100mg/ml.

11      Q.   What's the date?

12      A.   Uh --

13      Q.   The left-hand side.

14      A.   It would be 5/26/2010.

15      Q.   What does that entry mean?

16      A.   That means I purchased some baytril that day, it

17  looks like one bottle.

18      Q.   Who prescribed it?

19      A.   It would be -- some of it's prescribed through

20  the vet and some of it we can buy over the counter.

21      Q.   And if it was prescribed by the vet, which vet

22  would it be?

23      A.   We had a new vet that was breaking in, and I'm

24  pretty sure that it was Dr. Larsen at the time.

25      Q.   Co-op vet?

1      A.   The Co-op vet.

2      Q.   That was the prescription in May of 2010?

3      A.   Yes.

4      Q.   Do mahogany mink consume more feed than black

5  mink?

6      A.   Yes, they do.

7      Q.   Why is that?

8      A.   They're a larger animal.

9      Q.   What other factors affect the amount of feed

10  consumed by the mink on your ranch?

11     A.   Can I ask you to repeat that last question to

12  make sure I heard that right.

13     Q.   What other factors besides color, mahoganies

14  versus black, what other factors affect the amount of

15  feed consumed by the mink on your ranch?

16     A.   Moisture and fat content.

17     Q.   What does that mean?

18     A.   An animal, when he's eating and digesting food,

19  it's basically the solids and the proteins that he's

20  takin' out.  Water, they can drink out of a cup or --

21  you're lookin' for a slump to put on your pen so they

22  don't fall through, so they have to have enough moisture

23  in it and fat.  Fat is quite expensive, so they try to

24  keep it at a minimal but necessary level for the energy.

25  And so fat and water, if you put more fat in, they

1    consume less, if you lower the fat, they consume more.

2    If you take the water out, you buy less pounds.

3       Q.  How does weaning affect the feed consumption on

4    your ranch?

5       A.  When you first wean a female from a litter, which

6    is their offspring, the female actually goes into a

7    stress period for a day or two, and then she comes back

8    on feed.  Actually, we skip 'em the first day and then

9    feed 'em the second day, and that takes care of the

10   female side.

11             On the litter side, after the mother's away

12   from the babies, she keeps wantin' to drag 'em in the

13   box and keep 'em around her.  And when you get the

14   mother out of there, they actually go out and start

15   consuming more feed than they would normally because

16   they're not lactating anymore also.

17      Q.  Could I now have you set the exhibit book aside

18   and turn to your deposition, page 106.  Now, you had

19   your deposition taken in this case; is that correct?

20      A.  Yes.

21      Q.  How many times?

22      A.  Just once.

23      Q.  That was in July of 2011?

24      A.  Yes.

25      Q.  And that was the only time.

1     A.   I believe so.

2     Q.   I'm going to read the question starting on line 8

3     of page 106, and I would like you to read the answer.

4          Okay.  Down there it looks like you asked to

5     be compensated for an estimated 4,000 kits lost during

6     whelping.

7     A.   Uh-huh.

8     Q.   Is that what we talked about, those -- that some

9     of those died after they were born or may not have been

10    board -- stuck -- born, stuck in the birth canal, that

11    kind of thing, what we've talked about?

12    A.   Lack of our production --

13    Q.   Basically.

14    A.   Basically, yeah.

15    Q.   Okay.  And then an estimated 1500 kits lost June

16    to November, what is that in reference to?

17    A.   Well, they -- or those 1500 kits --

18    Q.   Wait --

19    A.   Excuse me, I'm down one line --

20    Q.   Starting on line 19.

21    A.   I gotcha.  That's ones that never made it until

22    the time we shot them, vaccinatin' em.  Basically once a

23    kit is off and singled out and growing you just don't

24    lose mink.  This is over the -- this is over a month.

25    See this is -- let's see, this is -- this is a way

1    extreme loss -- or this is a way extreme loss for --

2    than I normally experienced.

3       Q.   Would these 1500 kits be the offspring of those

4    thousand dark kit female breeders we talked about?

5            Your answer.

6       A.   It's off the Lehi ranch, but like I told you, I

7    can't uh --

8       Q.   Separate.

9       A.   -- separate them.  Once my guys divide them up, I

10   can't separate -- or specifically say that it was out of

11   the thousand kit females or some of the others.  That

12   was more to the black females.

13      Q.   And we're almost done here.  The next question,

14   Okay.  And then an estimated 400 old females that died

15   during and soon after the whelping season, is that these

16   again part of this thousand that you saw?

17           Your answer was, you're on 11.

18      A.   Kits thought -- through the Lehi ranch.

19      Q.   Okay.  And again you can't separate them out?

20      A.   No.

21      Q.   I want to have you read from one more section.

22   Would you please turn to page 90 of your deposition,

23   line 20, page 90, line 20.  Are you there?

24      A.   Yep.

25      Q.   Question, I just want to make sure we're talking

1   about the thousand kit black breeders and their

2   offspring.

3           Your answer.

4       A.  That were --

5       Q.  That's where --

6       A.  That's the majority of the problem was, yes.

7       Q.  Okay.  When you said "the majority of the

8   problem," what mink was in the minority of the problem?

9       A.  Describe "minority of the problem."

10      Q.  Well, you said -- he said was that the black kit

11  breeders, Mr. Minnock was asking you questions in your

12  deposition.

13      A.  Uh-huh (affirmative).

14      Q.  He said was the problem in the black kit

15  breeders, and your answer was that was the majority of

16  the problem.

17      A.  So the minority is the other part.

18      Q.  The other part.

19      A.  Okay.  Through the ranch at that time we had had

20  a lot more mink born, and when you find out it's most of

21  the later litters, you have some old females that come

22  through later, you have the kits definitely are later,

23  and it's through the whole ranch.

24      Q.  And so just so we all understand what you're

25  talking about, when you say older females come through

1    later, what do you mean by that?

2        A.   You can breed a mink, and it's like I stated

3    earlier, the gestation is the time from when they

4    implant to the time that they have their babies.  But

5    you can breed a female and she can be 60, 65 days out,

6    and that puts her in the same whelping time as what the

7    kits are.  So when the fetuses are still inside the womb

8    on the later litters that's where we was experienced the

9    problems.

10       Q.   Do you know how much water was in the National

11   Feeds lactation crumlets?  Do you know?

12       A.   I believe, I believe 10 percent is what the

13   literature I read on it was.

14       Q.   Do you know how much water was in the Co-op feed?

15       A.   Around 60, 65 percent.

16       Q.   How do you know that?

17       A.   As I sat on the feed board and on the

18   directorship, as you purchase feed, you don't want to

19   buy any more water than you possibly have to at 18 or 20

20   cents a pound, so we try to minimize the water that we

21   can, and it's also discussed so we're not buying water.

22       Q.   So because of that you know how much water is in

23   the Co-op feed?

24       A.   Within a few percentages, yes.

25       Q.   So how do you calculate the ratio of feed to

1    water in your 2010 mixture of Co-op feed and crumlets?

2       A.  Well, you either have to -- ask that question

3    again.

4       Q.  So knowing what you've just said about water

5    content in the crumlets and in the Co-op feed, how do

6    you calculate the ratio of water in your mixture that

7    you discussed yesterday?

8       A.  Okay.  Basically, as I'm mixing feed I'm trying

9    to -- if I have a dry bag of feed from, say, National,

10   and I have to mix the water, because it's supposed to be

11   a complete feed, to get it to the same slump, by the

12   time you put 50 pounds of water, and you've got the 10

13   pounds of water that's already in the bag when you

14   receive it, that's 10 percent moisture, that's

15   60 percent roughly.  Okay.  Fur Breeders feed is roughly

16   60 percent.  So when we mix it we either have to do it

17   on a wet base or we have to do it on a dry base as we

18   calculate percentages.  So if you take all the water

19   from the Fur Breeders feed as what they've tested it as

20   and you take the water from the National Feeds, that

21   gives you a close percentage ratio, or you can do it

22   overall wet against wet.  So you've either got to decide

23   if it's wet against wet or dry against dry as you do

24   your comparisons and you get your ratios.

25      Q.  What's your ratio?

1     A.   We was aiming for around 27 to 30 percent.

2     Q.   Why did you not suspect the National Feeds

3   crumlets as the cause of your problems sooner than

4   August of 2010?

5     A.   I had had -- like I say, most of the old mink

6   were in -- or the major majority, three-quarters or

7   two-thirds, they was in just as I started to mix.  And

8   just as I started to mix you're in the heaviest whelping

9   time of the year, so you're changing them percentages

10   per day very rapidly.  When I started mixing, I wasn't

11   experiencing the problems.  By the time I finished

12   mixing, in the area that had problems, I couldn't

13   understand why there was good litters and bad litters

14   down the row.  But then after --

15     Q.   Did you say "down the row"?

16     A.   Down the row.

17     Q.   What does that mean?

18     A.   Mink are lined up in a row.  And as I'm

19   inspecting the babies going down the row it kind of

20   frustrates you to understand that here's a perfect

21   litter, here's one wiped out, here's another one wiped

22   out, here's another one that's got two babies in it and

23   four dead ones out in the pen, here's another litter

24   that's just excellent and you're trying to figure this.

25   But I wasn't matching dates.  And even if I matched

1    dates I bred, I wasn't matching dates of whelping on

2    'em.

3              I'm so busy going through here, running out

4    to the Cedar Valley ranch, that the problem I seen there

5    I didn't even have time to fix, other than to tell

6    Michael to talk to the vet about it.

7    Q.   What is the largest litter you've ever seen in

8    your experience as a mink rancher?

9    A.   Last year I actually had a litter of 17 born and

10   they was all alive.

11   Q.   One last question.  When you do your purchasing

12   of -- Mr. Mitchell just asked you about purchasing live

13   mink and he asked you if you used the same criteria for

14   choosing live mink as you do when you choose your

15   breeders, and you said no.  Who actually does -- who

16   actually applies the criteria when you go out to buy

17   mink, the seller or you?

18   A.   Okay.  As I buy mink I know the reputation of the

19   mink rancher and I know his stock and I know what it is.

20   I'm not buying a specific mink, I'm buying the genetic

21   line that he has, and his genetic line usually matches

22   my critique of mine, but he picks it himself.

23   Q.   Do you have any -- what control do you have over

24   the price that a pelt sells for at the auction?

25   A.   I have no control.

1    Q.   So if the price per pelt goes up because of the

2    demand, what happens to your income?

3    A.   The ratio between profit and production goes up

4    extensively.

5    Q.   Finally, when you destroyed those breeder cards

6    that we talked about did you have any idea that the

7    National -- the National Feeds lactation crumlets were

8    the cause of your problem?

9    A.   No, I didn't.

10        MR. MERCER:   No other questions.

11        THE COURT:   Do you have anything else?

12        MR. MINNOCK:   None from me, Your Honor.

13        MR. MITCHELL:   Just briefly, Your Honor.

14                    **RECROSS-EXAMINATION**

15   **BY MR. MITCHELL:**

16   Q.   Mr. Jonsson, would you turn back to page 90 of

17   your deposition that you just looked at with Mr. Mercer

18   please.

19   A.   Okay.

20   Q.   Okay.   He had you start reading beginning on line

21   20.   I want to start just a little bit before that,

22   starting at line 5.   Question, Okay.   That's what I'm

23   wondering is were you calling Dr. Larsen because you

24   said your herd didn't look good.   When you said your

25   herd didn't look good, are you talking about this group

1  or talking about the thousand?

2             Answer, The females, yes.

3             Question, Females.

4             That -- answer, That is where it was showing

5  more prevalent.

6             Question, On the rest of your herd did you

7  notice any problems?

8             Answer, I never noticed a problem in the

9  rest of the herd.

10            Did I read that correctly?

11     A.  Yes.

12            MR. MITCHELL:  Thank you.

13            THE COURT:  Thank you, sir.  You can step

14  down.

15            Call your next witness.

16            MR. HANCEY:  Our next witness, Your Honor,

17  is Michael Jonsson.

18            THE COURT:  Sir, if you'll come forward and

19  be sworn.

20                    **MICHAEL JONSSON,**

21    called as a witness at the request of the Plaintiff,

22        having been first duly sworn, was examined

23                  and testified as follows:

24            THE CLERK:  Please take a seat and state and

25  spell your name for the record please.

1              THE WITNESS:  Michael Jonsson,

2    J-o-n-s-s-o-n.

3              THE COURT:  Lean into the mic so everybody

4    hears you.

5                    **DIRECT EXAMINATION**

6    **BY MR. MERCER:**

7       Q.  Can you give us your address please, Mr. Jonsson.

8       A.  9740 North Heiselts, that's H-e-i-s-e-l-t-s,

9    Hollow Drive, Cedar Hills, Utah, 84062.

10      Q.  How long have you lived in Cedar Hills, Utah?

11      A.  Approaching four years.

12      Q.  Is that by Cedar Valley?

13      A.  No.  It's more proximity to American Fork Canyon.

14      Q.  How old are you?

15      A.  32.

16      Q.  Married?

17      A.  Yes.

18      Q.  Children?

19      A.  Yes.

20      Q.  How many?

21      A.  Three.

22      Q.  Ages?

23      A.  Eight, five and five.

24      Q.  What do you do for a living?

25      A.  Raise mink.

1      Q.   How long have you been in the mink business?

2      A.   Born and raised.

3      Q.   What's the name of your employer?

4      A.   Cedar Valley Fur Farm.

5      Q.   Is that the one owned by your father Keith

6   Jonsson?

7      A.   Correct.

8      Q.   What are your responsibilities as an employee of

9   Cedar Valley Fur Farm?

10      A.   All duties.  Overseeing daily operations.  I mean

11   I could go on for hours, but feeding, watering, I'm

12   just -- paying bills, paying payroll, all that sort of

13   stuff.

14      Q.   Do you ever sell mink in your own name?

15      A.   I do.

16      Q.   Why do you do that?

17      A.   When we get to the point where we're taking mink

18   to market, you know, you have your lower-end mink, you

19   know, damaged, off-season mink, usually those are the

20   ones that we market under my name just to kind of have a

21   subset just to see what they average versus the better

22   quality.

23      Q.   Are those mink separated at any time on the ranch

24   in the way they are fed and bred?

25      A.   Not in the way they are fed and bred.  It's

1    usually during harvesting season or if it's early pelts,

2    like casualties.

3        Q.   Do you have your own feed account?

4        A.   I do.

5        Q.   With the Co-op?

6        A.   Correct.

7        Q.   Is your feed sent separately from Keith Jonsson's

8    feed?

9        A.   It's sent on the same truck, pumped off the same

10   time, it's just billed separately.

11       Q.   Why is it billed separately?

12       A.   Just to have the individual account because at a

13   time, if needed, if I had to have my own account during

14   certain times of -- or not during certain times of the

15   year, during certain years they may limit new accounts,

16   so I'm just establishing an active account now.

17       Q.   I hate to say it this way, but if dad doesn't

18   last forever, that takes care of that contingency?

19       A.   It's one of those things, it's inevitable, but we

20   are just resolving the situation now if they don't see

21   it, you know, at the Co-op.

22       Q.   Are you a member of the Fur Breeders Agricultural

23   Co-op then?

24       A.   Yes.

25       Q.   How long have you been a member?

 1      A.   I believe five, six years.

 2      Q.   Have you held any positions in the Co-op?

 3      A.   I have.

 4      Q.   What?

 5      A.   I was on the feed committee.

 6      Q.   How long?

 7      A.   Usually it's a voluntary two-year term.

 8      Q.   What were your responsibilities as a member of

 9  the feed committee?

10      A.   They present us diets, comparable diets versus

11  previous years, one that they would like to run versus a

12  third option, and we vote on those.  And also I have a

13  few ranchers that I make contact with, and then when we

14  go to our meetings we report information from them plus

15  information from our ranch.

16      Q.   What kind of hours do you work, by the way, as a

17  mink rancher?

18      A.   It ranges from seasonally, you know, it could be

19  7 days a week 12 hours a day, if needed, down to the

20  slow times of the year, you know, 8 to 5.  It just

21  depends on the demand.

22      Q.   Mink have to be fed everyday I guess.

23      A.   For the most part everyday.  Some times of year

24  only six days a week.

25      Q.   Can you describe the cleaning and sanitizing

1    process on your mink ranches.

2        A.   Concerning sanitation, we usually -- the main

3    sanitation time is just prior to post-breeding but prior

4    to whelping.  We'll go through and all of our pens that

5    we whelp the babies in we go through and pressure wash

6    all the pens, all the boxes, disinfect them.  The

7    nesting product we use they consider a sterile product.

8        Q.   What do you mean, what's a nesting product?

9        A.   Just the bedding, the wood shavings.  What we use

10   for whelping it's called aspen bedding.  We use that,

11   that's the one time of year that we use that.  We put it

12   in the nest box, which generally looks like a bird

13   house, but, you know, a little bigger, bigger hole, of

14   course, for the mink to go in and out.  We prep that box

15   for them.  Inside the pen we put a false bottom, it's

16   just to protect the babies from falling out when they're

17   smaller or, you know, younger.  And just prior to

18   whelping, within a few days before their anticipated

19   whelping date, we move the mink from their smaller pen

20   into the bigger whelping pen.

21       Q.   And, again, I'm sensitive that we keep using this

22   term whelping and we -- it's hard to get used to this

23   term, whelping means?

24       A.   Having babies.

25       Q.   Having babies.

1          Is the offspring of a black male and a black

2     female always black in color?

3          A.   Not necessarily.  Genetically, yes, but -- I mean

4     it's -- there's a lot of interpretation, and ultimately

5     the auction house decides that.

6          Q.   What do you call a brown kit that comes from a

7     black father and a black mother?

8          A.   Until it hits the auction house it's raised,

9     born, bred, raised, harvested as a black and shipped to

10    as a black, and then it's lotted at the auction house.

11    Ultimately, we would assume it's a brown if it's sold as

12    a brown.

13         Q.   What other ways do you categorize the mink on

14    your ranches besides mahogany and black, are there other

15    categories?

16         A.   Years, sex, you know, male, female.  Basically

17    the terms I would use old male, old female, kit male,

18    kit female, then, of course, black and mahogany.

19         Q.   How many kits per litter do you expect your --

20    generally speaking, how many kits per litter do you

21    expect your mahogany breeders to produce?

22         A.   Usually we're looking at a six.

23         Q.   How about the blacks?

24         A.   Five.

25         Q.   I would like now to turn to your 2010 season,

1    when did you begin mixing the National Feeds lactation

2    crumlets with the Co-op feed?

3        A.   I believe it was either the 24th or 25th of

4    April.

5        Q.   And how did you get the crumlets?

6        A.   I drove to Kent Griffeth's ranch in Lewiston,

7    Idaho, and received them from him and hauled them down

8    to Lehi.

9        Q.   What quantity did you pick up?

10       A.   Six pallets, approximately 12,000 pounds.

11       Q.   Where did you take it?

12       A.   To our Lehi ranch.

13       Q.   Where did you store it?

14       A.   At the beginning we stored it on the trailer, and

15   then when we got down to very minimal quantities we

16   moved it inside as we finished the last few days.

17       Q.   Inside what?

18       A.   Just inside of our shop there.

19       Q.   Who did most of the mixing of the crumlets with

20   the Co-op feed most of the time?

21       A.   I did.

22       Q.   Would you please describe the mixing process.

23       A.   The Co-op, they deliver their feed into the feed

24   tank, which is the silo-shaped storage tank, then --

25       Q.   Is that elevated?

1       A.   Elevated.

2       Q.   How high up?

3       A.   Above ground.  The bottom of the tank is usually

4   about five feet off the ground so you can pull the

5   machine under it.  Then we discharge it into our feeding

6   machine, then we add a pipe, instead of just a hand-held

7   hose, we had a pipe to pump it up into the mixer.  And

8   then you climb up on the scaffolding while it's pumping

9   in, we pre-wet the mixer for -- so it doesn't bind or

10  adhere to the sides, you know, it does, but just not as

11  much as -- you just try to resolve that.  Then once

12  there's say 150, 200 pounds of Co-op feed in, I'll add

13  one bag of National crumlets, it mixes, you know, while

14  another hundred pounds or so of Co-op feed goes in.  I

15  may or may not add a little bit more water at that time,

16  depending on the consistency, then I'll add the second

17  bag of crumlets, then I'll continue adding Co-op feed,

18  and on and off adding water based upon consistency.

19  Then at the point that it's full, I cease the Co-op feed

20  going in, then it continues mixing for at least -- most

21  times 10, 15, 20 minutes longer until the machine's

22  available that we discharge it into the machine that

23  we're feeding with.

24      Q.   Do you actually mix the whole mixture for up to

25  20 minutes?

1    A.   Usually 10 to 15, 20 minutes the first batch, you

2    know, we run it until we feel it's ready, then it goes

3    in the machine.  The next batch I mix right behind it,

4    but it could take 20 to even 40 minutes to feed out the

5    next machine.  So, you know, it could vary.

6    Q.   So what is the total combined weight of the Co-op

7    feed, crumlets, and water in the mixture -- in the

8    mixture?

9    A.   We've always felt it's about 750 to 760 pounds,

10   about three-quarters of the feed machine, which

11   generally holds about a thousand pounds.

12   Q.   So for each mixture, give me the recipe for the

13   three ingredients, how much?

14   A.   Hundred pounds of crumlets, we usually figure a

15   hundred pounds of water, and then the difference would

16   be 550 to 560 pounds of Co-op feed.

17   Q.   How do you calculate the ratio of water to feed?

18   A.   Based on total mixture or based on --

19   Q.   Well, you tell me.

20   A.   I mean when we're looking at dry National

21   crumlets versus Co-op feed we look at it as a dry

22   matter, so if you remove the water from both, we

23   calculate it that way.

24   Q.   What's your calculation?

25   A.   If you look at National crumlets, they have 10

1  percent water, if you look at Co-op feed, let's say

2  60 percent water, that would give you 310 pounds, so you

3  would divide 310 into 90, so 28 percent.

4     Q.  28 percent crumlets --

5     A.  Crumlets to --

6     Q.  Now the water.

7     A.  Yes.

8     Q.  Why is consistency so important as you're making

9  this mixture?

10    A.  At the time when you're feeding it, you know, we

11 lay the feed on top of wire, you know, you kind of

12 actually push it -- you want to lay it on top so it

13 doesn't fall through, but at the same time you want to

14 push it down so they have access to pull it down in.  If

15 it's too wet it falls through, and, yes, it will fall

16 through onto the false bottom, but at the same time you

17 want to restrict the access of the feed at a point to

18 the kits.

19    Q.  How many batches did you mix per day during

20 whelping?

21    A.  At the beginning one to two batches, then by the

22 time we were finished up I'm thinking maybe five, maybe

23 up to six.

24    Q.  When did you run out of crumlets?

25    A.  Sometime about the end of the first week in June.

1    Q.   Did you ever feed National Feeds' lactation
2    crumlets to any mink at the Cedar ranch in 2010?
3    A.   No.
4    Q.   Did you experience any problems with your Lehi
5    mink herd in 2010?
6    A.   Yes.
7    Q.   Tell me about the problems.
8    A.   As we were mixing the crumlets --
9    Q.   First, when did these problems begin?
10   A.   The 2010 season?
11   Q.   Yes.
12   A.   We started noticing the problems right around the
13   beginning of May.
14   Q.   Now, tell me about the problems.   Sorry.
15   A.   As I was mixing feed, the crumlets into the Co-op
16   feed, as my father, he would come over to the feed
17   machine, between walking through the mink or while he
18   was feeding, he would state how -- you know, they just
19   seemed to be having a lot of issues.   And, you know, the
20   first day it's just, you know, I guess we didn't look
21   into it too much because, you know, every once in a
22   while you just do have a bad day on whelping, but it was
23   more extreme than normal.   But then by the second and
24   third day we knew we had a serious issue, but within
25   four or five days your whelping season is done.   So by

1   the time you realize you have a major problem you're

2   over.

3       Q.  Did you personally observe problems with the

4   mink?

5       A.  You know, not too extensive, but, you know, he

6   did take me out.  You know, as I'm mixing, I do not

7   leave that mixing facility just for the liability.

8   There's a few times I may have shut the mixer off, shut

9   all the machinery down, and, yes, walked over there, and

10  he just, you know, kind of like look at this and -- but

11  I didn't walk down the full row, you know.  I just -- he

12  just showed me some of the devastation.

13      Q.  And when you did that what did you observe?

14      A.  I observed multiple pens with dead babies out in

15  the pens.  There was some pens where he found a dead

16  mother and placed them on top of the pen that we had

17  retrieved later while we were feeding.  You just -- some

18  of the females that you would see in the pens they just

19  weren't normal, like their nesting in their boxes, they

20  just -- usually their nesting, it's kind of dished,

21  like, you know, picture a bird's nest in the bottom, but

22  they were flat.  Typically when you see a flat nest, it

23  either means, you know, you find her dead or she lost

24  her kits or, you know, there's just something

25  substantially wrong.

1    Q.  Did you make any determination about which mink

2  were particularly affected?

3    A.  At the time we noticed the majority of the

4  problem in our kit black females, but at the same time

5  you have old females still whelping, so -- but they're

6  kind of more spread out, you know, there's 3,000 old

7  females on the ranch, so it's kind of more spread out,

8  so you don't notice the problem as substantial notice.

9    Q.  Why were those older females whelping later?

10   A.  They're just -- I mean later breeders.  I mean

11  it's not a perfect science when you breed.  You know, if

12  you start on the 1st and they cycled on say the 28th of

13  February, they may not breed for the first time until

14  the 5th or the 6th of March, so they re-mate on say the

15  14th or 15th of April, which is typically when you're

16  re-mating a kit female.

17   Q.  How did the mink at the Cedar Valley ranch do in

18  the 2010 season?

19   A.  Above expectations.

20   Q.  What did you observe at the Cedar Valley ranch in

21  2010 that was out of the ordinary?

22   A.  As I was going through counting kits, I mean,

23  just unheard of numbers, just very, you know, very

24  steadily consistent quantities.  You know, in the sheds

25  out there they hold approximately 500 females, and out

1  of 500 females you might find 10 up to 20 that didn't

2  have kits, where a lot of, you know, you could expect up

3  to 30 out of 500 not having kits, but a lot of sheds we

4  were only seeing 10.

5      Q.  When you say "unheard of numbers," what do you

6  mean?

7      A.  Just production.

8      Q.  What does that mean?

9      A.  Kits per litter.  We shoot for a six, you know, a

10  lot of times you're at a five/eight, five/nine, but I

11  believe one of the sheds had a six/four, and -- but most

12  I think overall average on that ranch was right around

13  above a six instead of just below a six.

14      Q.  Did you estimate your mink losses in 2010?

15      A.  Yes, I did.

16      Q.  What was your estimate?

17      A.  After, you know, totaling the babies -- totaling

18  the kits to present to our bank, I went through and

19  concluded approximately 4,000 kits died at the time of

20  whelping, then later on in the year, I came up with 1500

21  that died through the season based upon, you know,

22  casualties that we had in the freezer and from our

23  initial count versus our main harvesting count.

24      Q.  Any other losses?

25      A.  Old females that died -- well, that died during

1    or right after whelping I came up with about 400.  There

2    was I believe about 450, but I took into account normal

3    losses.  So I resolved it to about 400 that was

4    extraordinary.

5       Q.  This is important, so I want to go through these

6    three numbers and have you tell me exactly how you made

7    the estimate, tell me exactly how you estimated the

8    4,000.

9       A.  I took the total kit counts of each subsection of

10   the mink at that ranch being kit black females, old

11   black females, old mahogany females, and in the old ones

12   it -- you know, it wasn't too out of the ordinary, but

13   the main difference was in the kit females, so I took a

14   thousand kit females, of course, times a five, minus --

15   or that minus what we actually had and came up with

16   approximately 4,000 or above there.

17      Q.  You should have had 5,000, you only got a

18   thousand.

19      A.  Yes.

20      Q.  Tell me exactly how you calculated the 1500 from

21   June to November.

22      A.  The 1500 was based upon our total kit count for

23   that ranch, then when we get to the later part of the

24   season when we did a secondary count just for, you know,

25   the bank may call every once in awhile saying, hey, can

1    you give us an up-to-date count, it was just before we

2    start skinning or harvesting, like in November, and then

3    also based upon what was in the freezer, I came up

4    with -- there was about 1500.  You know, I took into

5    account normal losses, and what seemed to be

6    extraordinary was an additional 1500.

7        Q.  Tell me exactly how you calculated the 400 adult

8    females that you lost.

9        A.  When we go to whelp the females, you know, of

10   course we know at that day and time say on April 20th we

11   know exactly how many females are in the pens having

12   babies.  Then after we wean them and we line the females

13   up, we take a secondary count, and we knew our losses at

14   that time.  And then within a few days we had some more

15   losses, so we consolidated them again and did a third

16   count.  And we seen we were down about 450.  You know,

17   on 4,000 females, between whelping and weaning, you

18   know, you could see 30 or 40 loss -- you know, females

19   dying, you know.  I rounded it off and said 400.  That

20   seemed to be substantial.

