Philip D. Dracht, #11561
FABIAN & CLENDENIN, P.C.
215 South State, Suite 1200
Salt Lake City, Utah 84111
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
Email: pdracht@fabianlaw.com

Hans A. Mitchell, ISB No. 5565 *(Pro Hac Vice)*
CAREY PERKINS LLP
Capitol Park Plaza
300 N. 6th Street, Suite 200
P. O. Box 519
Boise, Idaho 83701
Telephone: (208) 345-8600
Facsimile: (208) 345-8660
Email: hamitchell@careyperkins.com

Attorneys for Rangen, Inc.

FILED
U.S. DISTRICT COURT
2014 MAR -4 A 10:31
DISTRICT OF UTAH
BY: DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KEITH JONSSON, an individual; MICHAEL JONSSON, an individual; CEDAR VALLEY FUR FARM, LLC, a Utah limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FEEDS, INC., an Ohio corporation; and RANGEN, INC., an Idaho corporation,<br><br>Defendants. | Case No. 2:11-cv-00140<br><br>ORDER SETTING ASIDE CLERK'S JUDGMENT AND DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE |

THIS MATTER came before the Court on the parties' Stipulated Motion to Set Aside Clerk's Judgment and for Entry of Judgment of Dismissal.

ORDER SETTING ASIDE CLERK'S JUDGMENT AND DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE -1

WHEREFORE, having reviewed the materials and being fully apprised in the premises, the Clerk's Judgment entered February 3, 2014 is hereby set aside and vacated and the Judgment of Dismissal With Prejudice attached hereto as Exhibit 1 is approved and the Clerk is directed to enter the same forthwith.

DATED this _7th_ day of ~~February~~ March, 2014.

_____
Honorable Judge Bruce S. Jenkins

ORDER SETTING ASIDE CLERK'S JUDGMENT AND DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE -2

CLERK'S CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of February, 2014, I served a true and correct copy of the foregoing ORDER SETTING ASIDE CLERK'S JUDGMENT AND DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE by delivering the same to each of the following, by the method indicated below, addressed as follows:

| | | |
|---|---|---|
| Ryan Hancey<br>Scott S. Bridge<br>Scott O. Mercer<br>KESLER & RUST<br>68 South Main Street, 2nd Floor<br>Salt Lake City, Utah 84101<br>Telephone: (801) 532-8000<br>*Attorneys for Plaintiffs* | [X]<br>[ ]<br>[ ]<br>[ ]<br>[ ]<br>[ ] | CM/ECF System<br>U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>Facsimile<br>Email: jcrust@keslerrust.com<br>    sbridge@keslerrust.com<br>    som@keslerrust.com |
| Joseph E. Minnock<br>Morgan, Minnock, Rice & James, LC<br>Kearns Building, Eighth Floor<br>136 South Main Street<br>Salt Lake City, Utah 84101<br>Telephone: (801) 531-7888<br>*Attorneys for National Feeds, Inc.* | [X]<br>[ ]<br>[ ]<br>[ ]<br>[ ]<br>[ ] | CM/ECF System<br>U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>Facsimile<br>Email: jminnock@mmrj.com |
| Hans A. Mitchell<br>Carey Perkins LLP<br>300 North 6th Street, Suite 200<br>P.O. Box 519<br>Boise, Idaho 83701<br>Telephone: (208) 345-8600<br>*Attorneys for Rangen, Inc.* | [X]<br>[ ]<br>[ ]<br>[ ]<br>[ ]<br>[ ] | CM/ECF System<br>U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>Facsimile<br>Email:<br>    hamitchell@careyperkins |
| Philip D. Dracht<br>Fabian & Clendenin, P.C.<br>215 South State, Suite 1200<br>Salt Lake City, Utah 84111<br>Telephone: (801) 531-8900<br>*Attorneys for Rangen, Inc.* | [X]<br>[ ]<br>[ ]<br>[ ]<br>[ ]<br>[ ] | CM/ECF System<br>U.S. Mail, postage prepaid<br>Hand-Delivered<br>Overnight Mail<br>Facsimile<br>Email: pdracht@fabianlaw.com |

                                                                                  _____<br>
                                                                                   Clerk

ORDER SETTING ASIDE CLERK'S JUDGMENT AND DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE -3