Philip D. Dracht, #11561
FABIAN & CLENDENIN, P.C.
215 South State, Suite 1200
Salt Lake City, Utah 84111
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
Email: pdracht@fabianlaw.com

Hans A. Mitchell, ISB No. 5565 *(Pro Hac Vice)*
CAREY PERKINS LLP
Capitol Park Plaza
300 N. 6th Street, Suite 200
P. O. Box 519
Boise, Idaho 83701
Telephone:  (208) 345-8600
Facsimile:  (208) 345-8660
Email: hamitchell@careyperkins.com

Attorneys for Rangen, Inc.

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

**MAR - 4 2014**

**D. MARK JONES, CLERK**
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KEITH JONSSON, an individual;<br>MICHAEL JONSSON, an individual;<br>CEDAR VALLEY FUR FARM, LLC, a<br>Utah limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL FEEDS, INC., an Ohio<br>corporation; and RANGEN, INC., an<br>Idaho corporation,<br><br>Defendants. | Case No. 2:11-cv-00140<br><br>STIPULATED JUDGMENT OF<br>DISMISSAL |

THIS MATTER, having come before the Court on the stipulation of the

parties, and being fully apprised in the premises.

STIPULATED JUDGMENT OF DISMISSAL -1

IT IS ORDERED AND ADJUDGED, that the above entitled matter be
dismissed with prejudice and with each party bearing its own costs and attorney fees.

DATED this ___4th___ day of ~~February~~ March, 2014.

_Bruce S. Jenkins (signature)_
Honorable Judge Bruce S. Jenkins

STIPULATED JUDGMENT OF DISMISSAL -2

<u>CLERK'S CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this _____ day of February, 2014, I served a true and correct copy of the foregoing STIPULATED JUDGMENT OF DISMISSAL by delivering the same to each of the following, by the method indicated below, addressed as follows:

| | | |
|---|---|---|
| Ryan Hancey | [X] | CM/ECF System |
| Scott S. Bridge | [ ] | U.S. Mail, postage prepaid |
| Scott O. Mercer | [ ] | Hand-Delivered |
| KESLER & RUST | [ ] | Overnight Mail |
| 68 South Main Street, 2nd Floor | [ ] | Facsimile |
| Salt Lake City, Utah 84101 | [ ] | Email: jcrust@keslerrust.com |
| Telephone: (801) 532-8000 | | sbridge@keslerrust.com |
| *Attorneys for Plaintiffs* | | som@keslerrust.com |

| | | |
|---|---|---|
| Joseph E. Minnock | [X] | CM/ECF System |
| Morgan, Minnock, Rice & James, LC | [ ] | U.S. Mail, postage prepaid |
| Kearns Building, Eighth Floor | [ ] | Hand-Delivered |
| 136 South Main Street | [ ] | Overnight Mail |
| Salt Lake City, Utah 84101 | [ ] | Facsimile |
| Telephone: (801) 531-7888 | [ ] | Email: jminnock@mmrj.com |
| *Attorneys for National Feeds, Inc.* | | |

| | | |
|---|---|---|
| Hans A. Mitchell | [X] | CM/ECF System |
| Carey Perkins LLP | [ ] | U.S. Mail, postage prepaid |
| 300 North 6th Street, Suite 200 | [ ] | Hand-Delivered |
| P.O. Box 519 | [ ] | Overnight Mail |
| Boise, Idaho 83701 | [ ] | Facsimile |
| Telephone: (208) 345-8600 | [ ] | Email: |
| *Attorneys for Rangen, Inc.* | | hamitchell@careyperkins |

| | | |
|---|---|---|
| Philip D. Dracht | [X] | CM/ECF System |
| Fabian & Clendenin, P.C. | [ ] | U.S. Mail, postage prepaid |
| 215 South State, Suite 1200 | [ ] | Hand-Delivered |
| Salt Lake City, Utah 84111 | [ ] | Overnight Mail |
| Telephone: (801) 531-8900 | [ ] | Facsimile |
| *Attorneys for Rangen, Inc.* | [ ] | Email: pdracht@fabianlaw.com |

_____
Clerk

STIPULATED JUDGMENT OF DISMISSAL -3