21       Q.  Mr. Jonsson, can I now have you take the exhibit

22   book and please turn to Exhibit Number 1.  Are you

23   there?

24       A.  Yes.

25       Q.  Turn over one page to the third page, which talks

1    about breeding stock for 2010, do you see that?

2        A.   Is it the PL28?

3        Q.   Yes.

4        A.   Okay.

5        Q.   Please also look at 29.

6        A.   Okay.

7        Q.   What does that tell you -- what is that document?

8        A.   This is January 19th, 2010, that Co-op sent out a

9    breeder stock survey, it's just basically saying please

10   estimate what you're anticipated breeders is for this

11   upcoming season.

12       Q.   What was yours in January of 2010?

13       A.   Combined total is 7,000.

14       Q.   And but include the ones on PL29 please.

15       A.   Yes, that's including those.  Oh, I'm sorry, I

16   meant to include them, but 8,000.

17       Q.   So you told the Co-op we're going to have 8,000

18   breeders in 2010.

19       A.   Yes.

20       Q.   Can I have you turn please to Exhibit 2.

21       A.   Okay.

22       Q.   Turn please to the third page -- or PL243, titled

23   Western AgCredit.

24       A.   Okay.

25       Q.   Who is Western AgCredit?

1    A.   That is who we do our financing through.

2    Q.   This is a note to the file, but it says Mike

3  Jonsson called with the following inventory mink on hand

4  as of today; is that correct?

5    A.   Yes.

6    Q.   Do you recall calling Western AgCredit in August

7  of 2010 and giving them some mink figures?

8    A.   Yes, I do.

9    Q.   What does it say you told him about the kit

10  count?

11    A.   I stated 38,377 as mixed kits.

12    Q.   38,377.  And how many kits did you expect to have

13  at that time?

14    A.   I believe rough math about 43,000.

15    Q.   Okay.  What did you report for mature female

16  breeder mink, what number?

17    A.   7,477.

18    Q.   So what's 8,000 minus -- roughly what's 8,000

19  minus 7477?

20    A.   It would be 523.

21    Q.   Does that account for the lost female breeders?

22    A.   Those 400 would be within those 523.

23    Q.   On that first number, the 38,000, does that

24  account for the 4,000 or the 5500 lost kits?

25    A.   If we wouldn't have lost the 4,000, it would be

1    added to that number.

2        Q.   Okay.   And that's the 43,000 you told me about.

3        A.   Yes.

4        Q.   And finally, Mr. Jonsson, could you turn to

5    Exhibit 15, what is that?

6        A.   This is a letter, or copy of a letter, that I

7    wrote to Ed Buschur, the, I guess, president of National

8    Feeds.

9        Q.   When did you write that?

10       A.   It's dated November 5th, 2010.

11       Q.   Do you recall writing that letter?

12       A.   I do.

13       Q.   What did you tell Mr. Buschur in that letter

14   about -- well, read what you said, starting with the

15   words "So to sum things up"?

16       A.   So to sum things up as -- we would ask to be

17   compensated for an estimated 4,000 kits lost during

18   whelping, an estimated 1500 kits lost June through

19   November, also an estimated 400 old females that died

20   during and soon after whelping season, in addition a

21   guaranty in writing --

22       Q.   That's --

23       A.   Okay.

24       Q.   And when did you write this to National Feeds?

25       A.   November 5th, 2010.

1              MR. MERCER:  No other questions.

2              MR. MINNOCK:  I'm prepared to proceed, Your

3    Honor.  I'll just set up here a little bit.

4              Mr. Jonsson, I apologize.

5                        **CROSS-EXAMINATION**

6    **BY MR. MINNOCK:**

7       Q.  Let's start with where you left off with

8    Mr. Mercer.  So looking at Exhibit 1 that you looked at,

9    I think you and he calculated that for the year 2010 you

10   had 9,000 breeder mink in total, correct?

11      A.  That's incorrect.

12      Q.  I'm sorry, 8,000, 8,000 in 2010.  I've got to get

13   my eraser here.  Okay.  So let's start over.  In 2010

14   you had 8,000 breeder mink, right?

15      A.  Correct.

16      Q.  And in 2009, if you look at the first two pages

17   of Exhibit Number 1 -- or actually the following two

18   pages beyond what you were just looking at for 2010,

19   your father reported he was running 8,000 breeders and

20   you reported you were running 1,000 breeders, right?

21      A.  That's what the survey says, yes.

22      Q.  That's the numbers that you gave the Co-op,

23   right?

24      A.  Yes.

25      Q.  All right.  Now, you ran 9,000.

1          So you participated with Wade Roberts in the

2    preparation in providing him some information to help

3    him quantify the losses that you thought you suffered,

4    right?

5        A.  Yes.

6        Q.  And this was a letter that you provided to him,

7    this is Exhibit 34.  In fact, I'm going to actually

8    write on here 34 so I don't forget.  And you gave him

9    this data as to your actual sales during this time

10   period, right?

11       A.  Yes.

12       Q.  And you got this from the records that you have.

13       A.  Yes.

14       Q.  And it shows that in 2010, which would be from

15   this 2009 crop of 9,000 breeders, right, you sold 29,861

16   mink, right?

17       A.  Yes.  But the survey doesn't reflect the actual

18   number.

19       Q.  Well, it doesn't reflect the actual number.

20       A.  No.

21       Q.  So when you told Mr. Mercer that you did this

22   little math with him where you said 8,000 minus the 7477

23   and you said there were 523 mink, you're telling me that

24   analysis was incorrect.

25       A.  That number is -- the 8,000 minus the 7477, that

1  number's correct, but the 8,000, when it actually came

2  down to breeding season, the number was seven nine

3  hundred, so 7900.  But in 2009 that number I believe was

4  7600.

5      Q.  So the numbers that you spoke about when

6  Mr. Mercer had you go through Exhibit 1 you thought

7  those numbers were correct for 2010, but the ones for

8  2009 you think are incorrect.  Or you actually think

9  they're both incorrect.

10      A.  I believe both of those numbers are incorrect.

11      Q.  Okay.  So you think then in 2010 you had how

12  many?

13      A.  7900.

14      Q.  7900.  And in 2009 you had 7600.

15      A.  I believe so, yes.

16      Q.  All right.  So now we're on the same page.  7600

17  mink produced 29,861 in sales, right?

18      A.  I guess, yes.  I would assume so, yes.

19      Q.  7900 breeders produced 36,520 in sales, right?

20      A.  I believe so, yes.

21      Q.  Okay.  So the addition of 300 breeders to your

22  herd resulted in about a little over 6600 additional

23  mink sold, right?

24      A.  That's the way it would look, yes.

25      Q.  But you claim that in addition to the 6600 you

1  would have had another 4,000 mink from these 300

2  additional breeders, right?

3      A.  Yes.

4      Q.  So, in other words, 300 mink would produce an

5  extra 10,600.

6      A.  Yes.  And other factors, yes.

7      Q.  So we're talking there about each one of these

8  mink producing on an average about 30 kits per litter.

9      A.  That's the way you interpret it, but it's not.

10     Q.  That's not what you're saying.

11     A.  No.

12     Q.  Okay.  But the reality is when we look at your

13 herd as a whole, you had 300 extra breeders and wound up

14 with 6600 mink, and yet you still believe you suffered a

15 loss.

16     A.  If you look at it on paper it looks to be that

17 way, but in actuality there's more to the story.

18     Q.  Well, let's look at the next part of the story

19 then.  You told Mr. Mercer that on average you want six

20 mink, mahogany mink kits per litter, right?

21     A.  As we go into each season that's what we

22 anticipate.

23     Q.  And five of the blacks, right?

24     A.  Correct, yes.

25     Q.  Okay.  Now, you saw the analysis that Wade

1    Roberts did on your behalf, right?

2        A.   The analysis that -- I didn't hear that last

3    part, I'm sorry.

4        Q.   That he did on your behalf.

5        A.   I viewed it, yes.

6        Q.   And his findings were that you never averaged

7    five black mink at any point in the last -- well, for

8    any year for which we have data.

9        A.   I don't know what his averages are based on,

10   whether it's sales or production, I don't know.

11       Q.   Okay.  But at least in terms of going to market

12   you've never actually averaged five.

13       A.   If it's market averages, that's the

14   interpretation of the auction house.

15       Q.   Okay.  Let me ask you about that while we're at

16   it.  You said that two black can make a mahogany, right?

17       A.   When they produce the baby, we believe it's a

18   black, but it's the auction house that determines if

19   it's a mahogany.

20       Q.   So what you're saying is some of these black mink

21   that should be in this column may in fact be in this

22   column down in the mahogany.

23       A.   Basically, yes.

24       Q.   So on this chart that we're looking at from

25   Dr. Roberts' report, page 13 of his report, if anything

1    is understated it's the black mink.

2        A.   I would believe so.   I mean some years maybe more

3    so than others.

4        Q.   Okay.   Now, this reflects, this finding was that

5    you actually had your best year in black kits per litter

6    of any year in five years prior to that; do you agree

7    with that?

8        A.   He prepared --

9        Q.   I asked you a bad question.   I'm asking if you

10   agree with his conclusion that that was your best year

11   for blacks in five years.

12       A.   It's his conclusion, so I don't -- I don't -- I

13   can't testify to that.

14       Q.   You haven't done -- you haven't done any analysis

15   as to whether you believe that it was your best year for

16   black in five years.

17       A.   I mean I know my numbers, but I can't interpret

18   his numbers.

19       Q.   Okay.   Now, you did talk a little bit about some

20   of the numbers that you had and you talked to the jury

21   about how you would average six and things like that.

22   There's no documentation anywhere that reflects that,

23   correct?

24       A.   If it was, it would have been provided.

25       Q.   All right.   With respect to these -- there were

1  1500 mink you referred to that died between June and

2  November; do you remember that testimony?

3      A.  Yes.

4      Q.  You also said that there were 400 older breeders

5  that may have died, right?

6      A.  Yes.

7      Q.  Okay.  So we've got about 1900.  You would have

8  saved those mink in your freezer, right?

9      A.  For the most -- most of them, yes.

10     Q.  And ultimately you would have sold them at the

11  auction.

12     A.  Correct.

13          MR. MINNOCK:  Okay.  All right.  I think

14  that's all the questions I have for you, sir.  Thank

15  you.

16          THE COURT:  Let me give you a break, folks,

17  15 minutes.  Remember what I told you, don't talk to

18  anybody about the case.  We'll be in recess for

19  15 minutes.

20          (Recess.)

21          THE CLERK:  Court resumes session.

22          (Jury outside open court.)

23          THE COURT:  We're all here.  Let's bring in

24  the jury.

25          MR. HANCEY:  Your Honor, before we bring in

1    the jury, we have an issue to address about the witness

2    order and timing because we have some people coming from

3    distances.  We've got Michael Jonsson, who's about to

4    finish up, and then we're going to put on the Griffeths,

5    who are waiting out in the hall.  They've driven down

6    from the Preston, Idaho area.  Is there a chance we

7    could go a little bit into the lunch hour, we're not

8    going to be very long on direct anyway, and get them on

9    the road back up to Idaho before we break for lunch?

10              The other issue to that is our next witness

11   will be driving down from Logan, and I want to be able

12   to give him enough advance notice to make sure he's here

13   on time.  I'm trying to juggle all of that.

14              THE COURT:  We'll break until 1:30.

15              MR. HANCEY:  Break at 1:30 for lunch?

16              THE COURT:  No.  We'll break at noon for

17   lunch, or shortly thereafter, and we'll be in recess, as

18   far as this case goes, until 1:30.  I've got a couple of

19   other minor matters prior to that.  But that will give

20   you some timing concept in reference to them.

21              MR. HANCEY:  I appreciate that.

22              THE COURT:  Are the Griffeths to be heard

23   outside the presence of the jury?

24              MR. MITCHELL:  For at least a portion of it,

25   Your Honor, yes.

1          THE COURT:  I'm sorry?

2          MR. MITCHELL:  For at least a portion of it,

3    yes, Your Honor.

4          MR. HANCEY:  And we object to that.  We

5    think the jury gets to hear what they have to say.

6          THE COURT:  Well, no.  What we're saying is

7    that we'll hear them and see if he's got a legitimate

8    objection.

9          MR. HANCEY:  Oh, fair enough.

10          THE COURT:  Do the best we can.  They may

11    have to wait, depending on the timing.

12          MR. HANCEY:  Okay, fair enough.

13          THE COURT:  Okay.  Bring them in.

14          (Jury present in open court.)

15          THE COURT:  Sit down and relax, folks.  I'll

16    note for the record the jury is present, counsel and the

17    parties present.

18          And you may proceed, counselor.

19          MR. MITCHELL:  Thank you, Your Honor.  Can I

20    have the hand mic please?

21          THE CLERK:  Yes.

22                **CROSS-EXAMINATION**

23    **BY MR. MITCHELL:**

24    Q.  Mr. Jonsson, did I hear you correctly in your

25    earlier testimony that you're the guy that pays the

1    bills around the place?

2        A.   Yes.

3        Q.   Okay.  Would you turn to Exhibit 4.

4        A.   Okay.

5        Q.   And what are the documents in Exhibit 4?

6        A.   They range from -- I believe these are all

7    monthly statements.  I say that because you can get

8    semimonthly statements, but these all believe to be the

9    monthly statements.

10       Q.   Monthly statements of what?

11       A.   Feed delivered.

12       Q.   By the Fur Breeders Co-op?

13       A.   Correct.

14       Q.   Now, if you can find them quickly, I'm happy to

15   give you some numbers to look for, otherwise I've got

16   them handy here and I've got them blown up on the

17   screen.

18       A.   Give me the numbers and I'll --

19       Q.   Okay.  So let's take a look at the feed

20   statements for the months of April through June 2010 for

21   both you and your father.  We're looking at document

22   numbers FBAC0834, 0833, and 0835 in one group, and 0759,

23   758, and 757 in the other.  Let me know when you find

24   those.

25       A.   Okay.

1      Q.   Now, are these statements the feed statements for

2  the deliveries to your Lehi ranch in April through June

3  of 2010?

4      A.   I wouldn't see otherwise, no -- or, yes, I

5  wouldn't see otherwise.

6      Q.   So if we look starting with your group of feed

7  statements, that would be the group of 833 through 835,

8  and we look starting at the end of April, I realize it's

9  tough to see with the lighting in here, but it looks

10  like you had delivered on the 28th and the 30th a

11  thousand pounds of feed each day.

12      A.   Correct.

13      Q.   Then as we look at 834, because that's the entire

14  month of May, you fed the crumlets for the entire month

15  of May, we're going to look at the total, and you had

16  15,000 pounds of feed delivered for the month of May,

17  correct?

18      A.   Yes.

19      Q.   Okay.  Then we had the crumlets being fed for a

20  portion of June, and I've looked at the first week of

21  June through the 7th, and it looks like you had

22  500 pounds of feed delivered everyday except for the

23  3rd, am I reading that correctly?

24      A.   That's what it looks like, yes.

25      Q.   So for a total of six days we're looking at a

1    total of 3,000 pounds delivered at 500 pounds a day.

2        A.   Yes.

3        Q.   So as we then turn to your father's and we start

4    looking at April, we're looking at the same period we

5    looked at for you, starting on the 28th, 2,000 pounds of

6    feed delivered, and it looks like 1200 pounds for a

7    total of 3200 pounds delivered on those two days, am I

8    reading that correctly?

9        A.   Yes.

10       Q.   Then we get down to the monthly total for May,

11   53,100 pounds of total wet feed delivered to your

12   father's account at Lehi.

13       A.   Yes.

14       Q.   Okay.  And then finally for May -- I'm sorry, for

15   June, looking again to the 7th of June, we're seeing six

16   deliveries at 3600 pounds of delivery, am I reading that

17   correctly?

18       A.   Yes.

19       Q.   Okay.  So when we add those together, I get a

20   total of 97,900 pounds of feed that was delivered during

21   that time period.  Okay?  Are you in agreement with

22   that?

23       A.   You did the calculations, so....

24       Q.   Do you have any reason to disagree with it?

25       A.   It sounds close.

1    Q.  Okay.  So assuming that I've done my calculations

2    correctly, you also added in 12,000 pounds of lactation

3    crumlets during that same time period, correct?

4    A.  Yes.

5    Q.  Okay.  And then you would have added in an

6    additional approximately 12,000 pounds of water to get

7    it to the correct consistency?

8    A.  Approximately, yes.

9    Q.  And so the total amount of feed that was fed over

10   that time period would be 121,900 pounds total, correct?

11   A.  By your math I would assume so, yes.

12   Q.  Now, during the time period that you were

13   noticing problems, or that the problems were going on

14   with the mink, you didn't notice any vomiting associated

15   with the mink on the Lehi ranch, did you?

16   A.  I don't inspect the mink daily.  That's something

17   my father did.

18   Q.  That wasn't really my question.  My question was

19   when you did go look you didn't notice any vomiting, did

20   you?

21   A.  The few amounts of mink that I looked at I didn't

22   visually see anything.  I would agree.

23   Q.  With the mink that you did look at, you didn't

24   notice any diarrhea.

25   A.  I wasn't specifically looking for it, but I

1  didn't especially notice it, no.

2      Q.  And you didn't notice any bloated or distended

3  stomachs, correct?

4      A.  I was just noticing the dead babies.

5      Q.  And that was it really, that was all you saw.

6      A.  Just dead babies and some dead females.

7              MR. MITCHELL:  Okay.  Those are all my

8  questions.  Thank you.

9              THE COURT:  Anything else?

10             MR. MERCER:  Yes, Your Honor.

11                  **REDIRECT EXAMINATION**

12 **BY MR. MERCER:**

13     Q.  Mr. Jonsson, so we looked at Exhibit 1 which

14 showed you reported 8,000 females when you were

15 reporting to the Co-op for your estimation in January of

16 2010; is that right?

17     A.  Yes, that's the estimation.

18     Q.  You ended up with how many females?

19     A.  7900 or within right about there.

20     Q.  So if you subtract the 7477 you reported to your

21 bank in August from the 7900 you began the year with how

22 many dead female breeders did you have?

23     A.  That calculates to be about 423, but the 7900

24 could be a little bit more than that, 7920, but based on

25 7900 my side it's 423, yes.

1    Q.  And 423 dead mink is certainly consistent with

2    your 400 that you reported dead, is it not?

3    A.  Yes.

4    Q.  When you were talking with Mr. Minnock you said

5    there were some other factors that contributed to the

6    36,000 figure in Exhibit 34, but he didn't give you the

7    chance to tell us what those factors are.  What are

8    those other factors that contributed to the 36,000

9    figure in Exhibit 34?

10   A.  Based on production or -- I guess I'm -- I can

11   look at the question -- I can see that question being a

12   few different questions so --

13   Q.  So let me ask it this way:  What factors

14   contributed to that high number of pelt sales and live

15   sales in 2011?

16   A.  Like I was saying earlier, the high production in

17   Cedar Valley, you know, the extraordinary numbers.  We

18   saw, like I said, anywheres between a quarter kit to

19   some sheds even half a kit higher than what you would

20   expect.  And talked to a few other ranchers, they seemed

21   to have comparable averages.  So I mean it was just a

22   really good year, except for in Lehi.

23   Q.  And what did you do with the dead mink -- or the

24   ones that could be pelted, what did you do with those?

25   A.  We salvaged most of them.  You know, it's not a

1    perfect science, you can't save them all before they --

2    you know, if they get too hot, if there's any -- if

3    they've been sitting in the pen too long, so -- but we

4    would freeze them after we collected them.

5        Q.   And sell them as pelts?

6        A.   The ones that we could.  Even though we collected

7    them, there could have been a few that we still disposed

8    of.

9        Q.   Now, I asked you on direct examination how many

10   kits you expected to be produced in 2010, and I think

11   you estimated about 43,000.  Can you go through the math

12   on that with me?

13       A.   That year we had, I believe it was, 5800

14   mahoganies, so you would times that by a six, I believe

15   that's about 35,000, and then blacks we had 4100, and so

16   if you times that by five it would be 10,500, so --

17       Q.   That comes out to --

18       A.   -- it's probably closer to 45,000 I'm guessing.

19       Q.   45,500 that you would -- expected estimate

20   expectation in kits produced for 2010.

21       A.   Yes.

22                MR. MERCER:  No other questions.

23                THE COURT:  Anything else?

24   //

25   //

1                        **RECROSS-EXAMINATION**

2       **BY MR. MINNOCK:**

3          Q.   If you would have gotten those numbers, five

4       black mink per -- or five kits per black mink and six

5       kits from mahogany mink and had the 45,000, it would be

6       far and away the best year you had ever had, right?

7          A.   Looks to be so, yes.

8          Q.   You have never in your history in the last decade

9       had a year where you had six mahogany kits per litter

10      and five black kits per litter, have you?

11         A.   I mean we got those numbers from somewhere, so

12      it's kind of -- it's our estimates as we lead into each

13      whelping season.

14         Q.   The only numbers that you are able to give would

15      be the ones that you gave your bank and the ones you

16      gave to Dr. Roberts, right?

17         A.   If I provided them, then those would be the

18      numbers.

19         Q.   And we looked at those and in no year did you

20      ever get five kits per litter among your blacks, right?

21         A.   It depends on if they're whelping numbers or sale

22      numbers for the averages.

23              MR. MINNOCK:  All right.  That's all the

24      questions I have.

25              MR. MITCHELL:  No questions, Your Honor.

```
 1                    THE COURT:  Thank you, sir.  You can step
 2  down.
 3                    MR. HANCEY:  We call as our next witness
 4  Mr. Kent Griffeth.
 5                    THE COURT:  Ladies and gentlemen, the
 6  attorneys have a matter they need to call to the court's
 7  attention, and I'm going to give you an unexpected break
 8  here for just a few minutes.  Don't eat all the snacks
 9  that are there, enjoy what you can.  We'll take for you
10  about a ten-minute break.  We'll excuse you now for
11  about ten minutes so that I can resolve some matters
12  with the lawyers.
13                    (Jury outside the presence of open court.)
14                    THE COURT:  Your witness, have you got him?
15  Sir, if you will come forward and be sworn please.
16                         KENT GRIFFETH,
17    called as a witness at the request of the Plaintiff,
18         having been first duly sworn, was examined
19                    and testified as follows:
20                    THE CLERK:  Please take a seat.  State your
21  name and spell your name for the record, please.
22                    THE WITNESS:  Okay.  Kent Barfuss Griffeth.
23  Do you want me to spell the last name?
24                    THE CLERK:  Please.
25                    THE WITNESS:  G-r-i-f-f-e-t-h.
```

1          MR. MERCER:  Your Honor, I need some help on

2     how to proceed here.  I have a number of questions for

3     this witness that are not objected to.

4          THE COURT:  Get into the ones that you think

5     might be objected to and let's see what there is.

6                    **DIRECT EXAMINATION**

7     **BY MR. MERCER:**

8     Q.  Good morning Mr. Griffeth.  Did you experience

9     any problems with your mink herd in 2010?

10    A.  I did.

11    Q.  When did they begin?

12    A.  They began during whelping season.

13    Q.  About what date?

14    A.  Around the 25th, 26th of April.

15    Q.  Tell me about those problems.

16    A.  I had mink that were having babies at the time,

17    they just started to develop problems.  I had kits

18    dying, I had mothers dying, I had all sorts of problems

19    out there.  It was not good, it was not normal.  I tried

20    to save some of them.  I couldn't save the babies.  I

21    tried to farm them out.  All sorts of things happened

22    that were not normal.

23    Q.  Where were you in the whelping process when the

24    problems began to develop?

25    A.  I would guess about 40 percent in when major

1  problems started happening to my mink herd.

2      Q.  How were the mink doing that had already whelped?

3      A.  They seemed to be doing okay, the ones that had

4  whelped.  I was having problems with the ones coming in

5  then and then after that were pregnant started having

6  major problems, not having babies, having them and

7  losing them and not being able to take care of their

8  babies, such as that.

9      Q.  So pre-2010 what was your normal ranch-wide

10  litter size?

11      A.  My normal size was between a four and five

12  average.

13      Q.  And in 2010 what was your litter average?

14      A.  It was under a three.

15      Q.  How long did these problems persist?

16      A.  They continued on through the rest of the whelp,

17  and on through the rest of the year I had a lot of

18  problems with mink dying and not -- that was not normal.

19          MR. MERCER:  Your Honor, as I understand

20  it -- and before that I'm going to lead up to the fact

21  that he fed the same crumlets that came off the same

22  truck from the same batch as Mr. Jonsson.  And, as I

23  understand it, that's the testimony that will be

24  objected to.

25          MR. MITCHELL:  There will be additional

1    testimony as well.

2              MR. MERCER:  A great deal.  I can tell you

3    I'm going to review with him a little bit about his

4    background, his mink ranching experience, his other work

5    experience.  He sits on the same feed committee at the

6    Co-op as the Jonssons, he fed the same feed, and then

7    I'm going to go into great detail about the testing of

8    the crumlets.

9              MR. MITCHELL:  We're going to have issues

10   with that as well, but if you're -- we're going to have

11   issues with the testimony concerning the testing of the

12   crumlets, but to me it makes sense, if it makes sense to

13   Your Honor, to deal with the issues concerning

14   comparison of one ranch to another now.

15             THE COURT:  Relating his experience.

16             MR. MITCHELL:  Right.

17             THE COURT:  Apparently he fed from the same

18   batch.

19             MR. MITCHELL:  He fed from the same batch.

20                      **CROSS-EXAMINATION**

21   **BY MR. MITCHELL:**

22     Q.  Now, Mr. Griffeth, you don't raise the same

23   animals that the Jonssons do, do you?  You have your own

24   animals, correct?

25     A.  They are my own animals at my ranch, yes.

1    Q.   Your ranch is how far away from the Jonssons'

2  ranch?

3    A.   Approximately a two and-a-half hour drive.

4    Q.   So I looked at it, it looks like to me like it

5  was about 150 miles or so, something like that, does

6  that sound about right?

7    A.   Yes.

8    Q.   And you don't use the same water sources as the

9  Jonssons do, do you?

10   A.   No.

11   Q.   And you don't use the same feed source that the

12  Jonssons do, do you?

13   A.   I do.   I use the same Co-op feed.

14   Q.   Okay.   You use the same Co-op feed.   What plant

15  do you get your feed from?

16   A.   My plant is mixed in Logan.

17   Q.   Your's is mixed in Logan.   And where does the

18  Jonssons' come from?

19   A.   I'm pretty sure theirs is mixed down in Salt

20  Lake.

21   Q.   Down in Sandy, right?

22   A.   Yes.

23   Q.   Okay.   So not the same -- same vendor, but

24  different plants.

25   A.   Correct.

1    Q.   Okay.  Now, the -- what else?  Do you feed your

2    crumlets at the same rate as what the Jonssons feed

3    their crumlets?

4    A.   I'm sure it's similar, yes.

5    Q.   What rate do you feed your crumlets at?

6    A.   I shoot for 30 percent.

7    Q.   You shoot for 30 percent.  Is that on an as-fed

8    or dry-matter basis?

9    A.   I order 70 percent Co-op feed and I add 30

10   percent crumlets to my mixture.

11   Q.   Is that by weight?

12   A.   That's how I do it.  I get Co-op feed at

13   70 percent and I add 30 percent to make a complete feed.

14   Q.   Does that mean for every hundred pounds of ration

15   that you feed 70 is Co-op and 30 pounds is lactation

16   crumlets?

17   A.   Are you talking about water added to it or not?

18   Q.   That's why I'm asking if we're talking about --

19   A.   I'm telling you I mix 70 percent Co-op feed and

20   30 percent crumlets.

21   Q.   By dry matter or by weight?

22   A.   That's what I end up getting is 30 percent

23   Co-op -- there's 70 percent Co-op feed, 30 percent

24   crumlets, that's what I shoot for.  It's different

25   everyday because of the weight of the feed that comes.

1    Q.   Sure.  And so what I'm asking you is when you say

2    30 percent and 70 percent, is that on a dry matter or an

3    as-fed basis?

4              MR. MERCER:  Objection, asked and answered.

5              THE COURT:  He can tell us how he mixes it.

6    Do you put some water in with the stuff?

7              THE WITNESS:  Yes.  I mix water with it to

8    make it a complete feed to add to my mixture, yes.

9    Q.   (By Mr. Mitchell) Sure.  And so if you have a

10   hundred pounds of mixture, you've got 70 pounds Co-op

11   feed and 30 pounds crumlets.

12   A.   When I'm done mixing that's what I have, yes, I

13   have 70 and 30.

14   Q.   Okay.  That's all I wanted on that one.

15             Now, you haven't had your -- you didn't have

16   any of your mink necropsied in 2010, did you?

17   A.   Yes, I did.

18   Q.   You did?

19   A.   Yeah.

20   Q.   Where did that take place?

21   A.   Utah State.

22   Q.   When did that take place?

23   A.   In the fall.

24   Q.   In the fall of 2010.  And --

25   A.   Yes.

1       Q.  -- why did you send in mink to be necropsied in

2   the fall of 2010?

3       A.  They were still dying.  I have never had this

4   problem before and I wanted to find out if I could find

5   an answer for why.

6       Q.  And did you get an answer from the necropsy at

7   Utah State in 2010?

8       A.  There was a paper sent out.  I didn't understand

9   all the language on it, no.

10      Q.  Did anybody give you the gist of what the paper

11  said?

12      A.  No.  I tried to go up and talk to the guy and I

13  really didn't understand what he was saying, no.

14      Q.  So you don't have any idea what the results of

15  the necropsy were in the fall of 2010 from Utah State.

16      A.  Not -- just in general terms.  I didn't

17  understand any of it, no.

18      Q.  I'm sorry I didn't understand your answer.  Did

19  you -- do you have any idea what the necropsy results

20  were in the fall of 2010?

21      A.  They said that they had several problems I

22  remember seeing in there, but I'm not sure what they all

23  were.

24      Q.  Okay.  So you don't know if the necropsy showed

25  that there were any feed-related problems with your

1    mink, or if they were disease-related problems with your

2    mink.

3        A.   I don't know if they answered it that specific or

4    not, I don't know.

5        Q.   Okay.  So have you seen any necropsy results

6    showing that in fact there were feed-related deaths

7    associated with your mink in 2010?

8        A.   I don't know.

9        Q.   Now, do you have any necropsy showing, for

10   example, that there were disease-related deaths in your

11   mink in 2010?

12       A.   Disease, no.

13       Q.   So in 2010 do you have anything which shows a

14   cause of death for any mink that died during that year?

15       A.   They -- all they did is they made estimates that

16   this could have happened to that mink.

17       Q.   Who is "they"?

18       A.   The guy that ran the test.

19       Q.   What's his name?

20       A.   I don't know.  I can't remember.

21       Q.   Do you know where he was from?

22       A.   He worked for Utah State.

23       Q.   Do you know what his position was?

24       A.   I guess a lab tech.  I don't know.

25       Q.   Do you know what tests he ran?

1    A.   He ran several tests, and I can't tell you all of

2    them, no.

3    Q.   So as we sit here today, you fed the crumlets at

4    a 70/30 rate.

5    A.   Correct.

6    Q.   You don't use the same feed source as what the

7    Jonsson do.

8    A.   Same diet, but not the same plant.

9    Q.   Not the same plant.  You don't use the same water

10   source.

11   A.   No.

12   Q.   You're located 150 miles away.

13   A.   Correct.

14   Q.   And we don't know -- we don't have a cause of

15   death for any of your mink in 2010, correct?

16   A.   As far as I understand, I don't know on that of

17   the results.

18   Q.   Okay.  So that's the sum total of the information

19   that we have here today, correct?

20   A.   I don't understand the question.  What are you

21   asking me?

22   Q.   Is there any other information out there that you

23   are aware of that ties the lactation crumlets to

24   anything that went on on your farm that comes from 2010?

25   A.   We have several tests that we've taken, yes.

1     Q.   Okay.  In 2010 were any tests -- there weren't

2  any tests done in --

3     A.   We started running tests in 2010.

4     Q.   Okay.  When you say "tests," you're talking about

5  feed tests, right?

6     A.   Yes.

7     Q.   Okay.  We're talking right now necropsies, okay?

8     A.   Okay.

9     Q.   Do we have any test results on your animals

10  showing that there were in fact deaths, feed-related

11  deaths, on your ranch in 2010?

12          MR. MERCER:  Asked and answered.

13          THE COURT:  I think that he has indeed

14  answered that, counselor.  Put your next question.

15          MR. MITCHELL:  Okay.

16     Q.   (By Mr. Mitchell) Do you experience disease on

17  your ranch from time to time?

18     A.   I would say yes.

19     Q.   And what types of diseases do you experience on

20  your ranch?

21     A.   Some of the common ones is they might get certain

22  types of colds or things like that.

23     Q.   What about distemper?

24     A.   I've never experienced distemper.

25     Q.   How about botulism?

1    A.   Never had botulism.

2    Q.   Pseudomonas.

3    A.   I have had a little bit of that, yes.

4    Q.   How about enteritis?

5    A.   A little bit of that too, yes.

6    Q.   How does the disease process, if you know, get

7    onto your ranch?

8    A.   I don't know.

9    Q.   Do you do anything to control the entry of that

10   disease process onto your ranch?

11   A.   Yes.  I disinfect all the time.  I make sure the

12   water supply is good, I make sure the feeders are

13   cleaned, I make sure that everything that I can possibly

14   do in that regard is done.

15   Q.   And in spite of that you still experience disease

16   on your ranch from time to time.

17   A.   It happens, yes.

18   Q.   Sure.  Does that come from, for example, do you

19   have stray animals that wander onto your property that

20   might transmit the disease?

21   A.   No.  I have a fence around it, a guard fence, at

22   all times.

23   Q.   Okay.  So we're just kind of stumped then

24   figuring how that disease process makes it onto your

25   ranch.

1      A.   I'm sure that it -- from time to time, and I've

2    never had the animals tested for that, they've showed

3    symptoms of that, so that's what I'm guessing it was,

4    and so I took care of the problem.

5      Q.   Now, did you -- in 2010 did you have a vet out to

6    your place?

7      A.   I did.

8      Q.   When did that happen?

9      A.   It was early in the year.

10     Q.   How early?

11     A.   It was like in -- I'm recalling at the first of

12   the year I had him come out and check everything because

13   I needed a certification to sell my mink.

14     Q.   After that certification process was completed

15   did you have a vet out to your place at any other time

16   during 2010?

17     A.   No.

18            THE COURT:   I would be interested in the

19   feed tests.

20            MR. MITCHELL:   You would be interested in

21   the feed tests?

22            THE COURT:   He said he had feed tests.

23            MR. MITCHELL:   Yeah, we can move into the

24   feed tests.   That gets into the second portion of what

25   we're going to have to take up.

1          THE COURT:  Well, you're dealing with

2   causation questions here as practical matter, and he's

3   telling us what he's experienced, and the question then

4   becomes, well, how do you tie that in with the feed.

5          MR. MITCHELL:  Right.

6          So, Mr. Griffeth, you sent out, as I

7   understand it, several samples of feed for testing.

8          MR. MERCER:  Your Honor, if we're moving

9   into testing, I would like to question first.

10          THE COURT:  I'm sure.  But I'm interested in

11   moving things along.  How does the testing tie in with

12   causation?  I'm asking you.

13          MR. MERCER:  Mr. Kent Griffeth will testify

14   that a truck came with this load of lactation crumlets.

15   Six pallets went to Mr. Jonsson, six pallets stayed with

16   Mr. Kent Griffeth, and four pallets went to Mr. Roger

17   Griffeth his father.  They all fed the lactation

18   crumlets, all had similar mink deaths.  Roger Griffeth

19   in the hallway, 75 years old, saved one pallet of the

20   lactation crumlets.  He'll give us the reason why he

21   saved it, but that was the pallet that Mr. Kent Griffeth

22   drew from when he carefully prepared samples, sent them

23   off to laboratories, that's Exhibits 16 through 19 are

24   the laboratory tests of the lactation crumlets that all

25   three ranches fed to their mink.

1              THE COURT:  Okay.

2              MR. MERCER:  The causation is the test

3    results show a high level of -- well, it says what it

4    says, and our expert will tie those test results to dead

5    mink.

6              THE COURT:  Okay.  Tell me your objection.

7              MR. MITCHELL:  My objection to which portion

8    of it, Your Honor?

9              THE COURT:  This witness.

10             MR. MITCHELL:  Well, there's two objections.

11   One is they can't show the necessary similarity of

12   circumstances between his ranch and the Jonsson ranch.

13             THE COURT:  Well, skip that.  They're

14   talking about the same feed, aren't they?

15             MR. MITCHELL:  They are, but we're also --

16   but we're not talking about the same feed source.  It's

17   not the only feed that they fed, we're not talking about

18   the same water source, we're not talking about the same

19   location, we're not talking about the same disease --

20             THE COURT:  You're welcome to put your

21   experts on to talk about that down the road.  I don't

22   see anything at this point that's objectionable.

23             MR. MITCHELL:  Okay.  I'm happy to move into

24   the testing then.

25             THE COURT:  Well, no, I'm not going to get

1    into testing.  I'm going to get into his testimony.  At

2    this point in time tell me what you object to.

3            MR. MITCHELL:  In terms of the testing, Your

4    Honor, I don't know enough to object.  We haven't gone

5    through and laid any of the foundation to show that the

6    testing techniques were --

7            THE COURT:  Okay.  Well, you can make your

8    appropriate objections during his testimony.  We'll have

9    the jury come on back, and let's get started.

10           Sir, if you'll get down, and we'll at least

11   indicate to the jury that you're going to be sworn

12   again.

13           (Jury present in open court.)

14           THE COURT:  Again, thank you so much, folks.

15   Sit down, relax.  I appreciate your giving me a chance

16   to talk with the lawyers.

17           Sir, if you'll be sworn please.

18                      **KENT GRIFFETH,**

19     called as a witness at the request of the Plaintiff,

20         having been first duly sworn, was examined

21                  and testified as follows:

22           THE CLERK:  Please take a seat in the

23   witness stand.  State your name for the record.

24           THE WITNESS:  My name is Kent Barfuss

25   Griffeth.

1                          **DIRECT EXAMINATION**

2     **BY MR. MERCER:**

3         Q.   And tell us your address please, Mr. Griffeth.

4         A.   I live at 2214 South 1600 East, Preston, Idaho.

5         Q.   How long have you lived in Preston, Idaho?

6         A.   All my life.

7         Q.   How old are you?

8         A.   55.

9         Q.   What do you do for a living?

10        A.   I'm a mink rancher.

11        Q.   When did you start mink ranching?

12        A.   I started with my dad when I was eight years old.

13        Q.   Where is your mink ranch located?

14        A.   At my address.

15        Q.   The same as your home in Preston?

16        A.   Yes.

17        Q.   How long have you had your mink ranch at that

18    location?

19        A.   Over 30 years.

20        Q.   At the start of the 2010 season how large was

21    your mink ranch?

22        A.   Approximately 1700 females.

23        Q.   What other work experience have you had besides

24    mink ranching?

25        A.   I worked for Thiokol Corporation.

1     Q.   How long?

2     A.   27 years.

3     Q.   What did you do there?

4     A.   I was a worker, a main -- not maintenance, sorry,

5  I worked at several different jobs, but I was basically

6  a worker out there, a common laborer.

7     Q.   What type of things did you labor on?

8     A.   I worked on shuttle parts, I worked on defense

9  systems, things of that nature.

10    Q.   I take it you worked at Thiokol at the same time

11 you were ranching mink?

12    A.   I did both, yes.

13    Q.   Are you a member of the Fur Breeders Agricultural

14 Co-op?

15    A.   Yes.

16    Q.   In 2010 what was the principal source of your

17 mink feed?

18    A.   Co-op feed.

19    Q.   How long has the Co-op been the principal source

20 of your feed?

21    A.   Ever since I've been a mink rancher.

22    Q.   How do you get your feed from the Co-op?

23    A.   It's delivered to me.

24    Q.   How often?

25    A.   Depending on the time of year everyday or every

1    other day.

2        Q.   How is it delivered to you?

3        A.   They bring it in a trunk and pump it off onto my

4    ranch.

5        Q.   In 2010 did you consult with anyone about your

6    mink feed for that year?

7        A.   Yes.

8        Q.   Who?

9        A.   I have a representative at National Feeds called

10   Al Neuman that I talk to about it.

11       Q.   How do you know Al Neuman?

12       A.   I've known him for several years as I've

13   purchased the product.

14       Q.   Tell me about your 2010 contact with Al Neuman.

15       A.   I met Al Neuman at the fur sale in Seattle, they

16   had a booth there, and I went out and talked to him and

17   he showed me some of the literature he had there.

18       Q.   Was some of the literature having to do with

19   lactation crumlets?

20       A.   Yes.

21       Q.   What did you understand that the lactation

22   crumlets were supposed to do?

23       A.   The lactation crumlets were advertised to be a

24   superior product to help your mink in every way, and

25   they had a new product coming out that year that they

1   named Imu-Max that was even supposed to help with this

2   product even farther.

3       Q.  Can I have you turn to Exhibit 13 please.  I'm

4   sorry, can I have you turn to Exhibit 12 please.

5       A.  Okay.

6       Q.  What is that?

7       A.  It's a flyer from National Feeds on lactation

8   crumlets.

9       Q.  Did you see that at the trade show in 2010?

10      A.  Yes.

11      Q.  Did you see that, the bullet points there at the

12  bottom of the page?

13      A.  Yes.

14      Q.  Can you read those for me?

15      A.  Yes.  It says Reduce kit losses, Lower bacteria,

16  Improve lactation for better size, Improve kit growth,

17  Increase level of quality proteins, Minimize female

18  losses.

19      Q.  In 2010 did you have any discussions with any

20  representative from National Feeds about National Feeds'

21  limitation of liability on its products?

22      A.  No.

23      Q.  In 2010 did you have any discussions with any

24  representatives of National Feeds about National Feeds'

25  warranty disclaimers on its products?

1      A.   No.

2           MR. MINNOCK:   Objection, Your Honor.   This

3      individual isn't even a plaintiff in this case.   His

4      discussions about the warranty aren't relevant to this

5      case.

6           THE COURT:   Well, we ought to move on,

7      counselor, to the next subject.

8           MR. MERCER:   Thank you, Your Honor.

9      Q.   (By Mr. Mercer) Did you order any lactation

10     crumlets?

11     A.   Yes.

12     Q.   How did you order them?

13     A.   I asked Al Neuman to order them, but I didn't

14     know an amount at that time, and I told him I would call

15     him later and tell him how much we needed.

16     Q.   Did you call him later?

17     A.   Yes.

18     Q.   And what amount did you give?

19     A.   I ordered six pallets for myself, four pallets

20     for the Jonssons, and four pallets for my father.

21     Q.   Why did you order for your father and the

22     Jonssons?

23     A.   We wanted it all to come on a load because it was

24     cheaper to get it all on one load and we didn't have to

25     pay any extra trucking.

1     Q.   When did you place that order?

2     A.   Around the end of March.

3     Q.   Of 2010.

4     A.   Yes.

5     Q.   After the trade show.

6     A.   Yes.

7     Q.   For what delivery date?

8     A.   I asked for around the 15th of April.

9     Q.   So it was 40,000 pounds in all, if my math is

10    correct?

11    A.   Yes, I think so.

12    Q.   And when did the order actually arrive?

13    A.   The 15th of April.

14    Q.   The entire order came to your place?

15    A.   Yes.

16    Q.   Who unloaded the product?

17    A.   I unloaded the product.

18    Q.   What did you do with the product after you

19    unloaded it?

20    A.   I stored mine in a container that I have there in

21    a semitrailer.  My father came up and immediately

22    started taking his home.  And I stored the Jonssons'

23    inside a covered building that I have there.

24    Q.   How did the Jonssons get theirs?

25    A.   Michael Jonsson came up a couple of days later

1    and picked theirs up.

2        Q.   Were there any instructions on the lactation

3    crumlets about refrigeration?

4        A.   No.

5        Q.   Any expiration date?

6        A.   No.

7        Q.   Were each of you invoiced separately?

8        A.   Yes.

9        Q.   What day did you begin feeding the lactation

10   crumlets?

11       A.   I started on the 21st or 22nd of April.

12       Q.   And will you explain your mixing procedure.

13       A.   Yes.  I get 70 percent Co-op feed and I add 30

14   percent crumlets to make it 100 percent of what I need

15   to feed my animals.

16       Q.   And you have a mixing tank or a mixer at your

17   place?

18       A.   Inside the storage tank that the feed is pumped

19   in has a mixer inside of it that I can mix.

20       Q.   And how much of your ranch did you feed the

21   crumlets to?

22       A.   My entire ranch.

23       Q.   Did you experience any problems with your mink

24   herd in 2010?

25       A.   I did.

1      Q.   When did they begin?

2      A.   They began about the 26th, 27th timeframe I

3  started to notice problems with my mink.

4      Q.   And tell me about the problems.

5      A.   The problems were that there all of a sudden

6  started to be a larger than usual number of deaths in

7  not only kits but females.  I started having mink that

8  died and I didn't know why.  I had mink that had babies

9  and couldn't take care of them.  I was able to farm some

10  babies out to other litters, but they died also.  And it

11  seemed like from then on I had a lot of problems with

12  mink coming in having babies or dying before they had

13  them or dying after they had them with their babies

14  dying too.

15      Q.   Where were you in the whelping process when you

16  first noticed the problems?

17      A.   About 40 to 50 percent in early.

18      Q.   Did you notice any particular group of mink on

19  your ranch that were having the problems?

20      A.   It seemed to be the ones that had not come in yet

21  or the ones that were having them then were the ones

22  that were having major problems.  The ones that had come

23  in earlier seemed to be doing okay.  But the ones that

24  were whelping then and from then on had major problems.

25  It was like a train wreck.

1    Q.   Help us understand.   When you say "the ones that

2    had come in," what do you mean?

3    A.   That's the ones that already had babies and were

4    actually in the box taking care of them.

5    Q.   So by "come in" you mean already whelped or

6    delivered.

7    A.   Yes, sorry.

8    Q.   Let's talk about litter size.   Pre-2010 what was

9    your normal ranch-wide litter size?

10   A.   Between a four and a five.

11   Q.   What happened to your litter size after

12   April 29th, 2010?

13   A.   I believe it was below a three.

14   Q.   How long did this problem persist?

15   A.   I had major problems through the rest of the

16   whelp with mink having babies or losing mink or mothers,

17   and then throughout the rest of the year I had problems

18   with mink dying.

19   Q.   What did you do to determine the cause of your

20   2010 problems?

21   A.   I tried to talk to other ranchers at the time to

22   see if I was the only one having problems or if other

23   ranchers were having any problems.

24   Q.   What did you determine?

25   A.   I talked first of all to my father.   He said that

1    he was having some --

2       Q.   Without telling me what he said, just tell me

3    what you determined after these discussions.

4       A.   I determined that I was not the only one that was

5    having problems.

6       Q.   Did you ever speak to Ed Buschur from National

7    Feeds about the problem?

8       A.   I did.

9       Q.   When did you do that?

10      A.   It was a little bit later on in the year.

11      Q.   What did you tell him?

12      A.   I told had him that I had had a lot of problems

13   out in the mink ranch.

14      Q.   And what did he tell you?

15      A.   I don't know if he answered us specifically right

16   then.  He just acknowledged that I had problems.

17      Q.   Did you ever have the crumlets tested?

18      A.   I did.

19      Q.   Where did you get the samples that you had

20   tested?

21      A.   My father kept a pallet of feed in his cooler and

22   he did not feed that and I was able to have samples from

23   those bags.

24      Q.   Where did you send the samples?

25      A.   I sent it to a lot of different labs.

1    Q.   For what purpose?

2    A.   To find out what was wrong with the -- if there

3  was anything wrong with the feed.

4    Q.   What did you send?

5    A.   I sent out the samples as directed by the labs

6  that I called.  They told me how to sample it and how

7  much they needed, and I sent it to them to be tested.

8    Q.   How did you prepare the samples that you sent to

9  the labs?

10   A.   I had a bag that I opened up and I would put on a

11  pair of gloves --

12   Q.   A bag of what?

13   A.   A bag of lactation crumlets.

14   Q.   From your father's ranch.

15   A.   Yes, from my father's ranch.  I would open that

16  bag up, I would reach at the top and pull out some, and

17  then I would try to get to the middle by laying it on

18  the side and also down towards the bottom and I would

19  put it in a bag and I would send it off according to how

20  much they needed.

21   Q.   What type of bag?

22   A.   Usually it was a sandwich bag that they asked

23  for.

24   Q.   What instrument did you use to take the sample

25  from the top, middle, and bottom?

1       A.   I had a small cup that I tried to reach in there

2    and get a scoop out of to make into a bag, a larger

3    quantity into a bag.

4       Q.   What type of cup?

5       A.   It was a plastic cup.

6       Q.   Clean?

7       A.   Yes.

8       Q.   New?

9       A.   Every time it was new, yeah.

10      Q.   Did you wear gloves?

11      A.   Yes.

12      Q.   What kind of gloves?

13      A.   I have a pair of slip-on disposable gloves, a box

14   of them.

15      Q.   Did you receive the analyses that you requested

16   from the labs?

17      A.   Yes.  Every time they answered.

18      Q.   Will you please turn to Exhibit 16.  Do you have

19   that?

20      A.   Yes.

21      Q.   What is it?

22      A.   It's an analysis from Adamson Analytical

23   Laboratories.

24      Q.   Is it addressed to you?

25      A.   Yes.

1      Q.  Is this what you received in response to your

2    request for an analysis of the National Feeds lactation

3    crumlets?

4      A.  Yes.

5                MR. MERCER:  I offer Exhibit 16.

6                MR. MITCHELL:  We object, Your Honor.  He

7    hasn't laid the proper foundation.

8                THE COURT:  I didn't hear you.

9                MR. MITCHELL:  We object, Your Honor, he has

10   not laid the proper foundation for the admission of the

11   exhibit or the sampling techniques that were used.

12               THE COURT:  Well, this is what he got.

13               MR. MITCHELL:  I'm sorry?

14               THE COURT:  Apparently this is what he

15   received.

16               MR. MITCHELL:  Correct.

17               THE COURT:  He's told us this is what he

18   received.

19               MR. MITCHELL:  Correct.

20               THE COURT:  I assume you've got an expert

21   coming down.

22               MR. MERCER:  Yes, we do, Your Honor.

23               THE COURT:  All right.  The objection's

24   overruled.

25               (Whereupon, Exhibit 16 was received into

```
 1                    evidence.)

 2       Q.  (By Mr. Mercer) Would you please turn to

 3   Exhibit 17, Mr. Griffeth.

 4       A.  Okay.

 5       Q.  What is that?

 6       A.  That's from Surefish Laboratory.

 7       Q.  Is it addressed to you?

 8       A.  It is.

 9       Q.  Is it what you received in response to your

10   request for an analysis of the National Feeds lactation

11   crumlets?

12       A.  It is.

13              MR. MERCER:  I offer Exhibit 17.

14              MR. MITCHELL:  Your Honor, Exhibit 17

15   involves a whole heck of a lot more than just lactation

16   crumlets.  No foundation has been laid for any of the

17   additional material.

18              THE COURT:  All he's saying is this is what

19   he received.  Why have him describe what he sent to

20   these folks, if it's different from what he's previously

21   testified to.

22              MR. MERCER:  The expert will be connecting

23   up any deficiencies.

24              THE COURT:  My question is, my suggestion is

25   the samples that he sent to this lab differ from the
```

1    method that he used to send to the prior lab, he should

2    tell us about that.

3        Q.   (By Mr. Mercer) Mr. Griffeth, did you send

4    different samples to NSF Surefish than you sent to

5    Adamson?

6        A.   The samples came out of the same bag and I

7    sampled them the same.

8        Q.   Did you ever send fish meal to Surefish?

9        A.   I did.

10       Q.   Tell me about that.

11       A.   I received a bag of fish meal from another

12   rancher that I wanted to test to see what was in it.

13       Q.   Who was the other rancher?

14       A.   Duane Weeks was his name.

15       Q.   And why were you interested in Duane Weeks' fish

16   meal?

17       A.   I had done some reading and research on mink and

18   found out that that has been one source of other places

19   where they've had problems in feed, and he had a hundred

20   percent of it, where the lactation only has a certain

21   percentage, I wanted to test the whole thing to see what

22   it was.  And that bag did come from Rangen Feeds.

23            MR. MITCHELL:  Objection, Your Honor, lacks

24   foundation, hearsay.

25            THE COURT:  Well, the answer's in.

1              Put your next question.

2              MR. MERCER:  I offer Exhibit 17.

3              THE COURT:  I'm sorry?

4              MR. MERCER:  I offer Exhibit 17.

5              MR. MITCHELL:  Same objections, Your Honor,

6    the foundation hasn't been laid, and relevance, hearsay.

7              THE COURT:  The objection's overruled.  The

8    exhibits will be received, subject to being tied in by

9    the expert.

10             (Whereupon, Exhibit 17 was received into

11              evidence.)

12    Q.  (By Mr. Mercer) Mr. Griffeth, please turn to

13    Exhibit 18.  What is that?

14    A.  It's a lab analysis from eurofins.

15    Q.  Is it what you received in response to your

16    request for an analysis of the National Feeds lactation

17    crumlets?

18    A.  It is.

19             MR. MERCER:  I offer Exhibit 18.

20             MR. MITCHELL:  Same objections, Your Honor.

21             THE COURT:  Same result, the objection's

22    overruled.

23             (Whereupon, Exhibit 18 was received into

24              evidence.)

25    Q.  (By Mr. Mercer) Finally, Mr.  -- well, strike

1   that.

2            Can I have you turn now to Exhibit 22 --

3   well, no, strike that.  Sorry.  Will you finally turn --

4   sorry for my confusion -- finally turn to Exhibit 8,

5   please.  Do you have that?

6   A.   Yes.

7   Q.   What is it?

8   A.   It looks like the minutes from a Co-op feed

9   committee meeting.

10  Q.   On what date?

11  A.   21st of April, 2010.

12  Q.   Are you listed as being present at that Co-op

13  feed committee meeting?

14  A.   Yes.

15  Q.   Were you present?

16  A.   Yes.

17  Q.   Can I have you turn to the minutes of the meeting

18  on the next page held on May 11, 2010, were you at that

19  meeting?

20  A.   Yes, I was.

21  Q.   Do you see the paragraph at the end there

22  starting with Area reports were given?

23  A.   Yes.

24  Q.   Will you read the first two lines please.

25  A.   Area reports were given.  Several reported being

 1   very happy with the whelp, while a few reported that

 2   their whelping percentage being down, especially in dark

 3   female kits.

 4       Q.  Actually it says especially in black female --

 5       A.  Black female kits.  Sorry, I read dark.

 6       Q.  Then turn to the minutes of the meeting from

 7   June 9th, 2010.  Were you present at that meeting?

 8       A.  Yes.

 9       Q.  Turn to the second page.  Do you see there at the

10   bottom of the first paragraph where it says Overall, do

11   you see that?

12       A.  Yes.

13       Q.  Will you read that sentence.

14       A.  Overall, most ranchers were very pleased with

15   their crop of mink and how they were performing this

16   year.

17       Q.  What action have you taken, if any, to address

18   your 2010 mink losses?

19              MR. MINNOCK:  Objection as to relevance.

20              THE COURT:  Sustained.

21              MR. MERCER:  No questions.

22              THE COURT:  Counselor.

23              MR. MINNOCK:  Thank you, Your Honor.

24   //

25   //

1                    **CROSS-EXAMINATION**

2     **BY MR. MINNOCK:**

3        Q.   Good morning Mr. Griffeth.

4        A.   Good morning.

5        Q.   You actually have used the National Feeds

6     lactation crumlets for over a decade, correct?

7        A.   That's correct.

8        Q.   And the lactation crumlets actually cost more per

9     pound than do the Co-op feed, right?

10       A.   Correct.

11       Q.   And the reason that you've used them for over a

12    decade is because you find them to be helpful in your

13    mink-raising practice.

14       A.   They were helpful, yes.

15       Q.   Okay.  They were helpful for all of the ten years

16    prior to this year that you've talked about.

17       A.   Yes.

18       Q.   Okay.  Now, you talked about how there's no

19    expiration date on the lactation crumlets.  When you

20    order your lactation crumlets you order them with the

21    intent to feed them during the lactation period, right?

22       A.   That's when I use them, yes.

23       Q.   You don't order in 2010 a supply in for 2011 or

24    2012, or 2013, right?

25       A.   I'm sure they don't make them that far in

1    advance.

2        Q.   Well, my point is you don't save them.  In other

3    words, you don't order five truckloads in 2010 and keep

4    them until 2011, '12, or '13, right?

5        A.   I don't have the storage facility, no.

6        Q.   Right.  So you order them and with the plans of

7    immediately feeding them, right?

8        A.   That's what I do on my ranch, yes.

9        Q.   Your father keeps them for later in the year, we

10   heard, which is where the sample came from, right?

11       A.   Correct.

12       Q.   And that's because he likes to feed them right

13   before harvesting to put a sheen on them, right?

14       A.   You'll have to ask him.  I'm sure he saves them

15   though.

16       Q.   Okay.  Now, Ed Buschur came to your farm in

17   August of 2010, you referenced that, remember that?

18       A.   He did not come to the farm.  We met at a place.

19       Q.   You met for dinner.

20       A.   Yes.

21       Q.   And the reason you were meeting for dinner is

22   because you had presented to the Co-op earlier that year

23   that in fact the Co-op should include the crumlets in

24   everybody's feed as a matter of course, right?

25       A.   We talked about that, yes.

1     Q.   You presented that to the feed committee.

2     A.   Correct.

3     Q.   This was Mr. Buschur's way of thanking you for

4     your consideration at the time.

5     A.   He didn't mention that, no.

6     Q.   You don't remember him thanking you.

7     A.   He did thank me over the phone, but that's not

8     why he came out.  At least that's not what he said.

9     Q.   Okay.  Now, you talked a little bit about the

10    testing that you did after this loss in 2010, but during

11    the period of 2010 you did not consult a veterinarian at

12    any time.

13    A.   I have never had any sick mink before on my

14    ranch.

15    Q.   Okay.  But in 2010 when you did discover a

16    problem with your mink you did not consult a

17    veterinarian.

18    A.   I tried to consult mink ranchers first, and then

19    the veterinarian is quite busy at that time, and, no,

20    he, didn't come to my ranch.

21    Q.   And no other veterinarian.  My point is that

22    there is no medical record corresponding with the time

23    period that you had this loss.

24    A.   No.

25    Q.   And there's no documentation that you've provided

1    to show the decline in production that you had.

2        A.   I do have documentation of that, yes.

3        Q.   But that's not part of this trial, correct?

4        A.   No.

5        Q.   Okay.  You're close friends with the Jonssons.

6        A.   Yes.

7        Q.   You guys go fishing in Alaska every year.

8        A.   Not every year.

9        Q.   But you've gone fishing and you vacation together

10   occasionally and things of that nature.

11       A.   Yes.  We're friends, yes.

12       Q.   Okay.  Now, you conducted several tests on the

13   mink feed, correct?

14       A.   Yes.

15       Q.   You've gone over it.  In fact, one test -- the

16   first test that you did, the test that Mr. Mercer went

17   over with you were for histamines and nitrosamines,

18   right?

19       A.   Correct.

20       Q.   And the first test you ever did was at the end of

21   2010, correct?

22       A.   I don't really remember when the first one was.

23       Q.   We're finding the exhibit number.  Let me show

24   you what --

25                 THE COURT:  You're talking about tests he

1    had done.

2                    MR. MINNOCK:  Had done.

3        Q.   (By Mr. Minnock) This is Exhibit Number 40, which

4    is the first test you had done in December of 2010,

5    right?

6        A.   I'm not sure if that's the first test or not.  I

7    don't remember.

8        Q.   Well, the documents that Mr. Mercer went through

9    with you, if you start at Exhibit 16, Exhibit 16 is in

10   that book he went over with you, the -- I know we're

11   coming up on time, Your Honor, and I only have about

12   three more questions.

13                   The first test in Exhibit 16 was indicated

14   it was done in December of 2011, right?

15       A.   Yes.

16       Q.   So that was about 18 months after the feed was

17   fed.

18       A.   Okay.

19       Q.   The next test you had done, Exhibit 17, was done

20   July 1st of 2011, so that's a little over a year after

21   you fed the feed, right?

22       A.   Okay.

23       Q.   18 that you were asked about is also in June of

24   2011, correct?

25       A.   Correct.

1    Q.  So these were all done a year after the feed was

2    fed.

3    A.  Okay.

4    Q.  And this test that you sent in was done in

5    December of 2010, right?

6    A.  That's what it says.

7    Q.  And what you asked them to do is see if there

8    were histamines.  It indicated that there was none

9    detected, is that right, where it says histamines ND?

10   A.  Okay.

11   Q.  ND, or none detected.

12   A.  Right.

13   Q.  So the earliest test you had it indicated was not

14   detected, correct?

15   A.  That's what it says.

16   Q.  All right.  Finally, one other quick thing.

17   Later in 2010 you purchased 400 mahogany mink from

18   Mr. Johnson, correct?

19   A.  Correct.

20   Q.  And those mink actually had a 5.92 kits per

21   litter in 2011, correct?

22   A.  That's what I said, yes.

23   Q.  Is that -- I know that's what we talked about in

24   your deposition.  Is that what you still believe?

25   A.  Yes.

 1     Q.  And your ranch normally gets between a four and a

 2  five I think you've indicated.

 3     A.  Yes, I did.

 4     Q.  So those mink that you purchased from Mr. Jonsson

 5  actually performed better than your ranch average.

 6     A.  Correct.

 7            MR. MINNOCK:  Thank you, sir.  That's all

 8  the questions I have for you.

 9            THE COURT:  Ladies and gentlemen, let me

10  give you your lunch break.  If you'll be kind enough to

11  report back in at 20 minutes after 1:00 we'll get

12  started right at 1:30.  I've got a couple of things

13  ahead of that, but I don't think they'll last very long.

14  So remember what I've told you, don't talk to anybody

15  about the case.  You'll be excused for lunch and we'll

16  see you back at 20 after 1:00.

17            We'll be in recess in this and other matters

18  until 1:30, 1:20.

19            (Jury outside the presence of open court.)

20            THE COURT:  1:30.

21            MR. MERCER:  Thank you, Your Honor.

22            MR. MINNOCK:  Thank you, Your Honor.

23            (Lunch recess.)

24            THE CLERK:  Court resumes session.

25            THE COURT:  It looks like we're all here,

1    and you go ahead.  Let's bring in the jury.

2                    (Jury present in open court.)

3                    THE COURT:  Relax again, folks.  The record

4    will show the jury is present, counsel and the parties.

5                    And you may proceed.

6                    MR. MITCHELL:  Thank you, Your Honor.

7                        **CROSS-EXAMINATION**

8    **BY MR. MITCHELL:**

9        Q.  Mr. Griffeth, you don't have any education or

10   training in the toxicological sampling of feed?

11       A.  I've had some training at work where I've sampled

12   some products.

13       Q.  How about sampling feed for toxicological

14   testing?

15       A.  No.

16       Q.  Okay.  Now, how many sacks of the lactation

17   crumlets did you use for sampling?

18       A.  Two.

19       Q.  Two.  Would you take a look at your exhibit book

20   please, and turn to Exhibit Number 16.  Are you with me?

21       A.  Yes.

22       Q.  Okay.  When was the sack used -- or, I'm sorry,

23   when was the sack opened that was used to sample for

24   document PL002242?

25       A.  To my recollection, I think I had opened -- just

1   opened the second bag to sample this.

2       Q.   Okay.  And when -- what date did you open it on?

3       A.   I would guess just before this.  I think this is

4   when I started the second bag.

5       Q.   So what date did you send in this sample?

6       A.   12/12 of '11.

7       Q.   And you think that this was the first sample from

8   the second sack.

9       A.   That's my recollection, yes.

10      Q.   Okay.  Now, you talked about the process that you

11  used to take the sample, and you said you tried to get

12  some from the top and the middle and then the bottom, if

13  I remember your testimony correctly; did I understand

14  that?

15      A.   Yes.

16      Q.   How did you go about trying to get the feed from

17  the top?

18      A.   First of all, I would reach in and get a little

19  cupful out of the top.

20      Q.   What kind of a cup are we talking about?

21      A.   It's a smaller, little small plastic cup.

22      Q.   Is it one that you keep around the house and put

23  in the dishwasher?

24      A.   No.  I have some throwaway ones, and that's one

25  of them that I used.

1    Q.   Okay.  So it's a throwaway cup that you used.

2    A.   Yes.

3    Q.   Where did that cup come from?

4    A.   Out of the package of other cups.

5    Q.   Where is that package kept?

6    A.   As far as --

7    Q.   Physically on your property where do you keep

8    that package of cups?

9    A.   In my office.

10   Q.   In your office.  Where is your office located?

11   A.   It's on my mink ranch.

12   Q.   Is it in -- what building is it in?

13   A.   It's in a building that's covered with a desk and

14   a -- I don't understand the question.

15   Q.   In other words, is it in one of -- is it part of

16   one of your mink sheds?

17   A.   No, it is not.

18   Q.   Is it a standalone building?

19   A.   Yes.

20   Q.   Okay.  So was the feed that you sampled kept in

21   the building where you kept the cups?

22   A.   No.

23   Q.   Okay.  So you had to go to your office, grab a

24   cup out of this package.  Now, when you sampled the feed

25   for PL002242 in Exhibit 16 was the package of cups that

1    you grabbed the cup from was it already opened, or did

2    you open it right then?

3        A.   It was already opened.

4        Q.   It was already opened, okay.  Do you know how

5    long it had been opened?

6        A.   I do not.

7        Q.   Okay.  Do you know -- are you the only one that

8    gets cups out of that package?

9        A.   Yes.

10       Q.   Nobody else gets a cup out of those packages.

11       A.   No.

12       Q.   Now, so you go to your office, you get one of the

13   plastic cups out of the package, and you carry that cup

14   back to where?

15       A.   Back to where I'm going to do the sampling.

16       Q.   Where is that?

17       A.   I usually pull the bag out and set it on the

18   table so I have access to it.

19       Q.   Where is the bag kept before you do the sampling?

20       A.   It's kept with my other feed supplies inside of a

21   semitrailer.

22       Q.   And as I understand it, it's just a plain old

23   trailer, it could be a reefer, but you don't use it as a

24   refrigerated --

25       A.   It is a reefer trailer, but I did not operate the

1    reefer at that time.

2        Q.  So by the time that you grabbed the sack of feed

3    for this first test result that we're looking for, how

4    long had it been in your possession?

5        A.  I believe I just went down, I'm not sure the

6    timeframe, and picked up another bag from my father out

7    of his cooler.

8        Q.  You're not sure when that happened.

9        A.  It was -- to my estimation, I would say it was

10   before I sampled that, I opened the second bag to start

11   sampling again.

12       Q.  I'm sorry, I didn't understand your answer,

13   sorry.

14       A.  I said I thought that I went down and picked up a

15   bag out of his cooler that stored it there and I brought

16   it up to my place and started sampling again.

17       Q.  Okay.  So you brought it back up, you had it in

18   your trailer, and you got it out of there and brought it

19   over to -- where is this table located that you did the

20   sampling?

21       A.  It's in my shop.

22       Q.  Okay.  And what all is in your shop?

23       A.  Do you want me to list everything in there, or

24   what are you looking for?

25       Q.  Just a general description of the kinds of things

1    that are in your shop.

2       A.   It's a shop with tables, I have tools in various

3    areas that I would need to work.   It's just a shop.

4       Q.   What kinds of work do you do in the shop?

5       A.   I'm a mink rancher, I do everything that's

6    concerned with the mink ranch in that shop as far as

7    fixing things and getting things done, yes.

8       Q.   So if you have say, for example, some broken

9    boxes you can bring those in and work on those in there

10   or broken -- say your feed cart breaks down, you can

11   bring it in and work on there, those kinds of things,

12   that's what we're talking about?

13      A.   I probably wouldn't bring the feed cart in.   It

14   wasn't big enough for that.   But I do have the door --

15   and I do repair things in there, yes.

16      Q.   Okay.   So we've got the feed coming from your

17   trailer and bringing it into your shop and you set it

18   down on a table.   Do you do anything with the table

19   before you put the feed down on it?

20      A.   I just make sure I have enough room to do the

21   sampling that I want to do, yes.   I clean it off.

22      Q.   Then so when you put the feed on the table how do

23   you position the bag on the table?

24      A.   Well, at first, I set it down and take a sample

25   out of the top, and then I like to kind of tip it

1    sideways so I can reach down inside of it and take the

2    rest of the samples.

3        Q.   So you've got it -- so we're setting it on its

4    end up like this?

5        A.   Uh-huh (affirmative).

6        Q.   50-pound sack?

7        A.   Yes, originally it was.  I don't know what was in

8    it at the time.

9        Q.   So then we've got -- so we're setting it on its

10   end, you open up the top?

11       A.   If it wasn't want already opened, yes.

12       Q.   We're talking about this one right now.

13       A.   Okay.

14       Q.   PL002242, this is the first sample coming out of

15   this bag.

16       A.   I'm saying I recollect it probably was, yes.

17       Q.   So you would have had to open it.

18       A.   Okay.

19       Q.   How do those bags open?  Do you have to cut them

20   open or do they rip open?

21       A.   There's a tab on the top, you can pull the string

22   out, it will open.

23       Q.   Is that how you opened this bag?

24       A.   I don't know if I paid attention to how I

25   opened -- usually that's what I did to dump it in the

1  mixer, so that's probably what I did.

2     Q.  Now, you testified earlier that you put on some

3  gloves.

4     A.  Yes.

5     Q.  Okay.  When did you put on the gloves?

6     A.  Usually when I start to handle feed I put on the

7  gloves.

8     Q.  Did you put on the gloves before you went and got

9  the sack or after?

10     A.  It would probably be after when I got the sack

11  positioned where I wanted it.

12     Q.  Did you put the gloves on before you opened the

13  sack or after?

14     A.  I don't know.

15     Q.  Okay.  And what kind of gloves are we talking

16  about here?

17     A.  You're talking about the plastic throwaway, I

18  think they're nitrate gloves, or whatever they're

19  called, they're plastic gloves, throwaway gloves.

20     Q.  Okay.  So it's like what we would see when you go

21  to the dentist and they're working in your mouth they

22  put the gloves on to protect their hands?

23     A.  That type of glove a doctor would wear, yes.

24     Q.  And where did you get those gloves from?

25     A.  Bought them from the store.

1    Q.   And how long before you sampled this feed had you

2  bought those gloves?

3    A.   I have no idea.

4    Q.   And did you go buy those gloves specifically to

5  sample the feed in PL002242, or did you already have

6  them?

7    A.   I'm sure -- I've got several pair on hand in

8  different sizes, so I'm sure I had them on hand.

9    Q.   Was the box open or closed when you sampled this

10 PL002242?

11   A.   I don't know.

12   Q.   Okay.  So you put the gloves on, you've got your

13 cup, and then you scoop some out of the top.

14   A.   Okay.

15   Q.   Right?

16   A.   Uh-huh (affirmative).

17   Q.   Do I have that right?

18   A.   Uh-huh (affirmative).

19   Q.   Yes?

20   A.   Yes.

21   Q.   What do you do with the feed that you've got in

22 the cup?

23   A.   I take it over and dump it in a sandwich bag.

24   Q.   Into a sandwich bag.  And where did that sandwich

25 bag come from?

1    A.   Out of a box of sandwich bags.

2    Q.   Did you do anything to prep the sandwich bag

3  before you dumped the feed into it?

4    A.   I don't understand.   What do you mean?

5    Q.   In other words, did you go through and sterilize

6  the sandwich bag?

7    A.   With what?

8    Q.   Anything.

9    A.   No.   I just pulled the sandwich bag out of the

10  bag.

11    Q.   How about the cup that you used to scoop it out,

12  did you go through and sterilize the cup before you

13  scooped the feed out?

14    A.   I didn't see there was a need since it came out

15  of a new package.

16    Q.   So the answer is no.

17    A.   No.

18    Q.   And so you get the first scoop out of the top,

19  you dump it into a sandwich bag.   How big of a sandwich

20  bag are we walking about?

21    A.   The normal size sandwich bag is all I would say.

22    Q.   Okay.   And so after you get that, do you do more

23  than one scoop off the top?

24    A.   I take enough -- well, depending on which lab I'm

25  sending it to how much they need.

1     Q.   Okay.  And so we're looking at 2242, the Adamson

2   Analytical Laboratories lab.

3     A.   Okay.

4     Q.   How much off the top did you send Adamson

5   Analytical Laboratories?

6     A.   To tell you the truth, I don't remember.  I

7   filled up the bag of -- with feed.

8     Q.   And can you tell me how many scoops from the top

9   that were part of the feed that you used to fill up the

10  bag?

11    A.   I was hoping or guessing to go for a third.

12    Q.   Okay.  And then you say you kind of tipped the

13  bag over a little bit to try and get down to some of the

14  lower levels?

15    A.   Correct.

16    Q.   Okay.  And did you actually end up dumping any of

17  feed out to get down to those lower levels?

18    A.   I'm sure some spilled out on the table.

19    Q.   Okay.  For the stuff that spilled out on the

20  table what did you do with it?

21    A.   I just swept it off and threw it away.

22    Q.   And so as you're reaching down into -- tipping

23  this bag over and reaching down inside of it to get some

24  out of the middle, how far down into the bag do you

25  reach?

1      A.   I'm hoping approximately halfway.

2      Q.   Okay.  And how far is that?

3      A.   Are you -- I don't understand the question.

4      Q.   Show me on your arm how far you stuck your arm

5  down into the feed sack to get some feed out of the

6  middle?

7      A.   I would say about this far.

8      Q.   Right about your elbow.

9      A.   No.

10      Q.   Or right below your elbow?

11      A.   About right there.

12      Q.   Okay.  So we're looking at, I don't know, maybe

13  12, 14 inches, something like that?

14      A.   Okay.

15      Q.   Am I --

16      A.   I'm just guessing.  I don't know.  I didn't look

17  that close to find out.

18      Q.   So how far up your arm does the glove reach?

19      A.   The glove is only on -- right to my wrist.

20      Q.   Makes it up to your wrist.  Okay.

21           So and then how many scoops out of the

22  middle do you take and add into the sack?

23      A.   I tried to do a third again.

24      Q.   And then you try to get all the way down to the

25  bottom.  How far over do you have to tip the sack to get

1   all the way down to the bottom to get some samples out

2   of there?

3       A.   I nearly have to lay it down, I'm sure.

4       Q.   At that point then, do you have all kinds of feed

5   spilling out?

6       A.   It doesn't really run that much.  It's not a

7   liquid.

8       Q.   It's about the consistency of bread crumbs,

9   right, roughly?

10      A.   I wouldn't say bread clums.

11      Q.   No?

12      A.   No.

13      Q.   Bread crumbs.

14      A.   Oh, crumbs.

15      Q.   Crumbs.

16      A.   No, they're bigger than bread crumbs.

17      Q.   Maybe sand?

18      A.   A lot bigger than sand.

19      Q.   A lot bigger than sand.  What would you compare

20  the crumlets to that you were seeing?

21      A.   I can't really think of a food right now that

22  would compare to that.  I don't know.

23      Q.   So you tip the bag pretty much all the way over

24  onto its side so you can get down to the bottom.  Show

25  me on your arm how far you had to reach into that sack

1    to get those samples from the bottom.

2        A.   I'm -- it's probably about right here.

3        Q.   So right below your shoulder.

4        A.   Between my shoulder and my elbow, yes.

5        Q.   Okay.  So we're reaching all the way down in

6    there, and then do you try to get a third out of there

7    from the bottom too?

8        A.   Yes.

9        Q.   Okay.  And so when you get it all assembled, how

10   much -- does it fill the sandwich bag?

11       A.   Yeah, good enough to close it, yes.

12       Q.   And do you do -- other than just dumping it into

13   the sandwich bag, do you do anything else, do you try to

14   blend it or anything like that?

15       A.   No.

16       Q.   So they're just layered in there the way they got

17   dumped in there.

18       A.   Correct.

19       Q.   Okay.  Now, as we look at in Exhibit 16 -- before

20   we move on to the next test, once you were done sampling

21   for PL002242, what did you do with the sack of feed that

22   was left?

23       A.   I don't understand the question.  Where I put it,

24   or what do you mean?

25       Q.   Well, I mean I literally want to know what did

1    you do with the remainder of the feed that was left in

2    the sack.  Did you just roll it -- did you roll up the

3    top of the sack, did you leave it open, carry it and set

4    it over somewhere, what did you do with it?

5        A.   I put it inside a garbage bag and put it back in

6    my reefer semitrailer.

7        Q.   Okay.  Did you close off that garbage sack in any

8    fashion?

9        A.   Just tied the top of it, yes.

10       Q.   And how did you tie the top of it?

11       A.   Just used the strings on the garbage bag to tie

12   the top.

13       Q.   Synched it up?

14       A.   Yeah, I think so.

15       Q.   And before you put it into the garbage sack did

16   you close it off in any fashion, did you close off the

17   sack of feed in any fashion?

18       A.   I'm sure -- what I did is I just shut it up so it

19   wouldn't leak anymore, or limit as much as possible, and

20   put it inside the garbage bag.

21       Q.   And then you put it back inside your trailer.

22       A.   Yes.

23       Q.   Okay.  Is that the same sack of feed that you

24   used for sampling some of the other analyses that we

25   have seen in here so far?

1    A.   That would depend on the date.

2    Q.   Okay.  So anything that would have come after

3  December 12, 2011, would have come from that same sack.

4    A.   I'm assuming so, yes.

5    Q.   Okay.  Now, if we look at -- if we look at

6  Exhibit Number 18, and specifically pages 1109 to 1110,

7  so the last two pages in that --

8    A.   Where are those numbers on here?

9    Q.   Bottom right corners.

10    A.   Okay.

11    Q.   Okay.  Now, as I read it, this is a sample that

12  was tested in April of 2012; is that how you read --

13    A.   That's correct.

14    Q.   And so this test would have come from that same

15  sack, correct?

16    A.   Yes.

17    Q.   Okay.  And had any other samples been taken from

18  that sack between the date of the test that we saw in

19  Exhibit 16, that being PL002242, and the test that we're

20  looking at in Exhibit 18 starting at 1109?

21    A.   To tell you the truth, I've sent so many tests I

22  am not sure.

23    Q.   Okay.  Anything that we are looking at that came

24  from you that is before December 12, 2011, would have

25  come from the original sack of feed that you started

1   sampling from, correct?

2       A.   That's what I'm assuming, yes.

3       Q.   Okay.  So then if we look at, for example,

4   Exhibit Number 17, and the second analysis in that

5   exhibit, and it's document 1119, see that one?

6       A.   Yes.

7       Q.   Okay.  This one, as I see it, is dated June 27,

8   2011, so this sample would have come from the original

9   sack of feed that you were taking samples from to test,

10  correct?

11      A.   As far as I know, yes.

12      Q.   So at the time that we see 1119, June 27, 2011,

13  how long had that sack of feed been opened?

14      A.   I don't know.

15      Q.   Do you know when you first opened the original

16  sack of feed you sent in for testing?

17      A.   I don't know.

18      Q.   Okay.  Now, when you were sampling for this

19  particular test result, were you -- and when I say "this

20  particular result", I'm talking about 1119, okay -- when

21  you were sampling for this test result did you do

22  anything different than the process we've talked about

23  for the Adamson Laboratories?

24      A.   I tried to sample them all the same.

25      Q.   Do you recall ever using a process other than

1    what you've already described for us?

2       A.   I tried to do them all the same.

3       Q.   My question to you, though, is do you recall ever

4    doing anything different.  I know you tried to do them

5    the same, but do you recall doing anything different

6    than what you've already described?

7       A.   No.

8       Q.   Okay.  Now, you've already been shown this

9    blowup.

10      A.   Correct.

11      Q.   Which is, I believe, exhibit number -- I believe

12   it's 40, yeah, Exhibit Number 40.  Do you have any

13   knowledge of any earlier feed samples having been sent

14   in before the date of this test result?

15      A.   I don't remember.

16      Q.   Okay.  So would you have used -- I assume you

17   would have used the same sampling process that you've

18   already described.

19      A.   Yes.

20      Q.   Okay.  And what we're looking at here, assuming

21   that this is the first sample that you sent in, how long

22   before you sent that sample in had you opened the sack?

23      A.   I don't know.

24      Q.   Okay.  When you received the sack you got it from

25   your dad, correct?

1      A.   Correct.

2      Q.   Was it opened or closed?

3      A.   Closed.

4      Q.   Okay.  We're just not sure when it was opened.

5      A.   No.

6      Q.   Okay.  After you were done sampling each of the

7   feed -- each of the quantities of feed out of that first

8   sack, how did you handle the remainder of the feed so

9   each -- first, let's just start with the feed sample

10   that you took in Exhibit 40, once you got done sampling

11   for Exhibit Number 40, how did you handle the feed sack,

12   what did you do with it?

13      A.   The sample sack or the regular sack?  I don't

14   understand.

15      Q.   The remainder of the feed, what did you do with

16   it?

17      A.   The same thing I did with the rest of them, I put

18   it in a plastic bag.

19      Q.   Put it in a plastic bag and put it back in your

20   trailer?

21      A.   Yes.

22      Q.   And that's where it stayed until you needed to

23   get it out and take more samples to send in to other

24   laboratories.

25      A.   Yes.

1       Q.   Okay.   There are a few test results in here

2    dealing with fish meal.   I don't see any designation on

3    here for the type of fish meal that we're looking at.

4    Do you?   So, for example, take a look at Exhibit Number

5    17, and specifically page 1118.

6       A.   I don't know what type of fish meal that is.

7       Q.   So we don't -- we just don't know.

8       A.   I do -- it came in a bag.

9       Q.   It came in a bag, but we don't know the type of

10   fish meal that it is, so we don't know if it's sardine,

11   we don't know if it's catfish, or menhaden, or a blend

12   of fish meal.

13      A.   Excuse me, it did have a tag on the inside that

14   said sardine on it.

15      Q.   Okay.   Sardine fish meal.   And do you know when

16   that bag of fish meal was produced?

17      A.   It was produced around the same time the

18   lactation feed was delivered to us.

19      Q.   It was produced.   And how do you know that?

20      A.   From the rancher I got it from.

21      Q.   Okay.   So we're not going to go any further with

22   that because that gets into hearsay.

23              Okay.   Now, let's talk a little bit about

24   your facility.   Your facility is actually located in

25   Idaho.

1    A.  Correct.

2    Q.  As opposed to Utah, correct?

3    A.  Correct.

4    Q.  Okay.  And it's -- I think you said it's roughly,

5  I don't know, two and-a-half hours from the Jonssons'

6  place?

7    A.  Correct.

8    Q.  Now, you both get your feed from Fur Breeders,

9  but you get your feed from the Logan plant.

10    A.  Correct.

11    Q.  And they get their feed from the Sandy plant.

12    A.  Correct.

13    Q.  Okay.  You each run your own separate herds.

14    A.  Correct.

15    Q.  You don't commingle them or anything like that,

16  right?

17    A.  No.  We run our own ranches.

18    Q.  And you use a different water source than what

19  the Jonssons do.

20    A.  Correct.

21    Q.  And, in fact, I know you've talked about in the

22  past you really strive to eliminate any disease

23  processes or potential for disease on your ranch, but

24  they do creep in from time to time.  I think you've

25  mentioned pseudomonas showing up from time to time on

1   your ranch.

2      A.   Correct.

3      Q.   And I think you've described something that

4   looked kind of like a cold, something like that, on your

5   ranch from time to time.

6      A.   That's pseudomonas.

7      Q.   Oh, that's pseudomonas, okay, so kind of one in

8   the same thing.  You've never been able to figure out,

9   despite your best efforts, how your mink contract

10  disease, correct?

11     A.   I'm sure it's just like humans, it comes around.

12     Q.   It comes around.

13          Okay.  Now, when all of these mink were

14  dying in 2010, so late April/May 2010, you never called

15  a vet out to your place, did you?

16     A.   Truthfully, the vet that we had is a Co-op vet

17  that's in Salt Lake and he is hard to get available at

18  that time because of his age and his health.

19     Q.   So your answer's no, you never called a vet out

20  to your place, correct?

21     A.   No.

22     Q.   So for all of these mink that are dying, you

23  didn't send in any of these mink from April or May or

24  June to have necropsies done on them, did you?

25     A.   No.

1          MR. MITCHELL:  Those are all the questions I

2    have.  Thank you.

3                    **REDIRECT EXAMINATION**

4    **BY MR. MERCER:**

5      Q.  Just a couple of questions, Mr. Griffeth.  You

6    told Mr. Minnock that you purchased some mahogany mink

7    from Keith Jonsson; is that right?

8      A.  That's correct.

9      Q.  Do you know which of Keith Jonsson's ranches

10   those mahogany mink came from?

11     A.  That came from the Cedar Valley ranch.

12     Q.  And you mentioned that you got this truckload of

13   pallets of lactation crumlets.  Tell me again how they

14   were distributed among you and Roger and Keith.

15     A.  Yes.  The Jonssons took six pallets, my father

16   took four pallets, and I kept six pallets.

17     Q.  On the bag of fish meal that you sent in for

18   testing what was the name on the bag of fish meal?

19     A.  It said Rangen on it.

20     Q.  Did you receive any sample instructions from the

21   labs when you called them?

22     A.  Yes.

23     Q.  Did you follow those instructions?

24     A.  Yes.

25          MR. MERCER:  No other questions.

1          MR. MINNOCK:  Nothing else, Your Honor.

2          THE COURT:  Thank you, sir.

3          MR. MERCER:  May this witness be excused,

4    Your Honor?

5          THE COURT:  Any reason why we shouldn't

6    excuse him?

7          MR. MITCHELL:  Yes, Your Honor, he should be

8    excused.

9          THE COURT:  Your next witness.

10          MR. HANCEY:  Yes, Your Honor.  We call Roger

11   Griffeth.  I'll go get him in the hall.

12          THE COURT:  Okay.  If you'll come forward

13   please and be sworn.

14                     **ROGER GRIFFETH,**

15    called as a witness at the request of the Plaintiff,

16        having been first duly sworn, was examined

17                 and testified as follows:

18          THE CLERK:  If you'll please take a seat in

19   the witness stand.  State your name and spell your name

20   for the record please.

21                   **DIRECT EXAMINATION**

22   **BY MR. MERCER:**

23    Q.  Would you state your name please, Mr. Griffeth.

24    A.  Roger Kohling Griffeth.

25          MR. MERCER:  Does he need to spell that did

                                                        260

1    you say?

2              THE CLERK:  Yes, please.

3    Q.   (By Mr. Mercer) Can you spell your name please.

4    How about spell Griffeth.

5    A.   Griffeth, G-r-i-f-f-e-t-h.  The Kohling is

6    spelled K-o-h-l-i-n-g.

7    Q.   Roger the usual way?

8    A.   Yes.

9    Q.   Can you state your address please.

10   A.   38 West Main, Franklin, Idaho.

11   Q.   How long have you lived in Franklin, Idaho?

12   A.   55 years.

13   Q.   Hold are you?

14   A.   75.

15   Q.   Is Kent Griffeth your son?

16   A.   Yes.

17   Q.   Are you a mink rancher?

18   A.   Yes.

19   Q.   How long have you been a mink rancher?

20   A.   45 years.

21   Q.   Where is your mink ranch?

22   A.   At our home address.

23   Q.   Is that the only place you've ranched mink?

24   A.   Yes.

25   Q.   How large was your mink ranch in 2010?

1    A.   700 females.

2    Q.   Do you have any degrees?

3    A.   Yes.

4    Q.   What are they?

5    A.   I attended Ricks College for two years, graduated

6    from there, then went to Utah State University.  My

7    major there was geology, minor math, physics, and

8    chemistry.  I got a job at Thiokol and furthered my

9    training there, was sent to schools to learn to operate

10   scanning electron microscopes, energy disbursing

11   analysis of x-ray equipment, and also to ASM where I had

12   degrees in metallurgy, high temperature metallurgy, and

13   heat training.  Following that I attended George

14   Washington College in Maryland where I got a degree in

15   pyrotechnics.

16   Q.   Have you had employment elsewhere other than mink

17   ranching?

18   A.   Yes.

19   Q.   Where?

20   A.   Thiokol Chemical Corporation and Fireworks West

21   International.

22   Q.   How long at each place?

23   A.   33 years at Thiokol, 10 years at the fireworks

24   company.

25   Q.   What was your title at Morton Thiokol?

1      A.   Senior engineer.

2      Q.   In 2010 were you a member of the Fur Breeders

3  Agricultural Co-op?

4      A.   Yes.

5      Q.   In 2010 what was the principal source of your

6  mink feed?

7      A.   Fur Breeders Agricultural Cooperative.

8      Q.   Did you add anything else to your mink feed in

9  2010?

10     A.   Yes.

11     Q.   What?

12     A.   Crumlets produced by National.

13     Q.   What type of crumlets?

14     A.   They were the lactation crumlets.

15     Q.   How did you order the lactation crumlets from

16 National Feeds?

17     A.   They were ordered through my son, Kent.

18     Q.   Where were they delivered?

19     A.   To his mink ranch.

20     Q.   How did you get yours?

21     A.   I brought them home from there in my truck.

22     Q.   How far is your ranch from Kent's ranch?

23     A.   Three miles.

24     Q.   How many pallets of lactation crumlets did you

25 pick up from Kent's place?

1      A.   Four.

2      Q.   Do you know how many pounds that is?

3      A.   That would be 8,000 pounds.

4      Q.   Where did you store the crumlets when you took

5    them to your ranch?

6      A.   Three pallets were put into a building, metal

7    building, cement floor, frame structure covered with

8    metal that's ventilated.

9      Q.   How large is that building?

10     A.   25 feet by 35 feet.

11     Q.   And what did you do with the fourth pallet?

12     A.   It was put into a cooler.

13     Q.   Why?

14     A.   Well, in the past I have discovered that by

15   saving that pallet and feeding it just before harvest

16   time that it put a few beautiful finish to the fur of

17   the mink.

18     Q.   What is the temperature of the cooler?

19     A.   It's held at a constant 40 degrees.

20     Q.   How do you know that?

21     A.   I have a large thermometer there on the wall, and

22   every time I go in the door it's just right there in

23   front of me, so I check it every day.

24     Q.   When did you feed that last pallet of lactation

25   crumlets?

1    A.   I have not fed it.

2    Q.   Did you feed any part of it?

3    A.   No.

4    Q.   Where is it now?

5    A.   It's still right there except for two bags.

6    Q.   Where are those two bags?

7    A.   I gave them to my son, Kent.

8    Q.   When did you start feeding the lactation crumlets

9    to your mink in 2010?

10   A.   It would have been April, about the 27th.

11   Q.   What ratio of feed to crumlets did you use?

12   A.   20 percent.

13   Q.   How much of the three pallets did you feed?

14   A.   All of it.

15   Q.   Did you feed the mixture to your entire ranch?

16   A.   Yes.

17   Q.   Did you have any problems with your mink ranch --

18   your mink on your ranch in 2010?

19   A.   Yes.

20   Q.   What problems?

21   A.   Well, mink normally start whelping around the

22   19th of April.  On about the 25th, 26th, 27th, along in

23   there, the females became very -- they were not active.

24   We have just a little mom and pop operation there, and

25   we sometimes even name some of our mink.  But the

1   females had no energy, they were sick, the kits were

2   sick, whimpering, and then dying.

3        Q.   Is it a particular group of mink that were having

4   the problems?

5        A.   No, it was through the whole ranch.

6        Q.   Can you quantify the mortality rate that year?

7        A.   Well, we normally in females would lose perhaps 4

8   percent, it would have been three times that number, or

9   about 12 percent on females.

10       Q.   How about the kits?

11       A.   Again, we normally lose about 4 percent of the

12  new whelped ones, and again it was about three

13  percent -- three times greater losses.

14            MR. MERCER:   No other questions.

15                    **CROSS-EXAMINATION**

16  **BY MR. MINNOCK:**

17       Q.   Good afternoon Mr. Griffeth.  How are you today?

18  You've been feeding the lactation crumlets for about a

19  decade, right?

20       A.   Yes, sir.

21       Q.   And you talked about some of the reasons that you

22  do it is because you keep one pallet for the end of the

23  year to provide a nice finish.

24       A.   Now, I'm having a hard time hearing you, I'm

25  sorry.

1    Q.   My apologies.   Sometimes I need to keep my voice

2    up.   You said that one of the reasons that you keep the

3    pallet is in order to put this fine finish on them at

4    the end of the year.

5    A.   Yes.

6    Q.   But you also use them during the lactation period

7    because you have found that it has been helpful for your

8    herd over the last decade, correct?

9    A.   Yes.

10    Q.   Now, you talked with Mr. Mercer about some

11    problems that you had in 2010, but during that time

12    period you did not call a veterinarian to come and

13    diagnose the problem, correct?

14    A.   Now, Mr. Mercer I --

15    Q.   He asked you a question about the problems that

16    you had.   During 2010 you didn't have a veterinarian

17    come to your farm to determine what the problem was.

18    A.   No.

19    Q.   And you didn't send any mink in to be examined at

20    Utah State during 2010.

21    A.   I don't remember.

22    Q.   Okay.   During the following year, though, you do

23    remember that you did open up one mink yourself to

24    determine that she had died during childbirth, do you

25    remember that?

1      A.   Yes.

2      Q.   And when you opened it up you saw signs that you

3  recognized as infection.

4      A.   Yes.

5      Q.   Okay.  And then you did send some in for -- to be

6  examined at Utah State.

7      A.   Yes.

8      Q.   And the results that were given to you were that

9  those animals died from an infection and possible signs

10 of Aleutian disease.

11     A.   Yes.

12     Q.   During 2010 you purchased I think about 200

13 female mink from Mr. Jonsson, correct?

14     A.   Yes.

15     Q.   And they were mahogany mink.

16     A.   Yes.

17     Q.   And you paid I think you calculated that at about

18 $93.47 per mink, correct?

19     A.   Yes.

20          MR. MINNOCK:  Thank you, sir.  That's all

21 the questions I have for you.

22          THE COURT:  Anything else?

23                    **CROSS-EXAMINATION**

24 **BY MR. MITCHELL:**

25     Q.   Mr. Griffeth, do you get your feed from the same

1   place, the same plant that your son gets it?

2       A.  Yes.

3       Q.  Okay.  And do you share a water source with him

4   or do you each have your own separate water source?

5       A.  We're three miles apart.  We have our own

6   systems.

7       Q.  So you're close but not that close, physically

8   geographically you're close but not that close.

9       A.  No.

10      Q.  Do you visit his facility from time to time

11  during the year?

12      A.  We do.

13      Q.  Okay.  Does he visit yours?

14      A.  From time to time.

15              MR. MITCHELL:  No other questions.  Thank

16  you.

17              MR. MERCER:  No questions, Your Honor.  May

18  this witness be excused?

19              THE COURT:  Thank you, sir, and you may be

20  excused.

21              THE WITNESS:  Thank you, Your Honor.

22              MR. HANCEY:  Your Honor, we call as our next

23  witness Dr. Jeffery Hall.

24              THE COURT:  Sir, if you'll come forward to

25  be sworn.  If you'll be sworn, please.

**JEFFERY HALL,**

called as a witness at the request of the Plaintiff,

having been first duly sworn, was examined

and testified as follows:

THE CLERK:  Please take a seat.  State your

name and spell your name for the record, please.

THE WITNESS:  My name is Dr. Jeffery,

J-e-f-f-e-r-y, middle name Owen, O-w-e-n, last name

Hall, H-a-l-l.

**DIRECT EXAMINATION**

**BY MR. HANCEY:**

Q.  Good afternoon Dr. Hall.  Can you tell the jury

where you grew up?

A.  I grew up on a cattle ranch in southern Oklahoma,

a little town called Cement, Oklahoma.

Q.  Where do you currently reside?

A.  I reside in Wellsville, Utah.

Q.  What brought you to Utah?

A.  In a roundabout trip I continued my education,

and upon looking for a full-time job was offered three

different jobs, one of which included a teaching, a

research, and a diagnostic component, and since that's

what I was looking for, I opted to take the job at Utah

State.

Q.  How long have you lived in Utah?

1     A.   I took the job at the university in October of

2  '96.

3     Q.   Are you married?

4     A.   Yes, I am.

5     Q.   Do you have children?

6     A.   I have three stepchildren.

7     Q.   And what are their ages?

8     A.   Let me see, Monica is 30, Justin's 34, and I

9  think Beth Anne and is 37.

10    Q.   Who is your current employer, Dr. Hall?

11    A.   Utah State University.

12    Q.   What is your occupation or job title there?

13    A.   I'm the head of Veterinary Diagnostic Toxicology

14  at the Utah Veterinary Diagnostic Lab and a full

15  professor with Utah State University.

16    Q.   What is veterinary toxicology?

17    A.   Veterinary toxicology is just a veterinary branch

18  of the overall occupation of toxicology, and toxicology

19  is the study and treatment of poisons.

20    Q.   So is a veterinary toxicology dealing with the

21  way that toxic substances affect animals?

22    A.   Yes, it is.

23    Q.   How long have you worked at Utah State?  You

24  might have already answered that.

25    A.   Since October of 1996.

1      Q.   And how long have you been a full professor

2   there?

3      A.   For five years now.

4      Q.   What are you a professor in, or a professor of?

5      A.   I'm a full professor in the Animal Dairy and

6   Veterinary Sciences Department of Utah State University.

7      Q.   What do your jobs responsibilities at Utah State

8   currently consist of?

9      A.   I have a three-way split appointment.  My

10  appointment is 55 percent as the head of diagnostic

11  toxicology at the state veterinary lab, I have a 25

12  percent research appointment, and a 15 percent teaching

13  appointment, and then my last 5 percent is what they

14  call university service for all the committees that I

15  sit on.

16     Q.   Just briefly describe your responsibilities in

17  each one of those three categories you mentioned.

18     A.   I'll start with the smallest percentage.  My

19  university service, I sit on a number of committees,

20  promotion and tenure committees, I sit on the entire

21  University Animal Use and Care Committee, I also serve

22  on a variety of post-tenure review committees for the

23  university, I serve as a reviewer for a number of

24  research journals, both national and international, I

25  serve as -- occasionally serve as officer in some of the

1   scientific organizations that I belong to as well.  That

2   covers my 5 percent university service.

3            My teaching component is 15 percent.  I am

4   the instructor of record for the ADVS 5350/6350 class,

5   which is introductory pharmacology and pharmacokinetics

6   class.  I also assist teaching the toxicology seminar

7   series.

8      Q.  What about the other two components of your work

9   there?

10     A.  My 25 percent research appointment, I'm a

11  collaborative scientist with a wide variety of

12  researchers at Utah State University, at other

13  universities.  I am -- I obtain grant money to perform

14  the research.  I have graduate students that help me

15  conduct research.  Before the economy crashed I had a

16  full-time technician that helped me with the research as

17  well, but that went away when the budget got cut.  I am

18  asked and required by the university to produce output

19  from the research, which includes publications, speaking

20  engagements at scientific meetings.

21           And then my 55 percent diagnostic

22  appointment I am in charge of all samples that come into

23  the diagnostic lab that require some type of analytical

24  testing for toxicology.  I handle a lot of phone calls

25  from producers, from veterinarians, from regulatory

1    officials on these types of cases.  I have to

2    coordinate.  My two analytical chemists actually do the

3    testing that is required that we have the capability of

4    doing within our laboratory, then I have to write

5    summary reports on every case that comes through the

6    lab.

7        Q.  What was your prior place of employment?

8        A.  Actually I've held three positions at Utah State

9    University.  I came in as an assistant professor, was

10   then advanced to an associate professor, and then

11   advanced to a full professor five years ago.

12            Prior to that I was at the University of

13   Illinois.  I was the assistant director of the Animal

14   Poison Control Center at the University of Illinois

15   College of Veterinary Medicine and held an assistantship

16   as well as the full-time position at the Poison Control

17   Center at the same time I was working on my PhD.

18       Q.  Give the jury a little bit of an idea of what

19   your responsibilities entailed at the Animal Poison

20   Control Center in Illinois.

21       A.  When I first started there basically it's a

22   matter of answering phone calls.  We would get calls

23   from all over the United States, from the general

24   public, from veterinarians, from regulatory officials.

25   We would even get calls from human poison control

1    centers to see if we had any data that they didn't have.

2    We would deal with cases, we would have to be able to

3    take history to find out what type of animals were

4    involved, what potential exposures may have occurred.

5    In some cases there was no known exposure and you had to

6    deal with the clinical signs the animal is showing and

7    things that the veterinarians had been able to test and

8    get you some information on to try to paint a picture of

9    what exactly was going on.

10                As I progressed through the system I

11   actually became the lead resident at the Poison Control

12   Center and trained all the new incoming toxicologists on

13   handling calls, progressed to the point to where I was

14   actually a full-time employee at the same time I was

15   working on my PhD, and I did training, supervised phone

16   calls, reviewed cases on an everyday basis.  When I

17   would get done at 5:00, then I would go back to my

18   research lab and work until midnight or 1:00 in the

19   morning on my PhD work.

20                The last year that I was there we had just

21   shy of 50,000 cases come through the Poison Control

22   Center in a single year.

23      Q.   Do you believe your work experience is helpful in

24   a case like this?

25      A.   All background and work experience in the

1  veterinary sciences helps you with a case like this

2  because you have to be able to weed out what is

3  important, what is not important, and look at the facts

4  that are presented to you and be able to come to a

5  reasonable conclusion as to what was happening.

6      Q.   What is your educational background, Dr. Hall?

7      A.   I received my undergraduate degree from Oklahoma

8  State University in farm and ranch management under

9  agricultural economics, then went on to veterinary

10  school at Oklahoma State University, finished my

11  veterinary degree in 1987.  Then I went to the

12  University of Illinois, did a one-year internship, then

13  a three-year residency, passed the international

14  toxicology board exams -- veterinary toxicology board

15  exams, and then finished my PhD at the University of

16  Illinois.

17      Q.   Your PhD is in what?

18      A.   Investigational forensic toxicology.

19      Q.   What certificates or licenses do you hold?

20      A.   I am currently a licensed veterinarian in the

21  State of Oklahoma, maintained my Oklahoma veterinary

22  license after graduation, and I'm also board certified

23  in veterinary toxicology.

24      Q.   Has your background in diagnostic toxicology ever

25  led you to reach a novel finding?

A.   Well, my background and experience I've worked on a lot of different things.  When I was actually at the Poison Control Center I was actually the first person in the world to ever investigate and then subsequently prove and publish that Easter Lily is a toxic plant because all the literature at that time said that it was not.  And that has since been established as a well known fact in the veterinary profession that that particular plant is exquisitely dangerous to cats.

Q.   I'm almost done with your background here.  Have you done any teaching or lecturing in the field of veterinary toxicology?

A.   I do teaching and lecturing every year.  Just as an example, last year I did 26 invited speaking engagements across the United States.  Probably 20 percent, maybe 25 percent of those were at veterinary institutions or other associations where I was actually training veterinarians and doing continuing education meetings.

Q.   Have you published any articles in the fields of veterinary medicine, toxicology, or veterinary toxicology?

A.   I have published in excess of 80 peer reviewed journal articles in my career.  I have published, I don't know exact numbers, but probably in excess of 30

1    book chapters.  Some of those are directly related to

2    toxicology, some of those are related to other fields.

3        Q.  Now, Dr. Hall, are you familiar with the facts of

4    this case?

5        A.  Yes, sir, I am.

6        Q.  Okay.  Please explain to the jury what you were

7    asked to do in this case.

8        A.  When I was originally contacted in this case I

9    was asked if I would serve as a consultant to review

10   documents to try to help determine what was happening

11   with an issue of some mink health and mink mortality.

12       Q.  Mink belonging to who?

13       A.  Actually when I was first contacted it was -- I

14   was contacted and asked to serve as a consultant for

15   four different individuals, Kent Griffeth, Mr. Jonsson,

16   Mr. Jonsson, and the other Mr. Griffeth, and I forget

17   his first name at this point.

18       Q.  What information did you review to try to

19   accomplish what you were asked to do?

20       A.  I asked that I be provided with all documents

21   available.  I was provided a trove of testing reports, I

22   was provided a number of different depositions from a

23   number of different individuals, and I think that was

24   mostly what I was provided initially.

25       Q.  Did you interview the Jonssons during your

1    investigation?

2        A.   I visited with the Jonssons I believe one time.

3    I think it was just one time that we actually visited.

4        Q.   Did you make any recommendations during your

5    investigative period?

6        A.   I did.   I felt like there was some additional

7    testing that needed to be done because at the time I did

8    not believe that what had been initially identified as

9    the potential problem was the true cause.

10       Q.   Now, are the kinds of things that you've just

11   talked about the types of materials information that

12   experts in your field normally rely on?

13       A.   Actually that's only a part of what you have to

14   rely on.   You have to rely on the pertinent facts that

15   are presented to you, but you also have to rely on the

16   scientific literature, investigations that have been

17   done regarding various toxic substances to try to

18   determine whether that fits with what's being seen on a

19   clinical basis, see if that fits with what's being seen

20   as far as an exposure.   And so you have to rely on a lot

21   of literature as well as the pertinent facts that are

22   presented to you.

23       Q.   After you had the chance to look over all the

24   information that you were presented in this case were

25   you able to reach a conclusion as to what happened to

1    the Jonssons' mink?

2        A.  Yes, sir, I was.

3        Q.  Do you have an opinion, sir, with a reasonable

4    degree of scientific certainty, about what caused the

5    Jonssons' mink at the Lehi Ranch to get sick and die?

6        A.  Yes, sir, I do.

7        Q.  What is your opinion?

8        A.  It is my opinion, within a reasonable degree of

9    scientific certainty, that the lactation crumlets that

10   were fed to the Jonssons' mink contained toxic substance

11   and substances that potentially adversely affected the

12   health of the mink resulting in increased neonatal

13   mortality within the mink kits.

14       Q.  Do you have any other facts upon which you relied

15   to reach that conclusion?

16       A.  Well, the clinical picture that was described to

17   me, you have to take that into consideration, but there

18   was another very important fact that was presented to me

19   that I think is very crucial.  Me, as a researcher, when

20   I set up a research study, I want to have controls, I

21   want to have a population of animals that are not

22   exposed to something as a direct comparison to a group

23   of animals that are exposed to something.  That's the

24   only way you can truly compare and determine whether a

25   population is affected or not.  The fact that the

1   Jonssons had two properties, only one of which were fed

2   the lactation crumlets, and then the other parties that

3   also were feeding the lactation crumlets from the same

4   supply, we had three locations where the lactation

5   crumlets in question were being fed and one location

6   where they were not, and the clinical syndrome that was

7   described to me was described as only occurring at the

8   three locations where the lactation crumlets occurred,

9   which basically provided a true control just like you

10  would set up in a research study.

11      Q.  Now, you mentioned as part of your opinion that

12  there are toxic substances in the lactation crumlets

13  that caused the mink to get sick and die.  What are

14  those substances you were referring to?

15      A.  The substance that were identified is -- in the

16  documentation of the analytical testing there was

17  identified concentrations of histamine in the lactation

18  crumlets that were at concentrations high enough to

19  adversely affect mink.  Also within the lactation

20  crumlets there was identified nitrosamines, a toxic

21  substance that mink are exquisitely sensitive to, and

22  those concentrations were deemed to be of a

23  concentration high enough to produce adverse health

24  effects in the mink as well.

25      Q.  When you were first asked to investigate the

1    facts of this particular case, Dr. Hall, were

2    nitrosamines one of the substances that had been tested

3    for in the crumlets?

4        A.  No, sir.

5        Q.  Who made that suggestion to test for

6    nitrosamines?

7        A.  I did, sir.

8        Q.  Why did you make that suggestion?

9        A.  There was some testing that had been done that

10   had identified high concentrations of nitrites in the

11   lactation crumlets and a fish meal that was tested at

12   the same time.  Nitrites in the presence of biogenic

13   amine compounds which occur readily in fish can be

14   chemically converted into nitrosamines, and that's one

15   of the reasons nitrites are typically not used as

16   preserving agents for feeds, foods, and things of that

17   nature anymore is because of the potential for this

18   development of toxic substances.

19       Q.  Okay.  Now, can you describe for the jury what

20   nitrosamines are.

21       A.  Nitrosamines are a very large chemical class of

22   compounds that contain generally one or two side chain

23   nitrogens as well as side chain small carbon groups.  It

24   is a large class.  There are well over 200 different

25   nitrosamines that have been identified to date.  The big

1    reason that they are of concern is because they have a

2    high potential for development of cancer.

3        Q.  How do nitrosamines form from nitrites?

4        A.  Biogenic amines in foods materials in the

5    presence of nitrites and in an acid environment

6    basically can spontaneously, to some degree, but

7    increased with temperature, so as you heat or cook, that

8    combination, that it results in the formation of

9    nitrosamines.  A good example of that is bacons used to

10   be preserved with nitrites and it was found that bacon

11   preserved with nitrites in the cooking process form

12   concentrations of nitrosamines that are potentially

13   dangerous.  And so that heating process, as well as the

14   chemicals being present that heat provides the energy

15   necessary for the chemical reaction for the formation.

16       Q.  You might have already answered this, but for

17   clarity sake, what exactly are nitrites that form into

18   nitrosamines?

19       A.  Nitrites are just a nitrogen molecule with oxygen

20   components that is a chemical form of nitrogen.

21   Nitrites, and one of the reasons nitrites are used -- or

22   historically have been used as preserving agents is

23   because they can inhibit bacterial growth to a degree,

24   and so nitrites are basically a very small molecule that

25   happen to have the benefit of inhibiting bacterial

1    growth, so they started using it as a preserving agent

2    long ago.

3        Q.   You may have just answered my next question, but

4    my question is what commercial uses do nitrites have?

5        A.   Nitrites -- there's a variety of commercial uses.

6    Nitrites are used -- historically have been used as

7    preserving agents, much less today than they once were.

8    Nitrites in some chemical forms are applied as

9    fertilizers to soil.  Nitrites are used in a variety of

10   chemical synthetic reactions.  And so nitrites can be

11   used for a lot of different things.

12       Q.   Are you aware of nitrites being used in the

13   commercial context as a preservative in fish meal

14   products?

15       A.   Historically nitrites and formaldehyde were

16   probably the two most common preservative agents used in

17   fish meal.  That's not true today, but historically

18   that's true.

19       Q.   When can nitrites be added as a preservative to

20   something like fish or fish meal?

21       A.   Nitrites can be added to fish or fish meal

22   anywhere along the process from the time of harvest,

23   i.e., when the fish are caught.  You know, as -- because

24   of the potential of bacteria to affect the integrity of

25   fish it was not uncommon no use a nitrite salt

1    immediately upon gutting and cleaning the fish onboard

2    the ship right after they were caught.  It can be used

3    anywhere along the process, including during the

4    grinding and processing, cooking and preparing of the

5    fish meal itself, it can be used any anywhere along that

6    stream.

7        Q.  What risks, Dr. Hall, if any, are there

8    associated with using nitrites to preserve fish or fish

9    meal for use in an animal feed?

10       A.  The risk has come back to the potential for

11   formation of nitrosamines.  In the early '60s there were

12   a number of cases of livestock and mink that were being

13   fed a diet that contained a high fish meal component

14   that subsequently died, and that was tracked back and

15   traced back to nitrosamines as being the causative

16   agent.

17       Q.  Now, are there different types of nitrosamines?

18       A.  I mentioned earlier there's in excess of 200

19   different known nitrosamine compounds.

20       Q.  What are the most common types of nitrites that

21   are used as preservatives in ingredients?

22       A.  I don't know that I can say specifically the most

23   common type.  The one I'm familiar with, that I'm

24   familiar with its use, is basically it's just a sodium

25   nitrite salt.

1    Q.   Okay.  Are you aware of whether nitrosamines have

2  any kind of a health effect on mink?

3    A.   Mink have been reported to be one of the most

4  sensitive mammalian species to nitrosamines.

5    Q.   What effect do nitrosamines have, Dr. Hall, on

6  mink?

7    A.   Okay.  The effect is -- that's a broad question

8  because the answer is it depends on the dose.  At very

9  high doses, or relatively high doses comparatively, of

10  several part per million in the diet, the animals can

11  die of liver failure within a matter of days.  At lower

12  concentrations the animals can develop liver damage that

13  results in fibrosis and scarring of the liver to where

14  they die of liver failure, you know, weeks after

15  exposure starts.  At even lower concentrations they can

16  develop cancer that can kill them months to a year or

17  more after exposure starts.  So what you see in mink

18  depends upon the rate of exposure.  With lower

19  concentrations seeing more effect on some scarring and

20  cancer; moderate concentrations a more direct liver

21  damage effect; and with the highest concentration

22  basically it wipes the liver out so fast that it kills

23  the animal pretty quickly.

24    Q.   Are nitrosamines known to have any kind of

25  reproductive effect on mink as a species?

1    A.  When you deal with toxicants it's not uncommon

2    that an individual species may not have been tested for

3    a specific entity.  I am unaware that specific studies

4    have been established to look specifically at the

5    reproductive indices in mink associated with nitrosamine

6    exposures.

7    Q.  We'll get back to that in a second.

8         How does the effect of nitrosamines on mink

9    broadly speaking compare to its effect on other animals

10   based on your review of the literature?

11   A.  It's fairly similar across species, but it

12   depends somewhat on the specific nitrosamine of

13   interest, and it also depends somewhat on the overall

14   exposure.  With ingested nitrosamines some of them, in

15   fact, most of them are more predominantly damaging to

16   the liver.  There are some that have some damage to the

17   kidney effects as well.  There are some that have mixed

18   effects.  There are some that when inhaled produce lung

19   tumors.  Nitrosamines in cigarette smoke are one of the

20   reported causes of lung tumors from cigarettes.

21   Q.  Do you have an opinion on the commercial use of

22   nitrites as a preservative for ingredients used in mink

23   feed?

24   A.  Since mink are exquisitely sensitive to the

25   nitrosamines, that's been fairly well documented, the

1    lethality dose at acute, subacute, and even chronic is

2    lower, it takes much less of it to actually cause those

3    effects than it does in other species, I consider it a

4    danger to use nitrite-preserved fish products in any

5    mink type feed.

6        Q.   Should nitrites be used as a preservative for

7    ingredients in a facility that manufactures mink feed?

8            MR. MITCHELL:   Objection, lacks foundation,

9    Your Honor.   He's not a feed maker.

10           THE COURT:   Overruled.

11       Q.   (By Mr. Hancey) You can answer.

12       A.   And the answer to that is in a controlled

13   environment if they're separated in such a way that

14   there's no way they can come in contact with each other,

15   then there wouldn't be any harm in having nitrites in

16   the same facility as a facility that's making mink feed.

17   If there is any potential for cross-contamination or

18   exposure, then, yes, that would pose a risk.

19       Q.   What if the same mixing unit is being used to

20   manufacture different kinds of feeds, would that be a

21   possible cause of cross-contamination?

22       A.   And that comes back to the -- I am somewhat

23   familiar with feed mixing operations because I deal with

24   that through my work.   If the plant had standard

25   operating procedures in place to where they had adequate

1    clean out between batches and that they tested to prove

2    that that adequate clean out was effective and sound,

3    then it still poses a risk, but a lesser risk.

4        Q.   Okay.  Now, Dr. Hall, is any amount of

5    nitrosamine poisonous if ingested by a mink?

6        A.   You can't say any amount, no, sir.

7        Q.   Are you aware of any studies that analyzed the

8    concentration of nitrosamines that would be harmful if

9    ingested by a mink?

10       A.   Yes, sir.

11       Q.   And what do those studies say?

12       A.   The studies show that concentrations as low as

13   .1 milligram per kilogram of body weight per day is

14   toxic to mink.  And the studies -- there's other studies

15   that show as low as .3, there's studies that show as low

16   as .13, there's -- it depends upon the way the

17   individual study was set up.  With a lot of these

18   studies what they refer to is a minimum toxic level

19   observed within the study.  Well, is that minimum toxic

20   level observed within the study the lowest dose they

21   tested?  In several of these studies that's what it came

22   down to.  So there's a gray zone between that lowest

23   dose that's known to cause and effect and zero.  Just

24   because they didn't test the doses in-between, they know

25   that this dose is toxic but they don't know if anything

1    lower is.

2        Q.   Now, you mentioned that the known toxic

3    concentration of nitrosamines, I think, is one -- I'm

4    not good with the metric system, but I think you said 1

5    milligram per kilogram of body weight; is that correct?

6        A.   As low as 0.1.

7        Q.   0.1.  Can that metric equation be translated into

8    a parts per million context?

9        A.   Okay.  Milligram per kilogram of feed is the same

10   thing as a part per million.  When you are talking

11   milligram per kilogram of body weight exposure, that's

12   not a part per million.  So you have to be careful in

13   your interchangement of those units.

14       Q.   Are you aware of any studies that talk about the

15   parts per million of nitrosamines in feed that can be

16   harmful if ingested by mink?

17       A.   I have seen those studies.  Most of those studies

18   I look at it based on milligram per kilogram of body

19   weight, so I go through all the math to calculate what

20   the true exposure rate to the animal was, rather than

21   looking at the concentration in the feed.

22       Q.   Now, do the studies that you've referenced, the

23   ones that you've looked at over your career, do they --

24   were those studies done on mink that were pregnant or

25   not pregnant, do you know?

1      A.   The majority of them were done on mink that were

2    nonpregnant.  There was one study that had an overlap to

3    where -- it was a cancer study to where they

4    specifically were looking at the effects of nitrosamines

5    at causing cancer initially in a full population, and

6    then they had a subpopulation that they bred and

7    followed the babies out to follow the cancer rate out up

8    to a few hundred days.  Actually in that study their

9    statement was that nitrosamines basically for a long

10   enough period of time at a concentration that is

11   effective will produce cancer in 100 percent of the

12   animals.

13     Q.   Okay.  What would be a poisonous concentration of

14   nitrosamines to a pregnant mink?

15     A.   The exact answer to that is unknown.  We can do a

16   certain amount of extrapolation based on what we know in

17   other species.  That's a thing that's done in

18   toxicology.  It's actually done in medicine quite

19   commonly.  As an example, you know, looking at a new

20   drug you're not going to take that new drug and dose a

21   few hundred people to find out how toxic it is.  You

22   have to do it in animals to determine how safe the drug

23   is.  The same thing is done in toxicology, you're not

24   going to go in and determine the toxic dose of an

25   individual compound in every species known to man just

1    so you have that answer.  You do it in a subset

2    population, and then you do a certain amount of

3    extrapolation between the different species to determine

4    what the potential risk is.

5        Q.  How do you use interspecies extrapolation to

6    resolve the issue of what concentration of nitrosamines

7    would be harmful to a pregnant mink?

8        A.  Okay.  There are studies in mice, in pregnant

9    mice and pregnant rats.  You have to be very careful

10   when you do the extrapolation because a number of the

11   studies in pregnant rats they gave as a single very

12   large dose sometime during pregnancy and then looked at

13   the cancer risks in the offspring.  That does not fit

14   well with the scenario we're dealing with here where

15   it's being ingested over a several day to week period of

16   time.  So you have to be careful in the studies that you

17   evaluate in order to do interspecies extrapolation.

18              The first thing I generally do is I look

19   back at what is known, what is the toxic dose acutely,

20   subacutely, and chronically in each individual species

21   where it has been tested.  So in this particular case I

22   look back, there is a lot of data on acute, subacute,

23   and chronic toxicity in rats, in mice, and there is some

24   data available on acute, subacute, and chronic toxicity

25   in mink.  And across the board mink are more sensitive

1    than rats and mice.

2           Then you actually take the studies that are

3    applicable, that are oral exposure.  I don't want to

4    obviously look at studies that are inhalation exposure

5    because that doesn't fit with this case.  But with oral

6    exposure you look at studies to where they have truly

7    monitored reproduction.  That's difficult because

8    there's not a lot of them.  Most of the studies done

9    with nitrosamines, because it is highly carcinogenic,

10   have been set up to specifically look at cancer effects.

11   And when you specifically set studies up to look at

12   cancer effects, you often don't have appropriate

13   controls or appropriate mechanisms for interpreting what

14   it's doing in a pregnancy situation that may affect the

15   viability or the survivability of a neonate or a fetus.

16   And so some of the studies are difficult to interpret,

17   but there are good studies in mice that were very

18   rigorously designed to specifically look at neonatal

19   health and neonatal mortality with the nitrosamines.

20      Q.  Describe those studies briefly and how you

21   applied them to the facts of this case.

22      A.  Okay.  There's two very good studies in mice.

23   One of them the mice were dosed with 0.1 parts per

24   million dimethylnitrosamine, which is one specific class

25   of nitrosamine, or one specific compound of that entire

1    class, at 0.1 parts per million in the water.  They

2    started the mice on the dimethylnitrosamine in the

3    water.  I don't remember the exact number of days, but

4    it was I think 40 or 60 days prior to breeding,

5    continued them on that material in the water throughout

6    gestation and in the post-gestational period.  They

7    monitored the animals for pup numbers per litter, pup

8    survival, number of pups born dead, number of pups that

9    died in that early postpartum period, and found that

10   there was over a 10 percent increase in the number of

11   neonatal mortality.  That was statistically significant

12   comparing between the treatment group that got no

13   nitrosamines and the group that got nitrosamines in that

14   particular study.

15       Q.   When you reference neonatal mortality, what do

16   you mean?

17       A.   Neonatal mortality, death in a time period very

18   close to birth.

19       Q.   To the young or to the offspring of the parent?

20       A.   Correct, to the offspring of the parent.

21            There was another study where they actually

22   dosed mice with 0.01 parts per million

23   dimethylnitrosamine in the water, and looked at the

24   effect.  In that particular study they found increased

25   amount of cancer in the offspring.  So we do know that

1    at least in pregnant mice that the effect on the

2    offspring can be as low as 0.01 parts per million in

3    water, and since mice consume approximately the same

4    amount of water as they do dry matter food intake per

5    day that can then be cross-correlated with an

6    approximately identical concentration in food, and since

7    we know that mink are more susceptible than mice at all

8    the other parameters that have ever been measured as far

9    as acute, subacute, and chronic fatality, you can make

10   the -- within a reasonable degree of scientific

11   certainty, you can make the jump that mink would be

12   equally more sensitive to the effects on reproduction.

13       Q.   In other words, pregnant mink would be harmed by

14   concentrations of nitrosamine at less than .01 parts per

15   million.

16       A.   Yes.

17       Q.   How do you know that the lactation crumlets that

18   were fed to the Jonssons' mink contained nitrosamines?

19       A.   There was analytical testing done on the crumlets

20   from the same shipment that contained nitrosamines.

21       Q.   Now, who ordered the lab reports that you

22   reviewed in your investigation in this case?

23       A.   There were a lot of lab reports in what I

24   reviewed.  They were odored by just about everybody

25   involved at one point or time if you look at the total

1    breadth of what I reviewed.  Some of the lab reports

2    were ordered by the Jonssons.  There were other lab

3    reports that were ordered by Kent Griffeth.

4        Q.  Did you order some?

5        A.  There were lab reports that I ordered as well.

6        Q.  There's an exhibit book in front of you, sir,

7    that rather large binder there, could I have your

8    attention directed to tab number 16 please.

9        A.  You said 16, sir?

10       Q.  Yes, sir.  I want to direct your attention

11   specifically -- that exhibit contains four pages.

12       A.  Excuse me, sir, just for clarification is it the

13   pages in front of the tab or the pages after the tab?

14       Q.  Following the tab, yes.

15       A.  Thank you, sir.

16       Q.  Yes, sir.  Now, there are four pages there.  If

17   you'll focus your attention for a minute on the last

18   three pages in that exhibit, do you recognize those

19   three pages?

20       A.  Yes, sir.

21       Q.  Okay.  And what are they?

22       A.  Okay.  They are three different samples that I

23   requested analysis at Adamson Analytical Labs for

24   nitrosamines.

25       Q.  You sent these samples in yourself.

1    A.  Yes, sir.

2    Q.  Now, for these particular reports in question,

3  what samples did you use?

4    A.  I obtained samples from Mr. Kent Griffeth.  He

5  actually drove down to the lab.  On one of the samples,

6  it would be on page 2 --

7    Q.  Just for the record, there's a number in the

8  bottom right-hand corner that would be 2243?

9    A.  Yes, sir.

10    Q.  Okay.  Go ahead.

11    A.  On 2243 the sample name is Mink Lactation

12  Feed-Kent 11/29/11.  The sample was brought to me on

13  November 29, 2011, and it was in a bag that had already

14  been sampled by Mr. Kent Griffeth.

15    Q.  Okay.

16    A.  The next page, 2244, it says, Bag Number 2

17  Unopened Bag Mink Lactation Feed-JOH-11/29/11.  That

18  sample was brought on November 29, 2011.  It was an

19  unopened bag of crumlets that I personally opened in

20  order to sub-sample.

21    Q.  Okay.  And the next one?

22    A.  The next one says Bag Number 4 Fish Meal-Kent

23  11/29/11.  That was a sub-sample of fish meal that

24  Mr. Griffeth brought me on that same November 29, 2011

25  date.

1    Q.   Now, are you familiar with the method by which

2   Kent Griffeth sub-sampled the samples he gave to you?

3    A.   Mr. Griffeth explained to me that he had a bag of

4   the lactation crumlets, that he just went in and scooped

5   some of it out was the way he described it to me.

6    Q.   Did he describe to you any special care or

7   precaution he took to ensure the sample he was giving

8   you was sterile or intact?

9    A.   He indicated to me that he -- the sample had been

10   retained since the initial incident with the mink mother

11   and kits, that it had been retained on a pallet in a

12   cool room at a controlled environmental temperature, and

13   that he had just sub-sampled one of the bags out of that

14   controlled environment.

15    Q.   How did you come to receive an unopened bag of

16   lactation crumlets for sampling purposes?

17    A.   I specifically told Mr. Griffeth when he asked me

18   that he wanted -- when I suggested that the nitrosamines

19   be tested for, I told him that the best thing was if I

20   had an unopened bag that I could sample from.

21    Q.   Why?

22    A.   Because that provides the utmost in chain of

23   custody.  If the bag is unopened, then the likelihood of

24   any type of adulteration to that bag is minimized.

25    Q.   Do you understand that bag to have been taken

1    from the same refrigerated cooler you discussed earlier?

2       A.   That's the way I was instructed, yes, sir.

3       Q.   Please just briefly describe for the jury your

4    methodology for extracting the simple you took from the

5    unopened bag.

6       A.   I cut the top of the bag open.  I have a sterile

7    clean plastic sampling bag that I then sub-sampled

8    directly out of the intact bag into.  After I obtained

9    the sample and took the samples that Kent had already

10   sub-sampled out of another bag for me, I placed them in

11   a controlled environment freezer at the veterinary

12   diagnostic lab until I had the analyses performed.

13      Q.   Until you mailed the samples to the labs?

14      A.   That's correct.

15      Q.   Did you mention whether or not you wore gloves

16   when you personally sub-sampled from the unopened bag?

17      A.   I didn't mention, but yes, I do.

18      Q.   Now, on what date did you actually send these

19   samples that you say you put in the freezer at the Utah

20   State lab in for testing at the independent

21   laboratories?

22      A.   They were actually sent in in March of 2012.

23      Q.   Why the time delay between when you received the

24   samples and the time you sent them in for testing?

25      A.   I began a search for a lab that would test feed

1  material for nitrosamines.  I found numerous labs

2  throughout the United States that test water on an

3  everyday basis, but none of them had a methodology

4  established and certified for testing feeds.  I had

5  several tell me that they would try, but in a case like

6  this you don't want somebody that's going to try, you

7  want somebody that has experience doing it that you can

8  trust the results.  And it took me a period of time to

9  find a lab that met those qualifications.

10  Q.  What significance, if any, do you attach to the

11  period of time that lapsed between when you obtained the

12  samples, froze them, and sent them off to the

13  independent laboratories?

14  A.  That timeframe would have had no bearing because

15  the samples were frozen.

16  Q.  What bearing, if any, would any time lapse

17  between the time the -- well, from -- well, let me

18  strike that question and ask it this way.

19      Do you know, or have an idea of when the

20  lactation crumlets were processed by Rangen?

21  A.  I don't remember the exact date.  I know I've

22  seen it.  I know it was in the late spring of 2010.

23  Q.  Kent Griffeth and Keith Jonsson have testified in

24  this case that they received their order of crumlets in

25  about the latter part of April, does that sound about

1  right to you?

2      A.  That sounds familiar, yes, sir.

3      Q.  If that is true, Dr. Hall, do you attach any

4  significance to the time lapse between when the Jonssons

5  and Griffeths received their order of lactation crumlets

6  and the time you received the samples that you

7  ultimately sent in for testing?

8      A.  Could you clarify the question please.

9      Q.  Do you attach any significance to any time lapse

10  there was between the time the parties in this case

11  first obtained their order of lactation crumlets and the

12  time you received the samples that you sent in for

13  testing?

14     A.  Because the samples were stored under a

15  refrigerated condition I don't feel that the time has

16  any bearing on the analytical results.

17     Q.  Why not?  What does that have to do with, I don't

18  know, quashing any of your concerns?

19     A.  Nitrosamines typically are formed at higher

20  temperatures, during cooking processes and things of

21  that nature.  In a refrigerated storage unit you're not

22  going to have the heat necessary for that chemical

23  conversion to actively cause that chemical reaction.

24     Q.  Is the methodology you described by which you

25  obtained the sub-samples from the unopened bag, froze

1    them, and then sent them into the laboratories something

2    that is an acceptable practice in the field of

3    toxicology?

4        A.   I deal with sub-sampling materials all the time

5    in sending it to outside labs.   I took the same natural

6    precautions that I do.   Any time I do that I try to

7    prevent any contamination.   I sample with clean gloves,

8    put into clean sterile bags, maintain it in a controlled

9    environment during any holding time, anything necessary

10   to just verify that the sample integrity is retained.

11       Q.   Do you have any concerns about any of the lab

12   reports, the Adamson Lab reports, that are contained in

13   Exhibit 16?

14       A.   I don't have any concerns about any of them, no,

15   sir.

16       Q.   Okay.   Did you receive the second, third, and

17   fourth pages of Exhibit 16 back from the Adamson Lab?

18       A.   I received those back directly from the

19   laboratory, yes, sir.

20       Q.   Now, let's focus on the first of those lab

21   reports for a minute, Dr. Hall, that's again page 2243,

22   do you have that?

23       A.   Yes, sir.

24       Q.   What does this first lab report from Adamson tell

25   us about the lactation crumlets?

1      A.   Okay.  You said 2243?

2      Q.   That's correct.

3      A.   There was actually three different nitrosamines

4  analyzed for.  All three of them were detected by gas

5  chromatography, the nitrosodiethylamine,

6  nitrosodimethylamine, and nitrosodibutylamine at

7  concentrations of 0.28, 0.12, and 0.39 parts per

8  million.

9      Q.   What about the second lab report, that would be

10  2244, what does that tell us?

11      A.   The same three nitrosamines were detected at

12  concentrations of 0.4, 0.22, and 0.74 parts per million.

13      Q.   And the third lab report, page 2245?

14      A.   And the third lab report is the one that deals

15  with the fish meal, and it had nitrosamines at -- let's

16  see, nitrosodiethylamine at 0.63, nitrosodimethylamine

17  at 0.34, and nitrosodibutylamine at 0.46 parts per

18  million.

19      Q.   What is the difference between the three kinds of

20  nitrosamines being tested for in these lab reports?

21      A.   These are three common nitrosamines.

22  N-nitrosodimethylamine is actually one of the most toxic

23  of the nitrosamines.  It is the one that has had a vast

24  amount of research done on it.  The nitrosodiethylamine

25  is slightly less toxic, and n-nitrosodibutylamine is the

1    least toxic of these three, but all three of them are

2    still toxic.

3        Q.   What significance do you attach to the fact that

4    all three of these lab reports show that there are

5    nitrosamines in three different types in the lactation

6    crumlets?

7        A.   That gives me confidence that the results are

8    real, that the lactation crumlets were contaminated with

9    nitrosamines.

10       Q.   What possible explanations are there for the

11   presence of nitrosamines in the lactation crumlets?

12       A.   The most common source of nitrosamines in feeds

13   and forages is associated with fish meal inclusion in

14   diets, although it's not exclusive because you can get

15   small amounts of nitrosamines from other sources, other

16   contaminations, but the most common is associated with

17   fish meal inclusion in diet formulations and that fish

18   meal having been preserved with nitrites.

19       Q.   Are you familiar with the ingredients that went

20   into the lactation crumlets?

21       A.   I have reviewed that document.  I don't know it

22   by heart, but I have reviewed it.

23       Q.   Do you know whether or not fish meal is one of

24   the ingredients in that product?

25       A.   As I remember, fish meal is one of the

1    predominant ingredients in that product.

2         Q.   Based on your experience and knowledge, what

3    ingredients do you believe are most likely to have been

4    contaminated or preserved with nitrites that make up the

5    lactation crumlets?

6         A.   The fish meal.

7         Q.   Did you determine at what point the nitrites were

8    introduced into the crumlet ingredients?

9         A.   No, sir.

10        Q.   Let me direct your attention now, Dr. Hall, to

11   what's been marked as Exhibit 17.  Do you have that?

12        A.   Yes, sir.

13        Q.   I want to focus your attention on the first page,

14   which again down at the bottom is 1118, do you see that?

15        A.   Yes, sir.

16        Q.   Now, is this one of the lab reports that you

17   reviewed as part of your investigation into this case?

18        A.   Yes, sir, it is.

19        Q.   Okay.  And this is a lab report from a laboratory

20   called NSF Surefish, correct?

21        A.   That is correct.

22        Q.   Tell us what this report indicates as far as the

23   case is concerned.

24        A.   There was a sample sent by Mr. Kent Griffeth to

25   the NSF Surefish laboratory, requested sampling to be

1    tested for formaldehyde and sodium nitrite.  It

2    contained formaldehyde at 45 parts per million and

3    sodium nitrite at 1.57 percent.

4        Q.  What is the significance of this finding of

5    sodium nitrite in the fish meal that was tested here?

6        A.  It's not so much the significance of the fact

7    that it was found, it was the fact that it was found at

8    1.57 percent.  That's an extremely high occurrence, and

9    the only way you would ever see that amount of sodium

10   nitrite in a fish meal sample would be if that fish was

11   preserved with sodium nitrite.

12       Q.  Let me direct your attention to the second page

13   in that exhibit, page 1119, do you see that?

14       A.  Yes, sir.

15       Q.  Is this a lab report that made up part of your

16   investigation in this case?

17       A.  Yes, sir.

18       Q.  Okay.  What is its significance?

19       A.  It is another sample.  It is a lactation feed

20   sample, it says Fish Meal Lactation Feed, that was sent

21   in for testing for formaldehyde and sodium nitrite.  It

22   contained formaldehyde at 110 parts per million and

23   sodium nitrite at 1.5 milligrams.

24       Q.  What's the significance again of this lab report?

25       A.  The fact that the sodium nitrite is present in

1    the final feed.

2         Q.   In the lactation crumlets.

3         A.   In the lactation crumlets, indicates that there

4    was a contamination of an ingredient that went into that

5    lactation crumlets.  There again, since the fish meal

6    that was tested was identified to me as being obtained

7    from Rangen at the same time period as the lactation

8    crumlets, that would indicate that the fish meal onsite

9    at the time the lactation crumlets was made had the

10   potential to be contaminated with sodium nitrite or

11   preserved with sodium nitrite, the fact that sodium

12   nitrite is in the final product indicates that a fish

13   meal that had been preserved with sodium nitrite was

14   used in the lactation crumlets.

15        Q.   Now, what do the nitrosamine concentrations

16   identified in the lab reports we've looked at so far

17   tell you about the nitrosamine concentrations that were

18   present in the feed at the time it was eaten by the

19   Jonssons' mink?

20        A.   Since the nitrosamines are typically formed at an

21   acid environment at higher temperatures and since the

22   material had been stored under refrigerated conditions,

23   the nitrosamine concentration at the time of feeding

24   should be similar, if not identical, to the

25   concentration that was present at the time of testing

 1    and feeding both.  Because nitrosamines have some

 2    volatile characteristics, there is the possibility that

 3    some of the nitrosamines present in the lactation

 4    crumlets volatilized off over time, and so the

 5    concentration in what was tested may have actually been

 6    lower than what was actually in the feed at the time of

 7    feeding.

 8        Q.  Now, the Jonssons have testified over the last

 9    couple of days that when they fed their mink in the

10    spring of 2010 they mixed bags of lactation crumlets in

11    with feed, regular mink feed they got from their co-op;

12    are you familiar with that testimony?

13        A.  Yes, sir, I am.

14        Q.  What bearing does that fact have on your analysis

15    of how much nitrosamine was in the mink diet at the time

16    they ate the lactation crumlets?

17        A.  When you have multiple ingredients in a feeding

18    situation you have to take into effect dilutional

19    calculations, and so you have to actually calculate what

20    the final concentration was.  I do it on a dry-matter

21    basis because doing it on a dry-matter basis makes it

22    much easier to convert between species, especially when

23    you're doing interspecies extrapolation.  When looking

24    at the mice and the rat studies when it's fed to them

25    it's fed in a pelleted feed that is relatively a

1    dry-matter basis at the time of feeding.  So in order to

2    do a direct one-to-one comparison you need to actually

3    evaluate the mink feed on a dry-matter basis as well.

4    That way you're comparing apples and apples instead of

5    apples and oranges.

6       Q.  When you talk about a dry-matter basis what are

7    you referring to?

8       A.  Any dietary ingredient can have a certain amount

9    of water.  An apple, for example, may be 50 percent

10   water if you actually dried it and weighed it before you

11   dried it and weighed it and after you dried it.  So the

12   dry-matter basis is the dried apple, the wet matter

13   basis is the apple intact is a good way to describe it.

14      Q.  Okay.  And what is your understanding of the

15   composition of the co-op feed the Jonssons were

16   including in this mixture in the spring of 2010?

17      A.  When the co-op feed was originally described to

18   me the actual characteristics of the co-op feed was not

19   adequately described to me.  I found out during the

20   process of the investigation towards the latter end of

21   preparing for this trial, that the co-op feed actually

22   contained a significant amount of water.

23      Q.  What percentage of water?

24      A.  It varied.  It was in some cases as much as 66,

25   67 percent.  In some cases it was as little as

1    50 percent.  But there was a wide variability in the

2    amount of water.

3        Q.  Is there water content to some extent in the

4    lactation crumlets that were fed in 2010?

5        A.  It's very small.  I had one sample that I did dry

6    just for curiosity and it was about 6 percent moisture

7    was all.

8        Q.  What is your understanding, Dr. Hall, of the

9    ratio of co-op feed, water, and lactation crumlets that

10   the Jonssons fed to their mink in the spring of 2010?

11       A.  The way it was described to me was that the ratio

12   of mixing was roughly 20 to 25 percent lactation

13   crumlets, 75 to 80 percent co-op feed, and that's the

14   way it was originally described to me.  In review of

15   depositions there was also some water added to that

16   mixture, but that is not the way it was originally

17   described to me because I told them that I just wanted

18   to know how the feed itself was mixed.

19       Q.  Once you eliminate all of the moisture or water

20   from the co-op feed and the crumlets and the water that

21   the Jonssons added to that mixture, what concentration

22   of nitrosamines was in the mixture at the time it was

23   fed to the Jonssons' mink in Lehi?

24       A.  If I remember the calculations correctly, I

25   provided those documents to you, it was up to .1 part

1    per million in the final dry matter diet.

2        Q.   Up to what, I'm sorry?

3        A.   0.1 part per million in the diet, or milligram

4    per kilogram of diet, either way.

5        Q.   Does that 0.1 number have any significance to

6    you?

7        A.   Yes, because at concentrations that are identical

8    there were reproductive issues, neonatal mortally,

9    neonatal deaths, and stillborns in the mice study that

10   was dosed in water at the same concentration, and since

11   mice drink approximately the same amount of water as

12   they eat feed, that would be directly correlated to a

13   food intake, so the mink were ingesting an equal

14   concentration to what was toxic in mice, and we know

15   that mink are more sensitive than mice.

16       Q.   Now, when you say at .1 percent, are you

17   referring to one type of nitrosamine or all of the

18   nitrosamines that were tested for?

19       A.   Okay.  It was not .1 percent, it was .1

20   milligrams per kilogram of feed, and that was just in

21   nitrosodimethylamine.  That did not account for any of

22   the other nitrosamines tested.

23       Q.   What bearing do those other kinds of nitrosamines

24   that were found in the lactation crumlets have on your

25   analysis?

1    A.   The other nitrosamines are toxic as well, they're

2    just not as toxic.  As an example, the

3    n-dibutylnitrosamine has been referenced to be less than

4    one tenth of the toxicity of the dimethylnitrosamine,

5    and diethylnitrosamine falls between those two.  So

6    they're not as toxic, but they are still toxic.  You

7    can't add them together and look at a total number

8    because they vary in toxicity and there's not as much

9    data available to evaluate for the dibutyl or the

10   diethylnitrosamines as there is the dimethylnitrosamine.

11   But they have the potential of causing additive effects

12   to what has been described for the dimethylnitrosamine.

13   Q.   I believe you stated earlier, correct me if I'm

14   wrong, that in your opinion the nitrosamine

15   concentration that was in the feed at the time it was

16   tested is the same as the nitrosamine concentration in

17   the crumlets at the time they were manufactured or fed

18   to the Jonssons' mink; is that a fair characterization

19   of your testimony?

20   A.   From a science standpoint you can't say it's the

21   same.  You can say that within a reasonable degree of

22   scientific certainty the concentration identified at the

23   time of testing should be nearly identical to that which

24   was present at the time of feeding.

25   Q.   What are the clinical symptoms for nitrosamine

1  poisoning, Dr. Hall?

2     A.   Nitrosamine poisoning, it can vary.  And there

3  again it comes back to dose.  The more acute higher

4  doses that cause very sudden disease and very sudden

5  onset of illness, animals become very depressed, they

6  will actually back away from feed, quit eating, become

7  reclusive.  One of the reports described them as

8  basically hiding behind cages.  You know, they just

9  don't feel good.  I mean they don't act or behave

10 normally.  As you get later into the syndrome in those

11 doses the animals are dying of liver failure.  So

12 there's also the possibility of them developing icterus

13 or jaundice, or a yellow-green discoloration to the

14 whites of the eyes, things of that nature.

15    Q.   How would nitrosamine poisoning manifest itself

16 in a pregnant mink?

17    A.   I would expect that it would manifest itself in a

18 similar way to what has been described in mice and in

19 rats with some other nitrosamines in that you'll see a

20 decrease in birth weights, you'll see a decrease in

21 viable offspring, in other words, you'll have some

22 stillbirths and a decrease in the viability of the

23 offspring that are born live.

24    Q.   What is your understanding of the symptoms

25 exhibited by the Jonssons' mink after they began

1    consuming the lactation crumlets?

2        A.  As it was described to me, the mink began

3    exhibiting signs of some reluctance to eat the feed, not

4    necessarily complete anorexia, but some reluctance to

5    eat the feed, which was described to me as not being

6    unusual at the time of the mink having kits.  It wasn't

7    unusual for mink to back away from feed a little bit,

8    you know, the day before or the day that they have their

9    kits, but usually they come right back on to feed is the

10   way it was described to me.  But these mink did not tend

11   to come back on to feed as they normally would, that

12   they had an abnormally large number of kits that were

13   born dead or died within a few days of birth was the

14   predominant manifestation that was described to me.

15       Q.  You mentioned that you reviewed a lot of

16   information while you performed your analysis of this

17   case, correct?

18       A.  Yes, sir.

19       Q.  Have you come across any information, Dr. Hall,

20   that would lead you to believe that disease played any

21   part in the death of the Jonssons' mink in 2010?

22       A.  No, sir, I have not.

23       Q.  Are you familiar with a compound known as

24   histamine?

25       A.  Yes, sir, I am.

1      Q.   What is histamine?

2      A.   Histamine is basically a nitrogenous molecular

3   substance that has a wide variety of effects on a body

4   or tissues.   It can affect a lot of different organ

5   symptoms.

6      Q.   What effect does histamine have on mink?

7      A.   Histamine has been studied in mink, it is known

8   that it can affect their food intake, it can cause them

9   to have digestive disturbances, they can have vomiting

10  and diarrhea, they can have decreased weight gain, they

11  can have decreased feed efficiency, they can actually

12  have some damage to the lining of the digestive tract

13  where they end up with swollen stomachs.

14     Q.   At what concentration can histamine be toxic to a

15  mink?

16     A.   The predominant study that I utilized I believe

17  the lowest concentration they fed was 110 or 118 parts

18  per million in the final diet.   They did have adverse

19  effects.   That was actually the lowest amount that they

20  fed.   But in that same paper they referenced other -- a

21  study article saying that concentrations of above 50

22  parts per million has been reported to be -- to

23  potentially cause adverse effects.

24     Q.   What concentration of histamine would be toxic to

25  a pregnant mink?

1    A.   That's a difficult question because the true

2  answer is we don't know.  I've never seen any studies

3  where they actually dosed histamine to pregnant mink to

4  look at the effect.  Looking at a variety of other

5  studies, it is known that at least in some species

6  during pregnancy there are enzymes that help break down

7  histamines where it may not be as much of a problem.

8  But that effect in mink is not known.

9              THE COURT:  Are you about through with him,

10  counselor?

11             MR. HANCEY:  I'm sorry?

12             THE COURT:  Have you got a few more minutes

13  with him?

14             MR. HANCEY:  I do, Your Honor, and this

15  might be a good point to break.

16             THE COURT:  Why don't we give these folks a

17  15-minute break.  Remember what I told you.  Let's be in

18  recess for 15 minutes.  Quarter to.

19             MR. HANCEY:  Thank you.

20             (Recess.)

21             THE CLERK:  Court resumes session.

22             THE COURT:  We're all here, and you go

23  ahead, counselor.  Let's bring in the jury.

24             (Jury present in open court.)

25             THE COURT:  Again, thanks, folks, sit down,

1    relax.

2              Let's continue, counselor.

3              MR. HANCEY:  Thank you, Your Honor.

4    Q.  (By Mr. Hancey) Okay.  Dr. Hall, when we left off

5    we were talking about histamine.  Let me direct your

6    attention, sir, to Exhibit 17, and specifically the

7    third page in that exhibit, and the number down at the

8    bottom is 1120.  Are you with me?

9    A.  Yes, sir, I am.

10   Q.  Have you seen that document before?

11   A.  Yes, sir, I have.

12   Q.  Is that something that you've relied on in this

13   case?

14   A.  Yes, sir.

15   Q.  Now, let me just keep your finger there and turn

16   over to tab 18 and look at the first page of that

17   exhibit, number 1116, do you recognize that document?

18   A.  Yes, sir.

19   Q.  Is that something that you've relied on in this

20   case?

21   A.  Yes, sir.

22   Q.  What do these two lab reports, Dr. Hall, one from

23   Surefish and one from eurofins, a different lab, tell

24   you about this case?

25   A.  Both of them had concentrations of histamine that

1    were high.  The lactation crumlets, 25 percent fish meal

2    in the Surefish analytical testing sample was 442.2

3    parts per million, which is the same thing as 442.2

4    milligrams per kilogram of feed.  The other sample on

5    the eurofin certificate of analysis was histamine at 206

6    micrograms per gram.  And micrograms per gram is the

7    same thing as milligrams per kilogram, which is the same

8    thing as parts per million.  So one of the reports had

9    442.2 and the other report had 206.

10   Q.  Are the numbers in these lab reports

11   representative, Dr. Hall, of the histamine

12   concentrations that were actually consumed by the

13   plaintiffs' mink?

14   A.  Actually there's no way to know for sure, but

15   they are likely less than what was present at the time

16   of food consumption.

17   Q.  Are you saying that the concentrations of

18   histamine in the feed -- in the crumlets at the time of

19   feeding was less than what we're seeing in these test

20   results some months later?

21   A.  I'm saying that there is the potential for them

22   to be less.  There was actually a number of different

23   tests, and concentrations were, I guess a good way to

24   describe it, all over the board, ranging from fairly low

25   concentrations to fairly high concentrations.  The

1    concentrations in each of those samples tested were all

2    likely higher at the time that the feed was manufactured

3    than they were at the date of testing.

4        Q.   Why is that?

5        A.   Because most of the histamine that's produced in

6    fish is produced from histidine, an amino acid.   That

7    histidine conversion to histamine occurs fairly readily.

8    That's one of the reasons fish are preserved fairly

9    quickly after harvest, either put on ice or treated with

10   some type of preserving agent to prevent the degradation

11   of the fish tissue.   During that degradation process is

12   when you get that histamine production.   A number of

13   studies have been done that looked at histamine

14   concentrations across time and found that at a variety

15   of temperatures, at a variety of humidity conditions,

16   that the histamine significantly drops across time.

17       Q.   Can you say with a degree of scientific certainty

18   whether or not the histamine concentrations in the

19   lactation crumlets at the time the Jonssons' mink were

20   fed were at toxic levels?

21       A.   Because of the high variability, there is, with a

22   reasonable degree of scientific certainty, at least some

23   of the bags that contained histamine concentrations at

24   toxic concentrations.

25       Q.   At the time of feeding?

1      A.   At the time of feeding.

2      Q.   What significance, if any, do you place on the

3   fact that there were histamine concentrations found in

4   some of these lab reports that you described as being

5   all over the map?

6      A.   I've seen that in a number of cases I've been

7   involved with around the country.  One example that I

8   had on a case in Virginia there was a feed mixing error.

9   In that particular case there was an ionophore feed

10  additive in a horse feed which was toxic.  We tested --

11  I think when we finish tested we tested 28 separate bags

12  from one production lot, and we had concentrations that

13  ranged from zero to concentrations up as high as 1800

14  milligrams per kilogram of feed just because the feed

15  was not uniformly mixed.  It came all out of the same

16  batch, but there was some disparity within that batch

17  because it was not completely homogenous.

18     Q.   How would histamine poisoning manifest itself

19  clinically in a mink?

20     A.   It can cause some gastric irritation.  It has the

21  potential of causing some vomiting and diarrhea at --

22  even in concentrations that are high that cause vomiting

23  and diarrhea in some studies it's reported that over

24  time the animals acclimate to it, they still have the

25  potential of a loose stool, even though it may not be

1   complete profuse watery diarrhea, but the stool may

2   still be loose and they still have the potential of

3   causing decreased feed intake, decreased feed

4   efficiency, decreased gain, the animals don't grow as

5   fast, and they can have some lesions in the stomach as

6   well.

7       Q.  What symptoms would we find for histamine

8   poisoning in pregnant mink?

9       A.  The potential is that animals that have gastric

10  distress don't eat as much.  Animals that are pregnant

11  have a higher metabolic demand, and so if animals are

12  forced to restrain from eating during a time of high

13  metabolic demand, it can put them into a negative energy

14  situation to where they may not have appropriate body

15  nutrients to adequately supply the fetus to adequately

16  produce milk after having the kits to provide for kit

17  survival.  Because there is minimal, very, very minimal

18  data on histamine and pregnancy, it becomes a very

19  difficult question to answer and you have to -- you have

20  to answer it knowing what histamine causes in a

21  nonpregnant animal and use some degree of scientific

22  reason from that point.

23      Q.  Is that something that's acceptable in your -- in

24  what you do?

25      A.  In many cases you have to extrapolate because

1    there may not be studies done in the individual species

2    or at the individual age or at the individual subset

3    population for every compound, and so there are times

4    that you have to extrapolate between species the same

5    way as you do when you extrapolate from animal studies

6    to humans.  At human poison control centers, obviously

7    you're not going to dose people to determine how you

8    want to treat a poison.  You have to do it based on what

9    we know in animals, and you have to do that same

10   extrapolation between animal species.

11       Q.  Now, you testified earlier, Dr. Hall, that it was

12   your scientific opinion that nitrosamines have a

13   neonatal -- or are toxic to the offspring or to the

14   young of adult animals, including mink; is that a far

15   characterization?  I think you said it was neotoxic to

16   mink.

17       A.  It is neotoxic to mice.

18       Q.  To mice.  And you used extrapolation to bring

19   those studies over into the realm of mink; is that

20   correct?

21       A.  That is correct.

22       Q.  Now, the Jonssons testified earlier in this trial

23   that in 2010 they also lost about 400 adult mink.  Do

24   you have an opinion on how nitrosamines could have

25   impacted the adult mink, or the adult pregnant mink that

1    consumed the lactation crumlets during that period of

2    time?

3         A.   The concentrations of nitrosamine would not have

4    been high enough to where I would have expected to see a

5    direct effect of the nitrosamines causing mortality in

6    the mothers.  The concentrations to where that does

7    happen on an acute basis are much higher than what we've

8    identified in this particular case.  However, because it

9    has the potential, based on my studies and based on

10   things that have been seen in rats and other species

11   associated with decreased offspring survival and the

12   production of stillbirths, if an animal had stillbirths

13   or had a fetus that had died that, for example, got

14   retained within the uterus, then you can see

15   complications from the dead fetus beyond the dead fetus

16   itself if it's not properly expelled, and sometimes that

17   occurs.

18        Q.   Do you have an opinion on whether or not the

19   Jonssons could expect to see continued health effects in

20   their mink heard at the Lehi Ranch following the 2010

21   calendar year?

22        A.   There is a potential yes, sir.

23        Q.   Based on what?

24        A.   In studies at lower concentrations very

25   long-term, in fact -- I can't quote it directly, but

1    this is close, they stated that mink provided

2    nitrosamines for a long enough duration there's the

3    potential for production of cancers in 100 percent of

4    the animals.  Now, in this particular situation, the

5    contaminated lactation crumlets were fed for a window of

6    time, not continuously.  You have the potential, even

7    with the window of time exposure, when you're dealing

8    with a cancer producing agent to cause DNA damage that

9    can result in those animals developing tumors months or

10   even a year after the fact.  So, yes, there is the

11   potential.

12       Q.  Now, we have discussed nitrosamines and we've

13   discussed histamines.  Is there anything else you

14   considered, Dr. Hall, in formulating your opinions in

15   this case?

16       A.  In evaluating a case of this nature you have to

17   evaluate everything, you know, not just individual

18   compounds.  There were a number of things that were

19   brought to my attention that were initially thought to

20   be issues with the mink.  There was investigations done

21   along the lines of ionophores in the feed, and I quickly

22   instructed the Jonssons and the Griffeths both that

23   that, at the concentrations that were identified, was

24   not a problem.  You know, it was obviously a low enough

25   concentration that it was of no concern whatsoever to

1    me.  There was discussion of vitamin E deficiencies

2    potentially being a problem.  The indications were,

3    based on feed testing and things of that nature, that

4    there was adequate vitamin E in the feed, that some of

5    the animals that tested, the low vitamin E may have been

6    secondary to something else causing the vitamin E to go

7    away, which you can see with oxidative stress and

8    diseases, chemical reactions, things of that nature.

9           The key that I kept coming back to, there

10   has been some suggestion of infectious ideologies, and

11   for various reasons those infectious ideologies were in

12   my mind ruled out based on circumstances and facts

13   associated with the case.  And so I look at that in a

14   broad umbrella in order to focus myself down to a final

15   diagnosis and final conclusion.

16          One of the key things for me comes back to

17   what I described early on.  This was a very nice case

18   control study where we have four separate locations,

19   three of which received the feed in question and one of

20   which did not.  The three locations that received the

21   feed in question had what was described to me as almost

22   identical clinical manifestations within the animals.

23   As it was described to me, two of the locations -- or

24   one of the locations had a slightly higher mortality.

25   That same location was one that include the crumlets at

1    a higher rate of inclusion.  And so in some ways looking

2    at that it was almost like a dosed case controlled study

3    as well.  The one location where the feed was not fed,

4    there was not the problem.  That points to the feed as

5    being a causative source.

6              There was indication of infectious

7    ideologies potentially being a problem.  For various

8    reasons I ruled that out.

9    Q.  By that you mean disease?

10   A.  Correct.

11   Q.  Okay.

12   A.  There were some animals that had tested positive

13   for Aleutian disease on the Jonssons' ranch.  Actually

14   that didn't surprise me because I was told upfront that

15   Aleutian disease was endemic on that ranch.

16   Interestingly enough, at the location of Mr. Griffeth

17   his mink were Aleutian disease free and they showed the

18   same clinical signs.  So if you see a population where

19   everything's showing the same signs and one group has X

20   and one group doesn't have X, then X is likely not the

21   cause in all locations.

22             The thing that was common in all locations

23   was the lactation crumlets.  We identified toxic

24   concentrations of histamines and nitrosamines in those

25   lactation crumlets, and so that's what narrowed the

1    field.

2        Q.   What is your understanding of the husbandry, or

3    the ranching practices that exist among the Jonssons'

4    two ranches?

5        A.   I am not a mink ranching expert.  I have been on

6    a mink ranch once in my life, and so my understanding is

7    there was no indication they were outside of an industry

8    norm, at least nothing that I read in any of the

9    depositions and anything else indicated that they were

10   outside of the industry norm.

11       Q.   Dr. Hall, can you summarize your findings and

12   opinion in this case for the jury.

13       A.   Based on the evaluation of the data provided to

14   me, on the scientific literature, the research, and the

15   analytical testing that I've evaluated, it is my

16   professional opinion, within a reasonable degree of

17   scientific certainty, that the lactation crumlets was

18   the causative entity associated with the increased

19   neonatal mortalities that occurred in the May-June time

20   period 2010 at the Jonssons' ranch.

21       Q.   What about the mink that died on the Jonsson

22   ranch later in the year?

23       A.   Any time you have a ranch operation where you

24   have thousands of animals you're going to have deaths.

25   Being able to attribute it back to the original feed is

 1   very difficult because you're going to have natural

 2   disease entities that occur.  Is it possible that some

 3   of those animals had tumors and died and they weren't

 4   identified?  Yes, it's possible.  But to what degree I

 5   cannot, with a reasonable degree of scientific

 6   certainty, say.

 7            MR. HANCEY:  No further questions, Your

 8   Honor.

 9            MR. MINNOCK:  Thank you, Your Honor.  It's

10   just going to take me a minute.  I need my board again,

11   of course.

12            THE WITNESS:  I like using a board.

13                    **CROSS-EXAMINATION**

14   **BY MR. MINNOCK:**

15   Q.  You know, I talked with Mr. Mitchell at the

16   break, and you caught a break, Dr. Hall, that I'm going

17   to let him talk to you about the numbers because the

18   concentration numbers and stuff he has a far better

19   understanding of that, so you won't have to educate me

20   on that.

21            Okay.  When you get an assignment like this

22   in your profession you generally look at three different

23   things, and those are the clinical data, the

24   histological results, and then the feed tests, right?

25   A.  Actually, I personally, when I investigate a case

1    like this, I look at a lot more than that.

2        Q.   Well, I know you do, but those are the three

3    broad characterizations that you look at.  You added

4    scientific literature and then you look at -- but you

5    look at a lot of things, right?

6        A.   I look at a lot of things.  I also do interviews

7    with the parties involved to try to get all the facts

8    possible.

9        Q.   Now, in this case, all of the data that you have

10   regarding the symptoms and events that were going on on

11   those ranches come from the parties themselves, right,

12   Mr. Jonsson --

13       A.   Yes.

14       Q.    -- and Mr. Griffeth?

15       A.   That is correct.

16       Q.   All right.  But you don't have any data from any

17   veterinarian.

18       A.   No, sir.

19       Q.   Because no veterinarian was ever called, right?

20       A.   That is my understanding.

21       Q.   And when I -- and if this was you and you were

22   suffering this kind of loss, you would have counseled

23   them to call a veterinarian, correct?

24       A.   Had they called me early on that would have been

25   my recommendation.

1    Q.  And had they called you, what you would have done

2    is you would have examined these mink yourself as an

3    expert to determine what the symptoms and signs that

4    they were exhibiting were.

5    A.  That is correct.

6    Q.  And you would have done necropsies on the

7    deceased mink to determine whether the disease profile

8    fit what you were seeing on the farm.

9    A.  That is correct.

10   Q.  Okay.  But none of that occurred.

11   A.  That is correct.

12   Q.  Now, you talked about what you called a control,

13   and let's make sure we understand what we mean by a

14   control.  A control means that you have everything

15   essentially identical, but you change one variable to

16   determine whether or not it affects the outcome; is that

17   fair to say?

18   A.  That is the most theoretically pure control.

19   Q.  Okay.  And I understand that's very difficult to

20   obtain, either scientifically or in the field or

21   anything, but that's sort of what you're trying to do is

22   search for commonality and then separate out one

23   particular variable, right?

24   A.  That is correct.

25   Q.  Okay.  Now, here you said that the control, I

1    take it, would be in your mind the Cedar Valley Ranch,

2    right?

3        A.   That is correct.

4        Q.   And the other four would be -- or the other three

5    that you would be talking about would be Roger Griffeth,

6    Kent Griffeth, and the Jonssons' Lehi farm, right?

7        A.   That is correct.

8        Q.   Okay.  All of which claim losses against National

9    Feeds, right?

10       A.   Yes.

11       Q.   Okay.  In your investigation you were given a

12   copy of the deposition of Scott Harris, right?

13       A.   I recognize that name, yes, sir.

14       Q.   And Scott Harris also received the lactation

15   crumlets from the identical batch as the Griffeths and

16   the Jonssons, right?

17       A.   If -- I do not recollect seeing a deposition from

18   somebody else that received the lactation crumlets.

19       Q.   Well, it was Mr. Harris who was in this group.

20   Do you remember reading his deposition where he said he

21   suffered no adverse losses in 2010?

22       A.   Actually I'm not sure that I read that

23   deposition, I have to go back and check, because I do

24   not recollect reading any deposition where somebody said

25   they did not see any losses.

1    Q.   But it would obviously be an important

2  consideration to take into account whether or not

3  somebody else who was not a party to this litigation or

4  to other litigation suffered a similar loss, right?

5    A.   That would be important to me, yes.

6    Q.   All right.   Now, the other thing is when you

7  talked about your control, there's no documentation that

8  supports -- that you've been able to see that supports

9  what they've told you in terms of the fact that the

10  Cedar Valley farm suffered no losses and Lehi did,

11  right?

12    A.   I'm not saying they didn't suffer any losses.

13  You always have a small number of losses any time you

14  have a production environment.

15    Q.   Well, I guess I should have stated it to you this

16  way:   You haven't seen any documentation regarding the

17  production on the Lehi farm versus the Cedar Valley farm

18  to determine whether or not your control -- the data

19  meshed with your control.

20    A.   That is correct.   I took that from the

21  information that was provided to me.

22    Q.   All right.   And you understood that on the Lehi

23  Ranch -- well, you understood that with respect to

24  mahoganies, okay, that we don't know whether any

25  particular mahogany owned by the Jonssons ate the

1    lactation crumlets or not, right, because they had half

2    in Lehi and half in Cedar Valley, right?

3        A.   Okay.  You lost me in the middle of that

4    somewhere in the description.

5        Q.   Was it your understanding that the Jonssons kept

6    half their mahoganies in Lehi and half their -- well,

7    it's actually more than half their mahoganies in Cedar

8    Valley?

9        A.   My understanding was they were split, I didn't

10   know to what ratio.

11       Q.   But you understood they were split.

12       A.   Yes.

13       Q.   You understood also that they kept all of their

14   blacks in Lehi.

15       A.   I was told that, yes.

16       Q.   So if you wanted to determine whether or not

17   there was -- your control experiment was correct you

18   would look at the production values on the black mink

19   because you know that they ate the lactation crumlets,

20   right?

21       A.   Yes.

22       Q.   And if the production for black mink actually

23   rose the year that the Jonssons fed the lactation

24   crumlets as opposed to falling, that would cause you

25   some concern about your opinions and about your control.

1     A.  I would want to look and make sure numbers were

2     equal year to year to see whether it truly rose or

3     whether they had an increased number of females to where

4     they had a higher number of babies.  If it truly did

5     rise, then, yes, that would concern me.

6         Q.  Okay.  All right.  Well, we've seen this chart,

7     and I'm not trying to hide it from you, but our jury's

8     seen it a million times, and we'll deal with that issue

9     later.  I know we're short on time here today.

10         Okay.  Now, let's talk about some nitrosamines.

11     The reason that you pointed to the one nitrosamine

12     sample that had .22 of the NDMA, which is the -- I can

13     never pronounce it, but you referenced it, the

14     dimethylamine, the reason you relied on that as the most

15     credible is because you oversaw that sampling yourself.

16         A.  I actually opened the bag and took the sample

17     myself.

18         Q.  All right.  But, nevertheless, you're not able to

19     extrapolate that level back to when the mink actually

20     ate the feed.

21         A.  I cannot extrapolate it, but with a reasonable

22     degree of scientific certainty I can say it should be

23     similar, if not equal, to the concentrations that were

24     present at the time that they were fed.

25         Q.  Let me show your deposition because I asked you

1    that question in your deposition.  Let me hand you that.

2    If you'll turn to page 52, line 22, to 53, line 6, and I

3    think I asked you the question.  Okay.  All right.  Have

4    you done any -- made any determination as to what the

5    rates of these nitrosamines would be back when it was

6    being fed in March, April, May of 2010, some, what is

7    that, 18 months earlier than when you did your

8    sub-sample?

9              Without having data from that exact time

10   point you can't make an extrapolation.

11             My question was, If you can't make an

12   extrapolation, could that be as low as zero at that

13   point?

14             And you said, It's possible.

15        A.  It is possible.

16        Q.  Okay.  All right.  Now, let's talk a little bit

17   about dose, because you talked about that term with

18   Mr. Hancey, dose versus concentration.  The testing

19   results that you went through with Mr. Hancey are the

20   concentrations in the feed, right?

21        A.  That is correct.

22        Q.  Okay.  So that would be similar to me if I pick

23   up a bottle of Tylenol and it says 500 milligrams.

24        A.  That is correct.

25        Q.  Each one of those pills has 500 milligrams.

1      A.   That is correct.

2      Q.   Okay.   What's the difference between that and

3  dose?

4      A.   A dose is taking the concentration in a feed, for

5  example, multiplying it by the amount of feed that was

6  ingested, and then dividing it by the body weight of the

7  animal to get an actual number of milligrams per

8  kilogram of an individual compound that was ingested on

9  a daily, weekly, monthly, or lifetime basis.

10     Q.   And that's how you take into account the fact

11  that I can take 500 milligrams of Tylenol but my 7 year

12  old can't take 500 milligrams of Tylenol.

13     A.   That is correct.

14     Q.   Because even though it's the same concentration,

15  it would be more harmful to him because of his smaller

16  body weight, right?

17     A.   Extremely higher dose.

18     Q.   Extremely higher dose because of his smaller body

19  weight.

20     A.   Correct.

21     Q.   Okay.   What I want to understand is what do you

22  believe could be the dose of NDMA per day per mink given

23  the .22.

24     A.   When you calculate the dilution ratios on a

25  dry-weight basis, you are looking at approximately

1    0.1.  Not 0.01.  You've got your point in the wrong

2    place.

3        Q.   Oh, 0.1?

4        A.   Milligrams per kilogram of feed.

5        Q.   Now, that's our concentration.

6        A.   Right.

7        Q.   Okay.  What's our dose?

8        A.   Okay.  If you have a 1 kilogram mink and they're

9    eating 10 percent of their body weight, then you have --

10   so --

11       Q.   Hans, where is your calculator?

12       A.   You end up with an exposure of 0.01 milligram per

13   kilogram per day.

14       Q.   0.01.

15       A.   Right.

16       Q.   Milligram per kilogram of body weight, BW.

17       A.   Per day.

18       Q.   Per day.  Per day.  Okay.  And then if you want

19   the total exposure you times this by the number of days

20   that they consume the feed.

21       A.   That's correct.

22       Q.   All right.  Do you take into factor any

23   elimination?

24       A.   Actually what you're doing there is you're

25   calculating total exposure, and total exposure may or

1    may not have any validity on whether they have a toxic

2    reaction or not.  It may be the individual time point of

3    exposure.

4        Q.  All right.  Now, let's talk then about the

5    histamines.  What did you -- what is your calculation of

6    the dose of histamines that you believe these mink

7    ingested?

8        A.  I did not calculate dose of histamines.  On the

9    studies within NDMA, the studies that I was comparing to

10   was comparing against dose.  So the studies with the

11   histamine I was comparing to studies that were based on

12   concentration in the feed.

13       Q.  So we don't have a dose on histamines.

14       A.  I did not calculate a dose on histamines, no,

15   sir.

16       Q.  Now, you went through with Mr. Hancey some

17   discussion about the -- let me move this out of the way

18   so we can see each other.  I apologize.  You went

19   through with Mr. Hancey the fact that there was a

20   variability in the histamine testing over time, right?

21       A.  That is correct.

22       Q.  Okay.  And you posited that one potential cause

23   of that may be either incomplete or uneven mixing of the

24   feed.

25       A.  That is correct.

1      Q.   Okay.  Another possibility could be that the test

2   samples were not done properly.

3      A.   That's a possibility as well.

4      Q.   And, in fact, the first test that was ever done

5   for histamines did you ever see that test, Exhibit

6   Number 40, if you want to look in that book at Exhibit

7   Number 40?

8      A.   I've actually seen pages and pages and pages

9   worth of testing, so let me look to make sure I've seen

10  this specific one.  You said Exhibit 40, sir?

11     Q.   Yes, Exhibit 40.  It's the first test that was

12  done in December of 2010, and it indicated that

13  histamines were in fact not detected, right?

14     A.   That is what the report says, yes, sir.

15     Q.   All right.  And that was the only test that was

16  done prior to litigation being filed in this case.

17     A.   I'll take your word for that.  Like I say, I've

18  looked a lot of tests with a lot of dates on them.

19     Q.   With the nitrosamines you sent out a test of your

20  own to make sure that it would be accurate, but you did

21  not do a similar thing with respect to the histamines.

22     A.   That is correct.

23     Q.   Okay.  You said -- you were asked a question by

24  Mr. Hancey, and this is my final question, then I'll let

25  Mr. Mitchell ask you some questions, that when you

1    talked about the potential future a year from then that

2    in mink that had been given long-term doses of

3    nitrosamines that they in fact had developed tumors in

4    some of these studies.

5        A.   That is correct.

6        Q.   Okay.  Those were over a period of almost

7    500 days.  The one study you were talking about, which I

8    think is the Koppang article, they were exposed to a

9    dose for 500 days before they developed --

10       A.   Some animals were, some animals developed tumors

11   prior to that time point.

12       Q.   Here we're talking about a period of about

13   40 days, right?

14       A.   That's correct.

15       Q.   None of the data that you've seen from any

16   necropsies show any tumors.

17       A.   I have not seen any necropsy data with tumor

18   information on it, no, sir.

19       Q.   Okay.  So at this point you cannot say that there

20   were any losses in 2011 or beyond that would be

21   attributable to the ingestion of the lactation crumlets.

22       A.   All I said was that it was possible.

23       Q.   Right.  But you're not willing to say that that

24   is probable to a degree of scientific certainty.

25       A.   I have not seen any data to support it, no, sir.

1              MR. MINNOCK:  All right.  Thank you very

2    much.

3                    **CROSS-EXAMINATION**

4    **BY MR. MITCHELL:**

5      Q.  Dr. Hall, you haven't done anything to actually

6    confirm that the Jonssons suffered an increased neonatal

7    mortality rate in 2010, did you?

8      A.  I took that information directly from them.  I

9    did not go visit the farm, no, sir.

10      Q.  Didn't go visit the farm, you didn't look at any

11    of their production records, anything like that that you

12    could use to verify whether they actually suffered an

13    increased death rate.

14      A.  I did not do an economic analysis in this

15    situation, no, sir.

16      Q.  Okay.  I think you've also mentioned really a

17    number of things that are associated with both

18    nitrosamines and histamines.  For example, you've

19    mentioned at the acutely high doses you can see liver

20    failure and jaundice of the eyes, things like that, and

21    we haven't seen any of that in this case, correct?

22      A.  And I wouldn't.  No, sir, we haven't.

23      Q.  Okay.  And now have we seen anything that falls

24    into the lower range of exposure that you discussed, for

25    example, a reluctance to eat food?

1    A.   The concentrations that were determined were not

2    concentrations that previously had been reported to

3    cause them to back away from feed.

4    Q.   So you wouldn't have associated any backing away

5    from feed with levels of nitrosamines that may or may

6    not have been present in the feed in 2010.

7    A.   If these were nonpregnant mink I could make that

8    statement based on the science that's been done to date,

9    but since those studies have not been done adequately in

10   mink that are pregnant, I cannot say one way or the

11   other.

12   Q.   Okay.

13          THE COURT:  You might pull that mic a little

14   towards you to make sure everybody hears you.

15          THE WITNESS:  I'm sorry.

16   Q.   (By Mr. Mitchell) Were you provided with the feed

17   data from the Jonssons for -- say, for example, the year

18   2010?

19   A.   What do you mean by the feed data?

20   Q.   Well, you understand that they received periodic

21   deliveries of feed from the Fur Breeders Ag Co-op,

22   correct?

23   A.   That is correct.

24   Q.   Now, did they share with you the quantities of

25   feed that they had delivered and fed their mink in the

1    time period say April, May, and June of 2010?

2      A.  I do not remember seeing delivery records.

3      Q.  Okay.  And so you wouldn't have seen delivery

4    records then for 2009 either, correct?

5      A.  I do not believe so, sir.

6      Q.  So at that point, you wouldn't be aware, for

7    example, that they actually consumed more feed during

8    that period in 2010 than they did in 2009.

9      A.  I do not have that data, no, sir.

10      Q.  Okay.  Let's see, you've already talked about

11    tumors, so I won't touch on that.

12          Were you provided with any data about birth

13    weights for the kits?

14      A.  My understanding was they tried to leave the kits

15    alone when they were born because you most times don't

16    want to disturb very young neonates because sometimes

17    that can cause the mothers to abandon them.

18      Q.  So your answer is no.

19      A.  The answer is no.

20      Q.  Okay.  You mentioned in moderate doses that we

21    can see liver damage and fibrosis in the liver as well,

22    and we haven't seen any necropsies with liver damage or

23    fibrosis, correct?

24      A.  Correct.

25      Q.  Okay.  Now, in histamines, there seems to be some

1    overlap in potential signs that one could see with

2    nitrosamines and then some that didn't necessarily

3    overlap.  You mentioned the potential for a decreased

4    food intake, and we've already gone over the fact that

5    you weren't given any data on food intake.

6              Vomiting, you mentioned that there's the

7    potential for vomiting.  And you received Keith

8    Jonsson's deposition and Michael Jonsson's deposition,

9    correct?

10   A.   That's correct.

11   Q.   And you've looked at both of those depositions?

12   A.   Yes, sir.

13   Q.   That was part of your investigation?

14   A.   Yes, sir.

15   Q.   And you're aware that they've testified that they

16   didn't see any vomiting?

17   A.   Yes, sir.

18   Q.   And the same is true for diarrhea.

19   A.   That is true.

20   Q.   Okay.  Now, another symptom that you are -- it's

21   really more of a sign that you mentioned is possible to

22   see in a histamine poisoning setting is a swollen

23   stomach, they can get bloated.  Distended stomachs.

24   A.   They can get distended stomachs.  It never has

25   been truly described as a bloat, it's just the stomach

1    is enlarged when the animals were killed and the

2    stomachs taken out.

3        Q.   Okay.

4        A.   It was not described as a bloat.

5        Q.   An enlarged stomach or a distended stomach is the

6    way you would describe it.

7        A.   Yes.

8        Q.   So we haven't seen any necropsies with either

9    enlarged or distended stomachs.

10       A.   To my understanding there was no necropsies done

11   for an extended period of time after the feed was

12   stopped.  But, no, I have not seen any necropsies with

13   those results.

14       Q.   And since you looked at Keith Jonsson's

15   deposition you're also aware of the fact that when Keith

16   Jonsson cut open some of the mink on his ranch that he

17   didn't see any distended stomach either.

18       A.   That was not described, that's correct.

19       Q.   Right.  He --

20       A.   I don't remember that that question was ever

21   asked specifically did he see that, but I -- that was

22   not something he described.

23       Q.   Okay.  So let's take a look then at some numbers.

24   Now, how much -- what is your going rate as an expert in

25   this case?

1    A.   My charge is $200 an hour.

2    Q.   Okay.  Before we get going on that, you went

3    through a fairly impressive recitation of the things

4    that you've done throughout your career.  In looking at

5    your CV and then listening to your recitation, I didn't

6    hear where you've, for example, actually engaged any

7    research projects with regard to nitrosamines outside of

8    this case.

9    A.   Not with respect to nitrosamines, but with in

10   respect to cancer compounds, yes, I have.

11   Q.   Okay.  But nothing to do with nitrosamines

12   outside this case.

13   A.   That's correct.

14   Q.   So that would be true that you haven't published

15   any papers with regard to nitrosamines.

16   A.   That is correct.

17   Q.   Okay.  And the same is true for histamines as

18   well, correct?

19   A.   That is correct.

20   Q.   No papers and no research outside this case.

21   A.   Correct, sir.

22   Q.   Okay.  Now, you did mention when you got going

23   that it's important to look at the facts that are

24   presented to you.  Now, somebody who's going through and

25   doing an investigation to reach some conclusions you

1    want to take a look at all of those facts and you want

2    to have all of those facts presented to you so you can

3    incorporate all of them into your analysis and come to a

4    sound conclusion, correct?

5        A.   That is correct.

6        Q.   Okay.  So you've talked about how you've gone

7    about and done some calculations, and you mentioned that

8    you -- the Jonssons told you that they tried to get an

9    incorporation rate, I think you said, of 20 percent.

10       A.   20 to 25 percent.

11       Q.   20 to 25 percent.  So now you've had Keith

12   Jonsson's deposition, like we've talked about, and so

13   you would have gone through then and looked at the way

14   that they actually incorporated the feed, the lactation

15   crumlets into the wet feed, to make sure that they

16   actually reached a 20 percent inclusion rate, didn't

17   you?

18       A.   I remember reading those documents.  I did not

19   sit down and do the calculations at that point.  I had

20   already been told that they were including it at

21   approximately 20 to 25 percent.

22       Q.   Okay.  So let's go through and do those

23   calculations then.  As you've -- you've sent out a

24   revised report, or a supplemental report, late November

25   of last year.  I think you've kind of referenced it

1   where you received some additional information

2   concerning the moisture levels in the co-op feed and so

3   you kind of incorporated that into your analysis and you

4   went through and issued this initial report -- or, I'm

5   sorry, this supplemental report.  And so if we look at

6   what the Jonssons actually did, how they describe the

7   process of mixing the feed, you understand, don't you,

8   that they were mixing up about 750-pound batches of feed

9   at a time?

10      A.  In that general neighborhood.  I think at one

11  time they described to me as mixing up between 650 and

12  700 pounds, at one time they said something close to 700

13  pounds, so in that general vicinity.

14      Q.  Let's assume that they've testified before you

15  and that they've testified that it's been between

16  somewhere around 750 to 760 pounds for each batch of

17  feed that they mix up, okay?

18      A.  Okay.

19      Q.  Okay.  So for a little bit easier number say,

20  we'll deal with a 750-pound batch.  Now, is it your

21  understanding then that for each 750-pound batch they go

22  through and add in 100 pounds of lactation crumlets?

23      A.  That was my understanding.

24      Q.  Okay.  So out of this 750-pound batch we've got

25  100 pounds of lactation crumlets, and if we do the math

1    that -- and I'm happy to give you a calculator because I

2    don't want you to take my word for it, but it ends up

3    being about 13.3 percent.

4        A.  Of total weight, not of dry matter intake.

5        Q.  We haven't moved on to dry matter yet.  I'm

6    starting where you started.  I'm starting where you

7    started in your report.  You assumed a 20 percent or

8    25 percent inclusion weight by -- inclusion rate by

9    weight, correct?

10       A.  Right.

11       Q.  Okay.  So if we assume 100 pounds in a 750-pound

12   batch it works out to about 13.3 percent.

13       A.  Actually when I did it originally, my

14   understanding was there was over 100 pounds of water

15   added to that.  I did not account for that water because

16   the water was to be taken out, and so my original

17   calculations did not include any of that water either.

18   The numbers are not the 650 pounds, no.

19       Q.  The 750 pounds is the total batch, which includes

20   wet feed, water, and lactation crumlets.

21       A.  And I did not include the 100 pounds of

22   additional water that they added, which is something

23   that I had been told.

24       Q.  Let's make sure we're on the same page.

25   750 pounds total mixed ration.

1    A.   Total mixed ration, yes, sir.

2    Q.   Which includes wet feed from the co-op.

3    A.   Okay.  When I was originally described this it

4   was not described to me as wet feed.  It was described

5   as co-op feed.  So I assumed it was a dry feed, the same

6   as the lactation crumlets.  So I ignored the 100 pounds

7   of water and only included the co-op portion, the feed,

8   thought to be a dry-weight feed, and the crumlet feed

9   when I did my original calculations.

10   Q.   I understand.  But what we're talking about here

11  is 100 pounds out of a 750-pound batch, 13 percent and

12  change, okay?  That's just the starting inclusion rate

13  for the lactation crumlets for purposes of the

14  calculations that we're going to do, okay?

15   A.   Okay.  We'll go with your math.

16   Q.   Okay.  Well, it's your math as well.  We've -- we

17  can mark in your report, but that's the starting point.

18   A.   If you include the -- and like I say, in my

19  original math and in my original description I did not

20  include that 100 pounds of water, which means I was

21  looking at a 650-pound batch.

22   Q.   Sure.

23   A.   Not 750.

24   Q.   Okay.  All right.  So this is where we're at.

25  Okay.  Now, out of the 100 pounds in there of lactation

1  crumlets, let's just assume that we have the

2  concentration of NDMA of .22 milligrams per kilogram

3  parts per million.

4      A.  Right.

5      Q.  Okay?  That means that we also had .1 kilograms

6  per pound of the lactation crumlets, correct?

7      A.  That is correct.

8      Q.  Because we've got 2.2 pounds --

9      A.  2.205 pounds per kilogram.

10     Q.  Per kilogram.  Divide that into -- divide that by

11 the -- when you do the math it ends up being .1.

12     A.  That is correct.

13     Q.  Okay.  Now, that would mean then that the mixed

14 ration at 750 pounds is going to have 10 milligrams

15 total of NDMA.

16     A.  That is correct.

17     Q.  Okay.  Now, if we look at what that pencils out

18 to be, we're going to divide for just one batch of feed,

19 we're going to divide 10 milligrams by the 750.

20     A.  And that would give you milligrams per pound, not

21 milligrams per kilogram.

22     Q.  Correct.  So let's do that math, if you would

23 please.

24     A.  0.0133333 milligrams per pound.

25     Q.  0.01 --

1    A.   -- 333333.

2    Q.   Okay.   Shall we round it off to 0.013?

3    A.   That will work.

4    Q.   Okay.   0.013 milligrams per pound of mixed

5    ration.

6    A.   That is correct.

7    Q.   Are you with me so far?

8    A.   Yep.

9    Q.   Mink don't generally eat a pound of feed per day,

10   do they?

11   A.   A mink will eat, depending upon the water

12   content, will eat somewhere between 8 percent and about

13   15 percent of their body weight per day in the material

14   fed to them, but it depends upon the water content.   And

15   the higher the water content the larger amount that they

16   eat per day.

17   Q.   Sure.   On average, though, we're looking at a

18   mink that's going to eat somewhere around about a third

19   of a pound of feed per day, if you do it just on

20   average.

21   A.   That would be close.

22   Q.   Okay.   So let's do the math then.   And in order

23   to figure out what the daily exposure rate is in the

24   feed as fed to these mink we're going to divide this by

25   3, a third of a pound, because we've got .013 milligrams

1    per pound, if they eat a third of a pound, we're going

2    to divide this by 3.  So let's go ahead and do that and

3    see what that comes up to be.

4        A.  0.004.

5        Q.  0.004 milligrams per pound.

6        A.  Actually, that's 0.004 milligrams.

7        Q.  You're right.  The daily exposure rate for the

8    mink in this case, assuming the level of .22 NDMA in the

9    mixed ration in the lactation crumlets, was 0.004

10   milligrams per day, correct?

11       A.  Assuming a third of a pound of ingestion per day.

12       Q.  Okay.

13       A.  That's the reason I like doing it on a dry-weight

14   basis because you remove the water factor and you can

15   get more accurate with the intake.

16       Q.  Sure.  But we're looking at the ration as mixed

17   and fed to the plaintiffs' animals, and this, assuming

18   the .22 level in the lactation crumlets, is what their

19   exposure rate was, and that's the important factor from

20   a toxicological standpoint, correct?

21       A.  Actually, no, sir.  You're still accounting --

22   you cannot be as accurate with intake if you include the

23   water.  You would be more accurate doing it on a

24   dry-matter basis because dry matter intake is more

25   constant.  A wet feed material intake is more variable

1    depending upon the moisture content, and so you can't be

2    as precise with your daily exposure rates.

3        Q.   But we're going to have dry matter vary with the

4    water.  The more water you have, the less dry matter you

5    have and vice-versa.

6        A.   And the more water you have the more they eat per

7    day to make up for the fact that it's diluted.

8        Q.   Sure.

9        A.   And so --

10       Q.   But the problem is --

11            THE COURT:  Don't overlap.  Put your

12   question, let him respond.  Put your next question.

13       Q.   (By Mr. Mitchell) I didn't mean to cut you off.

14   I apologize.

15       A.   What I was trying to explain is as you increase

16   the amount of water, you increase the total amount of

17   ingestion and decrease the amount of water standalone

18   that the animals are going to drink on a daily basis.

19   So you change exposure amounts.  That's the reason doing

20   it on a dry-matter basis is much more scientifically

21   accurate.

22       Q.   Okay.  So then if we look at this from a

23   dry-matter standpoint -- let's come back to the dry

24   matter and let's look at histamines.

25            Oh, also the -- I think the Koppang study is

1    one of the studies that you relied upon in forming your

2    opinions.  Are you familiar with when I say the Koppang

3    study what we're talking about?

4        A.  I believe Koppang had a couple of different

5    studies.

6        Q.  I'm specifically talking about the study of toxic

7    and carcinogenic effects of nitrosodimethylamine in

8    mink.

9        A.  Yes, sir.

10       Q.  So when we look at the Koppang study does it give

11   any indication in there of the dry matter concentration?

12   I'm happy to present you with the article.

13       A.  I would love to see it.  Actually, they do not

14   describe dry matter content in their dosings, no, sir.

15       Q.  Okay.  The doses that they do describe, though,

16   concentrations in the feed they had actually four

17   different concentration levels, 2.4 milligrams per

18   kilogram of NDMA, 3.5 milligrams per kilogram of NDMA,

19   and 2.2 milligrams per kilogram of NDMA, and the fourth

20   one was 7.2 milligrams per kilogram of NDMA.  Is that

21   your understanding of the concentrations in the feed?

22       A.  Actually if I could see the study again.  I'm not

23   sure whether that's the concentrations in the final feed

24   or whether that's the concentrations in the fish meal

25   that they used to make the feed that was then further

1    diluted.

2       Q.  I think you are correct, I think you are correct,

3    it is milligrams per kilogram of the fish meal.

4       A.  Actually that's in the fish meal, which is only a

5    small percentage of the total diet.

6       Q.  Okay.  And then it got diluted down.

7       A.  Where they were actually feeding 0.04 to 0.07, I

8    believe, in most of the groups.

9       Q.  That was what was being consumed on a daily basis

10   by those mink, correct?

11      A.  Correct.

12      Q.  And for those mink that were consuming 0.04 all

13   the way up to 0.08, they had no pathoanatomical changes

14   at the end of the study, correct?

15      A.  That was not my understanding from the study, no,

16   sir.

17      Q.  Okay.  So let me show you the study again.  Just

18   talking about the animals that consumed at the rate of

19   0.04 all the way up to 0.08.

20      A.  Okay.  Yes, sir, that is correct, and as

21   extremely low exposures.

22      Q.  Okay.  How long did that study last?

23      A.  There were differing time points in that study.

24   I mean that particular research project there were some

25   animals that were fed shorter periods of time, there

1    were some animals that were fed an extremely long period

2    of time.  And without having the article sitting right

3    here at my hands to where I can make sure we're

4    comparing apples and apples, those specific three dosing

5    groups, or four dosing groups, I need to see the study

6    to be able to tell you exactly how many days they were

7    dosed.

8        Q.  So if we look at this study right here, so we're

9    looking at the portion that's embodied in table 2, it

10   looks to me like they were fed 122 days at those rates.

11   Is that how you read that able?

12       A.  That is correct.

13       Q.  So for the three groups that were fed for 122

14   days levels from .04 to .08 milligrams per kilogram of

15   body weight per day of NDMA we had no changes in their

16   system.

17       A.  There was no pathologic lesions described,

18   correct.

19       Q.  Okay.  And it's only when we get up to the lowest

20   level where we find changes being a .13.

21       A.  That is correct.

22       Q.  Within that study.  Okay.

23       A.  Your original question was how long were they

24   fed, that was a 122-day study.

25       Q.  Correct.  So all of those were fed for 122 days.

1  How many days were the mink in this case exposed to

2  NDMA?

3      A.   Less than 60 days was my understanding.

4      Q.   If we count, let's assume, April 25th to

5  June 7th, by my count that's 44 days.

6      A.   44, 45 days, yeah.

7      Q.   So roughly a third of the time that the mink in

8  the Koppang study were exposed.

9      A.   That's correct.

10     Q.   Okay.  This is the description of how the

11 plaintiffs prepared their mixture every day once they

12 got it fully incorporated.  Have you done anything to

13 look at what their actual incorporation rate was, what

14 it averaged over the entire time that they fed the

15 lactation crumlets to their mink?

16     A.   The answer to my question is the same as I

17 answered earlier, I was not provided information on

18 their delivery load, so there was no way for me to

19 calculate from that data.  The inclusion rate was

20 calculated based on information provided to me by the

21 Jonssons.

22     Q.   Okay.  And so that answers that question.

23          Now, when we look at the concentrations of

24 histamines, have you been able to -- let me back up a

25 minute.  Is it correct, or am I correct in my

1     understanding that histamines are formed by the

2     conversion of histidine through a bacterial process?

3         A.   It's usually through a bacterial process, yes,

4     sir.

5         Q.   Now, have you done -- and that's normally why you

6     would expect to see histamine levels fall off over time

7     because that bacteria that would normally convert the

8     histidine gets cooked out when you make fish meal.

9         A.   That is true to some degree, but there are

10    studies showing that the histamine concentrations

11    decrease across time even in significantly contaminated

12    samples.

13        Q.   Right.  And so have you done anything to look at

14    the sampling techniques that were employed by the

15    Griffeths in this case to rule out the potential for

16    cross-contamination and the reintroduction of the

17    bacteria that would lead to the creation of additional

18    histamine levels over time?

19        A.   I have not looked at that, no, sir.  I was not

20    there when they sampled it, and so there's no way I can

21    control for that.

22        Q.   Okay.  You are unable to tell us with any

23    certainty what the level of histamines would have been

24    in the lactation crumlets at the time that it was fed to

25    the Jonssons' mink, correct?

1      A.  I am not able to say with certainty.  I can say

2   that the concentrations were, within a reasonable degree

3   of scientific certainty, higher than various

4   concentrations that were identified during the analyses.

5      Q.  So let's take a look at your deposition page

6   110 --

7              THE COURT:  Are you about through with him?

8              MR. MITCHELL:  I can be.  I mean I could

9   be -- I've got a little bit more I think, but this is a

10  good stopping place.

11             THE COURT:  Let's see if you can finish him.

12  Let's finish.

13             MR. MITCHELL:  Okay.

14             THE WITNESS:  You said page 110, sir?

15     Q.  (By Mr. Mitchell) Page 110.  Page 110, starting

16  on line 10.  Okay.  And so are you able to tell us with

17  any certainty what the level of histamines would have

18  been in the feed at the time it was fed to the Jonssons

19  mink?

20             Answer, No, sir.

21             Did I read that correctly?

22     A.  With certainty I cannot.

23     Q.  Did I read the deposition correctly?

24     A.  Yes, you read the deposition correctly.

25     Q.  Okay.  Thank you.

1           Now, when you calculated the histamine

2    concentrations in the studies that you looked at in the

3    histamines -- for histamines are those studies done on

4    an as fed or on a dry-matter basis?

5        A.   Actually when I went back and looked at those,

6    those studies were done on an as-fed basis, so they did

7    not need to be converted to a dry weight.

8        Q.   So let's do the math again.  So which study did

9    you look at and rely upon principally for reaching your

10   conclusion with regard to the histamine levels present

11   in the lactation crumlets?

12       A.   I don't remember the author's name.  It was the

13   one that I provided to you.

14       Q.   No.  I mean when I say study, I mean the analysis

15   that was done in this case.

16       A.   What I like to do is I like to look at all

17   possibilities, but then you always want to calculate

18   worst case scenario.

19       Q.   So we can run the gamut.  We have the very first

20   test that was done that didn't detect any.  If you don't

21   detect any, there's nothing there to go from.

22       A.   Right.

23       Q.   So let's look then at the worst case scenario,

24   what's the worst case scenario?

25       A.   That was a concentration that determined to be

1  400 and --

2      Q.  I believe it was 442?

3      A.  Yes, sir.

4      Q.  So for every, let's assume worst case scenario,

5  every 750-pound batch of feed has 100 pounds of

6  lactation crumlets with 442 parts per million of

7  histamines in it.

8      A.  That's correct.

9      Q.  Okay.  It's my understanding that if we take --

10  it's going to dilute this number down by the same

11  percentage that we're looking at here.  So I didn't

12  answer that -- walk me through -- I didn't ask that

13  question very well.  It's the end of the day.  Walk me

14  through the math then to figure out what the

15  concentration level is assuming -- in the mixed ration

16  assuming the 442 million -- parts per million level.

17      A.  Okay.  The easiest way to do it is to take 100

18  and divide it by 750.

19      Q.  And that's going to give us 13 -- roughly

20  13.3 percent I believe.

21      A.  Then multiply that by the 442.

22      Q.  So if we go 442 -- in fact do you still have --

23  nope.  Let's be precise, figure out exactly what the

24  percentage is first.  What does 100 divided by 750 work

25  out to be?

1      A.   0.1 -- 0.1333.

2      Q.   Okay.  So we were -- I was right, so

3  13.3 percent.  So then let's multiply that by that.

4      A.   Is 58.933.

5      Q.   58.933 parts per million worst case scenario,

6  assuming a 750-pound batch of feed.

7      A.   As fed.

8      Q.   As fed.

9      A.   Correct.

10      Q.   So just a whisker above the level that your

11  studies -- that the studies that you reviewed looked at

12  found might cause some harm to mink.

13      A.   There again those were in nonpregnant mink, and

14  we don't know the relative sensitivity of pregnant mink

15  as a comparison.

16      Q.   Right, we don't know.

17      A.   Right.

18      Q.   Could be the same, could be more, we don't know.

19      A.   Correct.

20      Q.   The studies you've looked at 50 parts per million

21  is where you start seeing effects in the mink?

22      A.   That is correct.

23      Q.   Okay.  We're just a whisker above that, worst

24  case scenario, in the total mixed ration.  And what are

25  the kinds of signs that you would expect to see at that

1  low level?

2      A.  You wouldn't necessarily see the vomiting and

3  diarrhea.  You would see a slight decrease in feed

4  intake, a decrease in weight gain, a decrease in growth

5  rate.

6      Q.  Have you seen any evidence of decreased weight

7  gain in these mink?

8      A.  The animals weren't weighed, so there's no

9  documentation.

10     Q.  What was the other one that you mentioned?

11     A.  Decreased feed intake.

12     Q.  Decreased feed intake.  We've talked about --

13     A.  That was not measured as well.

14     Q.  And then there was a third one I think.

15     A.  Decreased feed intake, decreased rate of gain,

16  and decreased growth rate.  And where you're talking

17  adult animals, they're already grown, and so that

18  becomes a nonvariable.

19     Q.  Is there a difference between growth rate and

20  rate of gain?

21     A.  Not really.

22     Q.  Okay.  All right.

23          From the studies that you have seen, from

24  the studies that are out there, would you expect to see

25  any deaths resulting from histamines at that level?

1      A.   Not with histamines by themselves, no.

2      Q.   All right.

3           MR. MITCHELL:   I believe those are all the

4   questions I have for you right now.   Thank you,

5   Dr. Hall.

6           MR. HANCEY:   Your Honor, I've got redirect.

7   It's 5:05.   Should I start on that?

8           THE COURT:   Well, give me your estimate, how

9   long?

10          MR. HANCEY:   It could be as much as a half

11  an hour, Your Honor.

12          THE COURT:   9:30 tomorrow, ladies and

13  gentlemen, come in at 20 minutes after 9:00, and we'll

14  get started right at 9:30.   Remember what I told you,

15  don't talk to anybody about the case.   I appreciate your

16  help.   You may be excused.

17               (Whereupon, the following proceedings were

18                held in open court outside the presence of

19                the jury.)

20          THE COURT:   After this witness, who else

21  have we got?

22          MR. HANCEY:   Well, Your Honor, we've got two

23  representatives of Rangen, who I understand will be

24  available tomorrow, they will be very short witnesses.

25  We have two National representatives we wanted to take

 1   tomorrow, but we've been informed they're not going to

 2   be available until later on.

 3            THE COURT:  Tomorrow's the time.  Why aren't

 4   they here tomorrow?

 5            MR. MINNOCK:  Your Honor, there is another

 6   case dealing with feed going on in the Federal District

 7   Court of Wisconsin in the Eastern District, those two

 8   are there tomorrow to start that trial, and then they

 9   will end -- one of them is the witness we talked about

10   that is going to be here next Tuesday, but the other one

11   will be here Thursday morning.

12            MR. HANCEY:  And our last witness is going

13   to be the economist, Dr. Roberts.  If all goes as

14   planned, we'll probably run out of witnesses tomorrow.

15            THE COURT:  Well, we won't run out of

16   witnesses.  You get your witnesses here.  We're going to

17   plow ahead.  That's what we planned for.

18            MR. HANCEY:  Well, Your Honor, what I mean

19   is we'll have accounted for all of the witnesses except

20   for the National Feeds representatives that are --

21            THE COURT:  Are you bringing them in as a

22   part of your defense?

23            MR. MINNOCK:  Yes.

24            THE COURT:  And when are you going to have

25   them here as part of your defense if they finish up

1  tomorrow?

2          MR. MINNOCK:  Well, assuming that the

3  Wisconsin one goes as scheduled, then Ed Buschur will be

4  here first thing Thursday morning and then Dre Sanders

5  will be here first thing Tuesday.  We do anticipate

6  calling witnesses in the interim, this is something we

7  had talked about, so we will have witnesses ready

8  Thursday.

9          THE COURT:  Well, let's plow ahead, do the

10  best we can.

11          MR. HANCEY:  Very good, Your Honor.

12          THE COURT:  As a matter of curiosity, is it

13  the same kind of case in Wisconsin?

14          MR. MINNOCK:  It deals with a different

15  issue dealing with some feed that came out of a company

16  called United Pet Food in Indiana, but it was under the

17  name of National Feeds and so it deals with --

18          THE COURT:  A different product?

19          MR. MINNOCK:  Yes, it's a different product.

20  It's 100 percent diet thing, different product,

21  different manufacturer, and it's back in Wisconsin.

22          THE COURT:  Okay.

23          MR. MINNOCK:  Oh, I'm sorry, Your Honor, I

24  just got a text from these two witnesses, they just

25  texted me that that case has settled, so we'll keep you

1    up-to-date.  We'll get them here as fast as we can.

2              THE COURT:  You'll have them here?

3              MR. MINNOCK:  I hope.

4              THE COURT:  I hope so too.

5              (Whereupon, the matter was continued to

6               Wednesday, January 15, 2014, at 9:30 a.m.)

7                        *   *   *

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T E

2

3    State of Utah

4    County of Salt Lake

5

6         I, Karen Murakami, a Certified Shorthand Reporter

7    for the State of Utah, do hereby certify that the

8    foregoing transcript of proceedings was taken before me

9    at the time and place set forth herein and was taken

10   down by me in shorthand and thereafter transcribed into

11   typewriting under my direction and supervision;

12        That the foregoing pages contain a true and

13   correct transcription of my said shorthand notes so

14   taken.

15        IN WITNESS WHEREOF, I have hereunto set my hand

16   this 24th day of February, 2014.

17

18

19                                    _____
                                      Karen Murakami

20                                    Karen Murakami, CSR, RPR

21

22

23

24

25